UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BISHINS, et al.,<br><br>            Plaintiffs,<br><br>-against-<br><br>CLEANSPARK, INC., et al.,<br><br>            Defendants. | No. 21-CV-511 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are the motions of Kenneth Upton, Junmin Liu, Darshan Hasthantra, and Amir Kasbidi for (1) appointment as Lead Plaintiff and (2) approval of each's selection of lead counsel. (See dkt. nos. 5, 8, 11, 14.)  Any additional motions to be appointed Lead Plaintiff shall be filed no later than April 2, 2021.  Any opposition to any of the motions shall be filed no later than April 16, 2021.  Any replies shall be filed no later than April 23, 2021.

**SO ORDERED.**

Dated:    March 23, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1