# EXHIBIT 3



## Disclaimer

By downloading from or viewing material on this website you agree to the following Terms of Service. Use of Culper Research's ("Culper") research is at your own risk. In no event should Culper or any affiliated party be liable for any direct or indirect trading losses caused by any information on this site. You further agree to do your own research and due diligence, consult your own financial, legal, and tax advisors before making any investment decision with respect to transacting in any securities covered herein. You should assume that Culper (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our clients and/or investors has a position in any securities covered herein. Following publication of any research, we intend to continue transacting in the securities covered herein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation, conclusions, or opinions. Research is not investment advice nor a recommendation or solicitation to buy securities. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the securities covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. However, such information is presented "as is," without warranty of any kind – whether express or implied. Culper makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Research may contain forward-looking statements, estimates, projections, and opinions with respect to among other things, certain accounting, legal, and regulatory issues the issuer faces and the potential impact of those issues on its future business, financial condition and results of operations, as well as more generally, the issuer's anticipated operating performance, access to capital markets, market conditions, assets and liabilities. Such statements, estimates, projections and opinions may prove to be substantially inaccurate and are inherently subject to significant risks and uncertainties beyond Culper's control. All expressions of opinion are subject to change without notice, and Culper does not undertake to update or supplement this report or any of the information contained herein. You agree that the information on this website is copyrighted, and you therefore agree not to distribute this information (whether the downloaded file, copies / images / reproductions, or the link to these files) in any manner other than by providing the following link — http://www.culperresearch.com The failure of Culper to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of this right or provision. If any provision of these Terms of Service is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Service remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this website or the material herein must be filed within one (1) year after such claim or cause of action arose or be forever barred.

## CleanSpark, Inc. (CLSK): Mining Operations Don't Add Up

We published our initial report on CleanSpark on January 14, 2021. Following our report, CleanSpark chose to ignore the 8 questions we posed to the Company, and apparently preferred to resort to name-calling in private emails to select shareholders. Since then, we remain short and have uncovered information that both corroborates concerns raised in our initial report and raises additional questions:

- We are unable to reconcile the Company's reported financials in its digital currency mining segment – i.e., ATL Data Centers ("ATL") and CleanBlok, LLC. Namely, CleanSpark claims that total Q1 2021 segment costs and expenses (pg. F-29) were just $611,863, yet we obtained ATL's monthly power bills, which total $693,144.70 for Q1 2021 – a greater sum than the entire segment costs, not to mention rent expenses, employee expenses, and any additional expenses. To us, this discrepancy calls into question CleanSpark's internal controls and processes, financial reporting, and purported profitability of its cryptocurrency mining operations. We have attached ATL's power bills to the end of this report.

- Our original report also detailed our view that ATL benefits from a subsidized power cost which is set to expire in 3 years. We have since obtained internal emails from the City of College Park Power Department (excerpts attached), which, when viewed in tandem with the aforementioned monthly power bills, appear to confirm our view. CleanSpark continues to tout "low power costs", yet appears unwilling to address whether or not these power costs are set to rise significantly in 2024. We find that telling.

## We Are Unable to Reconcile CleanSpark's Reported Digital Currency Mining Financials

We are unable to reconcile CleanSpark's reported Q1 2021 financial statements with what we understand of its Digital Currency Mining operations. See that in calendar Q1 2021, CleanSpark reported Digital Currency Mining segment revenues of $6,715,792, and costs of just $611,863:

|  | Energy | Digital Agency | Digital Currency Mining | Inter-segment | Consolidated |
|---|---|---|---|---|---|
| Three Months Ended March 31, 2021 | | | | | |
| Revenues | $ 1,103,368 | $ 425,881 | $ 6,715,792 | $ (125,353) | $ 8,119,688 |
| Total cost and expenses | 10,327,198 | (197,048) | 611,863 | (125,353) | 10,616,660 |
| Income/(loss) from operations | (9,223,830) | 622,929 | 6,103,929 | — | (2,496,972) |
| Capital expenditures | 12,565 | 972 | 9,025,392 | — | 9,038,929 |
| Depreciation and amortization | $ 844,018 | $ 285,718 | $ 987,436 | — | $ 2,117,172 |

However, using ATL's monthly power bills from the City of College Park, we calculate that ATL paid a total $693,144.70 in power costs in Q1 2021 – a greater figure than CleanSpark's "total cost and expenses" reported for the Digital Currency Mining segment. See power bills as consolidated in the table below, and in full at the end of this report:

Culper Research                    CleanSpark, Inc. (NASDAQ:CLSK)                    June 18, 2021

| Billed | Due | Paid | Amount |
|--------|--------|--------|--------|
| 3/4/21 | 3/25/21 | 3/15/21 | $220,719.17 |
| 2/5/21 | 2/26/21 | 2/16/21 | $209,395.13 |
| 1/5/21 | 1/26/21 | 1/20/21 | $206,506.78 |
|  |  | 1/7/21 | $56,523.62 |
|  |  | **TOTAL** | **$693,144.70** |

