# EXHIBIT 4



http://web.archive.org/web/20200730203559/https://fastblockmining.com/

2/24/2022