**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCOTT BISHINS and DARSHAN HASTHANTRA, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-00511-LAP |
| Plaintiff, | **NOTICE OF MOTION TO DISMISS WITH PREJUDICE BY ALL DEFENDANTS** |
| v. | |
| CLEANSPARK, INC., ZACHARY BRADFORD, and S. MATTHEW SCHULTZ, | **(Oral Argument Requested)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 7(b), Rule 9(b), Rule 12(b)(1), and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Local Rule 7.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and 15 U.S.C. 78u-4, upon the accompanying Memorandum of Law, the Declaration of Michael Van Riper (the "Declaration"), the exhibits thereto, and all prior pleadings, orders, and filings in this action, Defendants CleanSpark, Inc., Zachary Bradford, and S. Matthew Schultz, by and through the undersigned counsel, hereby move the Court, the Hon. Loretta A. Preska, United States District Judge, presiding, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, on a date and at a time to be designated by the Court, for an order: (i) dismissing the Amended Complaint in this action with prejudice and without leave to amend; (ii) taking judicial notice of the exhibits to the Declaration; (iii) entering the findings required by 15 U.S.C. 78u-4(c) upon final adjudication of the action, with the assistance of additional submissions from counsel should the Court deem such submissions necessary or appropriate; and (iv) granting such other and further relief as the Court deems just.

Defendants respectfully request oral argument.

Dated: April 28, 2022
      New York, New York             Respectfully submitted,


**WILK AUSLANDER LLP**

By: */s/Jay S. Auslander*
    Jay S. Auslander
    Michael Van Riper
    Wilk Auslander LLP
    825 Eighth Avenue, Suite 2900
    New York, NY 10019
    Tel: 212-981-2300
    jauslander@wilkauslander.com
    mvanriper@wilkauslander.com

    *Attorneys for Defendants CleanSpark,*
    *Inc., Zachary Bradford, and S. Matthew*
    *Schultz*

## CERTIFICATE OF SERVICE

I hereby certify that I am not a party to this action, that I am above eighteen years of age, and that, on April 28, 2022, I served true and correct copies of the foregoing Notice of Motion To Dismiss With Prejudice By All Defendants, together with the accompanying:

1.      Rule 7.1 Disclosure Statement of Defendant Cleanspark, Inc.;

2.      Notice of Appearance of Jay S. Auslander

3.      Notice of Motion of Michael Van Riper

4.      Defendants' Memorandum of Law In Support of Motion to Dismiss;

5.      Declaration of Michael Van Riper, together with Exhibits A through G thereto;

upon all parties of record to this action, through each of their counsel of record, by filing the same electronically with the United States District Court for the Southern District of New York through that Court's electronic case filing ("ECF") system.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2022, New York, New York.

Respectfully submitted,

*/s/Michael Van Riper*
Michael Van Riper