**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCOTT BISHINS and DARSHAN HASTHANTRA, Individually and on Behalf of All Others Similarly Situated, <br><br>                 Plaintiff, <br><br>     v. <br><br> CLEANSPARK, INC., ZACHARY BRADFORD, and S. MATTHEW SCHULTZ, <br><br>              Defendants. | Case No. 1:21-cv-00511-LAP <br><br><br><br><br> **DECLARATION OF** <br> **MICHAEL VAN RIPER** |

MICHAEL VAN RIPER hereby declares as follows:

1.    I am a member of the bar of this Court and an associate with the law firm of Wilk Auslander LLP, counsel to Defendants CleanSpark, Inc. ("CleanSpark"), Zachary Bradford, and S. Matthew Schultz (collectively, "Defendants") in the above-captioned matter.

2.    I make this Declaration on personal knowledge, for the purpose of providing the Court with documents relied upon by Defendants in their motion to dismiss with prejudice, dated April 28, 2022.

3.    Attached hereto as **Exhibit A** is a true and correct copy, excepting the exhibits thereto, of CleanSpark's annual report for the fiscal year ending September 30, 2021, filed with the Securities and Exchange Commission ("SEC") on Form 10-K on December 14, 2021.

4.    Attached hereto as **Exhibit B** is a true and correct copy, excepting the exhibits thereto, of CleanSpark's quarterly report for the quarter ending December 31, 2021, filed with the SEC on Form 10-Q on February 9, 2022

5.    Attached hereto as **Exhibit C** is a true and correct copy, excepting the exhibits thereto, of the court document entitled "Defendants['] Christian Matthew Lamarco and Culper

1

Research's Memorandum of Law In Support of Motion to Dismiss Plaintiffs' Complaint Pursuant To Fed. R. Civ. P. 12(b)(6)," filed on July 9, 2021 in the matter of *LifeMD, Inc., et al. v. LaMarco, Culper Research, et al.* (W.D. Pa.) (the "*LifeMD* Matter") at ECF No. 19.

6.      Attached hereto as **Exhibit D** is a true and correct copy, excepting the exhibits thereto, of the court document entitled "Reply Memorandum of Law In Further Support of Defendants Christian Matthew Lamarco and Culper Research's Motion To Dismiss Plaintiffs' Complaint Pursuant To Fed. R. Civ. P. 12(b)(6)," filed on August 9, 2021 in the *LifeMD* Matter at ECF No. 24.

7.      Attached hereto as **Exhibit E** is a true and correct copy, excepting the exhibits thereto, of CleanSpark's quarterly report for the quarter ending June 30, 2020, filed with the SEC on Form 10-Q on August 4, 2020.

8.      Attached hereto as **Exhibit F** is a true and correct copy of CleanSpark's press release, dated December 10, 2020, entitled *CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center*.

9.      Attached hereto as **Exhibit G** is a true and correct copy, excepting the exhibits thereto, of CleanSpark's annual report for the fiscal year ending September 30, 2019, filed with the SEC on Form 10-K on December 16, 2019.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2022, New York, New York.

Respectfully submitted,

*/s/Michael Van Riper*
Michael Van Riper

2