# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BISHINS and DARSHAN HASTHANTRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEANSPARK, INC., ZACHARY BRADFORD, and S. MATTHEW SCHULTZ,<br><br>Defendants. | Case No. 1:21-cv-00511-LAP |

## DECLARATION OF GREGORY B. LINKH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Gregory B. Linkh, hereby declare as follows:

1.  I am an attorney duly licensed to practice law in the State of New York. I am a partner at the law firm of Glancy Prongay & Murray LLP, counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

1.  Attached as Exhibit 1 is a true and correct copy of an investor presentation attached as Exhibit 99.1 to a Form 8-K filed with the Securities and Exchange Commission ("SEC") on March 25, 2022.

2.  Attached as Exhibit 2 is a chart prepared at my direction that provides a true and correct reflection of CleanSpark's stock price and market capitalization on certain selected dates. The data for this chart was downloaded from Bloomberg L.P and last accessed June 27, 2022.

3.  Attached as Exhibit 3 is a chart prepared at my direction that provides a true and correct reflection of CleanSpark's net income or net loss for the six quarters between the first quarter of fiscal 2021 (Q1'21) through the second quarter of fiscal 2022 (Q2'22), inclusive. The data for this chart was derived from CleanSpark's Forms 10-Q and Forms 10-K filed with the SEC and reflected in Exhibits 4 – 10.

4.  Attached as Exhibit 4 are true and correct copies of relevant excerpts of CleanSpark's Form 10-K for the fiscal year ending September 30, 2020 filed with the SEC on December 17, 2020.

5.  Attached as Exhibit 5 are true and correct copies of relevant excerpts of CleanSpark's Form 10-Q for the quarter ending December 31, 2020 filed with the SEC on February 12, 2021.

6.     Attached as Exhibit 6 are true and correct copies of relevant excerpts of CleanSpark's Form 10-Q for the quarter ending March 31, 2021 filed with the SEC on May 6, 2021.

7.     Attached as Exhibit 7 are true and correct copies of relevant excerpts of CleanSpark's Form 10-Q for the quarter ending June 30, 2021 filed with the SEC on August 16, 2021.

8.     Attached as Exhibit 8 are true and correct copies of relevant excerpts of CleanSpark's Form 10-K for the fiscal year ending September 30, 2021 filed with the SEC on December 14, 2021.

9.     Attached as Exhibit 9 are true and correct copies of relevant excerpts of CleanSpark's Form 10-Q for the quarter ending December 31, 2021 filed with the SEC on February 9, 2022.

10.    Attached as Exhibit 10 are true and correct copies of relevant excerpts of CleanSpark's Form 10-Q for the quarter ending March 31, 2022 filed with the SEC on May 10, 2022.

11.    Attached as Exhibit 11 are true and correct copies of relevant excerpts of the Opposition to Motion to Dismiss in *In re NovaGold Res. Inc. Sec. Litig.*, Case No. 08-cv-07041-DLC (S.D.N.Y filed on Feb. 13, 2009).

12.    Attached as Exhibit 12 are true and correct copies of relevant excerpts of the Corrected Second Amended Class Action Complaint in *Wilson v. LSB Indus., Inc.*, Case No. 1:15-cv-07614-RA (S.D.N.Y. filed on Apr. 5, 2017).

13.    The Court may take judicial notice of each of these documents, as is set forth in Plaintiffs' Request for Judicial Notice, submitted herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 27th day of June, 2022, at New York, New York.

*s/ Gregory B. Linkh*
Gregory B. Linkh

# <u>CERTIFICATE OF SERVICE</u>

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. June 27, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2022, at New York, New York.

*/s/ Gregory B. Linkh*_____
Gregory B. Linkh