# EXHIBIT 1

Case 1:21-cv-00511-LAP    Document 53-1    Filed 06/27/22    Page 2 of 29

EX-99.1 2 clsk-ex99_1.htm EX-99.1



Case 1:21-cv-00511-LAP    Document 53-1    Filed 06/27/22    Page 3 of 29
https://www.sec.gov/Archives/edgar/data/0000827876/000095017022004595/clsk-ex99_1.htm



Case 1:21-cv-00511-LAP Document 53-1 Filed 06/27/22 Page 4 of 29
https://www.sec.gov/Archives/edgar/data/0000827876/000095017022004595/clsk-ex99_1.htm

## What is Bitcoin Mining?

**CleanSpark ✧**



A bitcoin mining company uses specialized computers to verify transactions on the bitcoin blockchain. Bitcoin is the reward miners earn for performing this service. Without mining, there would be no bitcoin. But mining is very energy intensive, so maintaining this increasingly important component of our digital infrastructure comes at a price. We draw on our energy technology background to mine bitcoin in a responsible way. Since mining our very first bitcoin, we've used a sustainable energy mix that includes nuclear, hydroelectric, solar, and wind. We purchase renewable energy credits to account for differences in regional energy mixes to achieve our goal of 100% net carbon neutrality.

NASDAQ: **CLSK ✧**

Case 1:21-cv-00511-LAP   Document 53-1   Filed 06/27/22   Page 5 of 29





Case 1:21-cv-00511-LAP    Document 53-1    Filed 06/27/22    Page 7 of 29



Case 1:21-cv-00511-LAP    Document 53-1    Filed 06/27/22    Page 8 of 29

## Operational Highlights

CleanSpark ✧

| | |
|---|---|
| **74 MW** | Current Operational Power Capacity* |
| **20 MW** | Under Development* |
| **9.9 BTC** | Avg Daily Production* |
| **>22,000** | Machines Operating* |
| **~20,000** | Machines To Be Delivered*<br>(expected by October 2022) |

*As of February 28, 2022





NASDAQ: **CLSK** ✧

Case 1:21-cv-00511-LAP   Document 53-1   Filed 06/27/22   Page 9 of 29
https://www.sec.gov/Archives/edgar/data/0000827876/000095017022004595/clsk-ex99_1.htm









## Leave the world **better than we found it**.

We care about the environment and believe that bitcoin miners have an important role to play in decarbonizing our economy. We source sustainable energy and strive to constantly optimize our operations to make them more efficient. We collaborate with utilities to make the grid better for everyone.

 **Environmental**

 **Social**

 **Governance**

| Environmental | Social | Governance |
|---|---|---|
| • Targeting 100% renewable and clean energy | • Competitive wages substantially above industry average with clear career paths | • Industry leading transparency in bitcoin updates |
| • Engaged with Nasdaq's ESG advisory services to develop road map | • Full suite of employee benefits, including PTO, health insurance, and 401K plan | • Committed to meaningful diversity in our workforce and leadership |
| • Collaborating with Sustainable Bitcoin Standard | • Reinvesting in the communities we operate in through scholarships and other philanthropic commitments | • Quarterly management updates |
| • Renewable energy credits with Georgia's Simple Solar Program | | |





## Build the **infrastructure of the future.**

We partner with the communities we operate in and work to earn their trust. Whether building our own facilities or choosing partners to host our machines, we make a positive impact on local economies by developing underused infrastructure and creating new job opportunities.



### How We Allocate Opportunity

- Current mix: 70/30 owned/co-located
- Hybrid approach of using co-location partnerships for scalability and growing number of wholly-owned locations to secure our future



### How We Evaluate Sites

- Our growth philosophy takes into account the power source, the cost of power, and the cost of the facility
- We also take into consideration our potential community impact



### How We Acquire Hardware

- Balance in how & when we acquire machines
- ASIC ecosystem is ripe for disruption—faster, better, newer technologies are on the horizon



Current Mix

■ Owned  ■ Co-Located

NASDAQ: **CLSK** ◈



## Value growth **for the greater good.**

We use capital transparently because securing the bitcoin blockchain is a privilege and a responsibility we take to heart. Bitcoin is a store of value and medium of exchange. We combine it with the wise stewardship of our equity and the responsible deployment of debt to grow our business in the best way possible—for our employees, our shareholders, and the bitcoin community.

