# EXHIBIT 2

| CleanSpark, Inc. (CLSK) Dates of Interest | | | |
|---|---|---|---|
| Date | Closing Price | Shares Outstanding* | Market Capitalization* |
| 12/9/2020 | $13.09 | 21.84 | $285.83 |
| 12/10/2020 | $15.39 | 21.84 | $336.05 |
| 1/7/2021 | $40.39 | 23.96 | $967.91 |
| 8/16/2021 | $13.73 | 35.59 | $488.67 |
| 8/17/2021 | $11.65 | 35.59 | $414.64 |
| 6/27/2022 | $4.53 | 41.29 | $187.04 |

*In Millions*