# EXHIBIT 3

| CleanSpark, Inc. (CLSK) Net Income (loss) | | |
|---|---|---|
| Quarter | Quarter Ending Date | Net income (loss) |
| Q1'21 | December 31, 2020 | $(7,167,530) |
| Q2'21 | March 31, 2021 | $7,400,040 |
| Q3'21 | June 30, 2021 | $($16,677,127) |
| Q4'21 | September 30, 2021 | $(5,367,391)[1] |
| Q1'22 | December 31, 2021 | $14,485,755 |
| Q2'22 | March 31, 2022 | $(170,735) |

---

[1] This figure was calculated by subtracting the $(16,444,619) Net Loss for the 9 months ending June 30, 2021 (Ex. 7 at 2) from the 2021 fiscal year total Net Loss $(21,812,010) (Ex. 8 at 2-3).