# EXHIBIT 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-Q

☒  Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended **December 31, 2020**

☐  Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission File Number: **001-39187**

# <u>CleanSpark, Inc.</u>

(Exact name of Registrant as specified in its charter)

| <u>Nevada</u> | <u>87-0449945</u> |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1185 S. 1800 W., Suite 3**
**<u>Woods Cross, Utah 84087</u>**
(Address of principal executive offices)

**<u>(702) 941-8047</u>**
(Registrant's telephone number, including area code)

_____
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **CLSK** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days
[X] Yes [ ] No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes [X] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

☐  Large accelerated filer                              ☐  Accelerated filer
☒  Non-accelerated Filer                               ☒  Smaller reporting company
                                                                      ☐  Emerging growth company

Table of Contents

CLEANSPARK, INC.
CONSOLIDATED STATEMENTS OF OPERATIONS
(UNAUDITED)

| | For the Three Months Ended | |
| --- | --- | --- |
| | December 31, 2020 | December 31, 2019 |
| Revenues, net | | |
| Sale of goods revenues | 1,088,034 | $ 925,396 |
| Service, software and related revenues | $ 436,126 | 51,428 |
| Digital currency mining revenue | $ 733,410 | — |
| Total revenues, net | 2,257,570 | 976,824 |
| | | |
| Cost of revenues | | |
| Product sale revenues | 1,014,931 | 784,574 |
| Service, software and related revenues | 148,913 | 98,147 |
| Cost of mining and data center revenue | 169,046 | — |
| Total cost of revenues | 1,332,890 | 882,721 |
| | | |
| Gross profit | 924,680 | 94,103 |
| | | |
| Operating expenses | | |
| Professional fees | 1,712,723 | 1,516,587 |
| Payroll expenses | 3,314,201 | 711,539 |
| Product development | 39,286 | 39,287 |
| General and administrative expenses | 950,139 | 230,661 |
| Depreciation and amortization | 1,078,429 | 587,490 |
| Total operating expenses | 7,094,778 | 3,085,564 |
| | | |
| Loss from operations | (6,170,098) | (2,991,461) |
| | | |
| Other income (expense) | | |
| Other income | — | — |
| Realized gain on sale of digital currency | 49,918 | — |
| Unrealized gain/(loss) on equity security | (73,500) | 368,868 |
| Unrealized gain/(loss) on derivative security | (1,020,494) | 2,266,654 |
| Interest income (expense) (net) | 46,644 | (1,560,315) |
| Total other income (expense) | (997,432) | 1,075,207 |
| | | |
| Net loss | $ (7,167,530) | $ (1,916,254) |
| | | |
| Loss per common share - basic and diluted | $ (0.32) | $ (0.40) |
| | | |
| Weighted average common shares outstanding - basic and diluted | 22,146,992 | 4,781,075 |

The accompanying notes are an integral part of these unaudited consolidated financial statements.

F-2

Table of Contents

### Operating Expenses

We had operating expenses of $7,094,778 for the three months ended December 31, 2020, as compared with $3,085,564 for the three months ended December 31, 2019.

Professional fees increased to $1,712,723 for the three months ended December 31, 2020, from $1,516,587 for the same period ended December 31, 2019. Our professional fees expenses for the three months ended December 31, 2020 consisted mainly of legal fees of $1,230,362, consulting fees of $226,450, external marketing fees of $120,838, and accounting, audit and review fees of $97,350. Our professional fees expenses for the three months ended December 31, 2019 consisted mainly of officers and directors' consulting fees of $150,000, consulting fees of $62,818, and accounting, audit and review fees of $71,655 and stock-based compensation of $586,181. Professional fees increased in 2020 mainly as a result of increased legal fees.

Payroll expenses increased to $3,314,201 for the three months ended December 31, 2020, from $711,539 for the same period ended 2019. Our payroll expenses for the three months ended December 31, 2020 consisted mainly of salary and wages expense of $2,382,161 and employee stock-based compensation of $932,040. The increase in our payroll expenses for the three months ended December 31, 2019 consisted mainly as a result of an increase in salary and wages expense of $680,551 and employee stock-based compensation of $30,988.

General and administrative fees increased to $950,139 for the three months ended December 31, 2020, from $230,661 for the same period ended 2019. The increase in our general and administrative expenses for the three months ended December 31, 2020 consisted mainly as a result of an increase in our marketing expenses of 555,429, dues and subscriptions of $171,992, insurance expenses of $72,159, and rent expenses of $30,393. Our general and administrative expenses for the three months ended December 31, 2019 consisted mainly of travel expenses of $31,585, rent expenses of $21,318, insurance expenses of $42,901, dues and subscriptions of $51,367 and office expense of $10,445.

Product development expense was $39,286 for the three months ended December 31, 2020, and $39,287 for the same period ended 2019. Our product development expenses for the three months ended December 31, 2020 and 2019 consisted mainly of amortization of capitalized software.

Depreciation and amortization expense increased to $1,078,429 for the three months ended December 31, 2020, from $587,490 for the same period ended 2019 mainly due to the depreciation expense related to the equipment used in the data center and digital currency miners.

We expect that our operating expenses will increase in future quarters as we further implement our business plan. As we execute on customer contracts we may be required to hire and compensate additional personnel and support increased operational costs.

### Other income (expenses)

Other income/(expenses) decreased to ($997,432) for the three months ended December 31, 2020, from $1,075,207 for the same period ended December 31, 2019. Our other income/(expenses) for the three months ended December 31, 2020 consisted mainly of a realized gain on sales of digital currency of $49,918, net interest income of $46,644, an unrealized loss on equity securities of ($73,500), and derivative loss of ($1,020,494). Our other income/(expenses) for the three months ended December 31, 2019 consisted mainly of an unrealized gain on equity security of $368,868, derivative income of $2,266,654 and interest expense of ($1,560,315).

### Net Loss

We recorded a net loss of $7,167,530 for the three months ended December 31, 2020, as compared with a net loss of $1,916,254 for the same period ended December 31, 2019 mainly due to increase in payroll expenses, general and administrative expenses, and depreciation and amortization expenses.

8

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: February 11, 2021

By: */s/ Zachary K. Bradford*
Zachary K. Bradford
Title:   Chief Executive Officer
(Principal Executive Officer)

Date: February 11, 2021

By: */s/Lori L. Love*
Lori L. Love
Title:   Chief Financial Officer
(Principal Financial and Accounting Officer)

14