# EXHIBIT 6

Case 1:21-cv-00511-LAP    Document 53-6    Filed 06/27/22    Page 2 of 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-Q

☒      Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended **March 31, 2021**

☐      Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission File Number: **001-39187**

# **CleanSpark, Inc.**

(Exact name of Registrant as specified in its charter)

| **Nevada** | **87-0449945** |
|:---:|:---:|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1185 S. 1800 W., Suite 3**
**Woods Cross, Utah 84087**
(Address of principal executive offices)

**(702) 941-8047**
(Registrant's telephone number, including area code)

_____
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Common Stock, par value $0.001 per share** | **CLSK** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
[X] Yes [ ] No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes [X] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| ☐ Large accelerated filer | | ☐ Accelerated filer | |
| ☒ Non-accelerated Filer | | ☒ Smaller reporting company | |
| | | ☐ Emerging growth company | |

Table of Contents

**CLEANSPARK, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(UNAUDITED)**

| | For the Three Months Ended | | For the Six Months Ended | |
| --- | --- | --- | --- | --- |
| | March 31, 2021 | March 31, 2020 | March 31, 2021 | March 31, 2020 |
| Revenues, net | | | | |
| Sale of goods revenues | $ 891,965 | $ 3,352,098 | $ 1,979,999 | $ 4,277,494 |
| Service, software and related revenues | $ 511,931 | $ 306,185 | $ 948,057 | $ 357,613 |
| Cryptocurrency mining revenue | $ 6,715,792 | — | $ 7,449,202 | — |
| Total revenues, net | 8,119,688 | 3,658,283 | 10,377,258 | 4,635,107 |
| | | | | |
| Costs and expenses | | | | |
| Cost of revenues (exclusive of depreciation and amortization shown below) | 1,537,683 | 2,913,828 | 2,879,197 | 3,757,262 |
| Professional fees | 2,456,554 | 1,005,991 | 4,169,277 | 2,522,578 |
| Payroll expenses | 3,262,097 | 984,380 | 6,576,298 | 1,695,919 |
| General and administrative expenses | 1,243,154 | 311,131 | 2,193,293 | 541,792 |
| Depreciation and amortization | 2,117,172 | 715,005 | 3,226,263 | 1,381,069 |
| Total costs and expenses | 10,616,660 | 5,930,335 | 19,044,328 | 9,898,620 |
| | | | | |
| Loss from operations | (2,496,972) | (2,272,052) | (8,667,070) | (5,263,513) |
| | | | | |
| Other income (expense) | | | | |
| Other income | 541,576 | — | 541,576 | — |
| Realized gain on sale of digital currency | 585,709 | — | 635,627 | — |
| Unrealized gain/(loss) on equity security | 343,000 | (210,000) | 269,500 | 158,868 |
| Unrealized gain on derivative security | 8,400,629 | (1,441,763) | 7,380,135 | 824,891 |
| Interest income (expense), net | 26,098 | (1,891,283) | 72,742 | (3,451,598) |
| Total other income (expense) | 9,897,012 | (3,543,046) | 8,899,580 | (2,467,839) |
| | | | | |
| Net Income/(loss) attributable to the Company | $ 7,400,040 | $ (5,815,098) | $ 232,510 | $ (7,731,352) |
| | | | | |
| Preferred stock dividends | $ 177,505 | $ — | $ 177,505 | $ — |
| | | | | |
| Net Income (loss) attributable to the Company's common shareholders | $ 7,222,535 | $(5,815,098) | $ 55,005 | $(7,731,352) |
| | | | | |
| Earnings/(loss) per common share - basic | $ 0.28 | $ (1.13) | $ 0.00 | $ (1.56) |
| | | | | |
| Weighted average common shares outstanding - basic | 25,925,259 | 5,135,802 | 24,025,557 | 4,957,491 |
| | | | | |
| Earnings/(loss) per common share - diluted | $ 0.22 | $ (1.13) | $ 0.00 | $ (1.56) |
| | | | | |
| Fully diluted weighted average common shares outstanding | 32,697,863 | 5,135,802 | 30,798,161 | 4,957,491 |

Table of Contents

General and administrative fees increased to $1,243,154 for the three months ended March 31, 2021, from $311,131 for the same period ended 2020. The increase in our general and administrative expenses for the three months ended March 31, 2021 consisted mainly as a result of an increase in our marketing expenses of $87,276, dues and subscriptions of $233,608, insurance expenses of $172,482, and rent expenses of $286,904. Our general and administrative expenses for the three months ended March 31, 2020 consisted mainly of travel expenses of $48,378, rent expenses of $27,141, insurance expenses of $50,785, dues and subscriptions of $117,671 and office expense of $10,755.

Depreciation and amortization expense increased to $2,117,172 for the three months ended March 31, 2021, from $715,005 for the same period ended 2020 mainly due to the depreciation expense related to the equipment used in the data center and digital currency miners.

We expect that our professional fees, payroll expenses, and general and administrative fees will increase in future quarters as we further implement our business plan. As we execute on customer contracts we may be required to hire and compensate additional personnel and support increased operational costs.

*Other income (expenses)*

Other income/(expenses) increased to $9,897,012 for the three months ended March 31, 2021, from ($3,543,046) for the same period ended March 31, 2020. Our other income for the three months ended March 31, 2021 consisted mainly of income related to the forgiveness of debt of $541,576, realized gain on sales of digital currency of $585,709, an unrealized gain on equity securities of $343,000, derivative gain of $8,400,629, and net interest income of $26,098. Our other (expenses) for the three months ended March 31, 2020 consisted mainly of an unrealized loss on equity securities of ($210,000), derivative loss of ($1,441,763) and interest expense of ($1,891,283).

*Net Income/(Loss)*

We recorded net income of $7,400,040 for the three months ended March 31, 2021, as compared with a net loss of ($5,815,098) for the same period ended March 31, 2020 mainly due to an increase in revenues and unrealized gains on equity and derivative securities.

**Results of operations for the six months ended March 31, 2021 and 2020**

*Revenues*

Revenues increased to $10,377,258 during the six months ended March 31, 2020, as compared with $4,635,107 in revenues for the same period ended 2020 primarily due to revenue from our Cryptocurrency mining.

*Loss from Operation*

Our cost and expenses were $19,044,328 for the six months ended March 31, 2021, resulting in loss from operations of ($8,667,070), as compared with cost and expenses of $9,898,620 for the six months ended March 31, 2020, resulting in loss from operations of ($5,263,513).

The decrease in our cost of revenues for the six months ended March 31, 2021 was mainly the result of a decrease in manufacturing and hardware expenses.

10

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: May 6, 2021

By: */s/ Zachary K. Bradford*
Zachary K. Bradford
Title:    Chief Executive Officer
(Principal Executive Officer)

Date: May 6, 2021

By: */s/Lori L. Love*
Lori L. Love
Title:    Chief Financial Officer
(Principal Financial and Accounting Officer)

17