# EXHIBIT 7

Case 1:21-cv-00511-LAB    Document 53-7    Filed 06/27/22    Page 2 of 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-Q

☒      Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended **June 30, 2021**

☐      Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____  to _____

Commission File Number: **001-39187**

# **CleanSpark, Inc.**

(Exact name of Registrant as specified in its charter)

| **Nevada** | **87-0449945** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1185 S. 1800 W., Suite 3**
**Woods Cross, Utah 84087**
(Address of principal executive offices)

**(702) 941-8047**
(Registrant's telephone number, including area code)

_____
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **CLSK** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
[X] Yes [ ] No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes [X] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| ☐  Large accelerated filer | ☐  Accelerated filer |
| ☒  Non-accelerated Filer | ☒  Smaller reporting company |
| | ☐  Emerging growth company |

Table of Contents

CLEANSPARK, INC.
CONSOLIDATED STATEMENTS OF OPERATIONS
(UNAUDITED)

| | For the Three Months Ended | | For the Nine Months Ended | |
| | June 30, 2021 | June 30, 2020 | June 30, 2021 | June 30, 2020 |
|---|---|---|---|---|
| Revenues, net | | | | |
| Digital currency mining revenue | $ 8,649,440 | $ — | $ 16,098,643 | $ — |
| Energy hardware, software and services revenue | 2,863,997 | 3,080,833 | 4,985,062 | 7,484,079 |
| Other services revenue | 402,628 | 357,841 | 1,209,616 | 589,702 |
| Total revenues, net | 11,916,065 | 3,438,674 | 22,293,321 | 8,073,781 |
| | | | | |
| Costs and expenses | | | | |
| Cost of revenues (exclusive of depreciation and amortization shown below) | 3,848,817 | 2,852,062 | 6,728,014 | 6,609,324 |
| Professional fees | 2,047,654 | 709,367 | 6,216,931 | 3,231,945 |
| Payroll expenses | 11,830,196 | 996,555 | 18,406,494 | 2,692,474 |
| General and administrative expenses | 1,430,339 | 279,045 | 3,623,632 | 820,837 |
| Impairment expense | 3,720,481 | — | 3,720,481 | — |
| Depreciation and amortization | 3,656,757 | 745,244 | 6,883,020 | 2,126,313 |
| Total costs and expenses | 26,534,244 | 5,582,273 | 45,578,572 | 15,480,893 |
| | | | | |
| Loss from operations | (14,618,179) | (2,143,599) | (23,285,251) | (7,407,112) |
| | | | | |
| Other income (expense) | | | | |
| Other income | 1,441 | 20,000 | 543,017 | 20,000 |
| Realized gain on sale of digital currency | 36,438 | — | 672,065 | — |
| Realized gain on sale of equity securities | 105,908 | — | 105,908 | — |
| Unrealized gain (loss) on equity security | (170,586) | (80,500) | 98,914 | 78,368 |
| Unrealized gain (loss) on derivative security | (2,060,774) | 719,294 | 5,319,361 | 1,544,185 |
| Interest income (expense), net | 28,625 | (7,066,496) | 101,367 | (10,518,094) |
| Total other income (expense) | (2,058,948) | (6,407,702) | 6,840,632 | (8,875,541) |
| | | | | |
| Net loss | $ (16,677,127) | $ (8,551,301) | $ (16,444,619) | $ (16,282,653) |
| | | | | |
| Preferred stock dividends | $ — | $ — | $ 177,505 | $ — |
| | | | | |
| Net loss attributable to common shareholders | $ (16,677,127) | $ (8,551,301) | $ (16,622,124) | $ (16,282,653) |
| | | | | |
| Loss per common share - basic | $ (0.49) | $ (0.77) | $ (0.60) | $ (2.32) |
| | | | | |
| Weighted average common shares outstanding - basic | 34,014,221 | 11,119,288 | 27,355,111 | 7,003,927 |
| | | | | |
| Loss per common share - diluted | $ (0.49) | $ (0.77) | $ (0.60) | $ (2.32) |
| | | | | |
| Fully Diluted weighted average common shares outstanding | 34,014,221 | 11,119,288 | 27,355,111 | 7,003,927 |

The accompanying notes are an integral part of these unaudited consolidated financial statements.

