# EXHIBIT 8

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-K

☒   ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended **September 30, 2021**

☐   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number**: 001-39187**

## CleanSpark, Inc.
(Exact name of registrant as specified in its charter)

| **Nevada** | **87-0449945** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **2370 Corporate Circle, Suite 160** | |
| **Henderson, Nevada** | **89074** |
| (Address of principal executive offices) | (Zip Code) |

Registrants telephone number, including area code: **(702) 941-8047**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **CLSK** | **The Nasdaq Stock Market LLC** |

Securities registered pursuant to Section 12(g) of the Act: **N/A**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [X] No [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes [ ] No [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes [X] No [ ]

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes [X] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of large accelerated filer, accelerated filer, smaller reporting company, and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| ☒ Large accelerated Filer | ☐  Accelerated Filer |
|---|---|
| ☐ Non-accelerated Filer | ☐  Smaller reporting company |
| | ☐ Emerging growth company |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. **[ ]**

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).
Yes [ ] No [X]

Table of Contents

Hardware material purchases increased to $3,205,547 for the year ended September 30, 2021, from $824,665   in hardware expenses for the year ended September 30, 2020. Our materials expense for the years ended September 30, 2021 and 2020 consisted mainly of the cost of energy storage and solar panels.

Professional fees increased to $8,272,966 for the year ended September 30, 2021 from $6,521,016 for the same period ended September 30, 2020. Our professional fees expenses for the year ended September 30, 2021 consisted mainly of legal fees of $4,570,216, accounting and tax fees of $1,070,174 consulting fees of $818,741, investor relations and external marketing consulting fees of $959,717, director fees of $177,084, recruitment and conference fees of $251,183, subcontract fees of $185,980 and audit and review fees of $214,100.

Our professional fees expenses for the year ended September 30, 2020 consisted mainly of consulting fees of $607,392 paid to management of the Company, stock-based compensation for consulting of $2,265,194, sales consulting of $278,547, legal fees of $1,472,421, investor relations and external marketing consulting of $725,347, director fees of $442,000, consulting for software and engineering of $82,031, accounting and tax fees of $186,969 and audit and review fees of $135,060.

Payroll expenses increased to $25,355,684 for the year ended September 30, 2021 from $6,813,641 for the same period ended September 30, 2020. Our payroll expenses for the year ended September 30, 2021 consisted mainly of salary and wages expense of $17,624,078 and employee and officer stock-based compensation and related bonuses of $7,731,605. Our payroll expenses for the year ended September 30, 2020 consisted mainly of salary and wages expense of $4,293,559 and employee and officer stock-based compensation of $2,520,083.

General and administrative fees increased to $5,291,652 for the year ended September 30, 2021 from $1,093,062 for the same period ended September 30, 2020. Our general and administrative expenses for the year ended September 30, 2021 consisted mainly of marketing related expenses of $1,488,933, travel expenses of $367,632, rent expenses of $445,944, insurance expenses of $720,053, dues and subscriptions of $1,129,963, repairs and maintenance of $174,192, supplies of $134,163, utilities of $184,232 and bad debt expense of $246,453. Our general and administrative expenses for the year ended September 30, 2020 consisted mainly of travel expenses of $82,407, rent expenses of $117,223, insurance expenses of $232,043, dues and subscriptions of $362,887, marketing related expenses of $153,091, and bad debt expense of $36,924.

Depreciation and amortization expense increased to $12,244,368 for the year ended September 30, 2021, from $2,836,249 for the same period ended September 30, 2020.

Impairment expenses were recorded for the year ended September 30, 2021 for $12,885,776, and no impairment expenses were recorded for the same period ended September 30, 2020. Impairment expense for the year ended September 30, 2021 consisted primarily of bitcoin impairment of $6,608,076, goodwill impairment of $5,723,388 and software impairment of $554,322, which represents a write down of our GridFabric product line of $250,000 and our mVSO platform of $304,322.

***Other Income/Expenses***

We had net other income of $6,765,043 for the year ended September 30, 2021, compared with other expenses of $8,203,027 for the year ended September 30, 2020. Other income for the year ended September 30, 2021 consisted mainly of other income of $544,778, change in fair value of contingent consideration of $84,198, gains on derivative assets of $2,790,387, realized gains on the sale of digital currency of $3,104,378, realized gains on the sale of equity securities  of $179,046, interest income of $221,488 and interest expense of $154,079. Our other income/expenses for the year ended September 30, 2020 consisted mainly of other income of $20,000, unrealized gains on equity security and derivative security of $116,868 and $2,115,269 respectively, interest income of $308,804, and interest expense of $10,758,750.

