# EXHIBIT 9

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-Q

☒    Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended **December 31, 2021**

☐    Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission File Number: **001-39187**

# CleanSpark, Inc.

(Exact name of Registrant as specified in its charter)

| **Nevada** | **87-0449945** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**2370 Corporate Circle, Suite 160**
**Henderson, NV 89074**
(Address of principal executive offices)

**(702) 989-7692**
(Registrant's telephone number, including area code)

_____
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **CLSK** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days
☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| ☒ Large accelerated filer | ☐ Accelerated filer |
| ☐ Non-accelerated Filer | ☐ Smaller reporting company |
| | ☐ Emerging growth company |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐ No ☒

**CLEANSPARK, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME (LOSS)**
**(UNAUDITED)**

| | Three months ended | |
| --- | --- | --- |
| | December 31, 2021 | December 31, 2020 |
| Revenues, net | | |
| Digital currency mining revenue, net | $ 36,974,578 | $ 733,410 |
| Energy hardware, software and services revenue | 3,970,210 | 1,213,870 |
| Other services revenue | 297,181 | 310,290 |
| Total revenues, net | 41,241,969 | 2,257,570 |
| | | |
| Costs and expenses | | |
| Cost of revenues (exclusive of depreciation and amortization shown below) | 8,797,926 | 1,332,890 |
| Professional fees | 3,317,819 | 1,712,723 |
| Payroll expenses | 8,883,047 | 3,314,201 |
| General and administrative expenses | 1,888,100 | 950,139 |
| Other impairment expense (related to Digital Currency) | 6,222,346 | — |
| Depreciation and amortization | 7,697,568 | 1,117,715 |
| Total costs and expenses | 36,806,806 | 8,427,668 |
| | | |
| Income (loss) from operations | 4,435,163 | (6,170,098) |
| | | |
| Other income/(expense) | | |
| Change in fair value of contingent consideration | 55,542 | — |
| Realized gain on sale of digital currency | 9,994,791 | 49,918 |
| Realized gain on sale of equity security | 665 | — |
| Unrealized loss on equity security | (1,847) | (73,500) |
| Unrealized gain (loss) on derivative security | 298,849 | (1,020,494) |
| Interest income | 33,471 | 47,984 |
| Interest expense | (52,709) | (1,340) |
| Loss on write off and disposal of assets | (278,170) | — |
| Total other income (expense) | 10,050,592 | (997,432) |
| | | |
| Income (loss) before income tax (expense) or benefit | 14,485,755 | (7,167,530) |
| Income tax (expense) or benefit | — | — |
| Net income (loss) | $ 14,485,755 | $ (7,167,530) |
| | | |
| Preferred stock dividends | 314,611 | — |
| | | |
| Net income (loss) attributable to common shareholders | $ 14,171,144 | $ (7,167,530) |
| | | |
| Other comprehensive income | 18,113 | — |
| | | |
| Total comprehensive income (loss) attributable to common shareholders | $ 14,189,257 | $ (7,167,530) |
| | | |
| Income (loss) per common share - basic | $ 0.35 | $ (0.32) |
| | | |
| Weighted average common shares outstanding - basic | 40,279,938 | 22,146,992 |
| | | |
| Income (loss) per common share - diluted | $ 0.35 | $ (0.32) |
| | | |
| Weighted average common shares outstanding - diluted | 40,485,761 | 22,146,992 |

The accompanying notes are an integral part of these unaudited consolidated financial statements.

F-2

*Other income (expenses)*

Other income increased to $10,050,592 for the three months ended December 31, 2021 compared to other expense of ($997,432) for the three months ended December 31, 2020. Our other income/(expenses) for the three months ended December 31, 2021 consisted mainly of a realized gain on sales of digital currency of $9,994,791, an unrealized loss on derivative security of $298,849, and loss on write off of assets of ($278,170). Our other expenses for the three months ended December 31, 2020 consisted mainly of an unrealized loss on derivative security of ($1,020,494).

*Net Income*

We recorded a net income of $14,485,755 for the three months ended December 31, 2021, as compared with a net loss of $7,167,530 for the three months ended December 31, 2020.  The increase was due mainly to the increase in digital currency mining revenue.

**Liquidity and Capital Resources**

Our primary requirements for liquidity and capital are working capital, inventory management, capital expenditures, public company costs and general corporate needs. We expect these needs to continue as we develop and grow our business.  Our principal sources of liquidity have been and are expected to be our cash and cash equivalents and digital currency inventory.

As of December 31, 2021, we had total current assets of $58,682,565, consisting of cash and cash equivalents, accounts receivable, inventory, prepaid expenses and other current assets, digital currency, investment in equity security, investment in debt security and related derivative asset, and total assets in the amount of $418,144,771. Our total current and total liabilities as of December 31, 2021 were $22,481,979 and $24,069,321 respectively. We had working capital of $36,200,586 as of December 31, 2021.

As of December 31, 2021, there were no off-balance sheet arrangements.

We believe our cash and cash equivalents on hand, together with cash we expect to generate from future operations, will be sufficient to meet our working capital and capital expenditure requirements for a period of at least twelve months from the date of this Quarterly Report on Form 10-Q. We are likely to require additional capital to respond to technological advancements, competitive dynamics or technologies, customer demands, business opportunities, challenges, acquisitions or unforeseen circumstances and in either the short-term or long-term may determine to engage in equity or debt financings or enter into credit facilities for other reasons. If we are unable to obtain adequate financing or financing on terms satisfactory to us, when we require it, our ability to continue to grow or support our business and to respond to business challenges could be significantly limited. In particular, the widespread COVID-19 pandemic, including variants, has resulted in, and may continue to result in, significant disruption of global financial markets, reducing our ability to access capital. If we are unable to raise additional funds when or on the terms desired, our business, financial condition and results of operations could be adversely affected.

*Operating Activities*

Operating activities used $(20,969,236) in cash for the three months ended December 31, 2021, as compared with using $(6,833,578) in cash for the three months ended December 31, 2020. Our net income of $14,485,755 was the main component of our negative operating cash flow for the three months ended December 31, 2021, offset mainly by realized gain on digital currency $(9,994,791). Other components of our operating cash flow are the changes in operating assets and liabilities including production of digital currency $(36,974,578), increase in prepaid expenses and other current assets $(6,682,127), increase in accounts receivables $(2,002,045), and decrease in accounts payable and accrued liabilities $(911,848). Our net loss of $(7,167,530) was the main component of our negative operating cash flow for the three months ended December 31, 2020, offset mainly by unrealized loss on derivative assets of $1,020,494, stock based compensation of $4,350,643, and depreciation and amortization of $1,117,715.

7

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.


Date: February 9, 2022                                          By: */s/ Zachary K. Bradford*
                                                               Zachary K. Bradford
                                                               Title: Chief Executive Officer
                                                               (Principal Executive Officer)



Date: February 9, 2022                                          By: */s/Gary A. Vecchiarelli*
                                                               Gary A. Vecchiarelli
                                                               Title: Chief Financial Officer
                                                               (Principal Financial and Accounting Officer)


2