# EXHIBIT 10

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-Q

☒     Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended **March 31, 2022**

☐     Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission File Number: **001-39187**

# **CleanSpark, Inc.**

(Exact name of Registrant as specified in its charter)

| **Nevada** | **87-0449945** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**2370 Corporate Circle, Suite 160**
**Henderson, NV 89074**
(Address of principal executive offices)

**(702) 989-7692**
(Registrant's telephone number, including area code)

_____
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **CLSK** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days
☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

☒ Large accelerated filer             ☐ Accelerated filer
☐ Non-accelerated Filer              ☐ Smaller reporting company
                       ☐ Emerging growth company

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐ No ☒

**CLEANSPARK, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME (LOSS)**
**(UNAUDITED)**

| | For the three months ended | | For the six months ended | |
|---|---|---|---|---|
| | March 31, 2022 | March 31, 2021 | March 31, 2022 | March 31, 2021 |
| Revenues, net | | | | |
| Digital currency mining revenue, net | $ 36,965,739 | $ 6,715,792 | $ 73,940,317 | $ 7,449,202 |
| Energy hardware, software and services revenue | 4,585,971 | 1,313,530 | 8,556,181 | 2,827,233 |
| Other services revenue | 86,282 | 90,366 | 383,463 | 100,824 |
| Total revenues, net | 41,637,992 | 8,119,688 | 82,879,961 | 10,377,258 |
| | | | | |
| Costs and expenses | | | | |
| Cost of revenues (exclusive of depreciation and amortization shown below) | 12,127,120 | 1,537,683 | 20,925,046 | 2,879,197 |
| Professional fees | 900,976 | 2,456,554 | 4,218,795 | 4,169,277 |
| Payroll expenses | 10,542,025 | 3,262,097 | 19,425,072 | 6,576,298 |
| General and administrative expenses | 3,182,946 | 1,243,154 | 5,071,046 | 2,193,293 |
| (Gain) on disposal of assets | (920,861) | — | (642,691) | — |
| Other impairment expense (related to Digital Currency) | 811,345 | — | 7,033,691 | — |
| Depreciation and amortization | 11,661,633 | 2,117,172 | 19,359,201 | 3,226,263 |
| Total costs and expenses | 38,305,184 | 10,616,660 | 75,390,160 | 19,044,328 |
| | | | | |
| Income (loss) from operations | 3,332,808 | (2,496,972) | 7,489,801 | (8,667,070) |
| | | | | |
| Other income (expense) | | | | |
| Other income | 308,038 | 541,576 | 308,038 | 541,576 |
| Change in fair value of contingent consideration | 290,249 | — | 345,791 | — |
| Realized gain (loss) on sale of digital currency | (2,733,882) | 585,709 | 7,260,909 | 635,627 |
| Realized gain on sale of equity security | — | — | 665 | — |
| Unrealized gain (loss) on equity security | — | 343,000 | (1,847) | 269,500 |
| Unrealized gain (loss) on derivative security | (1,410,146) | 8,400,629 | (1,111,297) | 7,380,135 |
| Interest income | 51,782 | 54,479 | 85,253 | 102,463 |
| Interest expense | (9,584) | (28,381) | (62,293) | (29,721) |
| Total other income (expense) | (3,503,543) | 9,897,012 | 6,825,219 | 8,899,580 |
| | | | | |
| Income (loss) before income tax (expense) or benefit | (170,735) | 7,400,040 | 14,315,020 | 232,510 |
| Income tax (expense) or benefit | — | — | — | — |
| Net income (loss) | $ (170,735) | $ 7,400,040 | $ 14,315,020 | $ 232,510 |
| | | | | |
| Preferred stock dividends | 20,828 | $ 177,505 | 335,439 | $ 177,505 |
| | | | | |
| Net income (loss) attributable to common shareholders | $ (191,563) | $ 7,222,535 | $ 13,979,581 | $ 55,005 |
| | | | | |
| Other comprehensive income | 28,479 | — | 46,592 | — |
| | | | | |
| Total comprehensive income (loss) attributable to common shareholders | $ (163,084) | $ 7,222,535 | $ 14,026,173 | $ 55,005 |
| | | | | |
| Income (loss) per common share - basic | $ (0.00) | $ 0.28 | $ 0.34 | $ 0.00 |

F-3

Impairment expenses recorded for the three months ended March 31, 2022 were $811,345, and $0 impairment expenses were recorded for the three months ended March 31, 2021. Impairment expense for the three months ended March 31, 2022 consisted of bitcoin impairment of $811,345.

Depreciation and amortization expense increased to $11,661,633 for the three months ended March 31, 2022, from $2,117,172 for the three months ended March 31, 2021.

### Other income (expenses)

Other expense increased to $3,503,543 for the three months ended March 31, 2022 compared to other income of $9,897,012 for the three months ended March 31, 2021. Our other expenses for the three months ended March 31, 2022 consisted primarily of a realized loss on sales of digital currency of $2,733,882 and an unrealized loss on derivative security of $1,410,146. Our other income for the three months ended March 31, 2021 consisted primarily of a realized gain on sales of digital currency of $585,709 and an unrealized gain on derivative security of $8,400,629.

### Net Income

We recorded a net loss of $170,735 for the three months ended March 31, 2022, as compared with a net income of $7,400,040 for the three months ended March 31, 2021. The decrease was due primarily to the increased losses from sale of digital currency and unrealized losses on derivative asset compared to a significant gain on the derivative asset in the prior period.

### Results of operations for the six months ended March 31, 2022 and 2021

### Revenues

Revenues increased to $82,879,961 during the six months ended March 31, 2022, as compared with $10,377,258 in revenues for the same period ended 2021 primarily due to increase in revenues from our digital currency mining segment.

For the six months ended March 31, 2022, our revenue was derived from digital currency mining, the sale of equipment, solar panels, batteries, design, engineering, and services, and data center services. Income from our mining segment of $73,940,317 is a result of bitcoin mining activities in the United States. Income from our Energy segment of $8,556,181 is the result of contracts to sell switchgear equipment, perform engineering design, provide software for distributed energy and microgrid systems, and provide solar and battery installation.

### Costs and Expenses

We had costs and expenses of $75,390,160 for the six months ended March 31, 2022, as compared with $19,044,328 for the six months ended March 31, 2021.

Our cost of revenues was $20,925,046 for the six months ended March 31, 2022, as compared with cost of revenues of $2,879,197 for the six months ended March 31, 2021. Our cost of revenues during the six months ended March 31, 2022 was primarily the result of mining energy costs at owned facilities of $3,912,857, mining hosting and associated energy fees of $9,377,031, and energy hardware related cost of inventory of $5,587,847. Our cost of revenues during the six months ended March 31, 2021 was primarily the result of mining energy costs at owned facilities of $890,520, and energy hardware related cost of inventory of $1,556,295.  The increase in cost of revenues between the comparative periods was mainly the result of revenue growth over the same period.

Professional fees increased to $4,218,795 for the six months ended March 31, 2022 from $4,169,277 for the six months ended March 31, 2021. Our professional fees expenses for the six months ended March 31, 2022 consisted primarily of accounting and tax expenses of $1,560,228, legal expenses of $868,318, and subcontractor expenses of $733,053.

9

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: May 10, 2022

By: */s/ Zachary K. Bradford*
Zachary K. Bradford
Title: Chief Executive Officer
(Principal Executive Officer)

Date: May 10, 2022

By: */s/Gary A. Vecchiarelli*
Gary A. Vecchiarelli
Title: Chief Financial Officer
(Principal Financial and Accounting Officer)

2