# EXHIBIT 11

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE NOVAGOLD RESOURCES INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions | : MASTER FILE<br>: 1:08-cv-07041 (DLC)<br>:<br>: Hon. Denise L. Cote<br>:<br>: **Oral Argument Requested**<br>:<br>:<br>:<br>: |

 

 

**LEAD PLAINTIFF'S OMNIBUS MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

 

 

**LABATON SUCHAROW LLP**
Joseph A. Fonti  (JF 3201)
jfonti@labaton.com
Benjamin D. Bianco  (BB 5188)
bbianco@labaton.com
140 Broadway
New York, NY 10005
Tel:  (212) 907-0700
Fax:  (212) 883-7044

*Counsel for Lead Plaintiff New Orleans
Employees' Retirement System and Lead
Counsel for the Class*

1

## CONCLUSION

For the foregoing reasons, Lead Plaintiff respectfully submits that the Court should deny

Defendants' motions to dismiss.  Should the Court grant any part of Defendants' motions, Lead

Plaintiff respectfully requests leave to file an amended complaint.

Dated:  February 13, 2009

**LABATON SUCHAROW LLP**

By:  /s/ *Joseph A. Fonti*
Joseph A. Fonti  (JF 3201)
jfonti@labaton.com
Benjamin D. Bianco  (BB 5188)
bbianco@labaton.com
140 Broadway
New York, NY 10005
Telephone:    (212) 907-0700
Facsimile:     (212) 818-0477

*Counsel for Lead Plaintiff New Orleans*
*Employees' Retirement System and Lead*
*Counsel for the Class*

712908 v4
[2/13/2009 21:12]

2

| STATUS OF GALORE CREEK DEVELOPMENT: | |
|---|---|
| **OCTOBER 15, 2007** | **NOVEMBER 26, 2007** |
| "Galore Creek construction progressing well." "During an exciting time of rising metals prices and increased market recognition, NovaGold is pleased … [w]ith *exceptional progress* at Galore Creek and … *continues to advance toward its goal* of becoming a low-cost, mid-tier gold and copper producer." "Significant advancements were made" and "*construction is progressing on schedule.*" "[F]ull construction to begin as early as possible in the spring." Ex. 11 at 1-2.<br><br>Van Nieuwenhuyse: "The Galore Creek construction *is proceeding in accordance with the previously announced timelines.* We do not expect any significant changes as of right now. We are working on an updated feasibility study which we expect to have done the second half of next year. Ex. 7 at 4. | Van Nieuwenhuyse: We have "[decided] to *suspend construction* activities at the Galore Creek." Ex. 1 at 2.<br><br>Don Lindsay, Teck Cominco, President: "the construction schedule underlying the *original feasibility study could not be met* and that certain costs particularly related to [civil work] were seriously underestimated." Ex. 1 at 3. |

| RELIABILITY OF THE FINAL FEASIBILITY STUDY | |
|---|---|
| **OCTOBER 15, 2007** | **NOVEMBER 26, 2007** |
| No comment regarding the Final Feasibility Study conducted by Hatch. Although NovaGold warned that the "updated feasibility study is expected to result in significant increases to capital costs," the October 15 Press Release provided no indication that those increases would be beyond the 15 percent cost collar. Ex. 11 at 3. Furthermore, the update was part of plans to obtain future financing for 2008-2012, and did not touch upon the integrity of the Final Feasibility Study. Ex. 7 at 2. | Don Lindsay, Teck Cominco President: "We put a team together in December of 2006 shortly after the October feasibility study from Hatch came out and spent essentially six months working on reviewing the project with a number of our senior people involved, quite a number. There was a very solid presentation made to the Board before making the decision. And there were representatives from multiple functions within the company involved. Having said that, clearly if we had to do it over again *we would have spent a lot more time on the civil works* and that aspects of it because while we relied fairly heavily on the Hatch feasibility study as people do in the industry, *it is clear that there was more work that could've been done on that.*" Ex. 1 at 17-18. |

A-2

3