# EXHIBIT 12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS WILSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LSB INDUSTRIES, INC., JACK E. GOLSEN, BARRY H. GOLSEN, MARK T. BEHRMAN, TONY M. SHELBY, and HAROLD L. RIEKER, JR. <br><br> Defendants. | Case No. 1:15-cv-07614-RA <br><br> ECF Case |

CORRECTED[1] SECOND AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS

---

[1] Corrected only to revise Paragraph 30 and to include an updated certification of Lead Plaintiff's trades, pursuant to Court's Order dated April 3, 2017. Dkt. No. 68.

356666.2 LSB

1

135. Finally, throughout the Class Period, Defendants were aware, or were severely reckless in not knowing, that the cost estimates for the ammonia plant project at the El Dorado Facility were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant, and that LSB had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project. In spite of this, Defendants falsely claimed that the Company's estimates regarding both cost and timing were proper at all relevant times.

### A. Defendants' False And Misleading Statements To The Public On November 7, 2014

136. The Class Period starts on November 7, 2014. On that date, the Company issued a press release entitled, "LSB Industries, Inc. Reports Results for the 2014 Third Quarter; Provides Chemical Business Product Volume Guidance for 2014 Fourth Quarter." Therein, Jack Golsen, in relevant part, stated:

> ***Our expansion projects underway to install a new ammonia plant, and restore and enhance nitric acid capacity, remain on budget and schedule.*** As we have previously discussed, El Dorado purchases ammonia as its primary feedstock, versus producing its own ammonia using natural gas, as is the case with our Pryor and Cherokee Facilities. This results in a cost disadvantage for El Dorado, a condition that we expect to persist ***until the ammonia plant is operational in the first quarter of 2016***. Once ammonia production is underway, we forecast substantial incremental operating profit from the El Dorado Facility.

(Emphasis added.)

137. Additionally, on November 7, 2014, the Company published a presentation on its website for investors and analysts entitled, "2014 Third Quarter Results," excerpts of which are attached hereto as Ex. 2. Therein, the Company, in relevant part, stated:

a. As a 3Q 2014 highlight: "Continued progress on the El Dorado expansion projects where we remain ***on-time and on-budget***. Approximately 76% of the total expansion project costs are committed." Ex. 2 at 3 (emphasis added).

356666.2 LSB                                                47

2

b.  That the planned capital expenditure for the ammonia plant component of the El Dorado expansion project was $275–$300 million and the total planned capital expenditure for the El Dorado expansion project was $485–$520 million.  Ex. 2 at 7.

c.  With respect to the status of El Dorado facilities as a whole, "[e]xpansion projects *on-time and on-budget*."  Ex. 2 at 20 (emphasis added).

d.  That each of the project elements at the ammonia plant and nitric acid plant and concentrator were either "[c]omplete" or "[o]n [s]chedule."  Ex. 2 at 21, 23.

e.  That the project elements relating to underground piping and aboveground piping at the ammonia plant were "[o]n [s]chedule."  Ex. 2 at 21.

f.  That the estimated completion date for the ammonia plant was the fourth quarter of 2015.  Ex. 2 at 21.

g.  That the estimated start-up date for the ammonia plant was the first quarter of 2016.  Ex. 2 at 21.

138.  On November 7, 2014, LSB filed its Quarterly Report with the SEC on Form 10-Q for the 2014 fiscal third quarter.  The Company's Form 10-Q was signed by Defendants Shelby and Rieker.  Therein, the Company, in relevant part, reaffirmed the Company's cost estimates and completion schedule announced that day in its presentation.  In particular, the Company stated that the planned capital expenditure for the ammonia plant component of the El Dorado expansion project was $275–$300 million and the total planned capital expenditure for the El Dorado expansion project was $485–$520 million.  In addition, the Company stated in the Form 10-Q that the construction of the ammonia plant was "expected to be complete by late 2015."

139.  On November 7, 2014, the Company held a conference call with analysts and investors to discuss its 2014 fiscal third quarter financial results.  Therein, Defendant Shelby, in relevant part, stated:

With respect to the table reflecting El Dorado expansion projects, the planned spending is presented as a range to provide for variable material costs, unplanned

delays in construction, and other contingencies. We've made certain changes to the total planned expenditures since the second quarter. *As the engineering, design, and bidding process has progressed and project construction proceeds, the estimated range of costs has been narrowed and in certain cases have been revised.* At this point approximately 76% of our anticipated costs are committed. I would point out that the top of *the estimated cost has been increased from $500 million to $520 million to reflect the inclusion of the natural gas pipeline to supply the ammonia plant.*

(Emphasis added.)

140.    Additionally, on this same conference call, Defendant Barry Golsen, in relevant part, stated:

*At this time we expect the El Dorado expansion projects to complete on time and on budget* given the addition of the pipeline costs, which Tony discussed. Although completion of projects of this magnitude are dependent on many suppliers and contractors as well as weather conditions, *we are currently not aware of anything that will prevent on-time completion or cause cost overruns.* Also at this time we have committed costs on approximately 76% of the expansion project's total estimated cost.

*We expect the acid plant and concentrator to complete and ready for start up in mid-2015, and the ammonia plant construction to be completed by the end of 2015 with ammonia production ramp-up during the first quarter of 2016.* As we have relayed in the past, LSB is making these investments in our chemical facilities to drive growth and value creation and better position LSB to capitalize on favorable market dynamics.

\*\*\*

*We have major capital projects underway at El Dorado that will improve its profitability substantially. At this time -- at this point we are on time and on budget with these projects.*

(Emphasis added.)

141.    Additionally, on this same conference call, Defendant Shelby responded to a series of questions from an analyst concerning the timing of capital expenditures in relation to the construction schedule and further reaffirmed that the El Dorado project was proceeding on schedule and on budget:

[Analyst]: Okay. And then looking at your capital expenditure chart from last quarter to this quarter it looks like spending at El Dorado was $430 million to

356666.2 LSB                                    49

4

$500 million on the project for total and now it's $485 million to $520 million, yet total capital spending on the piece above that went from -- went to $388 million to $458 million from $392 million to $515 million. I guess I'm trying to reconcile how the El Dorado project went up but total capital spending went down?

