January 12, 2023

<u>**VIA ECF**</u>
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Bishins et al., v. Cleanspark, Inc.,* et al., Case No. 1:21-cv-00511-LAP

Dear Judge Preska,

      We represent the parties in the above-referenced action, and write jointly, as per the Court's January 5, 2023 Opinion & Order [ECF No. 60], to "inform the Court by letter no later than January 12 how they propose to proceed."

      The parties have conducted an initial meet-and-confer, at which they discussed preliminary matters concerning discovery and other issues, and have proposed the following schedule:

| Date | Event |
| --- | --- |
| **February 9, 2023** | Defendants Shall File Their Answer |
| **April 3, 2023** | Meet-and-Confer Deadline For Rule 26(f) Report |
| **April 24, 2023** | The Parties Shall File Rule 26(f) Report |

      If the schedule above is approved by the Court, the parties would propose an Initial Pretrial Conference on the week of **May 8, 2023** or thereafter.

      If the Court has any further questions, please contact us through the contact information below.

      Respectfully submitted,

/s/ Gregory B. Linkh                      /s/ Aari Itzkowitz
**GLANCY PRONGAY & MURRAY LLP**     **WILK AUSLANDER LLP**
Gregory B. Linkh                       Aari Itzkowitz
230 Park Ave., Suite 538             825 Eighth Avenue, Suite 2900
New York, New York 10169           New York, NY 10019
Telephone: (212) 682-5340           Tel: (212) 981-2300
Facsimile: (212) 884-0988            Fax: (212) 752-6380
glinkh@glancylaw.com               aitzkowitz@wilkauslander.com

**Counsel for Plaintiffs**                  **Counsel for Defendants**