# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BISHINS and DARSHAN HASTHANTRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEANSPARK, INC., ZACHARY BRADFORD, and S. MATTHEW SCHULTZ,<br><br>Defendants. | **Case No. 1:21-cv-00511-LAP** |

## STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF SCOTT BISHINS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED between the parties that plaintiff Scott Bishins dismisses his claims against Defendants without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Mr. Bishins reserves his rights as a member of any class that may be certified in this litigation. For the avoidance of doubt, this dismissal applies to Mr. Bishins only. The court-appointed lead plaintiff, Darshan Hasthantra, remains in the case and is continuing to pursue claims against Defendants in this action.

Dated: January 31, 2024

**GLANCY PRONGAY & MURRAY LLP**     **WILK AUSLANDER LLP**

*/s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Christopher R. Fallon (pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
cfallon@glancylaw.com

*Counsel for Plaintiffs*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone (310) 914-5007

*Additional Counsel for Plaintiffs*

*/s/ Aari Itzkowitz*
Aari Itzkowitz
David J. Partida
825 Eighth Avenue, Suite 2900
New York, New York 10019
Telephone: (212) 981-2300
aitzkowitz@wilkauslander.com
dpartida@wilkauslander.com

*Counsel for Defendants*

**SO ORDERED:**

Date: _February 1, 2024_

Hon. Loretta A. Preska
U.S.D.J.

2

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 31, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 31, 2024.


*s/ Gregory B. Linkh*
Gregory B. Linkh