March 27, 2024

> The Court will refer the parties to Magistrate Judge Gorenstein for settlement. The parties shall conduct the depositions of the three witnesses listed below. All other deadlines listed in the Amended Pretrial Scheduling Order, (see dkt. no. 74), shall be held in abeyance until the conclusion of the parties' settlement efforts.
>
> SO ORDERED.
>
> *Loretta A. Preska*
> LORETTA A. PRESKA, U.S.D.J.
> 04/02/2024

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Bishins et al., v. CleanSpark, Inc.,* et al., Case No. 1:21-cv-00511-LAP

Dear Judge Preska,

    We represent the parties in the above-referenced action, and write pursuant the Court's direction at the March 20, 2024 status conference.

    The parties have agreed to mediate before Judge Gorenstein, and will endeavor, in the next few days, to provide the Court with broad availability dates.

    In the meantime, the parties have agreed to depose three individuals: (1) Plaintiff Darshan Hasthantra, (2) Defendant Zach Bradford (in both his individual and Rule (30(b)(6) capacity), and (3) an additional third-party witness.

Respectfully submitted,

/s/ Gregory B. Linkh
**GLANCY PRONGAY & MURRAY LLP**
Gregory B. Linkh
230 Park Ave., Suite 538
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

**Counsel for Plaintiff**

/s/ Aari Itzkowitz
**WILK AUSLANDER LLP**
Aari Itzkowitz
825 Eighth Avenue, Suite 2900
New York, NY 10019
Tel: (212) 981-2300
Fax: (212) 752-6380
aitzkowitz@wilkauslander.com

**Counsel for Defendants**