**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DARSHAN HASTHANTRA, et al.,

v.

CLEANSPARK, INC., et al.

Case No. 1:21-cv-511 (LAP)

## NOTICE OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support Of Plaintiff's Motion For Class Certification, undersigned counsel, on behalf of Plaintiff, hereby moves this Court, before the Honorable Loretta A. Preska, United States District Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3), and 23(g), for an Order:

1.      Certifying the following Class:

All persons and entities that purchased or otherwise acquired the publicly-traded securities of CleanSpark, Inc. between December 10, 2020 and August 16, 2021, both dates inclusive. Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, and directors of CleanSpark, Inc.; (iii) blood relatives and household members of any person excluded under (i) or (ii); and (iv) any entities affiliated with, controlled by, or more than 10% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors, or assigns of any person or entity excluded under (i) through (iv).

2.      Appointing Lead Plaintiff Darshan Hasthantra as a Class Representative;

3.      Appointing Lead Counsel Glancy Prongay & Murray LLP as Class Counsel; and

4.      Granting such other and further relief the Court may deem just and proper.

This motion is based on the Memorandum of Law and the declarations and exhibits filed herewith, the pleadings and filings in this action, such further argument as the Court may allow at a hearing on this motion, and any other evidence and argument that may be presented to the Court.

Dated: January 10, 2025

By: */s/  Gregory B. Linkh*
**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (*pro hac vice*)
Kara Wolke (*pro hac vice*)
Christopher R. Fallon (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
kwolke@glancylaw.com
cfallon@glancylaw.com

Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

**LAW OFFICES OF FRANK CRUZ**
Frank Cruz (*admitted pro hac vice*)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
fcruz@frankruzlw.com

*Lead Attorneys for Darshan Hasthantra*

2

## CERTIFICATE OF SERVICE

I certify that on January 10, 2025, a copy of this document was served on counsel of record by email.

/s/ Gregory B. Linkh
Gregory B. Linkh