**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARSHAN HASTHANTRA, et al., | Case No. 1:21-cv-511 (LAP) |
| v. | |
| CLEANSPARK, INC., et al. | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Having considered Plaintiff's Motion for Class Certification (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1.      The Motion is GRANTED.

2.      The action is hereby certified to proceed as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, for the following Class:

> All persons and entities that purchased or otherwise acquired the publicly-traded securities of CleanSpark, Inc. between December 10, 2020 and August 16, 2021, both dates inclusive. Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, and directors of CleanSpark, Inc.; (iii) blood relatives and household members of any person excluded under (i) or (ii); and (iv) any entities affiliated with, controlled by, or more than 10% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors, or assigns of any person or entity excluded under (i) through (iv).

3.      Darshan Hasthantra is hereby appointed as a Class Representative; and

4.      Glancy Prongay & Murray LLP is hereby appointed as Class Counsel.

IT IS SO ORDERED.


Dated: _____        _____

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE