**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARSHAN HASTHANTRA, et al., <br><br> v. <br><br> CLEANSPARK, INC., et al. | Case No. 1:21-cv-511 (LAP) |

**DECLARATION OF GREGORY LINKH IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Gregory Linkh, hereby declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel for Lead Plaintiff Darshan Hasthantra and proposed Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' Motion for Class Certification.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Dr. Zahn Bozanic.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Lead Plaintiff Darshan Hasthantra.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the firm résumé of Glancy Prongay & Murray LLP ("GPM"), proposed Class Counsel. As demonstrated in the firm résumé, GPM's attorneys have decades of experience prosecuting securities fraud class actions, and GPM has successfully represented the interests of investors in securities fraud class actions across the country as both Court-appointed lead counsel and as class counsel in certified class actions.

5.      Since initiating this action on January 20, 2021, GPM has devoted substantial amounts of attorney time and expenses to this action. GPM is fully committed to dedicating the time and resources necessary to continue its vigorous prosecution of this action on behalf of the proposed Class.

6.      In the two years following the Court's denial of Defendants' motion to dismiss, the parties have conducted significant fact discovery. Plaintiff obtained almost 70,000 pages of documents from Defendants, as well as hundreds more from third parties. Five depositions have been taken thus far, including those of (1) CleanSpark CEO Zach Bradford, (2) Plaintiff Darshan Hasthantra, (3) key third-party witness Lisa DeKalb, the General Manager of the Godby Road Facility during most of the Class Period, (4) key third-party witness Bernardo Schucman, who sold ATL to CleanSpark and subsequently became CleanSpark Senior Vice President of Mining, and (5) Kent Shelley, CleanSpark Operations Manager. In addition, Plaintiffs have scheduled the deposition of Chairman, Matt Schultz for February 27, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 10th day of January 2025, at Brooklyn, New York.

                                                */s/ Gregory B. Linkh*
                                                Gregory B. Linkh

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 10, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2025.

*s/ Gregory B. Linkh*
Gregory B. Linkh