# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARSHAN HASTHANTRA, et al., | Case No. 1:21-cv-511 (LAP) |
| v. | |
| CLEANSPARK, INC., et al. | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Darshan Hasthantra, hereby declare as follows:

1.  I am a named plaintiff and proposed class representative in the above-captioned action (the "Action"). I submit this declaration in support of the Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify to these facts.

2.  I currently reside in Orlando, Florida.

3.  I have a bachelor's degree in computer science.

4.  I have been investing in the United States since 1995.

5.  I purchased publicly-traded shares of CleanSpark, Inc. common stock during the Class Period.

6.  I understand that this lawsuit alleges that the Defendants knowingly misled investors about CleanSpark's business. Specifically, I understand that this lawsuit alleges that CleanSpark inflate its share price and maintained that inflation by aggressively touting its business prospects in connection with its acquisition of ATL in December 2020 and subsequent ATL Expansion.. However, Defendants knowingly withheld material information from investors

concerning: (i) the history of ATL, including the Virtual Citadel bankruptcy and the failed attempt to sell its assets to Marathon; and (ii) the timeline for completion of the ATL Expansion.

7.      I understand that this lawsuit is brought as a class action. I seek to be appointed as Class Representative on behalf of the Class of investors in CleanSpark.

8.      I understand that if appointed as a Class Representative, I would represent not only myself, but I would also represent the entire proposed Class of investors. I understand that if appointed as a Class Representative, I have a fiduciary duty to act in the interests of all other investors who are members of the Class. As such, I am committed to vigorously prosecuting this Action on behalf of the Class, and to at all times exercise my good faith and sound judgment to seek a recovery that is fair and beneficial for the Class. I believe that I have the ability to fairly and adequately represent the interests of all investors who, like me, purchased or acquired the publicly-traded securities of CleanSpark, Inc. during the Class Period, and were damaged thereby.

9.      I have supervised and monitored the progress of this litigation, and actively participated in discovery. For example, among other efforts to supervise and participate in this Action, I have: (a) received updates about the progress of the litigation from counsel; (b) participated in discussions with counsel concerning significant developments in the litigation; (c) reviewed court filings; (d) produced documents in response to requests for production; and (e) prepared for and gave deposition testimony.

10.      I am committed to continuing to supervise, monitor, and participate in the ongoing prosecution of this action. Should I be appointed Class Representative, I will fulfill my fiduciary duty to all members of the proposed Class to provide fair and adequate representation. I intend to continue to provide fair and adequate representation by, among other things, remaining aware of the progress of the litigation in consultation with my lawyers, Glancy Prongay & Murray LLP;

appropriately supervising the efforts of my lawyers; communicating with my lawyers about any attempts to negotiate a settlement; and, if necessary, testifying at trial.

11.    Based on my involvement in this Action, I believe Glancy Prongay & Murray LLP possesses the necessary expertise and financial and human resources to prosecute this case effectively as Class Counsel. I believe that the proposed Class Counsel has done well to this point by, for example, defeating Defendants' efforts to dismiss this Action. Should I be appointed as a Class Representative, I will continue to work with counsel to make sure the Class continues to receive the best possible representation so as to ensure the success of this lawsuit.

12.    Should I be appointed as a Class Representative, I will continue to participate in the litigation and to keep informed of the status and progress of the Action. I will continue to consult with counsel with respect to significant developments in the Action, including important motions, settlement discussions, trial preparation, and trial. I will perform all of these duties keeping in mind my responsibility of serving what I, in good faith and in consultation with counsel, believe to be the best interests of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 8th, 2025, at Orlando, FL.

_Darshan Hasthantra_
Darshan Hasthantra

3