**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARSHAN HASTHANTRA, et al.,<br><br>v.<br><br>CLEANSPARK, INC., et al. | Case No. 1:21-cv-511 (LAP) |

**DECLARATION OF GREGORY LINKH IN SUPPORT OF**
**REPLY BRIEF ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Gregory Linkh, hereby declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel for Lead Plaintiff Darshan Hasthantra and proposed Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' Reply Brief In Further Support Of Plaintiffs' Motion for Class Certification.

2.      Attached hereto as **Exhibit A** are relevant excerpts from the transcript of the deposition of Darshan Hasthantra.

3.      Attached hereto as **Exhibit B** are relevant excerpts from the transcript of the deposition of Dr. Zahn Bozanic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 2nd day of May 2025, at Brooklyn, New York.

*/s/ Gregory Linkh*
Gregory Linkh