# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
SCOTT BISHINS and DARSHAN HASTHANTRA,
Individually and on Behalf of All Others
Similarly Situated,

                          PLAINTIFFS,

        V.                      Case No.
                                1:21-cv-00511-LAP
CLEANSPARK, INC., ZACHARY BRADFORD, and
MATTHEW SCHULTZ,

                          DEFENDANTS.
--------------------------------------------X

                DATE:  July 19, 2024
                TIME:   10:08 A.M.


     CONFIDENTIAL VIDEO-RECORDED
DEPOSITION of the Plaintiff, DARSHAN
HASTHANTRA, taken by the Defendant,
pursuant to a Notice and to the Federal
Rules of Civil Procedure, held via Zoom
videoconference, before Laura Anzelone,
a Stenographic Reporter and Notary Public
of the State of New York.

Page 53

D. HASTHANTRA - CONFIDENTIAL

A.      See, right now, the trend is AI.  Whatever is related to AI, it is doing very well actually.  The stocks are doing well.  So, those times when I bought the stocks, it was about bitcoin because bitcoin was going up significantly.  So, also, CleanSpark was an energy grid business, and they knew how to efficiently manage the energy for producing the bitcoins, for mining the bitcoins.  So, I felt that combination was great because they should know how to efficiently manage the power or energy, and at the same time, they should know how to mine the bitcoin.  And online, internet bitcoin was one of the top performing industries at that time.  I really missed out on investing with bitcoin when it was $500.  I had opportunity, but I really missed out, so I did not want to miss out again one more time.  That's why -- but I could not afford to buy bitcoin at that point of time.  That's why I took a route to invest in bitcoin indirectly through CleanSpark having known

Page 66

D. HASTHANTRA - CONFIDENTIAL

Earlier you testified that around February or March, beginning in February or March, you started to find out about all these CleanSpark misstatements.

I'm asking why you continued to buy CleanSpark stock after that.

MR. FALLON:  Object to form.

A.    See, at that point of time, I did not know everything that was going on behind the scenes.  I used to just hear about the stock that they -- it is a like a (unintelligible) stock, like a (unintelligible) It will do very well. Inflated projections.  The stock used to go up, and up, and up, and up actually, so there is something called fear of missing out, so I was just buying more and more and more because I thought it will go up in the sky like a rocket ship.  So, that is why I used to buy more and more thinking that this would do great, but later on I figured out things did not go well and it was all inflated.

MR. PARTIDA:  I'm going to show

D. HASTHANTRA - CONFIDENTIAL

C E R T I F I C A T E


STATE OF NEW YORK        )

                         :   SS.:

COUNTY OF NASSAU         )


I, LAURA ANZELONE, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of July 2024.

LAURA ANZELONE