# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

DARSHAN HASTHANTRA, et al.,

     Plaintiffs,

  v.                       Case No.

CLEANSPARK, INC., et al.,     1:21-cv-511 (LAP)

     Defendants.

_____

VIDEOTAPED DEPOSITION OF

ZAHN BOZANIC, PH.D.

DATE:         Thursday, February 27, 2025

TIME:         10:04 a.m.

LOCATION:     Remote Proceeding

              Tallahassee, FL 32317

REPORTED BY:  Cristina Betts

Page 79

Z. BOZANIC, PH.D.

MR. LINKH:  Object to form.

BY MR. PARTIDA:

Q    So I guess I'll just ask again.
It says, "Though not necessary for finding
of market efficiency."  That's your
opinion?  That's your expert opinion?

A    As you see the opinions listed
and written on that page, I do stand by
those opinions.

Q    But -- and I'll just -- the
basis for that statement is your general
experience and background?

A    As I've said repeatedly, yes.
My education and experience had led me to
that perspective.  That's correct.

Q    Okay.  All right.  Then you have
D, "Damages in this matter can be
calculated on a class-wide basis subject
to a standard, common methodology for
Plaintiffs pending claims.  In particular,
the out-of-pocket damages methodology,
which is used in virtually all Section
10(b) class action securities cases, is
appropriate and applicable here."

Page 291

CERTIFICATE OF DEPOSITION OFFICER

I, CRISTINA BETTS, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

CRISTINA BETTS

Notary Public in and for the

State of New York

Page 292

CERTIFICATE OF TRANSCRIBER

I, H. JAMES FOY, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

H. JAMES FOY