UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARSHAN HASTHANTRA, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CLEANSPARK, INC., *et al.*,<br><br>Defendants. | Case No. 1:21-cv-511 (LAP)<br><br>**AMENDED PRETRIAL**<br>**SCHEDULING ORDER** |

Plaintiff Darshan Hasthantra, and Defendants CleanSpark, Inc., Zachary Bradford, and S. Matthew Schultz (collectively "Defendants" and together with Plaintiffs, the "Parties"), hereby jointly submit this proposed Amended Pretrial Scheduling Order.

**IT IS ORDERED THAT** this matter will proceed as follows:

| Event | Old Date | New Date |
|---|---|---|
| Initial Expert Reports Due For Party Who Bears Burden | June 20, 2025 | July 18, 2025 |
| Rebuttal Expert Reports Due | August 15, 2025 | September 12, 2025 |
| Reply Expert Reports Due | September 12, 2025 | October 10, 2025 |
| Request for Pre-Motion Conference Before Filing Summary Judgment Motions | September 26, 2025 | October 17, 2025 |
| Summary Judgment Motion Due | October 31, 2025 | December 2, 2025 |
| Summary Judgment Opposition Due | December 19, 2025 | January 13, 2026 |

| Summary Judgment Reply Due | January 26, 2026 | February 20, 2026 |
| Submission of Joint Pre-Trial Order | February 18, 2026 | March 23, 2026 |
| Final Pretrial Conference | March 23, 2026 | April 20, 2026 |

Dated: May 28, 2025

**SO ORDERED.**

*Loretta A. Preska*

**Hon. LORETTA A. PRESKA**
**Senior United States District Judge**

```
The final pretrial conference shall be held on April 20, 2026
at 10:00 a.m. in Courtroom 12A.
```