

David J. Partida
212.981.2313
dpartida@wilkauslander.com

October 9, 2025

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Bishins et al., v. CleanSpark, Inc., et al.*, Case No. 1:21-cv-00511-LAP**

Dear Judge Preska,

The parties have met and conferred and write jointly to update the Court as directed in its order of September 24, 2025. (ECF No. 101) The parties are nearing the completion of expert discovery, with Plaintiffs' economic expert submitting his reply report tomorrow, October 10, 2025. Defendants anticipate deposing him as soon as practicable after it is submitted.

Following their deposition of Plaintiff's economic expert, Defendants intend to move forward with a summary judgment motion on December 2, 2025 in accordance with the operative pre-trial case schedule (ECF No. 98), with one small change: Defendants respectfully request that the current October 17 deadline to request a pre-motion conference be adjourned by two weeks, to October 31, to allow for the deposition of Plaintiffs' economic expert to be completed prior to submitting that request. Plaintiffs do not oppose this extension.

Additionally, Plaintiffs are preparing a motion to approve notice of class certification under Fed. R. Civ. P. 23(c)(2)(B), and anticipate submitting it in the next few weeks.

Respectfully submitted,

/s/ Gregory B. Linkh
**GLANCY PRONGAY & MURRAY LLP**
Gregory B. Linkh
230 Park Ave., Suite 538
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

**Counsel for Plaintiff**

/s/ David J. Partida
**WILK AUSLANDER LLP**
David J. Parida
825 Eighth Avenue, Suite 2900
New York, NY 10019
Tel: (212) 981-2300
Fax: (212) 752-6380
dpartida@wilkauslander.com

**Counsel for Defendants**

825 Eighth Avenue  |  Suite 2900  |  New York, NY 10019
212.981.2300     |     Fax 212.752.6380                                                                 wilkauslander.com