

David J. Partida
212.981.2313
dpartida@wilkauslander.com

November 5, 2025

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Bishins et al., v. CleanSpark, Inc., et al., Case No. 1:21-cv-00511-LAP**

Dear Judge Preska,

The Parties met and conferred, and have agreed to the following briefing schedule for Defendants' forthcoming Daubert motions of Plaintiffs' experts, Dr. Zahn Bozanic and David Ponte:

- December 12, 2025: Deadline for Defendants to file their Daubert motions;

- January 26, 2026: Deadline for Plaintiffs to file the oppositions to Defendants' Daubert motions;

- March 3, 2026: Deadline for Defendants to file their replies in support of their Daubert motions.

The Parties further agree that all other currently scheduled case deadlines are stayed pending resolution of Defendants' Daubert motions.

Respectfully submitted,

825 Eighth Avenue | Suite 2900 | New York, NY 10019
212.981.2300    |    Fax 212.752.6380

wilkauslander.com



Honorable Loretta A. Preska
November 5, 2025
Page 2

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Gregory B. Linkh*
Gregory B. Linkh
230 Park Ave., Suite 538
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

**Counsel for Plaintiffs**

**WILK AUSLANDER LLP**

*/s/ David. J. Partida*
David J. Partida
825 Eighth Avenue, Ste. 2900
New York, New York 10019
Tel: (212) 981-2313
Fax: (212) 752-6380
dpartida@wilkauslander.com

**Counsel for Defendants**

The above briefing schedule regarding Defendants' forthcoming Daubert motions shall apply.  All other scheduled case deadlines in this matter are stayed pending resolution of Defendants' Daubert motions.

In addition, Defendants' request to exceed the word limits set forth in the Court's Individual Practices, see dkt. no. 104, is DENIED.

The Clerk of Court shall close docket number 104.

**SO ORDERED.**

_____
Loretta A. Preska, U.S.D.J.
November 6, 2025