**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| DARSHAN HASTHANTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEANSPARK, INC., ZACHARY BRADFORD, and S. MATTHEW SCHULTZ,<br><br>Defendants. | Case No. 1:21-cv-00511-LAP<br><br>**AFFIRMATION OF DAVID J. PARTIDA IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE REPORTS AND TESTIMONY OF PLAINTIFF'S PROPOSED EXPERT DR. ZAHN BOZANIC** |

**DAVID J. PARTIDA,** an attorney duly licensed to practice law in the courts of the State of New York, does hereby affirm, under penalties of perjury, as follows:

1.      I am a member of the bar of this Court and an associate with the law firm of Wilk Auslander LLP, counsel to Defendants CleanSpark, Inc. ("CleanSpark"), Zachary Bradford, and S. Matthew Schultz (collectively, "Defendants") in the above-captioned matter.

2.      I submit this affirmation in support of Defendants' Motion to Exclude the Reports and Testimony of Plaintiff's Proposed Expert Dr. Zahn Bozanic, filed concurrently herewith, dated December 12, 2025.

3.      Attached hereto as **<u>Exhibit A</u>** is a true and correct copy, excepting the exhibits thereto, of the Expert Report of Dr. Zahn Bozanic, being filed concurrently herewith, dated January 10, 2025.

4.      Attached hereto as **<u>Exhibit B</u>** is a true and correct copy, excepting the exhibits thereto, of the Confidential Transcript of the February 27, 2025 Deposition of Dr. Zahn Bozanic, being filed concurrently herewith.

5.      Attached hereto as **Exhibit C** is a true and correct copy, excepting the exhibits thereto, of the Expert Reply Report of Dr. Zahn Bozanic, being filed concurrently herewith, dated May 2, 2025.

6.      Attached hereto as **Exhibit D** is a true and correct copy, excepting the exhibits thereto, of the Merits Report of Dr. Zahn Bozanic, being filed concurrently herewith, dated July 18, 2025.

7.      Attached hereto as **Exhibit E** is a true and correct copy, excepting the exhibits thereto, of the Expert Report of Dr. Mark Garmaise, being filed concurrently herewith, dated September 12, 2025.

8.      Attached hereto as **Exhibit F** is a true and correct copy, excepting the exhibits thereto, of the Expert Merits Reply Report of Dr. Zahn Bozanic, being filed concurrently herewith, dated October 9, 2025.

9.      Attached hereto as **Exhibit G** is a true and correct copy, excepting the exhibits thereto, of the Confidential Transcript of the October 30, 2025 Deposition of Dr. Zahn Bozanic, being filed concurrently herewith.

10.      Attached hereto as **Exhibit H** is a true and correct copy, excepting the exhibits thereto, of the Expert Report of Dr. Zahn Bozanic for Case Number 1:24-cv-09253 *(Mark Leone* v. *ASP Isotopes Inc., Paul E. Mann, and Heather Kiessling*), being filed concurrently herewith, dated June 26, 2025.

11.      Attached hereto as **Exhibit I** is a true and correct copy, excepting the exhibits thereto, of the Expert Report of Dr. Zahn Bozanic for Case Number 2:22-cv-02226-KNS *(Kranthi Gorlamari* v. *Verrica Pharmaceuticals Inc., Ted White, and P. Terence Kohler Jr.*), being filed concurrently herewith, dated June 12, 2025.

12.     Attached hereto as **Exhibit J** is a true and correct copy, excepting the exhibits thereto, of the Expert Report of Dr. Zahn Bozanic for Case Number 1:23-cv-24580-CMA *(City of Warren General Employees'Retirement System* v. *Teleperformance SE)*, being filed concurrently herewith, dated November 5, 2024.

13.     Attached hereto as **Exhibit K** is a true and correct copy of the Culper Research Report, being filed concurrently herewith, dated January 14, 2020.

14.     Attached hereto as **Exhibit L** is a true and correct copy of the Culper Research tweets, being filed concurrently herewith, dated January 15, 2021.

15.     Attached hereto as **Exhibit M** is a true and correct copy, excepting the exhibits thereto, of the Expert Report of Dr. Zahn Bozanic for Case Number 3:22-cv-06750-CRB *(In re Freshworks Inc.)*, being filed concurrently herewith, dated March 13, 2025.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2025, New York, New York.

Respectfully submitted,

David J. Partida