We are unaware of any agreements that CleanSpark has disclosed that might suggest third-party entities, rather than CleanSpark, pay some or all of these electricity costs, which otherwise might explain the discrepancies. Moreover, though power costs are integral to cryptocurrency mining, these are not the only costs. CleanSpark purchased ATL in December 2020, yet prior to its acquisition on May 26, 2021, CleanSpark continued to pay rent on the building itself. As disclosed in the Company's Form 10-Q:

> "The Company assumed ATL's lease agreement entered into on June 6, 2020 at 2380 Godby Road, Atlanta GA 30349. The agreement calls for $52,958 per month in base rent through June 4, 2022."

CleanSpark's May 2021 press release confirms that ATL's rent is also included in digital currency mining segment expenses, as, "Obtaining ownership of the property will save the Company over fifty thousand dollars per month in rent resulting in a reduction of overhead and expenses by more than 20% **in our mining segment**." As such, we estimate that CLSK also paid a total of $158,874 in ATL rent expenses in Q1 2021, further contributing to the cost discrepancies already suggested by the power bills.

We finally assume that the ATL facility requires staff – such as a receptionist, a general manager, a technician, perhaps a salesperson, and a few security guards. For example, ATL's website touts the property's security prowess, with a "card access controlled automatic gate" and "active patrol both inside and outside [the] facility" which "is manned by security personnel on a 7 x 24 basis."

## SECURITY

- Security fence surrounds perimeter of property
- Data center floor and secured areas require card key and biometric authentication
- Security guards on-site 24x7x365
- Active patrol both inside and outside facility
- Closed circuit video cameras cover the interior and exterior of the building

## PROFILE

Originally owned and operated by Société Internationale de Télécommunications Aéronautiques, as their mission critical global computing and communications center, 2380 Godby Street is a built-for-purpose, 40,000sf, slab on grade, steel frame, brick façade, largely windowless, single story, 14' tall data center facility, located 3.2 miles from Hartsfield International airport, world's busiest airport by passenger traffic since 1998. It is located on six wooded acres, which screen the building view from Godby Street. The entire property is fenced. Vehicle assess is controlled by a card access controlled automated gate. Building access is controlled by a card access system. The site is manned by security personnel on a 7 x 24 basis.

Presumably, this security personnel does not consist of unpaid interns. Thus, we estimate that – even if ATL employs just 6 individuals at an all-in cost (benefits, expenses, etc.) of $50,000 per employee – the Company is running an additional $300,000 per year, or $75,000 per quarter, in employee expenses.

In sum, even if we conservatively ignore additional expenses (i.e., maintenance, office supplies, security systems, software, travel, etc.), we estimate ATL's expenses are 52% higher than what the Company has reported:

| Culper Estimates Q1 2021 | |
| --- | --- |
| Power Costs | $693,145 |
| Rent | $158,874 |
| Employees | $75,000 |
| **Total Expenses** | **$927,019** |

| | |
| --- | --- |
| Reported in Q1 2021 | $611,863 |
| **Difference** | **52%** |

## We Think ATL Benefits from a Subsidized Power Agreement, Set to Change in 2024

Recall that ATL Data Centers' facility appeared to previously be associated with Virtual Citadel – which went bankrupt – then FastBlock Mining. Fastblock was meant to be acquired by Marathon Patent Group, but Marathon pulled its offer after learning that "the Power Agreement pursuant to which Fastblock would provide power at a subsidized rate of $0.0285KwH, would expire in three years." As such, our initial report detailed our view that: "CleanSpark touts that cost to mine is under $6,000 per coin, yet we believe the Company hasn't disclosed the potentially catastrophic information that this artificially low power cost may be set to expire in less than 3 years."

We have uncovered further data – in ATL's own power bills – that suggests ATL does in fact benefit from an artificially low power cost of $0.0285/KwH. See the following excerpt from an ATL Data power bill, which displays the $0.0285/KwH rate, and further appears to include concessions related to franchise fees:



Moreover, internal emails we obtained from the City of College Park also reference unique PCA (power cost adjustment) credits that ATL benefits from, and also call out a rate change "starting in 2024":

**From:** Hugh Richardson <hrichardson@collegeparkga.com>
**Sent:** Wednesday, April 28, 2021 2:19 PM
**To:** Althea P. Bradley <apbradley@collegeparkga.com>
**Subject:** ATL Data Center PCA Credits

Althea:

Below are my numbers:

ATL Data Center PCA Credits
Taken From Franchise Revenue

|        | KWH       | PCA   | Monthly Total |
|--------|-----------|-------|---------------|
| July   | 4,281,600 | 0.014 | $59,942.40    |
| August | 5,923,200 | 0.019 | $112,540.80   |
| Sept.  | 6,518,400 | 0.019 | $123,849.60   |
| Oct    | 6,326,400 | 0.019 | $120,201.60   |
| Nov.   | 6,475,200 | 0.024 | $155,404.80   |
| Dec.   | 6,379,200 | 0.029 | $184,996.80   |
| Jan.   | 6,705,600 | 0.029 | $194,462.40   |
| Feb.   | 6,801,600 | 0.029 | $197,246.40   |
| Mar.   | 7,166,400 | 0.029 | $207,825.60   |
| Apr.   | 8,606,400 | 0.029 | $249,585.60   |
|        |           |       |               |
| Total  |           |       | $1,606,056.00 |

## RE: ATL Data Center PCA Credits

HR    Hugh Richardson <hricha
        To  Althea P. Bradley                      4/28/2021

No. There was another customer under the INTERVAL rate that had a PCA credit, but they are not around any more and nobody is using that rate now.
That's the rate that ATL Data Center will be on starting in 2024

**From:** Althea P. Bradley <apbradley@collegeparkga.com>
**Sent:** Wednesday, April 28, 2021 2:20 PM
**To:** Hugh Richardson <hrichardson@collegeparkga.com>
**Subject:** RE: ATL Data Center PCA Credits

Hugh,

Is this being done for any other company? It seems to be.

*Althea Philord-Bradley, MPA*
*Director of Finance & Accounting*
*City of College Park, Georgia*
*Office: 404-767-1537 ext. 1101*
*Fax: 404-765-7075*

Culper Research                    CleanSpark, Inc. (NASDAQ:CLSK)                    June 18, 2021

CleanSpark has continually touted the Company's ability to "realize a profit whenever Bitcoin values are above $6,000 per coin." However, it appears to us that ATL does in fact benefit from temporarily discounted power costs, which are set to change in 2024, just as per our initial report.

## Accounting for ATL's "Strategic Contract"

Finally, we find it difficult to reconcile CleanSpark's accounting for its ATL acquisition with what we believe to be true of its power agreement, in light of the above. See per CleanSpark's calendar Q4 2020 Form 10-Q that the Company has attributed $7,457,970 of ATL's acquisition cost to a "strategic contract" related to a "critical input":

**Purchase Price Allocation:**

| | |
|---|---|
| Strategic contract | $ 7,457,970 |
| Goodwill | $14,205,245 |
| Other assets and liabilities assumed, net | $ (479,864) |
| Total | $21,183,351 |

The strategic contract relates to supply of a critical input to our digital currency mining business. The other assets and liabilities assumed includes $5.475 million in digital currency mining equipment and notes payable related to this equipment, which was settled by the Company during the current quarter ended December 31, 2020.

We believe this "strategic contract" to specifically refer to ATL's subsidized power cost, which we believe is set to expire "starting in 2024" (per the emails above). Thus, between ATL's December 10, 2020 acquisition date and the agreement's January 1, 2024 expiration, CleanSpark ought to benefit for 1107 days, or 3.03 years. However, the Company has capitalized this contract with a useful life of not ~3 years, but 5 years:

| | Useful life |
|---|---|
| Patents | 15-20 years |
| Websites | 3 years |
| Customer list and non-compete agreement | 3-4 years |
| Design assets | 2 years |
| Trademarks | 14 years |
| Engineering trade secrets | 7 years |
| Strategic contract | 5 years |
| Software | 2–3 years |

We challenge CleanSpark management – rather than calling us "scumbags" – to simply answer these questions:

1. How does the Company explain the discrepancies between ATL's Q1 2021 power bills and the Company's mining segment "total cost and expenses" as reported in Q1 2021?

2. Does ATL currently benefit – as our initial report hypothesized – from a subsidized or otherwise credited low power cost which is set to change in 2024?

3. Is the "strategic contract" related to ATL's subsidized power agreement? If so, why did the Company record a 5-year useful life, given emails from the City of College Park imply an appx. 3-year useful life?

**Make Check Payable To and Mail To:**

**City of College Park**
3667 Main St.
College Park, Ga 30337-0137
Phone (404)669-3759 Fax (404)669-5080

| | Customer Account Number |
|---|---|
| | 40273520-02R |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 04/26/2021 | 265.238.70 | PLEASE PAY BY |
| Service Address | | Amount Enclosed |
| 2380 GODBY RD | | |

*4027352002265238.70*

ATL DATA CENTERS LLC
2380 GODBY RD
COLLEGE PARK, GA   30349

*Please detach top portion and return with payment.*

**City of College Park**
Phone (404)669-3759

Account Number
40273520-02

Name
ATL DATA CENTERS LLC

Service Address
2380 GODBY RD

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 63420716 | 04/03/2021 | 03/03/2021 | 31 | MR | 0086064000 | 00000000 | 1 | 8606400 | kWh | |
| ELECTRIC: 63420716 | 04/03/2021 | 03/03/2021 | 31 | MR | 0 | | 1 | 0.00 | KW | |
| WATER: 100080744 | 04/03/2021 | 03/03/2021 | 31 | MR | 24428900 | 23527120 | 1 | 90 | KGAL | |