 **Equity**

- We are mindful of dilution, particularly when there is a valuation gap

- We expect with continued profitability to return capital to shareholders, including, but not limited to, stock buybacks or dividends.

- We intend to issue equity for growth capital and acquisitions, not to fund daily operations.

 **Bitcoin**

- Bitcoin is our currency: we think it makes sense to sell bitcoin to generate more bitcoin

- Our approach to HODLing is strategic – a 100% HODL strategy comes at a cost to shareholders

- We expect our bitcoin holdings to incrementally increase over time

 **Debt**

- No long-term debt provides opportunity to leverage balance sheet

- Debt capital is currently the lowest cost of capital

- Growth plans can be accelerated with expansion of debt capital



NASDAQ: **CLSK** ✧

Case 1:21-cv-00511-LAR Document 53-1 Filed 06/27/22 Page 13 of 29





## Future ASIC Miners Deliveries

**CleanSpark ✧**



### $117.7m
Future Deliveries Previously Funded

### $39.3m
Remaining $ Commitments

### 21,994
Machines to be Delivered

### 2.17 EH/s
Hash Rate to be Delivered

All amounts as of December 31, 2021.

Case 1:21-cv-00511-LAP Document 53-1 Filed 06/27/22 Page 16 of 29

## Our Facilities

CleanSpark ✧



| Facility | College Park | Norcross | Coinmint |
|---|---|---|---|
| Status | Owned | Owned | Co-Locations |
| Current Power | 47 MW | 20 MW | 27 MW |
| Energy Mix* | 95% | 100% | 99% |

*Percentage indicates energy mix comprised of non-carbon producing energy sources, including solar, wind, hydro, and nuclear, based on publicly reported energy mix data and/or data provided directly by utilities. Wholly-owned locations includes renewable credits; co-location data as reported by partner.



# Recent Financial Performance (as reported in US GAAP)

## CleanSpark ✦





NASDAQ: **CLSK** ✦

Case 1:21-cv-00511-LAR   Document 53-1   Filed 06/27/22   Page 18 of 29

## Recent Financial Performance (Continued)

**CleanSpark ✧**





*Non-GAAP. Please see appendix for additional details.

NASDAQ: **CLSK ✧**

## Hashrate Landscape

**CleanSpark ✧**



Note: Hashrate as of 3/1/2022, *Hashrate Index*.

NASDAQ: **CLSK ✧**

Case 1:21-cv-00511-LAR Document 53-1 Filed 06/27/22 Page 20 of 29

## Market Cap Landscape

CleanSpark ✧



Note: Market cap as of 3/17/2022, *Nasdaq*.





Case 1:21-cv-00511-LAP Document 53-1 Filed 06/27/22 Page 22 of 29



Case 1:21-cv-00511-LAR          Document 53-1          Filed 06/27/22          Page 23 of 29