F-2

Case 1:21-cv-00511-LAB    Document 53-7    Filed 06/27/22    Page 40 of 5

### *Loss from Operations*

Our cost and expenses were $26,534,244 for the three months ended June 30, 2021, resulting in loss from operations of ($14,618,179), as compared with cost and expenses of $5,582,273 for the three months ended June 30, 2020, resulting in loss from operations of ($2,143,599).

The increase in our cost of revenues for the three  months ended June 30, 2021, was mainly the result of an increase in inventory expenses, direct labor related to energy project installations and increased energy costs as a result of additional miners being deployed.

Professional fees increased to $2,047,654 for the three months ended June 30, 2021, from $709,367 for the same period ended June 30, 2020. Our professional fees expenses for the three months ended June 30, 2021 consisted mainly of legal fees of $1,338,092, which was largely related to our efforts to resolve outstanding litigation, consulting fees of $313,366, external marketing fees of $271,362, and accounting, audit and review fees of $89,708. Our professional fees expenses for the three months ended June 30, 2020 consisted mainly of officers and directors' consulting fees of $105,500, consulting fees of $434,236, and accounting, audit and review fees of $25,900 and stock-based compensation of $143,731.

Payroll expenses increased to $11,830,196 for the three months ended June 30, 2021, from $996,555 for the same period ended 2020. Our payroll expenses for the three months ended June 30, 2021 consisted mainly of salary and wages expense of $8,640,807 which included non-recurring executive compensation of $4,700,000    and employee stock-based compensation of $3,189,389. Our payroll expenses for the three months ended June 30, 2020 consisted mainly of salary and wages expense of $967,355 and employee stock-based compensation of $26,200.

General and administrative expenses increased to $1,430,339 for the three months ended June 30, 2021, from $279,045 for the same period ended 2020. The increase in our general and administrative expenses for the three months ended June 30, 2021 was mainly a result of marketing expenses of $568 ,150, dues and subscriptions of $283,300 , insurance expenses of $209,673 , and rent expenses of $87,425. Our general and administrative expenses for the three months ended June 30, 2020 consisted mainly of marketing expenses of $32,322, rent expenses of $34,445, insurance expenses of $65,833, dues and subscriptions of $61,675, and office expense of $6,267.

Depreciation and amortization expense increased to $3,656,757 for the three months ended June 30, 2021, from $745,244 for the same period ended 2020 mainly due to the depreciation expense related to the increase in equipment used in the data center and digital currency miners as compared to the prior period.

We incurred certain expenses that were considered non-recurring expenses in the current quarter totaling 7,883,939. After accounting for these non-recurring expenses we expect that the remaining underlying professional fees, payroll expenses, and general and administrative fees will increase in future quarters as we further implement our business plan. As we execute on customer contracts, we may also be required to hire and compensate additional personnel and support increased operational costs.

### *Other expenses*

Other expenses decreased to ($2,058,948) for the three months ended June 30, 2021, from ($6,407,702) for the same period ended June 30, 2020. Our other income/(expense) for the three months ended June 30, 2021 consisted mainly of realized gain on sales of digital currency of $36,438, a realized gain on sale of equity securities of $105,908, an unrealized loss on equity securities of ($170,586), derivative loss of ($2,060,774), and net interest income of $28,625. Our other income/(expenses) for the three months ended June 30, 2020 consisted mainly of an unrealized loss on equity securities of ($80,500), derivative gain of $719,294 and interest expense of ($7,066,496).

### *Net Loss*

We recorded a net loss of $16,677,127 for the three months ended June 30, 2021, as compared with a net loss of $8,551,301 for the same period ended June 30, 2020 mainly due to an increase in payroll expenses, impairment losses and unrealized losses on equity and derivative securities.

11

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: August 16, 2021

By: */s/ Zachary K. Bradford*
Zachary K. Bradford
Title:   Chief Executive Officer
(Principal Executive Officer)


Date: August 16, 2021

By: */s/Lori L. Love*
Lori L. Love
Title:   Chief Financial Officer
(Principal Financial and Accounting Officer)

21