***Net Loss***

Net loss for the year ended September 30, 2021 was $21,812,010 compared to net loss of $23,346,143 for the year ended September 30, 2020.

36

Case 1:21-cv-00511-LAP   Document 53-8   Filed 06/27/22   Page 4 of 5

Table of Contents

**CLEANSPARK, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

| | September 30, 2021 | September 30, 2020 |
|---|---|---|
| Revenues, net | | |
| Digital currency mining revenue, net | 38,846,633 | — |
| Energy hardware, software and services revenue | 9,002,636 | 9,018,023 |
| Other services revenue | 1,588,846 | 1,010,678 |
| Total revenues, net | 49,438,115 | 10,028,701 |
| | | |
| Costs and expenses | | |
| Cost of revenues (exclusive of depreciation and amortization shown below) | 13,964,711 | 7,907,849 |
| Professional fees | 8,272,967 | 6,521,016 |
| Payroll expenses | 25,355,684 | 6,813,641 |
| General and administrative expenses | 5,291,652 | 1,093,062 |
| Impairment of goodwill | 5,723,388 | — |
| Other impairment expense (related to Intangible Assets) | 7,162,398 | — |
| Depreciation and amortization | 12,244,368 | 2,836,249 |
| Total costs and expenses | 78,015,168 | 25,171,817 |
| | | |
| Loss from operations | (28,577,053) | (15,143,116) |
| | | |
| Other income/(expense) | | |
| Other income | 544,778 | 20,000 |
| Change in fair value of contingent consideration | 84,198 | — |
| Realized gain on sale of digital currency | 3,104,378 | — |
| Realized gain on sale of equity securities | 179,046 | — |
| Unrealized gain (loss) on equity security | (5,153) | 116,868 |
| Unrealized gain on derivative security | 2,790,387 | 2,115,269 |
| Interest income | 221,488 | 308,804 |
| Interest expense | (154,079) | (10,758,750) |
| Loss on disposal of assets | — | (5,218) |
| Total other income (expense) | 6,765,043 | (8,203,027) |
| | | |
| Loss before income tax (expense) or benefit | (21,812,010) | (23,346,143) |
| Income tax (expense) or benefit | — | — |
| Net loss | (21,812,010) | (23,346,143) |
| | | |
| Other comprehensive loss | (5,392) | — |
| Total comprehensive loss | (21,817,402) | (23,346,143) |
| | | |
| Preferred stock dividends | 177,502 | — |
| | | |
| Total comprehensive loss attributable to common shareholders | (21,994,904) | (23,346,143) |
| | | |
| Loss per common share - basic and diluted | (0.75) | (2.44) |
| | | |
| Weighted average common shares outstanding - basic and diluted | 29,441,364 | 9,550,626 |

The accompanying notes are an integral part of these consolidated financial statements.

F-6

Case 1:21-cv-00511-LAP   Document 53-8   Filed 06/27/22   Page 5 of 5

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**CLEANSPARK, INC.**

By:     /s/ Zachary Bradford
        Zachary Bradford
        Chief Executive Officer, Principal Executive Officer and Director
        December 14, 2021

By:     /s/ Lori Love
        Lori Love
        Chief Financial Officer, Principal Financial Officer, Principal Accounting Officer
        December 14, 2021

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated:

By:     /s/ Zachary Bradford
        Zachary Bradford
        Chief Executive Officer, Principal Executive Officer and Director
        December 14, 2021

By:     /s/ Lori Love
        Lori Love
        Chief Financial Officer, Principal Financial Officer, Principal Accounting Officer
        December 14, 2021

By:     /s/ S. Matthew Schultz
        S. Matthew Schultz
        Executive Chairman and Chairman of the Board
        December 14, 2021

By:     /s/ Larry McNeill
        Larry McNeill
        Director
        December 14, 2021

By:     /s/ Roger Beynon
        Roger Beynon
        Director
        December 14, 2021

By:     /s/ Dr. Thomas Wood
        Dr. Thomas Wood
        Director
        December 14,2021

52