[Defendant Shelby]: A lot of it is just timing, David. *We have -- we have narrowed the ranges. The progress of the construction project in El Dorado is pretty much on time,* but the spending is lagging a bit. But the timing of the spending and the completion of project is somewhat separated right now, *so the construction project is from a progression standpoint is* [sic] *on time.* The spending on the other projects will fluctuate from time to time as we move things in and out, but *on the El Dorado expansion project everything is on target and spending is as we have shown it there.*

[Analyst]: I guess, would you expect any of that to roll over into 2016 potentially since the ramp up of spending is a little longer than expected?

[Defendant Shelby]: No, *we still expect completion of construction in 2015 and the commissioning of the plant in 2016.* So spending will be complete by 2015.

(Emphasis added.)

142. The statements in ¶¶136-141 were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose the following adverse facts:

a. The Triad #1 plant was disassembled in a manner that made reassembly impossible in the manner contemplated by the original estimates and work plan;

b. Many of the pipes and vessels from Triad #1 were unusable;

c. The 50-year-old engineering plans from Triad #1 were insufficient to rebuild the facility;

d. As a result of (a) – (c), in the summer of 2014, when Leidos sought lump sum bids from subcontractors for the construction of the ammonia plant, no subcontractor was willing to agree to construct the ammonia plant for a lump sum amount that would have allowed the project to be completed on budget;

e.     Defendants and Leidos were in such a hurry to get the ammonia project underway that they ordered Global to begin work on constructing the ammonia plant on September 16, 2014 without a written contract;

f.     Defendants had been informed that the El Dorado expansion project, as of October 2014, was already 10%–20% over budget and behind schedule, and the project only continued to become further over budget and further behind schedule as the project went forward;

g.     As the Company later admitted (*see* Section IV.B.8, *supra*), the cost and completion estimates for the El Dorado expansion project were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant; and

h.     As the Company later admitted (*see* Section IV.B.8, *supra*), Defendants had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project.

143.    The materially false and misleading statements alleged in ¶¶136-141 were made with scienter. Defendants were deliberately reckless as to the falsity of these statements because, as explained in Section IV.B.4, *supra*, the Individual Defendants had been informed that the El Dorado expansion was over budget and behind schedule. Moreover, as described in Sections IV.B.5–B.7, *supra*, these statements were made with scienter because LSB management knew, or was reckless in not knowing, that the large bore pipes brought from the Donaldsonville facility were dismantled and relocated in a not useful manner, many of these pipes were unusable, and construction was hindered by the attempted use of almost 50-year-old engineering plans.

144.    Additionally, these misstatements were made with scienter because:

a.     The El Dorado expansion project accounted for more than 75% of the Company's entire planned capital additions for all of 2015 and was by far the largest undertaking at the Company during the Class Period. Defendants were aware of the status and developments of the project on which the Company was betting its future; or if

the Company's CEOs and CFOs were unaware of these developments, this ignorance constitutes acting in such a deliberately reckless manner as to constitute a fraud and deceit upon Plaintiff and the Class;

b.      The true cost of the El Dorado expansion project only came to light upon the removal of long-standing LSB insiders, including Defendant Barry Golsen. The most cogent inference from this fact is that the Individual Defendants were aware, or were deliberately reckless in not knowing, that the Company's cost estimates were more than $100 million dollars off and that sufficient engineering had not yet occurred. This is particularly true in light of the rapidity with which new management was able to determine the actual costs of the project once Defendant Barry Golsen was removed;

c.      As LSB had only approximately 30 corporate staff, LSB's executives would be aware of the particulars of its largest and most important construction project, particularly as this project constituted such a large amount of its capital expenditures;

d.      According to the Individual Defendants, they were actively monitoring the status of the construction project at issue and had intimate knowledge of the project's construction costs and progress. If the Individual Defendants had been monitoring the progress and costs of the project, they would have uncovered that the cost estimates for the ammonia plant project at the El Dorado Facility were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant and that LSB had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project;

e.      Besides serving as high-ranking executives of the Company, Defendants Jack and Barry Golsen owned millions of shares of LSB stock and effectively controlled the Company. It is illogical that high-ranking executives that effectively controlled the Company and owned tens of millions of dollars' worth of stock in LSB would be unaware of the status of the Company's largest and most expensive construction project;

356666.2 LSB                                             52

7

f.      Since both before and during the Class Period, activist shareholders sought to wrest control of the Company from the Golsens, the Individual Defendants were motivated to conceal the escalating costs and construction issues at the El Dorado Facility, that the project was both over budget and behind schedule, and that the project required substantial, additional financing so they could retain control of the Company;

g.      Since LSB required additional financing to complete the El Dorado expansion project, Defendants were motivated to misrepresent the status of the project to both lenders and the general public in order to be able to obtain that financing on commercially reasonable terms; and

h.      The facts alleged in ¶¶142 were readily available to Defendants, and in light of those facts, Defendants' statements that they were "currently not aware of anything that will prevent on-time completion or cause cost overruns" and other statements concerning the costs and status of the project were, at a minimum, severely reckless.

**B.      Defendants' False And Misleading Statements To The Public On March 2, 2015**

145.    On March 2, 2015, the Company issued a press release entitled, "LSB Industries, Inc. Reports Results for the 2014 Fourth Quarter; Provides Chemical Business Product Volume Guidance for 2015 First Quarter and Financial Targets for 2017." Therein, Defendant Barry Golsen, in relevant part, stated:

> Furthermore, we expect the cost disadvantage that results from the use of purchased ammonia at El Dorado to be eliminated once the in-process construction of the ammonia plant at the facility – expected to reduce costs, increase capacity and enhance product balance – is completed. ***This project, along with the enhancement of the El Dorado's nitric acid capacity, remains on budget and on schedule and we expect significant incremental operating profit beginning in 2016 as a result of these investments***.

(Emphasis added.)

356666.2 LSB                                        53

8

146.     Additionally, on March 2, 2015, the Company published a presentation on its website for investors and analysts entitled, "2014 Fourth Quarter Results," excerpts of which are attached hereto as Ex. 3.  Therein, the Company, in relevant part, stated:

a.     As a 2014 highlight: "Continued progress on the El Dorado expansion projects where we remain *on budget and on schedule*; Approximately 93% of planned scope of work is under contract as 1/31/2015."  Ex. 3 at 3 (emphasis added).

b.     That the planned capital expenditure for the ammonia plant component of the El Dorado expansion project was $275–$300 million and the total planned capital expenditure for the El Dorado expansion project was $485–$520 million.  Ex. 3 at 7.

c.     With respect to the status of El Dorado facilities as a whole, "Expansion projects *on budget and on schedule*."  Ex. 3 at 19 (emphasis added).

d.     With respect to the ammonia plant, that (i) the installation of the underground piping was 90%+ complete, (ii) the installation of the aboveground piping was "[i]n process/[o]n schedule," and (iii) the anticipated start-up date of the plant was the first quarter of 2016, as reflected in the following chart:



356666.2 LSB                                    54

Ex. 3 at 20.