**BILLING SUMMARY**

| | |
|---|---|
| Previous Balance as of : 03/04/21 | $220,719.17 |
| Payments & Adjustments 03/15/21 | ($220,719.17) |
| Balance Forward as of : 04/05/21 | $0.00 |
| Current Charges as of : 04/05/21 | $265,238.70 |
| Total Amount Due | $265,238.70 |

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | 220,719.17 |
| PAYMENT    03/15/2021 | | | -220,719.17 |
| BALANCE FORWARD | | | 0.00 |

| | Rate | Usage | Charges |
|---|---|---|---|
| ELECTRIC FRANCHISE FEE | 0.0290 | 8606400 | -249,585.60 |
| ELECTRIC KWH BLOCK 1 | 0.0285 | 8606400 | 245,282.40 |
| ELECTRIC POWER COST ADJUSTMENT | 0.0290 | 8606400 | 249,585.60 |
| WATER BASE CHARGE | | | 28.26 |
| WATER CONSUMPTION KGAL BLOCK 1 | 1.3500 | 90 | 121.74 |
| WATER SUPPLY CHARGE | 4.3900 | 90 | 395.89 |
| STORMWATER CHARGES | 5020.0000 | 6 | 167.71 |
| REFUSE/SANITATION CHARGE | 10000.0000 | | 214.06 |
| REFUSE/SANITATION CHARGE | 0.0000 | 19 | 19.25 |
| TAX | ********** | | 17,169.77 |
| TSPLOST FULTON | ********** | | 1,839.62 |

| | |
|---|---|
| CURRENT CHARGES | $265,238.70 |
| TOTAL AMOUNT DUE | $265,238.70 |

**USAGE HISTORY**

| Month | Days | Electric Use (kWh) | Elec. Usage per day | Water Use | Water Usage per Day |
|---|---|---|---|---|---|
| 04-21 | 31 | 8606400 | 277626 | 90 | 3 |
| 03-21 | 28 | 7166400 | 255943 | 38 | 1 |
| 02-21 | 31 | 6801600 | 219406 | 27 | 1 |
| 01-21 | 31 | 6705600 | 216310 | 37 | 1 |
| 12-20 | 30 | 6379200 | 212640 | 44 | 1 |
| 11-20 | 31 | 6475200 | 208877 | 55 | 2 |
| 10-20 | 30 | 6326400 | 210880 | 69 | 2 |
| 09-20 | 31 | 6518400 | 210271 | 71 | 3 |
| 08-20 | 23 | 5923200 | 257530 | 63 | 2 |
| 07-20 | 30 | 4281600 | 142720 | 62 | 2 |
| 06-20 | 31 | 4281600 | 138116 | 52 | 2 |
| 05-20 | 31 | 4152000 | 133935 | 75 | 2 |
| 04-20 | | 0 | | 0 | 0 |

**10% penalty will be added after due date**

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | Commercial Fulton | 04/05/2021 | 04/26/2021 | 265,238.70 | PLEASE PAY BY DUE DATE |

MESSAGES:

**Make Check Payable To and Mail To:**

**City of College Park**
3667 Main St.
College Park, Ga 30337-0137
Phone (404)669-3759 Fax (404)669-5080

| Customer Account Number |
|---|
| 40273520-02R |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 03/25/2021 | 220,719.17 | PLEASE PAY BY |
| **Service Address** | | **Amount Enclosed** |
| 2380 GODBY RD | | |

*4027352002220719.17*

ATL DATA CENTERS LLC
2380 GODBY RD
COLLEGE PARK, GA  30349

*Please detach top portion and return with payment.*

| City of College Park Phone (404)669-3759 | Account Number 40273520-02 | Name ATL DATA CENTERS LLC | Service Address 2380 GODBY RD |
|---|---|---|---|

| Meter Number | Read Dates Present | Previous | Billing Days | Code | Meter Readings Present | Previous | Multiplier | Usage | Units | Power Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 63420716 | 03/03/2021 | 02/03/2021 | 28 | MR | 0071664000 | 00000000 | 1 | 7166400 | kWh | |
| ELECTRIC: 63420716 | 03/03/2021 | 02/03/2021 | 28 | MR | 0 | | 1 | 0.00 | KW | |
| WATER:    100080744 | 03/03/2021 | 02/03/2021 | 28 | MR | 23527120 | 23146080 | 1 | 38 | KGAL | |

### BILLING SUMMARY

| | |
|---|---|
| Previous Balance as of : 02/05/21 | $209,395.13 |
| Payments & Adjustments 02/16/21 | ($209,395.13) |
| Balance Forward as of : 03/04/21 | $0.00 |
| Current Charges as of : 03/04-21 | $220,719.17 |
| Total Amount Due | $220,719.17 |