## Management Team

CleanSpark ✦



**Zachary K. Bradford**
CEO, President and Director

**Gary A. Vecchiarelli**
Chief Financial Officer

**Rachel Silverstein**
VP of Compliance and General Counsel

**S. Matthew Schultz**
Executive Chairman and Director

NASDAQ: **CLSK** ✦

# Income Statement

CleanSpark ✧

| | Q1-21<br>December 31, 2021 | Q2-21<br>March 31, 2021 | Q3-21<br>June 30, 2021 | Q4-21<br>September 30, 2021 | FY-21<br>September 30, 2021 |
|---|---|---|---|---|---|
| **Revenue, Net** | | | | | |
| Digital Currency Mining Revenue, Net | 733,410 | 6,715,792 | 8,649,440 | 22,747,991 | 38,846,633 |
| Energy Hardware, Software and Services Revenue | 1,213,870 | 891,965 | 2,863,997 | 4,032,804 | 9,002,636 |
| Other Services Revenue | 310,290 | 511,931 | 402,628 | 363,997 | 1,588,846 |
| **Total Revenue, Net** | **2,257,570** | **8,119,688** | **11,916,065** | **27,144,792** | **49,438,115** |
| **Costs and Expenses** | | | | | |
| Cost of revenues<br>(exclusive of depreciation and amortization shown below) | 1,332,890 | 1,537,683 | 3,848,817 | 7,245,321 | 13,964,711 |
| Professional fees | 1,712,723 | 2,456,554 | 2,047,654 | 2,056,036 | 8,272,967 |
| Payroll expenses | 3,314,201 | 3,262,097 | 11,830,196 | 6,949,190 | 25,355,684 |
| General and administrative expenses | 950,139 | 1,243,154 | 1,430,339 | 1,668,020 | 5,291,652 |
| Impairment of goodwill | - | - | - | 5,723,388 | 5,723,388 |
| Other impairment expense (related to Intangible Assets) | - | - | 3,720,481 | 3,441,917 | 7,162,398 |
| Depreciation and amortization | 1,117,715 | 2,117,172 | 3,656,757 | 5,352,724 | 12,244,368 |
| **Total costs and expenses** | **8,427,668** | **10,616,660** | **26,534,244** | **32,436,596** | **78,015,168** |
| | | | | | |
| Income (loss) from operations | (6,170,098) | (2,496,972) | (14,618,179) | (5,291,804) | (28,577,053) |
| Other income/(expense) | - | 541,576 | 1,441 | 1,761 | 544,778 |
| Change in fair value of contingent consideration | - | - | - | 84,198 | 84,198 |
| Realized gain on sale of digital currency | 49,918 | 585,709 | 36,438 | 2,432,313 | 3,104,378 |
| Realized gain on sale of equity security | - | - | 105,908 | 73,138 | 179,046 |
| Unrealized loss on equity security | (73,500) | 343,000 | (170,586) | (104,067) | (5,153) |
| Unrealized gain (loss) on derivative security | (1,020,494) | 8,400,629 | (2,060,774) | (2,528,974) | 2,790,387 |
| Interest income | 47,984 | 26,098 | 28,625 | 118,781 | 221,488 |
| Interest expense | (1,340) | - | - | (152,739) | (154,079) |
| Loss on write off and disposal of assets | - | - | - | - | - |
| **Total other income (expense)** | **(997,432)** | **9,897,012** | **(2,058,948)** | **(75,589)** | **6,765,043** |