147.    On March 2, 2015, LSB filed its Annual Report with the SEC on Form 10-K for the 2014 fiscal year.  The Company's Form 10-K was signed by Defendants Jack Golsen, Barry Golsen, Shelby and Rieker.  Therein, the Company, in relevant part, reaffirmed the Company's cost estimates announced that day in its presentation.  In particular, the Company stated that the planned capital expenditure for the ammonia plant component of the El Dorado expansion project was $275–$300 million and the total planned capital expenditure for the El Dorado expansion project was $485–$520 million.  In addition, the Company stated in the Form 10-K that the ammonia plant was "expected to be complete in late 2015 and operational in early 2016."

148.    On March 2, 2015, the Company held a conference call with analysts and investors to discuss its 2014 fiscal year financial results.  Therein, Defendant Barry Golsen, in relevant part, stated:

> ***The El Dorado ammonia plant expansion project is expected to substantially enhance the plant's profitability, reduce costs, increase capacity, and improve product balance. Importantly, this project along with the enhancement of the facilities nitric acid capacity, remains on budget and on schedule and we expect significant incremental operating profit beginning in 2016 as a result of these investments.***
>
> ***
>
> Page 20 details the status of the El Dorado ammonia plant expansion project. As we have stated in the past, this project will significantly reduce El Dorado's cost of ammonia, as the cost spread between purchased and manufactured ammonia is substantial. It will also produce additional ammonia that will be available for sale or which can be upgraded to other products for sale.
>
> ***The engineering effort is now substantially complete, and the project timeline is now driven by executing the construction process.*** Pilings and foundations are substantially complete. A large part of the underground piping and structural steel is complete, and a majority of major equipment has been installed.
>
> ***

356666.2 LSB                                              55

10

*At this time, we expect the El Dorado expansion projects to be completed on time and on budget.* Also at this time, we have the costs for approximately 93% of the planned scope of work under contract.

We expect the acid plant and concentrator to be completed, and to begin production in the third quarter of 2015. *And the ammonia plant construction and commissioning to be completed by the end of 2015. With ammonia production start up and ramp up during the first quarter of 2016*.

(Emphasis added.)

149.   Additionally, during this same call, Defendant Shelby, in relevant part, stated:

[Analyst]: Regarding your 2015 CapEx range, if all goes to plan of what you'd like to do, what would be the CapEx spend within this band? And what would be the pacing of the CapEx -- the 2015 CapEx within the year? Meaning is it evenly weighted over the four quarters? Is it front-end loaded, backend loaded? Thank you.

[Defendant Shelby]: It's first six months loaded. The majority of it's spent in the first six months of 2015, and to a lesser extent in the third quarter, and then to a lesser extent in the fourth quarter.

[Analyst]: Okay. And do you -- if all goes to plan, would you be at the closer to the $346 million versus $283 million? I'm also trying to understand why the band is still largest given where you are on those two timelines.

[Defendant Shelby]: Well, we've continued to leave that contingency in there. *Although the ammonia plant is pretty much -- the costs there are pretty much fixed,* but you still have some contracts that are time and material for the nitric acid and concentrator and you have weather issues. So we're keeping that range there, although, we feel like that we've got adequate contingencies there.

(Emphasis added.)

150.   The statements in ¶¶145-149 were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose the following adverse facts:

a.   The Triad #1 plant was disassembled in a manner that made reassembly impossible in the manner contemplated by the original estimates and work plan;

b.   Many of the pipes and vessels from Triad #1 were unusable;

c. The 50-year-old engineering plans from Triad #1 were insufficient to rebuild the facility;

d. As a result of (a) – (c), in the summer of 2014, when Leidos sought lump sum bids from subcontractors for the construction of the ammonia plant, no subcontractor was willing to agree to construct the ammonia plant for a lump sum amount that would have allowed the project to be completed on budget;

e. Defendants and Leidos were in such a hurry to get the ammonia project underway that they ordered Global to begin work on constructing the ammonia plant on September 16, 2014 without a written contract;

f. Defendants had been informed that the El Dorado expansion project, as of October 2014, was already 10%–20% over budget and behind schedule, and the project only continued to become further over budget and further behind schedule as the project went forward;

g. In December 2014, Leidos and Global executed the Ammonia Plant Subcontract and Change Order, which together memorialized their agreement that Global would be paid on a time and materials basis for its work on the ammonia plant;

h. As the Company later admitted (*see* Section IV.B.8, *supra*), the cost and completion estimates for the El Dorado expansion project were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant; and

i. As the Company later admitted (*see* Section IV.B.8, *supra*), Defendants had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project.

151. The materially false and misleading statements alleged in ¶¶145-149 were made with scienter. Defendants were deliberately reckless as to the falsity of these statements because, as explained in Section IV.B.4, *supra*, the Individual Defendants had been informed that the El Dorado expansion was over budget and behind schedule. Moreover, as described in Section

IV.B.5-B.7, *supra*, these statements were made with scienter because LSB management knew, or was reckless in not knowing, that the large bore pipes brought from the Donaldsonville facility were dismantled and relocated in a not useful manner, many of these pipes were unusable, and construction was hindered by the attempted use of almost 50-year-old engineering plans.

152.  Additionally, these misstatements were made with scienter for the reasons stated in ¶144, *supra*.

C. **Defendants' False And Misleading Statements To The Public On Or About April 17, 2015**

153.  On or about April 17, 2015, the Company issued a letter to shareholders, dated April 17, 2015, which was published on the Company's website as a cover letter to the Company's 2014 Annual Report.  The letter was signed by Defendants Jack Golsen and Barry Golsen.  Therein, those Defendants, in relevant part, stated:

> The El Dorado expansion project, expected to reduce costs, increase capacity and enhance product balance capabilities, ***is on budget and on schedule***. The significant cost disadvantage that results from the use of purchased ammonia at El Dorado (impacting 2014 and 2015 results) will be alleviated when we complete construction of the new ammonia plant in 2016.

(Emphasis added.)