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | 209,395.13 |
| PAYMENT    02/16/2021 | | | -209,395.13 |
| BALANCE FORWARD | | | 0.00 |

| | Rate | Usage | Charges |
|---|---|---|---|
| ELECTRIC FRANCHISE FEE | 0.0290 | 7166400 | -207,825.60 |
| ELECTRIC KWH BLOCK 1 | 0.0285 | 7166400 | 204,242.40 |
| ELECTRIC POWER COST ADJUSTMENT | 0.0290 | 7166400 | 207,825.60 |
| WATER BASE CHARGE | | | 28.26 |
| WATER CONSUMPTION KGAL BLOCK 1 | 1.3500 | 38 | 51.44 |
| WATER SUPPLY CHARGE | 4.3900 | 38 | 167.26 |
| STORMWATER CHARGES | 5020.0000 | 6 | 167.71 |
| REFUSE/SANITATION CHARGE | 10000.0000 | | 214.06 |
| REFUSE/SANITATION CHARGE | 0.0000 | 19 | 19.25 |
| TAX | ********** | | 14,296.97 |
| TSPLOST FULTON | ********** | | 1,531.82 |
| CURRENT CHARGES | | | $220,719.17 |
| TOTAL AMOUNT DUE | | | $220,719.17 |

### USAGE HISTORY

| Month | Days | Electric Use (kWh) | Elec. Usage per day | Water Use | Water Usage per Day |
|---|---|---|---|---|---|
| 03-21 | 28 | 7166400 | 255943 | 38 | 1 |
| 02-21 | 31 | 6801600 | 219406 | 27 | 1 |
| 01-21 | 31 | 6705600 | 216310 | 37 | 1 |
| 12-20 | 30 | 6379200 | 212640 | 44 | 1 |
| 11-20 | 31 | 6475200 | 208877 | 55 | 2 |
| 10-20 | 30 | 6326400 | 210880 | 69 | 2 |
| 09-20 | 31 | 6518400 | 210271 | 71 | 2 |
| 08-20 | 23 | 5923200 | 257530 | 63 | 3 |
| 07-20 | 30 | 4281600 | 142720 | 62 | 2 |
| 06-20 | 31 | 4281600 | 138116 | 52 | 2 |
| 05-20 | 31 | 4152000 | 133935 | 75 | 2 |
| 04-20 | | 0 | | 0 | 0 |
| 03-20 | | 0 | | 0 | 0 |

*10% penalty will be added after due date*

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | Commercial Fulton | 03/04/2021 | 03/25/2021 | 220,719.17 | PLEASE PAY BY DUE DATE |

**MESSAGES:** The City of College Park has partnered with paymentus to process your payments. Please contact Customer Service for details

**Make Check Payable To and Mail To:**

**City of College Park**
3667 Main St.
College Park, Ga 30337-0137
Phone (404)669-3759 Fax (404)669-5080

| Customer Account Number | | |
|---|---|---|
| 40273520-02R | | |
| Due Date | Amount Due | Late Amount |
| 02/26/2021 | 209,395.13 | PLEASE PAY BY |
| Service Address | | Amount Enclosed |
| 2380 GODBY RD | | |

\*4027352002209395.13\*

ATL DATA CENTERS LLC
2380 GODBY RD
COLLEGE PARK, GA  30349

*Please detach top portion and return with payment.*

**City of College Park**
Phone (404)669-3759

Account Number
40273520-02

Name
ATL DATA CENTERS LLC

Service Address
2380 GODBY RD

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 63420716 | 02/03/2021 | 01/03/2021 | 31 | MR | 0068016000 | 00000000 | 1 | 6801600 | kWh | |
| ELECTRIC: 63420716 | 02/03/2021 | 01/03/2021 | 31 | MR | 0 | | 1 | 0.00 | KW | |
| WATER:    100080744 | 02/03/2021 | 01/03/2021 | 31 | MR | 23146080 | 22879480 | 1 | 27 | KGAL | |

| BILLING SUMMARY | |
|---|---|
| Previous Balance as of : 01/05/21 | $263,030.40 |
| Payments & Adjustments 01/20/21 | ($263,030.40) |
| Balance Forward as of : 02/05/21 | $0.00 |
| Current Charges as of : 02/05/21 | $209,395.13 |
| Total Amount Due | $209,395.13 |