## Income Statement (cont'd)

**CleanSpark ✧**

| | Q1-21<br>December 31, 2021 | Q2-21<br>March 31, 2021 | Q3-21<br>June 30, 2021 | Q4-21<br>September 30, 2021 | FY-21<br>September 30, 2021 |
|---|---|---|---|---|---|
| Income (loss) before income tax (expense) or benefit | (7,167,530) | 7,400,040 | (16,677,127) | (5,367,393) | (21,812,010) |
| Income tax (expense) or benefit | - | - | - | - | - |
| Net income (loss) | (7,167,530) | 7,400,040 | (16,677,127) | (5,367,393) | (21,812,010) |
| Other comprehensive income (loss) | - | - | - | (5,392) | (5,392) |
| Preferred stock dividends | - | (177,505) | - | 3 | (177,502) |
| **Total comprehensive income (loss) attributable to common shareholders** | **(7,167,530)** | **7,222,535** | **(16,677,127)** | **(5,372,782)** | **(21,994,904)** |
| | | | | | |
| Income (loss) per common share - basic | (0) | 0 | (0) | (0) | (1) |
| Weighted average common shares outstanding - basic | 22,146,992 | 25,925,259 | 34,014,221 | 29,441,364 | 29,441,364 |
| Income (loss) per common share - diluted | (0) | 0 | (0) | (0) | (1) |
| Weighted average common shares outstanding - diluted | 22,146,992 | 32,697,863 | 34,014,221 | 29,441,364 | 29,441,364 |
| **Non-GAAP adjusted EBITDA calculation per SEC docs** | | | | | |
| Net loss | (7,167,530) | 7,400,040 | (16,677,127) | (5,367,393) | (21,812,010) |
| Interest and taxes | (46,644) | (26,098) | (28,625) | 33,958 | (67,409) |
| Other (income)/expense | - | (541,576) | (1,441) | (1,761) | (544,778) |
| Depreciation and amortization | 1,117,715 | 2,117,172 | 3,656,757 | 5,352,724 | 12,244,368 |
| Share-based compensation expense | 4,350,643 | 849,015 | 3,399,371 | 52,317 | 8,546,712 |
| Change in fair value of contingent consideration | - | - | - | (84,198) | (84,198) |
| Other impairment expense (related to Intangible Assets) | - | - | 3,720,481 | 3,441,917 | 7,162,398 |
| Realized (gain)/loss on sale of digital currency | (49,918) | (585,709) | (36,438) | (2,432,313) | 3,104,378 |
| Impairment of goodwill | - | - | - | 5,723,388 | 5,723,388 |
| Impairment of capitalized software | - | - | - | 554,322 | 554,322 |
| Realized (gain)/loss on sale of equity security | - | - | (105,908) | (73,138) | (179,046) |
| Unrealized (gain)/loss of equity security | 73,500 | (343,000) | 170,586 | 104,067 | 5,153 |
| Unrealized (gain)/loss of derivative security | 1,020,494 | (8,400,629) | 2,060,774 | 2,528,974 | (2,790,387) |
| **Non-GAAP adjusted EBITDA** | **(701,740)** | **469,215** | **(3,841,570)** | **9,832,864** | **11,862,891** |

## Balance Statement

# CleanSpark ✧

| | September 30, 2021 | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| **Current assets** | | |
| Cash and cash equivalents, including restricted cash | $18,040,327 | $5,212,414 |
| Accounts receivable, net | $2,619,957 | $4,622,002 |
| Contract assets | $0 | |
| Inventory | $2,672,744 | $1,432,110 |
| Prepaid expense and other current assets | $5,129,047 | $11,245,426 |
| Digital currency | $23,603,210 | $30,203,387 |
| Derivative investment asset | $4,905,656 | $5,204,505 |
| Investment in equity security | $260,772 | $250,000 |
| Investment in debt security, AFS, at fair value | $494,608 | $512,721 |
| **Total current assets** | **$57,726,321** | **$58,682,565** |
| | | |
| Property and equipment, net | $137,674,739 | $198,490,355 |
| Operating lease right of use asset | $1,488,240 | $1,421,252 |
| Capitalized software, net | $503,685 | $477,191 |
| Intangible assets, net | $12,195,492 | $10,996,442 |
| Deposits on mining equipment | $87,959,910 | $125,700,523 |
| Other long-term asset | $875,536 | $3,327,245 |
| Goodwill | $19,049,198 | $19,049,198 |
| **Total assets** | **$317,473,121** | **$418,144,771** |

Case 1:21-cv-00511-LAB   Document 53-1   Filed 06/27/22   Page 27 of 29

## Balance Statement (cont'd)

CleanSpark ✧

| | September 30, 2021 | December 31, 2021 |
|---|---|---|
| **Liabilities and stockholders' equity** | | |
| **Current liabilities** | | |
| Accounts payable and accrued liabilities | $296,964 | $20,237,550 |
| Contract liabilities | $256,195 | $386,740 |
| Operating lease liability | $413,798 | $261,101 |
| Finance lease liability | $300,000 | $366,728 |
| Acquisition liability | $820,802 | $300,000 |
| Contingent consideration | $0 | $615,249 |
| Dividends payable | $10,063,022 | $314,611 |
| **Total current liabilities** | **$7,975,263** | **$22,481,979** |
| **Long-term liabilities** | | |
| Loans payable | $0 | $0 |
| Operating lease liability, net of current portion | $1,235,325 | $1,167,779 |
| Dividends payable | $0 | $0 |
| Finance lease liability, net of current portion | $458,308 | $419,563 |
| Contingent consideration, non-current | $0 | $0 |
| **Total liabilities** | **$11,756,655** | **$24,069,321** |
| **Stockholders' equity** | | |
| Common stock | $37,394 | $41,475 |
| Preferred stock | $1,750 | $1,750 |
| Additional paid-in capital | $444,074,832 | $518,240,478 |
| Accumulated other comprehensive income (loss) | ($5,392) | $12,721 |
| Accumulated deficit | ($138,392,118) | ($124,220,974) |
| **Total stockholders' equity** | **$305,716,466** | **$394,075,450** |
| **Total liabilities and stockholders' equity** | **$317,473,121** | **$418,144,771** |