154.  The statements in ¶153 were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose the following adverse facts:

a.  The Triad #1 plant was disassembled in a manner that made reassembly impossible in the manner contemplated by the original estimates and work plan;

b.  Many of the pipes and vessels from Triad #1 were unusable;

c.  The 50-year-old engineering plans from Triad #1 were insufficient to rebuild the facility;

d.  As a result of (a) – (c), in the summer of 2014, when Leidos sought lump sum bids from subcontractors for the construction of the ammonia plant, no subcontractor was

356666.2 LSB                                                        58

13

willing to agree to construct the ammonia plant for a lump sum amount that would have allowed the project to be completed on budget;

e.      Defendants and Leidos were in such a hurry to get the ammonia project underway that they ordered Global to begin work on constructing the ammonia plant on September 16, 2014 without a written contract;

f.      Defendants had been informed that the El Dorado expansion project, as of October 2014, was already 10%–20% over budget and behind schedule, and the project only continued to become further over budget and further behind schedule as the project went forward;

g.      In December 2014, Leidos and Global executed the Ammonia Plant Subcontract and Change Order, which together memorialized their agreement that Global would be paid on a time and materials basis for its work on the ammonia plant;

h.      The expansion project was experiencing rapid cost escalations.  For example, in April 2015, LSB hired Andy Fuller as a new Corporate Project Manager to assist with managing the El Dorado expansion project because the project was "experiencing rapid cost escalations."

i.      In the spring of 2015, Global, at the direction of Defendants and Leidos, installed pipes and vessels at the El Dorado ammonia plant that had not been cleared for installation by engineering and inspectors, and these pipes would have to be removed, repaired or replaced, and reinstalled, greatly increasing the costs and timeline for completing the project;

j.      If the true status of the El Dorado expansion project were revealed to LSB's prospective lenders, LSB would not be able to obtain financing to complete the El Dorado expansion project, except on terms that would be very onerous to LSB and dramatically more expensive than the terms LSB had agreed to for prior financings of the El Dorado expansion project;

356666.2 LSB              59

k.      As the Company later admitted (*see* Section IV.B.8, *supra*), the cost and completion estimates for the El Dorado expansion project were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant; and

l.      As the Company later admitted (*see* Section IV.B.8, *supra*), Defendants had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project.

155.    The materially false and misleading statements alleged in ¶153 were made with scienter.  Defendants were deliberately reckless as to the falsity of these statements because, as explained in Section IV.B.4, *supra*, the Individual Defendants had been informed that the El Dorado expansion was over budget and behind schedule.  Moreover, as described in Section IV.B.5-B.7, *supra*, these statements were made with scienter because LSB management knew, or was reckless in not knowing, that the large bore pipes brought from the Donaldsonville facility were dismantled and relocated in a not useful manner, many of these pipes were unusable, and construction was hindered by the attempted use of almost 50-year-old engineering plans.  In addition, as described in Section IV.B.7(b), *supra*, these statements were made with scienter because LSB management hired Mr. Fuller to assist in managing rapid cost escalations in the El Dorado expansion project, and therefore Defendants must have known about those rapid cost escalations.  Moreover, as described in Section IV.B.7(a), *supra*, these statements were made with scienter because LSB directed Global to install pipes and vessels that were not cleared for installation by engineers and inspectors, and this direction, by its very nature, reflects knowledge that the project was not on time or on budget.

156.    Additionally, these misstatements were made with scienter for the reasons stated in ¶144, *supra*.

**D.     Defendants' False And Misleading Statements To The Public On May 8, 2015**

157.    On May 8, 2015, the Company issued a press release entitled, "LSB Industries, Inc. Reports Improved Adjusted Operating Results for the 2015 First Quarter**;** Provides Chemical Business Product Volume Guidance for 2015 Second Quarter."  Therein, Defendant Barry Golsen, in relevant part, stated:

> Partially offsetting these tailwinds was the operating loss at our El Dorado facility resulting from its use of high cost ammonia as its primary feedstock, as compared to the cost effective natural gas used by our Pryor and Cherokee Facilities to make their own ammonia. We expect this cost disadvantage to persist until our ***expansion projects at El Dorado, which remain on time and on budget, are completed. Once the ammonia plant is up and running in the first quarter of 2016***, we expect the economics of this facility to greatly improve, resulting in significant incremental operating profit.
>
> ***
>
> ***We remain confident in our prospects for continued performance improvement for the balance of 2015 and a material expansion of profitability beginning in 2016, when our new capacity at El Dorado is up and running***.

(Emphasis added.)

158.    Additionally, on May 8, 2015, the Company published a presentation on its website for investors and analysts entitled, "First Quarter 2015 Update," excerpts of which are attached hereto as Ex. 4.  Therein, the Company, in relevant part, stated:

a.     That the planned capital expenditure for the ammonia plant component of the El Dorado expansion project was $285–$300 million and the total planned capital expenditure for the El Dorado expansion project was $495–$520 million.  Ex. 4 at 11.

b.     With respect to the El Dorado facilities as a whole, "Expansion projects ***on budget and on schedule***."  Ex. 4 at 12 (emphasis added).

c.     In a slide entitled "El Dorado Ammonia Plant Project on Time and on Budget," that (i) the installation of the underground piping was 90%+ complete, (ii) the installation of the aboveground piping was 70%+ complete and scheduled to be fully complete by the

end of Q3 15, and (iii) the anticipated start-up date of the plant was the first quarter of 2016, as reflected in the following chart:



Ex. 4 at 13.

159. On May 8, 2015, the Company filed its Quarterly Report with the SEC on Form 10-Q for the 2015 fiscal first quarter. The Company's Form 10-Q was signed by Defendants Shelby and Rieker, and reaffirmed the Company's cost estimates announced that day in its presentation. In particular, the Company stated that the planned capital expenditure for the ammonia plant component of the El Dorado expansion project was $285–$300 million and the total planned capital expenditure for the El Dorado expansion project was $495–$520 million. In

356666.2 LSB                            62

17

addition, the Company stated that the ammonia plant was "expected to be complete in late 2015 and operational in early 2016."