| | | Rate | Usage | Charges |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | 263,030.40 |
| PAYMENT    01/20/2021 | | | | -206,506.78 |
| PAYMENT    01/07/2021 | | | | -56,523.62 |
| BALANCE FORWARD | | | | 0.00 |
| ELECTRIC FRANCHISE FEE | | 0.0290 | 6801600 | -197,246.40 |
| ELECTRIC KWH BLOCK 1 | | 0.0285 | 6801600 | 193,845.60 |
| ELECTRIC POWER COST ADJUSTMENT | | 0.0290 | 6801600 | 197,246.40 |
| WATER BASE CHARGE | | | | 28.26 |
| WATER CONSUMPTION KGAL BLOCK 1 | | 1.3500 | 27 | 35.99 |
| WATER SUPPLY CHARGE | | 4.3900 | 27 | 117.04 |
| STORMWATER CHARGES | | 5020.0000 | 4 | 111.90 |
| REFUSE/SANITATION CHARGE | | 10000.0000 | | 214.06 |
| REFUSE/SANITATION CHARGE | | 0.0000 | 19 | 19.25 |
| TAX | | \*\*\*\*\*\*\*\*\* | | 13,569.19 |
| TSPLOST FULTON | | \*\*\*\*\*\*\*\*\* | | 1,453.84 |
| CURRENT CHARGES | | | | $209,395.13 |
| TOTAL AMOUNT DUE | | | | $209,395.13 |

| USAGE HISTORY | | | | | |
|---|---|---|---|---|---|
| Month | Days | Electric Use (kWh) | Elec. Usage per day | Water Use | Water Usage per Day |
| 02-21 | 31 | 6801600 | 219406 | 27 | 1 |
| 01-21 | 31 | 6705600 | 216310 | 37 | 1 |
| 12-20 | 30 | 6379200 | 212640 | 44 | 1 |
| 11-20 | 31 | 6475200 | 208877 | 55 | 2 |
| 10-20 | 30 | 6326400 | 210880 | 69 | 2 |
| 09-20 | 31 | 6518400 | 210271 | 71 | 2 |
| 08-20 | 23 | 5923200 | 257530 | 63 | 3 |
| 07-20 | 30 | 4281600 | 142720 | 62 | 2 |
| 06-20 | 31 | 4281600 | 138116 | 52 | 2 |
| 05-20 | 31 | 4152000 | 133935 | 75 | 2 |
| 04-20 | | 0 | | 0 | 0 |
| 03-20 | | 0 | | 0 | 0 |
| 02-20 | | 0 | | 0 | 0 |

*10% penalty will be added after due date*

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | Commercial Fulton | 02/05/2021 | 02/26/2021 | 209,395.13 | PLEASE PAY BY DUE DATE |

**MESSAGES:**

**Make Check Payable To and Mail To:**

**City of College Park**
3667 Main St.
College Park, Ga 30337-0137
Phone (404)669-3759 Fax (404)669-5080

| | Customer Account Number |
|---|---|
| | 40273520-02R |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 01/26/2021 | 263,030.40 | PLEASE PAY BY |
| **Service Address** | | **Amount Enclosed** |
| 2380 GODBY RD | | |

*4027352002263030.40*

ATL DATA CENTERS LLC
2380 GODBY RD
COLLEGE PARK, GA   30349

*Please detach top portion and return with payment.*

**City of College Park**
Phone (404)669-3759

**Account Number**
40273520-02

**Name**
ATL DATA CENTERS LLC

**Service Address**
2380 GODBY RD

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 63420716 | 01/03/2021 | 12/03/2020 | 31 | MR | 0067056000 | 00000000 | 1 | 6705600 | kWh | |
| ELECTRIC: 63420716 | 01/03/2021 | 12/03/2020 | 31 | MR | 0 | | 1 | 0.00 | KW | |
| WATER: 100080744 | 01/03/2021 | 12/03/2020 | 31 | MR | 22879480 | 22508830 | 1 | 37 | KGAL | |

**BILLING SUMMARY**

| | |
|---|---|
| Previous Balance as of : 12/04/20 | $196,523.62 |
| Payments & Adjustments 12/29/20 | ($140,000.00) |
| Balance Forward as of : 01/05/21 | $56,523.62 |
| Current Charges as of : 01/05/21 | $206,506.78 |
| Total Amount Due | $263,030.40 |

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | 196,523.62 |
| PAYMENT   12/29/2020 | | | | -140,000.00 |
| BALANCE FORWARD | | | | 56,523.62 |
| | | Rate | Usage | Charges |
| ELECTRIC FRANCHISE FEE | | 0.0290 | 6705600 | -194,462.40 |
| ELECTRIC KWH BLOCK 1 | | 0.0285 | 6705600 | 191,109.60 |
| ELECTRIC POWER COST ADJUSTMENT | | 0.0290 | 6705600 | 194,462.40 |
| WATER BASE CHARGE | | | | 28.26 |
| WATER CONSUMPTION KGAL BLOCK 1 | | 1.3500 | 37 | 50.03 |
| WATER SUPPLY CHARGE | | 4.3900 | 37 | 162.69 |
| STORMWATER CHARGES | | 5020.0000 | 4 | 111.90 |
| REFUSE/SANITATION CHARGE | | 10000.0000 | | 214.06 |
| REFUSE/SANITATION CHARGE | | 0.0000 | 19 | 19.25 |
| TAX | | ********** | | 13,377.67 |
| TSPLOST FULTON | | ********** | | 1,433.32 |
| CURRENT CHARGES | | | | $206,506.78 |
| TOTAL AMOUNT DUE | | | | $263,030.40 |