## Non-GAAP Measures

CleanSpark ✧

Adjusted EBITDA is not a measurement of financial performance under generally accepted accounting principles in the United States ("GAAP"). Because of varying available valuation methodologies, subjective assumptions and the variety of equity instruments that can impact a company's non-cash operating expenses, CleanSpark management believes that providing a non-GAAP financial measure that excludes non-cash and non-recurring expenses allows for meaningful comparisons between the Company's core business operating results and those of other companies, as well as providing the Company with an important tool for financial and operational decision making and for evaluating its own core business operating results over different periods of time.

The Company's Adjusted EBITDA measure may not provide information that is directly comparable to that provided by other companies in its industry, as other companies in its industry may calculate non-GAAP financial results differently, particularly related to non-recurring, unusual items. The Company's Adjusted EBITDA is not a measurement of financial performance under GAAP and should not be considered as an alternative to operating income or as an indication of operating performance or any other measure of performance derived in accordance with GAAP. Our management does not consider Adjusted EBITDA to be a substitute for, or superior to, the information provided by GAAP financial results.

We are providing supplemental financial measures for non-GAAP adjusted earnings before interest, taxes, depreciation and amortization ("Adjusted EBITDA") that excludes the impact of interest, taxes, depreciation, amortization, our share-based compensation expense, and impairment of assets, unrealized gains/losses on securities, certain financing costs, other non-cash items, certain non-recurring expenses, and impacts related to discontinued operations. These supplemental financial measures are not measurements of financial performance under GAAP and, as a result, these supplemental financial measures may not be comparable to similarly titled measures of other companies. Management uses these non-GAAP financial measures internally to help understand, manage, and evaluate our business performance and to help make operating decisions.

We believe that these non-GAAP financial measures are also useful to investors and analysts in comparing our performance across reporting periods on a consistent basis. Adjusted EBITDA excludes (i) impacts of interest, taxes, and depreciation; (ii) significant non-cash expenses such as our share-based compensation expense, unrealized gains/losses on securities, certain financing costs, other non-cash items that we believe are not reflective of our general business performance, and for which the accounting requires management judgment, and the resulting expenses could vary significantly in comparison to other companies; (iii) significant impairment losses related to long-lived and digital assets, which include our bitcoin for which the accounting requires significant estimates and judgment, and the resulting expenses could vary significantly in comparison to other companies; and (iv) and impacts related to discontinued operations that would not be applicable to our future business activities.

Non-GAAP financial measures are subject to material limitations as they are not in accordance with, or a substitute for, measurements prepared in accordance with GAAP. For example, we expect that share-based compensation expense, which is excluded from Adjusted EBITDA, will continue to be a significant recurring expense over the coming years and is an important part of the compensation provided to certain employees, officers, and directors.

We have also excluded impairment losses on assets, including impairments of our digital currency our non-GAAP financial measures, which may continue to occur in future periods as a result of our continued holdings of significant amounts of bitcoin. Our non-GAAP financial measures are not meant to be considered in isolation and should be read only in conjunction with our Consolidated Financial Statements, which have been prepared in accordance with GAAP. We rely primarily on such Consolidated Financial Statements to understand, manage, and evaluate our business performance and use the non-GAAP financial measures only supplementally.



NASDAQ: **CLSK** ✧