160. Additionally, in the same Form 10-Q, the Company stated:

For the remainder of 2015, we have extensive planned capital expenditures. Our primary cash needs for this period of time will be to fund our planned capital spending program, as well as our operations, our general obligations, and our interest payment requirements. Based upon our projections for 2015, we expect to fund these cash needs from working capital, the noncurrent restricted investments (provided from the proceeds from the Senior Secured Notes), internally generated cash flows, and third-party financing. ***In April 2015, we received approximately $16 million to finance a natural gas pipeline being constructed at our El Dorado Facility. We are currently in discussion with certain lenders to finance two other separately identifiable pieces of equipment that are included in the planned expansion project. We are in final discussions regarding financing $21 million related to the construction of a cogeneration facility and $20 million related to the construction of an ammonia storage tank at our El Dorado Facility***, subject to the terms of our existing loan agreements, including the Senior Secured Notes. We believe that neither the Senior Secured Notes nor the Amended Working Capital Revolver Loan will preclude us from entering into the additional borrowings.

(Emphasis added.)

161. On May 8, 2015, the Company held a conference call with analysts and investors to discuss its 2015 fiscal first quarter financial results. Therein, Defendant Barry Golsen, in relevant part, stated:

Page 13, details the status of the El Dorado ammonia plant expansion project, which will provide ammonia for on-site upgraded products at a significant cost savings and have the capacity to produce additional ammonia for sale.

The engineering effort is now approximately 97% complete and the project timeline is now driven by executing the construction process. ***Piping installation is now underway and it is our main focus before installing controls and electrical equipment***.

\*\*\*

At this time, we expect the El Dorado expansion projects to be completed ***on-time and on-budget***. We expect the acid plant and concentrator to be complete by mid-year and to begin production in the third quarter of 2015 and ***the ammonia plant***

356666.2 LSB                                          63

18

*construction and commissioning to be completed by the end of 2015, with ammonia production start-up and ramp-up during the first quarter of 2016.*

(Emphasis added.)

162.    Additionally, during this same call, Defendant Shelby, in relevant part, stated:

As previously mentioned, before the end of 2015, *we expect to finance certain discrete pieces of equipment including the El Dorado expansion project and including the natural gas pipeline, the co-gen facility and the ammonia storage tank for a combined total of approximately $55 million.* We received financing on the natural gas pipeline in April of approximately $16 million.

\*\*\*

Moving to page 11 for a summary of capital expenditures. As shown here the planned capital expenditures for the remainder of 2015 will be between $227 million and $276 million including between a $162 million and $187 million for the El Dorado expansion projects. Also included in the total are upgrades to our plants to maintain compliance with environmental regulations and guidelines and other renewals and improvement projects.

As a reminder, *we expect the spending to be funded by cash investments, internally generated cash flow and the third-party financings. As noted on the lower right hand corner of this page, the total estimated cost of the El Dorado expansion project is expected to be $495 million to $520 million, reflecting our continued status of on-time and on-budget.* That concludes an overview of the current results of operations, liquidity and capital resources and financial conditions…

(Emphasis added.)

163.    The statements in ¶¶157-162 were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose the following adverse facts:

a.    The Triad #1 plant was disassembled in a manner that made reassembly impossible in the manner contemplated by the original estimates and work plan;

b.    Many of the pipes and vessels from Triad #1 were unusable;

c.    The 50-year-old engineering plans from Triad #1 were insufficient to rebuild the facility;

d.      As a result of (a) – (c), in the summer of 2014, when Leidos sought lump sum bids from subcontractors for the construction of the ammonia plant, no subcontractor was willing to agree to construct the ammonia plant for a lump sum amount that would have allowed the project to be completed on budget;

e.      Defendants and Leidos were in such a hurry to get the ammonia project underway that they ordered Global to begin work on constructing the ammonia plant on September 16, 2014 without a written contract;

f.      Defendants had been informed that the El Dorado expansion project, as of October 2014, was already 10%–20% over budget and behind schedule, and the project only continued to become further over budget and further behind schedule as the project went forward;

g.      In December 2014, Leidos and Global executed the Ammonia Plant Subcontract and Change Order, which together memorialized their agreement that Global would be paid on a time and materials basis for its work on the ammonia plant;

h.      The expansion project was experiencing rapid cost escalations.  For example, in April 2015, LSB hired Andy Fuller as a new Corporate Project Manager to assist with managing the El Dorado expansion project because the project was "experiencing rapid cost escalations."

i.      In the spring of 2015, Global, at the direction of Defendants and Leidos, installed pipes and vessels at the El Dorado ammonia plant that had not been cleared for installation by engineering and inspectors, and these pipes would have to be removed, repaired or replaced, and reinstalled, greatly increasing the costs and timeline for completing the project;

j.      If the true status of the El Dorado expansion project were revealed to LSB's prospective lenders, LSB would not be able to obtain financing to complete the El Dorado expansion project, except on terms that would be very onerous to LSB and

356666.2 LSB                                      65

20

dramatically more expensive than the terms LSB had agreed to for prior financings of the El Dorado expansion project;

k.    As the Company later admitted (*see* Section IV.B.8, *supra*), the cost and completion estimates for the El Dorado expansion project were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant; and

l.    As the Company later admitted (*see* Section IV.B.8, *supra*), Defendants had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project.

164.    The materially false and misleading statements alleged in ¶¶157-162 were made with scienter.  Defendants were deliberately reckless as to their falsity because, as explained in Section IV.B.4, *supra*, the Individual Defendants had been informed that the El Dorado expansion was over budget and behind schedule.  Moreover, as described in Section IV.B.5-B.7, *supra*, these statements were made with scienter because LSB management knew, or was reckless in not knowing, that the large bore pipes brought from the Donaldsonville facility were dismantled and relocated in a not useful manner, many of these pipes were unusable, and construction was hindered by the attempted use of almost 50-year-old engineering plans.  In addition, as described in Section IV.B.7(b), *supra*, these statements were made with scienter because LSB management hired Mr. Fuller to assist in managing rapid cost escalations in the El Dorado expansion project, and therefore Defendants must have known about those rapid cost escalations.  Moreover, as described in Section IV.B.7(a), *supra*, these statements were made with scienter because LSB directed Global to install pipes and vessels that were not cleared for installation by engineers and inspectors, and this direction, by its very nature, reflects knowledge that the project was not on time or on budget.