**USAGE HISTORY**

| Month | Days | Electric Use (kWh) | Elec. Usage per day | Water Use | Water Usage per Day |
|---|---|---|---|---|---|
| 01-21 | 31 | 6705600 | 216310 | 37 | 1 |
| 12-20 | 30 | 6379200 | 212640 | 44 | 1 |
| 11-20 | 31 | 6475200 | 208877 | 55 | 2 |
| 10-20 | 30 | 6326400 | 210880 | 69 | 2 |
| 09-20 | 31 | 6518400 | 210271 | 71 | 2 |
| 08-20 | 23 | 5923200 | 257530 | 63 | 3 |
| 07-20 | 30 | 4281600 | 142720 | 62 | 2 |
| 06-20 | 31 | 4281600 | 138116 | 52 | 2 |
| 05-20 | 31 | 4152000 | 133935 | 75 | 2 |
| 04-20 | | 0 | | 0 | 0 |
| 03-20 | | 0 | | 0 | 0 |
| 02-20 | | 0 | | 0 | 0 |
| 01-20 | | 0 | | 0 | 0 |

**10% penalty will be added after due date**

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | Commercial Fulton | 01/05/2021 | 01/26/2021 | 263,030.40 | PLEASE PAY BY DUE DATE |

**MESSAGES:** HAPPY NEW YEAR AND WARM WISHES
FROM EVERYONE AT
THE CITY OF COLLEGE PARK!

**Make Check Payable To and Mail To:**

**City of College Park**
3667 Main St.
College Park, Ga 30337-0137
Phone (404)669-3759 Fax (404)669-5080

| Customer Account Number | | |
|---|---|---|
| 40273520-02R | | |
| Due Date | Amount Due | Late Amount |
| 12/25/2020 | 196,523.62 | PLEASE PAY BY |
| Service Address | | Amount Enclosed |
| 2380 GODBY RD | | |

*4027352002196523.62*

ATL DATA CENTERS LLC
2380 GODBY RD
COLLEGE PARK, GA   30349

---

*Please detach top portion and return with payment.*

**City of College Park**
Phone (404)669-3759

Account Number
40273520-02

Name
ATL DATA CENTERS LLC

Service Address
2380 GODBY RD

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 63420716 | 12/03/2020 | 11/03/2020 | 30 | MR | 063792000 | 00000000 | 1 | 6379200 | kWh | |
| ELECTRIC: 63420716 | 12/03/2020 | 11/03/2020 | 30 | MR | 0 | | 1 | 0.00 | KW | |
| WATER: 100080744 | 12/03/2020 | 11/03/2020 | 30 | MR | 22508830 | 22068270 | 1 | 44 | KGAL | |

**BILLING SUMMARY**

| | |
|---|---|
| Previous Balance as of : 11/03/20 | $199,536.81 |
| Payments & Adjustments 11/25/20 | ($199,536.81) |
| Balance Forward as of : 12/04/20 | $0.00 |
| Current Charges as of : 12/04-20 | $196,523.62 |
| Total Amount Due | $196,523.62 |

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | 199,536.81 |
| PAYMENT    11/25/2020 | | | | -199,536.81 |
| BALANCE FORWARD | | | | 0.00 |
| | | Rate | Usage | Charges |
| ELECTRIC FRANCHISE FEE | | 0.0290 | 6379200 | -184,996.80 |
| ELECTRIC KWH BLOCK 1 | | 0.0285 | 6379200 | 181,807.20 |
| ELECTRIC POWER COST ADJUSTMENT | | 0.0290 | 6379200 | 184,996.80 |
| WATER BASE CHARGE | | | | 28.26 |
| WATER CONSUMPTION KGAL BLOCK 1 | | 1.3500 | 44 | 59.48 |
| WATER SUPPLY CHARGE | | 4.3900 | 44 | 193.42 |
| STORMWATER CHARGES | | 5020.0000 | 4 | 111.90 |
| REFUSE/SANITATION CHARGE | | 10000.0000 | | 214.06 |
| REFUSE/SANITATION CHARGE | | 0.0000 | 19 | 19.25 |
| TAX | | ********** | | 12,726.50 |
| TSPLOST FULTON | | ********** | | 1,363.55 |
| CURRENT CHARGES | | | | $196,523.62 |
| TOTAL AMOUNT DUE | | | | $196,523.62 |