165.    Additionally, these misstatements were made with scienter for the reasons stated in ¶144, *supra*.

356666.2 LSB                                  66

21

**E.     Defendants' False And Misleading Statements To The Public On Or About June 2, 2015**

166.    On or about June 2, 2015, the Company published a presentation for investors entitled, "Investor Presentation," excerpts of which are attached hereto as Ex. 5.  Therein, the Company, in relevant part, stated:

a.     In a slide entitled, "El Dorado expansion expected to significantly improve margins beginning in 2016," that (i) "The spread between purchased and produced ammonia at El Dorado has averaged over $300 for the past three years," and (ii) "Completion of ammonia plant allows El Dorado to capitalize on spread difference." Ex. 5 at 16.

b.     In a slide entitled, "El Dorado Expansion Expected to Improve Operations/reliability and Capacity," that (i) "Foundations and plant infrastructure [are] well in place," (ii) LSB expected "[c]omplete commissioning [of the El Dorado ammonia plant] in Q4 2015 and start-up beginning in Q1 2016," and (iii) "Completion of El Dorado projects expected by Q1 2016, *on budget and on schedule* with contemplated plan." Ex. 5 at 17 (emphasis added).

c.     In a slide entitled "El Dorado Ammonia Plant Project on Time and on Budget," that (i) the installation of the underground piping was 90%+ complete, (ii) the installation of the aboveground piping was 70%+ complete and scheduled to be fully complete by the end of Q3 15, and (iii) the anticipated start-up date of the plant was the first quarter of 2016, as reflected in the following chart:

[Chart on next page]

356666.2 LSB                                                     67

22



Ex. 5 at 18.

d.      That the planned capital expenditure for the ammonia plant component of the El
Dorado expansion project was $285–$300 million and the total planned capital
expenditure for the El Dorado expansion project was $495–$520 million.  Ex. 5 at 25.

167.    The statements in ¶166 were materially false and/or misleading when made and/or
omitted to state material facts necessary to make the statements not misleading, because they
failed to disclose the following adverse facts:

a.      The Triad #1 plant was disassembled in a manner that made reassembly
impossible in the manner contemplated by the original estimates and work plan;

b.      Many of the pipes and vessels from Triad #1 were unusable;

c.      The 50-year-old engineering plans from Triad #1 were insufficient to rebuild the
facility;

356666.2 LSB                                68

23

d.      As a result of (a) – (c), in the summer of 2014, when Leidos sought lump sum bids from subcontractors for the construction of the ammonia plant, no subcontractor was willing to agree to construct the ammonia plant for a lump sum amount that would have allowed the project to be completed on budget;

e.      Defendants and Leidos were in such a hurry to get the ammonia project underway that they ordered Global to begin work on constructing the ammonia plant on September 16, 2014 without a written contract;

f.      Defendants had been informed that the El Dorado expansion project, as of October 2014, was already 10%–20% over budget and behind schedule, and the project only continued to become further over budget and further behind schedule as the project went forward;

g.      In December 2014, Leidos and Global executed the Ammonia Plant Subcontract and Change Order, which together memorialized their agreement that Global would be paid on a time and materials basis for its work on the ammonia plant;

h.      The expansion project was experiencing rapid cost escalations.  For example, in April 2015, LSB hired Andy Fuller as a new Corporate Project Manager to assist with managing the El Dorado expansion project because the project was "experiencing rapid cost escalations."

i.      In the spring of 2015, Global, at the direction of Defendants and Leidos, installed pipes and vessels at the El Dorado ammonia plant that had not been cleared for installation by engineering and inspectors, and these pipes would have to be removed, repaired or replaced, and reinstalled, greatly increasing the costs and timeline for completing the project;

j.      If the true status of the El Dorado expansion project were revealed to LSB's prospective lenders, LSB would not be able to obtain financing to complete the El Dorado expansion project, except on terms that would be very onerous to LSB and

356666.2 LSB                                    69

24

dramatically more expensive than the terms LSB had agreed to for prior financings of the El Dorado expansion project;

k.      As the Company later admitted (*see* Section IV.B.8, *supra*), the cost and completion estimates for the El Dorado expansion project were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant; and

l.      As the Company later admitted (*see* Section IV.B.8, *supra*), Defendants had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project.

168.    The materially false and misleading statements alleged in ¶166 were made with scienter.  Defendants were deliberately reckless as to their falsity because, as explained in Section IV.B.4, *supra*, the Individual Defendants had been informed that the El Dorado expansion was over budget and behind schedule.  Moreover, as described in Section IV.B.5-B.7, *supra*, these statements were made with scienter because LSB management knew, or was reckless in not knowing, that the large bore pipes brought from the Donaldsonville facility were dismantled and relocated in a not useful manner, many of these pipes were unusable, and construction was hindered by the attempted use of almost 50-year-old engineering plans.  In addition, as described in Section IV.B.7(b), *supra*, these statements were made with scienter because LSB management hired Mr. Fuller to assist in managing rapid cost escalations in the El Dorado expansion project, and therefore Defendants must have known about those rapid cost escalations.  Moreover, as described in Section IV.B.7(a), *supra*, these statements were made with scienter because LSB directed Global to install pipes and vessels that were not cleared for installation by engineers and inspectors, and this direction, by its very nature, reflects knowledge that the project was not on time or on budget.

169.    Additionally, these misstatements were made with scienter for the reasons stated in ¶144, *supra*.

**F.     Defendants' False And Misleading Statements To The Public On July 14, 2015**

170.     On July 14, 2015, the Company issued a press release entitled, "LSB Industries, Inc. Updates Status of El Dorado Facility Expansion."  Therein, the Company, in relevant part, stated:

> LSB Industries, Inc. (NYSE:LXU) ("LSB" or "the Company"), a producer of chemical products for the agricultural, mining and industrial markets and a leading manufacturer of commercial and residential climate control products, today provided an update on the status of the expansion project at its El Dorado, Arkansas facility ("EDC expansion"). The new nitric acid plant and concentrator are on schedule to be completed and operational by the end of the third quarter of 2015. *The 375,000 ton per year ammonia plant remains on schedule to be completed and operational in the first quarter of 2016. The Company's current cost estimate for the EDC expansion is now in the range of $560 million to $575 million, up from the previous estimate of $495 million to $520 million. Based on management's current project cost estimates and forecast for operating cash flow, at this time LSB does not expect to require additional financing to complete the EDC expansion other than the previously announced financings related to the installation of the cogeneration facility and the ammonia storage tank.*
>
> *The Company recently updated its cost estimate to complete the EDC expansion using refined estimates for specific quantities of construction materials and labor-hours based upon information provided by its engineering, procurement and construction contractor.* Contributing to the increased cost estimate to complete the EDC expansion were productivity and quality issues with a subcontractor responsible for the installation of piping in the ammonia plant.
>
> *"We are pleased to report that the timeline for completion of our El Dorado facility expansion remains intact*, although we are disappointed that the total cost of the project is expected to exceed our initial cost estimates," stated Barry Golsen, LSB's President and Chief Executive Officer. "The safety, product quality, and operational reliability of the El Dorado facility are our primary areas of focus as we move forward toward the completion of the project. Even with the anticipated higher costs, we believe that the project economics remain compelling, with the new capacity expected to yield approximately $90 million of annual incremental EBITDA operating at full capacity."