**USAGE HISTORY**

| Month | Days | Electric Use (kWh) | Elec. Usage per day | Water Use | Water Usage per Day |
|---|---|---|---|---|---|
| 12-20 | 30 | 6379200 | 212640 | 44 | 1 |
| 11-20 | 31 | 6475200 | 208877 | 55 | 2 |
| 10-20 | 30 | 6326400 | 210880 | 69 | 2 |
| 09-20 | 31 | 6518400 | 210271 | 71 | 2 |
| 08-20 | 23 | 5923200 | 257530 | 63 | 3 |
| 07-20 | 30 | 4281600 | 142720 | 62 | 2 |
| 06-20 | 31 | 4281600 | 138116 | 52 | 2 |
| 05-20 | 31 | 4152000 | 133935 | 75 | 2 |
| 04-20 | | 0 | | 0 | 0 |
| 03-20 | | 0 | | 0 | 0 |
| 02-20 | | 0 | | 0 | 0 |
| 01-20 | | 0 | | 0 | 0 |
| 12-19 | | 0 | | 0 | 0 |

*10% penalty will be added after due date*

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | Commercial Fulton | 12/04/2020 | 12/25/2020 | 196,523.62 | PLEASE PAY BY DUE DATE |

MESSAGES:

*Make Check Payable To and Mail To:*

**City of College Park**
*3667 Main St.*
*College Park, Ga 30337-0137*
*Phone (404)669-3759 Fax (404)669-5080*

| Customer Account Number | | |
|---|---|---|
| 40273520-02R | | |
| **Due Date** | **Amount Due** | **Late Amount** |
| 11/24/2020 | 199,536.81 | PLEASE PAY BY |
| **Service Address** | | **Amount Enclosed** |
| 2380 GODBY RD | | |

\*4027352002199536.81\*

ATL DATA CENTERS LLC
2380 GODBY RD
COLLEGE PARK, GA   30349

---

*Please detach top portion and return with payment.*

**City of College Park**
Phone (404)669-3759

Account Number
40273520-02

Name
ATL DATA CENTERS LLC

Service Address
2380 GODBY RD

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 63420716 | 11/03/2020 | 10/03/2020 | 31 | MR | 06475200 | 00000000 | 1 | 6475200 | kWh | |
| WATER: 100080744 | 11/03/2020 | 10/03/2020 | 31 | MR | 22068270 | 21514160 | 1 | 55 | KGAL | |

### BILLING SUMMARY

| | |
|---|---|
| Previous Balance as of : 10/05/20 | $195,046.17 |
| Payments & Adjustments 10/27/20 | ($195,046.17) |
| Balance Forward as of : 11/03/20 | $0.00 |
| Current Charges as of : 11/03-20 | $199,536.81 |
| Total Amount Due | $199,536.81 |

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | 195,046.17 |
| PAYMENT 10/27/2020 | | | -50,046.17 |
| PAYMENT 10/23/2020 | | | -145,000.00 |
| BALANCE FORWARD | | | 0.00 |

| | Rate | Usage | Charges |
|---|---|---|---|
| ELECTRIC FRANCHISE FEE | 0.0240 | 6475200 | -155,404.80 |
| ELECTRIC KWH BLOCK 1 | 0.0285 | 6475200 | 184,543.20 |
| ELECTRIC POWER COST ADJUSTMENT | 0.0240 | 6475200 | 155,404.80 |
| WATER BASE CHARGE | | | 28.26 |
| WATER CONSUMPTION KGAL BLOCK 1 | 1.3500 | 55 | 74.80 |
| WATER SUPPLY CHARGE | 4.3900 | 55 | 243.25 |
| STORMWATER CHARGES | 5020.0000 | 4 | 111.90 |
| REFUSE/SANITATION CHARGE | 10000.0000 | | 214.06 |
| REFUSE/SANITATION CHARGE | 0.0000 | 19 | 19.25 |
| TAX | ********** | | 12,918.02 |
| TSPLOST FULTON | ********** | | 1,384.07 |
| CURRENT CHARGES | | | $199,536.81 |
| TOTAL AMOUNT DUE | | | $199,536.81 |

### USAGE HISTORY

| Month | Days | Electric Use (kWh) | Elec. Usage per day | Water Use | Water Usage per Day |
|---|---|---|---|---|---|
| 11-20 | 31 | 6475200 | 208877 | 55 | 2 |
| 10-20 | 30 | 6326400 | 210880 | 69 | 2 |
| 09-20 | 31 | 6518400 | 210271 | 71 | 2 |
| 08-20 | 23 | 5923200 | 257530 | 63 | 3 |
| 07-20 | 30 | 4281600 | 142720 | 62 | 2 |
| 06-20 | 31 | 4281600 | 138116 | 52 | 2 |
| 05-20 | 31 | 4152000 | 133935 | 75 | 2 |
| 04-20 | | 0 | | 0 | 0 |
| 03-20 | | 0 | | 0 | 0 |
| 02-20 | | 0 | | 0 | 0 |
| 01-20 | | 0 | | 0 | 0 |
| 12-19 | | 0 | | 0 | 0 |
| 11-19 | | 0 | | 0 | 0 |

*10% penalty will be added after due date*

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | Commercial Fulton | 11/03/2020 | 11/24/2020 | 199,536.81 | PLEASE PAY BY DUE DATE |

**MESSAGES:**