(Emphasis added.)

171.     The statements in ¶170 were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because

356666.2 LSB                                                  71

26

they failed to disclose the following adverse facts:

a.      The Triad #1 plant was disassembled in a manner that made reassembly impossible in the manner contemplated by the original estimates and work plan;

b.      Many of the pipes and vessels from Triad #1 were unusable;

c.      The 50-year-old engineering plans from Triad #1 were insufficient to rebuild the facility;

d.      As a result of (a) – (c), in the summer of 2014, when Leidos sought lump sum bids from subcontractors for the construction of the ammonia plant, no subcontractor was willing to agree to construct the ammonia plant for a lump sum amount that would have allowed the project to be completed on budget;

e.      Defendants and Leidos were in such a hurry to get the ammonia project underway that they ordered Global to begin work on constructing the ammonia plant on September 16, 2014 without a written contract;

f.      Defendants had been informed that the El Dorado expansion project, as of October 2014, was already 10%–20% over budget and behind schedule, and the project only continued to become further over budget and further behind schedule as the project went forward;

g.      In December 2014, Leidos and Global executed the Ammonia Plant Subcontract and Change Order, which together memorialized their agreement that Global would be paid on a time and materials basis for its work on the ammonia plant;

h.      The expansion project was experiencing rapid cost escalations.  For example, in April 2015, LSB hired Andy Fuller as a new Corporate Project Manager to assist with managing the El Dorado expansion project because the project was "experiencing rapid cost escalations."

i.      In the spring of 2015, Global, at the direction of Defendants and Leidos, installed pipes and vessels at the El Dorado ammonia plant that had not been cleared for installation by engineering and inspectors, and these pipes would have to be removed,

repaired or replaced, and reinstalled, greatly increasing the costs and timeline for completing the project;

j.      If the true status of the El Dorado expansion project were revealed to LSB's prospective lenders, LSB would not be able to obtain financing to complete the El Dorado expansion project, except on terms that would be very onerous to LSB and dramatically more expensive than the terms LSB had agreed to for prior financings of the El Dorado expansion project;

k.      As the Company later admitted (*see* Section IV.B.8, *supra*), the cost and completion estimates for the El Dorado expansion project were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant; and

l.      As the Company later admitted (*see* Section IV.B.8, *supra*), Defendants had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project.

172.   The materially false and misleading statements alleged in ¶170 were made with scienter.  Defendants were deliberately reckless as to their falsity because, as explained in Section IV.B.4, *supra*, the Individual Defendants had been informed that the El Dorado expansion was over budget and behind schedule.  Moreover, as described in Section IV.B.5-B.7, *supra*, these statements were made with scienter because LSB management knew, or was reckless in not knowing, that the large bore pipes brought from the Donaldsonville facility were dismantled and relocated in a not useful manner, many of these pipes were unusable, and construction was hindered by the attempted use of almost 50-year-old engineering plans.  In addition, as described in Section IV.B.7(b), *supra*, these statements were made with scienter because LSB management hired Mr. Fuller to assist in managing rapid cost escalations in the El Dorado expansion project, and therefore Defendants must have known about those rapid cost escalations.  Moreover, as described in Section IV.B.7(a), *supra*, these statements were made with scienter because LSB directed Global to install pipes and vessels that were not cleared for

installation by engineers and inspectors, and this direction, by its very nature, reflects knowledge that the project was not on time or on budget.

173.    Additionally, these misstatements were made with scienter for the reasons stated in ¶144, *supra*, and because:

a.    If the Individual Defendants had conducted the substantial review of the cost estimates and the status of the construction that they claimed to have performed in connection with the preparation of the July 14, 2015 estimate, the Individual Defendants would have discovered (if they had not already known) that the cost estimates for the ammonia plant project at the El Dorado Facility were not accurate since they were based on faulty assumptions regarding the reuse of pipes and vessels and the use of engineering documents from the Triad #1 plant, and that LSB had failed to conduct the detailed engineering work needed to properly calculate the costs of such a project.

**G.    Defendants' False And Misleading Statements To The Public On August 7, 2015**

174.    On August 7, 2015, the Company issued a press release entitled, "LSB Industries, Inc. Reports Operating Results for the 2015 Second Quarter; Updates Status of El Dorado Facility Expansion; Provides Chemical Business Product Volume Guidance for 2015 Third Quarter." Therein, the Company, in relevant part, stated:

**El Dorado Facility Expansion Update**

*During the first part of August 2015, the engineering, procurement and construction contractor and other consultants we have retained in connection with the El Dorado Expansion projects advised us they are now estimating that the total cost to complete the El Dorado Expansion projects will exceed what we previously projected, due, in part, to work performed by a previous subcontractor. We have now been advised that the total cost to complete the El Dorado Expansion projects is estimated to be in the range of $660 million to $680 million ($437 million spent as of June 30, 2015 and $223 million to $243 million to be spent in the balance of 2015 with the possibility that a portion of these capital additions could occur during the first quarter of 2016).*

*It is expected that the new ammonia plant will be mechanically complete by the end of 2015 and should begin production early in the second quarter 2016.* As it

356666.2 LSB                                            74

relates to the new nitric acid plant and concentrator, the concentrator went into production in June 2015 and the nitric acid plant is expected to be mechanically complete in September 2015, with production beginning mid-fourth quarter 2015.

We expect to be able to fund the cash needs for our operations and our capital expenditures, including the El Dorado Expansion projects and our other planned discretionary capital projects, from cash on hand, internally generated cash flow, working capital, borrowings under our working capital revolver, and other financings. We are currently negotiating with third party lenders for the financing for certain discrete pieces of equipment in connection with the El Dorado Expansion projects. Additionally, the Indenture governing our Senior Secured Notes allows us to incur an additional $50 million in debt. We are also in discussions with other financing providers to provide additional capital, as needed, for the completion of the El Dorado Expansion projects. If for some reason we are unable to complete these financings or there is a shortfall in our internally generated cash flow, either of which would negatively affect our ability to fund all of the discretionary capital projects we had planned to complete or initiate during the balance of 2015 and 2016, we would be required to reduce, delay the start of, or terminate at least some of these capital projects.

(Emphasis added.).

175.    Additionally, on August 7, 2015, the Company published a presentation on its website for investors and analysts entitled, "Second Quarter 2015 Update," excerpts of which are attached hereto as Ex. 6.  Therein, the Company, in relevant part, stated:

a.    That the planned capital expenditure for the ammonia plant component of the El Dorado expansion project was $405–$420 million and the total planned capital expenditure for the El Dorado expansion project was now $660–$680 million, which was at least $160 million more than was represented in the presentation for the previous quarter.  Ex. 6 at 10.

b.    With respect to the ammonia plant, that (i) the installation of underground piping was 100% complete, (ii) the installation of the aboveground piping was "[i]n [p]rocess" and scheduled to be fully complete by the first quarter of 2016, and (iii) the anticipated start-up date of the plant was the first quarter of 2016, as reflected in the following chart:

[Chart on next page]

356666.2 LSB                                   75

30



Ex. 6 at 14.

176.    On August 7, 2015, the Company filed its Quarterly Report with the SEC on Form 10-Q for the 2015 fiscal second quarter.  The Company's Form 10-Q was signed by Defendants Behrman and Rieker, and reaffirmed the Company's cost estimates announced that day in its presentation.  In particular, the Company stated that the planned capital expenditure for the ammonia plant component of the El Dorado expansion project was $405–$420 million and the total planned capital expenditure for the El Dorado expansion project was $660–$680 million.  In addition, the Company stated that ammonia plant was "expected to be operational early in the second quarter of 2016."

177.    On August 7, 2015, the Company held a conference call with analysts and investors to discuss its 2015 fiscal second quarter financial results.  Therein, Defendant Barry Golsen, in relevant part, stated:

356666.2 LSB                                                  76

31

There is a separate situation relating to El Dorado that is important for me to discuss with you. Three weeks ago, we announced to you that we expected the overall expansion project costs to increase to as much as $575 million, and we believed we could still maintain our original targeted startup schedule during the first quarter of 2016 for the ammonia plant.

That report was based on representations made to us by our EPC contractor at that time during project review meetings which addressed the remaining scope of work, the time to complete the project, and the associated costs.

One action that was an outgrowth of those meetings was a decision by our EPC contractor to replace an underperforming mechanical and piping subcontractor with a different subcontractor already on the job working on a different section of the plant who had an excellent record of quality and performance.

As a result of the detailed physical evaluation over the past three weeks of the work previously done by the dismissed subcontractor and other work remaining to be done, we have now determined that it is likely that there will be a push out into the second quarter of 2016 for startup of the ammonia plant, and *we believe that the total investment to complete the expansion projects will increase to a range of $660 million to $680 million.*

*To develop those cost estimates, we have scrutinized all work done by the dismissed subcontractor and have reevaluated all work left to complete that part of the project together with the replacement subcontractor and our commissioning subcontractor.*

In addition, a team consisting of LSB senior corporate chemical engineering managers, all project managers for various parts of the expansion project, and El Dorado site management had extensive assessment meetings with each major subcontractor along with our EPC contractor and commissioning contractor. *We reviewed the scope of all work remaining to be done on all parts and all systems of the project and associated cost estimates and timelines. After this detailed review, we believe that the revised cost and time of completion are accurate.*

A breakdown of the total cost increase by category is approximately as follows: 75% is related to piping, mechanical, and scaffolding; 8% electrical; 7% insulation; and 10% various other items. In addition to the staff already assigned to work on this project, we have also retained an owner's representative firm to add additional oversight and control to projects schedule adherence and costs. The El Dorado expansion projects have been designed and we believe will be built to meet the highest standards of engineering and structural integrity with the goal of maximizing operational reliability, product quality, and safety.

While we are not pleased to have increased the cost estimate for the EDC expansion from what we previously announced a few weeks ago, we felt it was

356666.2 LSB

32

prudent to announce what we knew at the time. And since then, we've worked to refine that estimate further, unfortunately to the upside.

(Emphasis added.)

178.    Additionally, during this same call, Defendant Behrman, in relevant part, stated:

*We expect to be able to fund our capital expenditures and cash needs for our operations from cash on hand, internally generated cash flow, working capital, our working capital revolver, and other additional financings*.

We currently have $100 million ABL facility that has approximately $75 million of availability. Additionally, we have the ability to incur an additional $50 million in debt under the indenture governing our senior secured notes. *We are currently negotiating with third-party lenders for the financing of certain discrete pieces of equipment in connection with the El Dorado expansion projects, and are under discussions with other financing providers to provide additional capital in order to complete the El Dorado expansion projects*.

(Emphasis added.)

179.    Additionally, on this same conference call, Defendant Behrman responded to a series of questions from several analysts concerning LSB's cash needs to complete the El Dorado expansion project and stated that while some additional financing might be necessary to complete the project if the cost were at the high end of the $660–$680 million estimate, that the additional financing that would be necessary in that scenario would be in the ballpark of $50 million and likely would not involve the issuance of additional equity:

[Analyst 1]: I was just wondering if you could give any more color regarding sort of your cash needs and your feeling going into the back half of this year and into 2016 regarding cash flow and your cash needs?

\*\*\*

[Defendant Behrman]: [L]et's walk through from a cash perspective. So let's just think about it from a high level for a second. We said that the new range is now $660 million to $680 million in total cost for EDC. We've spent $437 million to-date. So, that really leaves us $223 million to $243 million to spend on the project.

We talked about how the cash that we had on hand, so after deducting about $15 million for the repayment of the Marcellus Shale working interest loan, we're left with $143 million of cash at the end of the second quarter. You subtract out $75

356666.2 LSB                                          78

33

## XIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)      Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)      Awarding compensatory damages in favor of Plaintiff and all other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)      Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)      Such other and further relief as the Court may deem just and proper.

## XIV.  JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Respectfully submitted,

DATED: April 5, 2017

GLANCY PRONGAY & MURRAY LLP


By:  _s/ Casey E. Sadler_
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Jason L. Krajcer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
csadler@glancylaw.com

-and-

356666.2 LSB                                  125

GLANCY PRONGAY & MURRAY LLP
Brian P. Murray (BM-9954)
Lesley F. Portnoy (LP-1941)
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

*Lead Counsel for Lead Plaintiff Dennis Wilson*

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel for Lead Plaintiff Dennis
Wilson*