# EXHIBIT D

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARSHAN HASTHANTRA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> CLEANSPARK, INC., *et al.*, <br><br> Defendants. | Case No. 1:21-cv-511 (LAP) <br><br> <u>CLASS ACTION</u> |

EXPERT REPORT OF ZAHN BOZANIC, PH.D.

July 18, 2025

# **Table of Contents**

I.    Introduction.................................................................................................... 3

II.   Qualifications and Compensation ................................................................. 4

III.  Summary of Opinions ................................................................................... 6

IV.   Overview of CleanSpark and Plaintiffs' Allegations.................................. 12

    A.    Overview of CleanSpark.................................................................... 12

    B.    Plaintiffs' Allegations ....................................................................... 13

V.    Market Efficiency and Damages on a Class-Wide Basis............................ 16

VI.   Importance of the Alleged Misstatements and Omissions.......................... 20

    A.    Defendants' Public Statements .......................................................... 22

    B.    Analyst Commentary ......................................................................... 26

    C.    Economic and Valuation Principles................................................... 32

    D.    Event Study ....................................................................................... 34

VII.  Loss Causation ........................................................................................... 37

    A.    Investor Losses were Foreseeable..................................................... 38

    B.    The Corrective Information Caused Economic Losses ...................... 39

VIII. The Corrective Disclosure Events .............................................................. 41

    A.    The Culper Report and related Tweets (January 14-15, 2021)................. 41

    B.    Capacity Expansion Delays ............................................................... 57

IX.   Artificial Inflation per Share and Damages for CleanSpark Common Stock..................... 81

    A.    Artificial Inflation per Share.............................................................. 81

    B.    Damages............................................................................................. 84

    C.    Adaptation to Alternative Findings.................................................... 87

## I.    Introduction

1.    I have previously filed expert reports in this matter (collectively, my "Prior Reports") and incorporate them here by reference in their entirety.[1]  On January 10, 2025, I submitted an expert report in this matter (my "Efficiency Report") in which I concluded that: a) the market for shares of CleanSpark Common Stock was efficient throughout the Class Period; and b) damages in this matter for CleanSpark Common Stock can be calculated on a class-wide basis subject to a common methodology.[2] On May 2, 2025, I submitted another expert report in this matter (my "Efficiency Reply Report") in response to Defendants' Opp. Brief.  In my Efficiency Reply Report, I concluded that nothing in Defendants' Opp. Brief disturbed the opinions expressed in my Efficiency Report.[3]  Nothing I have reviewed or analyzed as part of this report has caused me to change any of the opinions expressed in my Prior Reports and I continue to hold those opinions. The materials I have relied upon in forming my opinions in the current report are summarized in **Appendix B**, attached hereto.

2.    Counsel for Plaintiff in this matter ("Counsel") has asked me to assess and offer opinions on: (1) whether the misstatements and omissions alleged in the Complaint in this matter were economically material;[4] (2) whether investor losses were proximately caused by the misstatements and/or omissions made by Defendants as contended by Plaintiff in the operative Complaint and as may be proved at trial (*i.e.*, loss causation); (3) the quantification of any

---

[1] Unless otherwise noted, capitalized terms in this report have the same meaning as in my Prior Reports, all emphasis in this report is added, and all times cited in this report are in Eastern Time.

[2] Bozanic Efficiency Report, ¶ 3.

[3] Bozanic Efficiency Reply Report, ¶ 6.

[4] I understand that "materiality" has a legal definition, which I am not attempting to assess in the current report. Instead, I assess whether the alleged misstatements and omissions were economically material, *i.e.*, whether they were likely to be considered value relevant to investors and hence affect the market value of CleanSpark's Common Stock price.

artificial inflation per share for CleanSpark Common Stock for each day of the Class Period caused by the alleged misstatements and/or omissions; and (4) the appropriate method to quantify Rule 10b-5 and §20(a) damages for CleanSpark Common Stock in this matter.

3.      The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work in this matter.

## II.     Qualifications and Compensation

4.      I hold a Ph.D. in Business Administration from the Pennsylvania State University and am a tenured, full Professor of Accounting at Florida State University. I also hold the William Hillison Professorship of Accounting. I teach Ph.D. and Master's-level courses, present my research at universities and conferences both domestic and abroad, deliver guest lectures, participate in academic seminars, attend academic conferences, peer review academic work, organize academic conferences, and conduct research on areas related to accounting, finance, statistics, economics, and law.

5.      My research focuses on topics related to corporate disclosure, debt contracting, financial intermediaries, financial reporting misconduct, regulation, and enforcement. More specifically, my research has examined periodic corporate disclosures (*e.g.*, 10-K's, earnings press releases, etc.), earnings guidance, earnings management, earnings manipulation, financial statement irregularities, debt contracts (*e.g.*, private bank loans and public bonds), debt covenants, securitized debt, credit analysts, equity analysts, SEC comment letters, SEC requests for comment, and SEC investigations.

6. I have been engaged in university-level teaching and academic research for over 15 years and continue to publish in peer-reviewed academic journals in accounting, economics, and finance. At the undergraduate level, I have taught courses on financial accounting, investments, valuation, and financial statement analysis. In addition, I have taught data analytics, valuation, and financial statement analysis at the Master's level as well as academic research seminars on empirical research methods in accounting at the doctoral level. I am an Editorial Board member of several peer-reviewed journals, and am an Editor at the *International Journal of Accounting*.

7. Before my current roles, I was a tenured, Associate Professor of Accounting and the Director of the Ph.D. Program in Accounting at Florida State University. Prior to then, I was an Assistant Professor of Accounting at the Ohio State University as well as a Research Fellow at The National Center for the Middle Market.

8. Prior to working for Ohio State, I received my Ph.D. in Business Administration from the Pennsylvania State University. Before my graduate work at Penn State, I was employed by Wells Fargo Bank as a Financial Consultant and Product Manager. I received an M.A. from the University of Michigan and a B.A. from the University of California at Berkeley.

9. I have published research in leading peer-reviewed journals in the fields of finance, accounting, and economics, including: *Journal of Accounting Research, Journal of Accounting and Economics*, *The Accounting Review*, *Journal of Business Finance & Accounting*, *Review of Quantitative Finance and Accounting*, and *Journal of Financial Reporting*, *inter alia*. My curriculum vitae, attached as **Appendix A**, further details my publication record. I have presented my academic research at over 50 academic institutions, as listed in my curriculum vitae. I have also received several awards and honors from my peers both nationally and globally related to my research, peer reviewing activities, and doctoral research supervision.

10.    I have been retained as an expert in this matter by Glancy Prongay & Murray LLP, Counsel for Plaintiff. My time is billed at an hourly rate of $900 per hour for work on this matter. I am being assisted in this matter by staff from Cleveland Analytics, LLC who have worked under my direction and supervision. My compensation and that of the staff of Cleveland Analytics, LLC is in no way contingent on the outcome of this case or upon any opinions that I express.

11.    My work is ongoing and I reserve the right to update my analyses and opinions based upon new information, discovery, expert reports, or other information that comes to my attention.

### III.    Summary of Opinions

12.    As stated in my Prior Reports, the market for shares of CleanSpark Common Stock was efficient throughout the Class Period, meaning that widely available public information is quickly incorporated into stock prices, and damages in this matter for CleanSpark Common Stock can be calculated on a class-wide basis subject to a common methodology.  I continue to hold the opinions expressed in my Prior Reports and reiterate them herein.

13.    My opinions regarding economic materiality, loss causation, and damages in this matter arising under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder by the SEC, are premised upon Defendants being found to have knowingly or recklessly made material misrepresentations or omissions during the Class Period regarding CleanSpark's ability to expand their energy and hashrate capacity at the ATL Facility in the timeline stated and to operate the facility at low cost through advantageous contract terms with the local municipality. Broadly, Plaintiffs allege that Defendants misrepresented that CleanSpark could "expand total power capacity and improve the resiliency of ATL's existing

Bitcoin mining operation" in the timeline stated upon the acquisition announcement and leverage its "proprietary microgrid technologies and trade secrets" in order to "maximize energy savings".[5] Instead, Defendants "made incremental revisions to the timeline for the expansion project, continually pushing back the expected completion date."[6]

14.    However, Plaintiffs assert that as of the start of the Class Period, Defendants knew, or recklessly disregarded that there were certain operational challenges before CleanSpark could materially ramp up its bitcoin production by April 2021, including: "(i) Defendants had not prepared a detailed timeline for project completion, (ii) no detailed architectural or engineering drawings for the facility expansion project had been completed, (iii) no contract with a general contractor had been executed, (iv) no contract for the build-out of the mining units had been executed, (v) CleanSpark and ATL had not even started the process of applying for construction permits; and (vi) these undisclosed factors rendered Defendant's projection of an April 2021 completion date for the power capacity expansion to be completely unrealistic and lacking any reasonable basis,"[7] thus allowing Defendants to misleadingly represent that the "expansion will begin promptly and be completed in April 2021," and that the "Company intends to more than quadruple the number of ASIC (application specific integrated circuit) mining units in operation during the expansion."[8]

15.    I conclude that the alleged misstatements and omissions in this matter as set forth in the Complaint were economically material in that they conveyed information that altered the total mix of information available to investors.  I base my opinion on the importance of this

---

[5] Complaint, ¶ 3.

[6] *Id.*, ¶ 10.

[7] *Id.*, ¶ 119.

[8] *See* "CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center," *CleanSpark*, December 10, 2020.

information on: (1) Defendants' own public statements surrounding the acquisition of the ATL Facility regarding the anticipated energy and hashrate expansion and related timeline; (2) news articles broadly disseminated to the public discussing the anticipated energy and hashrate expansion and related timeline; (3) analyst commentary demonstrating that the market relied upon Defendants' statements concerning the anticipated energy and hashrate expansion and related timeline; (4) the application of basic valuation principles to CleanSpark's business; and (5) my event study analysis, that establishes statistically significant declines in the price of CleanSpark Common Stock on the Corrective Disclosure Events identified and defined below.

16.    I identified an event as a corrective disclosure of the relevant truth if it revealed relevant information about energy and hashrate expansion risks that confronted CleanSpark's expansion timeline, energy contract with the local municipality, and whether its proprietary energy technology could further lower its bitcoin mining energy costs – all of which have a direct impact on the Company's expected profitability.  I also considered the allegations contained within the Complaint.  Four events meet these criteria.  Based on the event study I performed, there was a statistically significant decline in the market price of CleanSpark Common Stock (after controlling for market and industry movements) in the wake of the release of information from these events.  The corrective disclosure events partially dissipated artificial inflation from the market prices of CleanSpark Common Stock on the following dates (collectively, the "Corrective Disclosure Events"):

> **January 14, 2021**: Culper Research published a report alleging that CleanSpark had misrepresented its customer and contracts, further alleging that the cost-advantaged energy contract was short lived due to omissions.

> **January 15, 2021**: Culper Research published a Tweet communicating to the market it had sent Chairman Matthew Shultz several questions about the allegations in the report that went unanswered.

**February 12, 2021**: CleanSpark announced Q1 2021 earnings and disclosed that the ATL Facility's expansion project would not be completed until mid-year 2021 instead of April 2021 as stated upon acquisition of the ATL Facility.

**August 17, 2021**: CleanSpark announced Q3 2021 earnings and disclosed that the ATL Facility's expansion project would not be completed until fall of 2021.

17.     The Complaint alleges that Defendants' public statements gave investors the misleading impression that CleanSpark would be able to increase energy capacity, ramp up bitcoin mining production at the ATL facility, acquire energy on cost-advantaged terms, further lower that cost of energy through its proprietary technology, and to do so by April 2021 following the December 2020 acquisition of the ATL Facility.  These misleading public statements had the effect of artificially inflating the price of CleanSpark Common Stock during the Class Period. The alleged misrepresentations and omissions are economically linked to the foreseeable investor losses that occurred on the Corrective Disclosure Events when the artificial price inflation was dissipated.  If Defendants disclosed misleading information regarding their ability to increase energy and hashrate capacity at the ATL Facility on cost advantaged terms by April 2021, then it was foreseeable at the time of the alleged misstatements and omissions that when the relevant truth was revealed the price of CleanSpark Common Stock would decline.   In other words: (1) the alleged misrepresentations and omissions caused investor losses; and (2) investors who purchased CleanSpark Common Stock at prices that were affected by the alleged misrepresentations and omissions suffered losses when the relevant truth was revealed on the Corrective Disclosure Events.

18.     On the Corrective Disclosure Events, I reviewed relevant news, analyst reports, press releases, financial results, and conference call transcripts, among other documents.  Based on this review, coupled with my event study analysis, I conclude that the corrective information caused the price of CleanSpark Common Stock to decline on the Corrective Disclosure Events.  I

9

also analyzed whether there was information released on the Corrective Disclosure Events that was unrelated to the alleged fraud (*i.e.*, "confounding" information). As discussed in more detail in **Section VIII** below, and consistent with a conservative approach to calculating damages, I identified and removed from the CleanSpark-specific price decline following the Corrective Disclosure Events any movement that was unrelated to the alleged fraud, *i.e.*, caused by confounding information. Based on this loss causation analysis, I conclude that the total fraud-related price decline associated with the Corrective Disclosure Events is $11.69 per share, as shown below:

**CleanSpark Common Stock**
**Artificial Inflation per Share Dissipated**
**on the Corrective Disclosure Events**

| Date | Artificial Inflation Per Share Dissipated |
|------|-------------------------------------------|
| January 14, 2021 | $4.48 |
| January 15, 2021 | $4.03 |
| February 12, 2021 | $1.68 |
| August 17, 2021 | $1.50 |
| **Total** | **$11.69** |

19.    As set forth above, I understand that Plaintiffs expect to prove that during the Class Period Defendants materially misled investors insofar as CleanSpark would be able to increase energy capacity, ramp up bitcoin mining production at the ATL facility, acquire energy on cost-advantaged terms, further lower that cost of energy through its proprietary technology, and to do so by April 2021 following the December 2020 acquisition of the ATL Facility. Further, Plaintiffs allege that Defendants knew, or recklessly disregarded that CleanSpark had not

prepared a detailed timeline for project completion, detailed architectural or engineering drawings for the ATL Facility project expansion, a contract with a general contractor, a contract for the build-out of the mining units, and nor had CleanSpark started the process of applying for construction permits—omissions that rendered Defendants' projection of an April 2021 completion date for the energy and hashrate expansion to be unrealistic and unreasonable. This allowed Defendants to misleadingly represent that CleanSpark could significantly increase energy and hashrate capacity and to do so expediently. I am not aware of evidence demonstrating that the economic impact of the alleged misstatements and omissions would have been different had a disclosure of the relevant truth been made earlier in the Class Period. Therefore, I have employed the constant dollar methodology to evaluate artificial inflation per share of CleanSpark Common Stock caused by Defendants' alleged fraud. This is summarized in the table below:

**CleanSpark Common Stock**
**Artificial Inflation per Share During the Class Period**

| Date Range | Artificial Inflation Per Share |
|---|---|
| December 10, 2020 - January 13, 2021 | $11.69 |
| January 14, 2021 | $7.21 |
| January 15, 2021 - February 11, 2021 | $3.17 |
| February 12, 2021 - August 16, 2021 | $1.49 |

20.     The remainder of this report is organized as follows: **Section IV** provides an overview of CleanSpark and the allegations in this matter. **Section V** reiterates my opinions in my Prior Reports related to market efficiency and how damages can be calculated on a class-

11

wide basis subject to a common methodology. **Section VI** summarizes my approach to analyzing the value-relevance of the allegedly misrepresented and omitted facts in this case. **Section VII** discusses loss causation principles. **Section VIII** presents my analysis of the Corrective Disclosure Events. Finally, **Section IX** presents the resulting artificial inflation per share and damages methodology for CleanSpark Common Stock.

## IV.    Overview of CleanSpark and Plaintiffs' Allegations

### A.  Overview of CleanSpark

21.      CleanSpark is headquartered in Nevada and has bitcoin mining facilities throughout the United States.[9] The Company's common stock trades on the NASDAQ Exchange under the ticker CLSK.[10] Prior to the Class Period, CleanSpark was a provider of "advanced software and controls technology solutions to solve modern energy challenges" and "a suite of software solutions that provide end-to-end microgrid energy modeling, energy market communications and energy management solutions."[11] During the Class Period, CleanSpark pivoted to purportedly become a "leading bitcoin mining and diversified energy company" according to its 2021 10-K.[12] Reinforcing this pivot in business strategy, CleanSpark's website touts the company to be "America's Bitcoin Miner" and its CEO stated in December of 2021 that "CleanSpark is a bitcoin miner. Bitcoin mining is our primary business segment in terms of revenue. Our most efficient in terms of cost and margin and our most important in terms of maximizing value for our shareholders."[13]

---

[9] Complaint, ¶ 21; *See* also CleanSpark Investor Relations, available at: https://investors.cleanspark.com.

[10] *Id.*, ¶ 21

[11] *Id.*, ¶ 25

[12] *Id.*, ¶ 26

[13] *Id.*, ¶ 27; *See* also CleanSpark's website, available at: https://www.cleanspark.com.

### B. Plaintiffs' Allegations

22.    Plaintiffs allege that, throughout the Class Period, Defendants made materially false and misleading statements concerning the expected timeline to expand operations to more than double the existing energy capacity between December 2020 and April 2021 at the ATL Facility (from 20 to 50 megawatts or a 150% increase in energy capacity) and thus rapidly enhance CleanSpark's expected profitability by scaling up its hashrate capacity (from 190 PH/s to 900-1400 PH/s or a 374%-637% increase in hashrate capacity).[14] The Complaint further alleges that Defendants misled investors and made materially false and misleading statements touting that the ATL Facility was supplied energy at cost advantaged rates and that CleanSpark's proprietary energy management software would further reduce its cost of energy.[15]

23.    For instance, Plaintiffs allege that the Class Period begins on December 10, 2020, when the acquisition of the ATL Facility was announced in a press release:

> "As part of the first phase, the Company has ***contracted with the local municipality to expand the power to the facility from 20MW [megawatts] to 50MW***. ***It is expected that this expansion will begin promptly and be completed in <u>April 2021</u>.***
>
> ...
>
> Additionally, the Company intends to ***more than quadruple the number of ASIC (application specific integrated circuit) mining units in operation during the expansion.***
>
> …
>
> The Company expects to demonstrate that, by ***using our technologies, we can reduce the cost of energy to below \$0.0285 per kw/h***."[16]

---

[14] Complaint, ¶¶ 3-4, 9-12, 36, 38, 54, 118.

[15] *Id.*, ¶¶ 118-119, 130-131.

[16] *Id.*, ¶ 118. To put CleanSpark's claimed cost of energy of \$0.0285 per kw/h into perspective, as of January 2021, the average energy cost to mine bitcoin in the U.S. was \$0.12 cents per kw/h, *i.e.*, the average cost in the U.S. was over 4x greater than CleanSpark's claimed cost of energy. Stated differently, CleanSpark's claimed energy costs were roughly ¼ of the U.S. industry average. *See* "CleanSpark's CEO Discusses The Company's Expansion Into Bitcoin," *Benzinga*, January 20, 2021, 8:07 AM. Further, to

24.     As another example, in a press release from December 31, 2020, the Company

made the following allegedly false and misleading statement and omission:

> "***We are working diligently to expand the data center capacity***
> allowing us to further increase these initial estimates, but the
> Company's guidance will remain somewhat conservative until the
> expansion has been completed and we have sufficient data to forecast
> a firm outlook."[17]

25.     Plaintiffs allege that the above statements were false and misleading because at

the time they were made, because Defendants had not prepared a detailed timeline for the

completion of the ATL Facility's expansion project, detailed architectural or engineering

drawings for the expansion had not been completed, a contract with a general contractor for the

expansion had not been executed, a contract for the build-out of the mining units for the

expansion had not been executed, and applications for construction permits for the expansion had

not been submitted.[18] The above-mentioned statements are only examples of the many false and

misleading statements and omissions that Plaintiffs allege in the Complaint.  **Appendix C**

contains a list of the alleged false and misleading statements and omissions I was asked to

assume occurred.

26.     Plaintiffs allege that the relevant truth regarding the ATL acquisition and

CleanSpark's projections relating to the ATL expansion project was partially revealed, and/or the

concealed risks materialized, on or about: January 14-15, 2021, February 12, 2021, and August

---

understand the importance of this metric for the financial success of CleanSpark, according to Defendant
and CEO Zachary Bradford, "The cost of bitcoin mining is almost 100% on the energy side." *See* "Water
Tower Research Fireside Chat Series," *Water Tower Research*, February 18, 2021.

[17] Complaint, ¶ 122.

[18] *Id.*, ¶¶ 123, 125.

17, 2021.[19] This includes the publication and Twitter dissemination of a report by Culper Research on January 14, 2021, which was followed with a tweet by Culper Research on January 15, 2021.[20] The report and tweets raised concerns about the ATL acquisition, as ATL had undergone several name changes, a bankruptcy, and a failed acquisition attempt by Marathon Patent Group ("Marathon").[21] Most significantly, it was revealed that Marathon pulled out of the proposed deal because the energy agreement with the municipality had too few years left to make the acquisition "economically viable."[22] The Complaint alleges that Defendants misrepresented ATL facility's operating potential by omitting material facts related to the acquisition and timeline for completing the expansion project.[23]

27.      Plaintiffs also allege that the relevant truth was partially revealed on February 12, 2021 when Defendants announced Q1 2021 earnings and disclosed that the ATL Facility's expansion project would not be completed until mid-year 2021 instead of April 2021.[24] The Complaint further alleges that the relevant truth was revealed on August 17, 2021 when Defendants' announced Q3 2021 earnings and disclosed that the ATL Facility's expansion project would not be completed until fall of 2021.[25] As a result of the repeated delays in expansion plans, CleanSpark was unable to deliver on its expected capacity goals by April 2021 and therefore paid a third-party facility to deploy a portion of CleanSpark's bitcoin mining equipment instead.[26]

---

[19] Complaint, ¶¶ 6-7, 12, 88-89, 110-112, 152. I understand the Complaint alleges additional corrective disclosures which Plaintiff is no longer pursuing.

[20] *Id.*, ¶¶ 45-46; 51.

[21] *Id.*, ¶¶ 45-50.

[22] *Id.*, ¶¶ 47-48.

[23] *Id.*, ¶ 54.

[24] *Id.*, ¶¶ 88-90.

[25] *Id.*, ¶ 110.

[26] *Id.*, ¶¶ 110-111.

28.     As a result of CleanSpark's alleged misstatements and omissions, investors allegedly purchased CleanSpark Common Stock at artificially inflated prices during the Class Period and suffered economic losses when the price of CleanSpark Common Stock declined upon the revelation of the relevant truth.[27]

## V.     Market Efficiency and Damages on a Class-Wide Basis

29.     In my Efficiency Report, I empirically analyzed the factors related to market efficiency that courts have previously examined during the Class Period for CleanSpark Common Stock.  Specifically, my Efficiency Report demonstrated that: (1) the average weekly trading volume of CleanSpark Common Stock during the Class Period was 11.86 million shares, which represents 41.9% turnover per week, easily exceeding the *Cammer* threshold and comparing favorably against other exchange-traded securities (*Cammer* Factor 1);[28] (2) securities analysts followed CleanSpark, and there was also substantial press coverage among other sources of publicly available information regarding the Company (*Cammer* Factor 2);[29] (3) CleanSpark had at least 73 market makers and brokers providing similar activity over the Class Period and CleanSpark Common Stock traded on the NASDAQ, thus satisfying the "market maker" factor (*Cammer* Factor 3);[30] (4) CleanSpark filed Form S-3s before, during, and after the Class Period and CleanSpark made all required filings with the SEC on a timely manner during the Class Period (*Cammer* Factor 4);[31] and (5) there was a clear cause-and-effect relationship between new Company-specific information and the market price of CleanSpark Common Stock

---

[27] Complaint, ¶¶ 138-140, 151-152.

[28] Bozanic Efficiency Report, ¶¶ 29-31.

[29] *Id.*, ¶¶ 32-38.

[30] *Id.*, ¶¶ 39-42.

[31] *Id.*, ¶¶ 43-45.

during the Class Period (*Cammer* Factor 5).[32]  The analysis in my Report also demonstrates that (6) the market capitalization of CleanSpark Common Stock averaged $625.4 million over the Class Period (*Krogman* Factor 1);[33] and (7) CleanSpark Common Stock also had an average bid-ask spread of 0.35% during the Class Period (*Krogman* Factor 2).[34]  Lastly, my Report further shows that (8) on average, insiders held approximately 5.02% to 7.01% of CleanSpark's Common Stock during the Class Period, thus approximately at least 93% of outstanding shares were held by non-insiders (*Krogman* Factor 3)[35] and (9) between 69 and 115 institutions held CleanSpark Common Stock at some point during the Class Period.[36]  Taken together, these metrics provide strong economic evidence that support my opinion that CleanSpark Common Stock traded in an efficient market throughout the entire Class Period.[37]

30.    Finally, I described in my Efficiency Report how the "out-of-pocket" method of calculating damages represents a standard and well-accepted methodology under Section 10(b) of the Exchange Act.[38]  I concluded that CleanSpark Common Stock damages in this matter can be calculated on a class-wide basis utilizing a common methodology.[39]

31.    In my Efficiency Reply Report, I concluded that nothing in Defendants' Opp. Brief disturbs the opinions expressed in my Efficiency Report.[40]  Defendants do not dispute my

---

[32] Bozanic Efficiency Report, **Section V.E**.

[33] *Id.*, ¶¶ 65-67.

[34] *Id.*, ¶¶ 68-72.

[35] *Id.*, ¶¶ 73-74.

[36] *Id.*, ¶ 42.

[37] *Id.*, ¶ 92.

[38] *Id.*, ¶ 77.

[39] *Id.*, ¶ 92.

[40] Bozanic Efficiency Reply Report, ¶¶ 6-13.

conclusion that CleanSpark's Common Stock traded in an efficient market throughout the entirety of the Class Period. In my Efficiency Report, I tested the market efficiency of CleanSpark's Common Stock by evaluating the *Cammer* and *Krogman* factors.[41] Defendants do not dispute my analyses of or my conclusions regarding *any* of these factors. Defendants also do not offer any criticism of the event study regression specified in my Efficiency Report. Moreover, Defendants do not put forward their own event study, nor do they dispute that I performed a valid event study regression.

32.    As explained in my Efficiency Reply Report, Defendants claim that the out-of-pocket damages methodology I have put forward is flawed for several reasons, because "individual causation, injury, and damages issues will predominate."[42] First, Defendants claim a lack of front-end price impact around the alleged misrepresentations. Second, Defendants claim a lack of back-end price impact around the alleged corrective disclosures. Third, Defendants claim I have failed to identify a method to determine the amount of confounding information that caused a portion of CleanSpark's Common Stock price declines around the corrective disclosures. Fourth, Defendants claim I have failed to explain how the out-of-pocket damages methodology would address Plaintiff's allegations regarding materializations of the risk.[43]

33.    As stated in my Efficiency Reply Report, Defendants' concerns are unpersuasive.[44] As discussed in my Prior Reports: "All of these loss causation calculations can be performed on a class-wide basis and are not dependent upon individual Class member

---

[41] Bozanic Efficiency Report, **Section V**.

[42] *Id.*, ¶ 9.

[43] Defendants Opp. Brief, at pp. 22-25.

[44] Bozanic Efficiency Reply Report, ¶ 10.

identities or circumstances."[45] Thus, none of the purported issues Defendants' raise would lead to individualized questions about loss causation and damages. Rather, the out-of-pocket damages methodology, which is common across all Class members, will reasonably address the calculation of artificial inflation and any disaggregation of confounding information at the loss causation and damages stage, based on a merits-based inquiry.[46]

34.    Further, what Defendants claim regarding the amount of stock price changes and potential need for disaggregation has nothing to do with how the out-of-pocket damages framework fits Plaintiff's liability theory or its uniform applicability to all class members. Rather, Defendants' speculative concerns relate to circumstances that may later implicate the precise amount of artificial inflation that a jury or finder of fact attributes to Defendants' misconduct. As noted in my Prior Reports, parsing out any confounding information will be conducted on a class-wide basis with common information at the loss causation and damages stage, and there are well-accepted valuation techniques to address these questions at that stage based on a detailed merits-based inquiry.[47]

35.    Lastly, in my Reply Report, I demonstrate evidence of the price impact of the alleged misrepresentations via the associated corrective disclosures in this case.[48] This evidence includes: i) fundamental principles of finance and economic analysis, ii) internal case documents, iii) analyst coverage which explicitly references the economic information pertaining to the alleged misrepresentations, and iv) my event study analysis, which documents statistically significant evidence of price impact in CleanSpark's Common Stock price returns.

---

[45] *See*, for example, Bozanic Efficiency Report, ¶ 85.

[46] *Id.*, **Section VI.**

[47] *Id.*, *see*, for example, ¶ 80.

[48] Bozanic Reply Report, **Section IV.A**.

36.    I continue to hold the opinions expressed in my Prior Reports.

## VI.    Importance of the Alleged Misstatements and Omissions

37.    As a financial economist, I consider economic materiality to relate to information, news, announcements, or other events that would impact the valuation of a company and its securities, and thus, investors' demand for those securities. As such, my opinions in this report regarding economic materiality are based upon my analysis of such information as it pertains to finance, economics, and valuation, and are not intended to represent legal analyses or conclusions. An element of the loss causation analysis involves an examination of fundamental valuation principles, public statements, as well as analysts' commentary in order to assess whether the subject matter of the alleged misrepresentations and omissions is economically material, and thus, value relevant to investors. While I understand that materiality has a legal definition in matters such as this one, for the purposes of my report, the term "economic materiality" means the importance of information to the market (and thus, investors), such that it would affect the valuation of a security and investors' decisions to buy or sell the security.

38.    Therefore, the relevant question is whether the allegedly misrepresented and omitted information—that the ATL Facility's expansion of its energy and hashrate capacity would occur by April 2021 and double the existing energy capacity at the facility (from 20 to 50 megawatts) and more than quadruple the existing hashrate capacity at the facility (from 190 PH/s to 900-1400 PH/s); that the ATL Facility was supplied energy at cost advantaged rates, and that CleanSpark's proprietary energy management software would further reduce those energy costs; and that the reduced energy costs in tandem with the increased operational scale from the energy and hashrate capacity expansion would rapidly increase CleanSpark's expected bitcoin mining profitability—would have been important to investors. For purposes of evaluating whether the

20

alleged misstatements and omissions are material from an economic and financial perspective, I also consider what information was concealed and would have been disclosed in a hypothetical "but-for" disclosure. In this matter, based on the Complaint's allegations, I understand that the corrective disclosures revealed the relevant truth about the Company's expected timeline for the energy and hashrate expansion, its long term ability to obtain energy at cost advantaged rates, and thus its potential to rapidly increase the Company's expected profitability from increased operational scale.[49]

39.    For the purposes of my report, I assume that the misrepresentations and omissions the Complaint alleges in this matter misinformed investors regarding CleanSpark's expected operational capacity, expected energy costs, and the anticipated timeline to rapidly increase expected profitability. I conclude that the misrepresentations and omissions alleged in this matter were economically material to investors in CleanSpark Common Stock. I base my opinion of the importance of this information on: (1) Defendants' own public statements portraying the ATL Facility's potential to rapidly increase expected profitability on the basis of increased operational capacity and lower energy costs; (2) analyst commentary demonstrating that the market relied upon Defendants' statements concerning the ability to increase operational capacity, the ability to secure power at low cost, and the anticipated timeline to rapidly increase expected profitability through scale; (3) the application of basic valuation principles to CleanSpark's business; and (4) my event study analysis that establishes statistically significant declines in the price of CleanSpark Common Stock on the Corrective Disclosure Events.

---

[49] I am not suggesting the specific wording of any hypothetical but-for disclosure. Instead, I am describing the relevant economic factors that any such disclosure would convey based upon my understanding of the Complaint's allegations.

A. **Defendants' Public Statements**

40.    CleanSpark considered information about expected operational capacity, expected energy costs, and the anticipated timeline to rapidly increase expected profitability through scale as important drivers of CleanSpark's value and the valuation of its stock.  This is demonstrated through statements made by Defendants in CleanSpark's press releases, shareholder letters, SEC filings, as well as during Company conference calls.

41.    For example, the importance to CleanSpark and value relevance for investors of information on these topics is evident from a December 10, 2020 press release when CleanSpark announced the acquisition of the ATL Facility:

> "As part of the first phase, the Company has contracted with the local municipality to **expand the power to the facility _from 20MW to 50MW_**. It is expected that this expansion will begin promptly and **be completed in _April 2021_**. … Additionally, the Company intends to **_more than quadruple the number of ASIC_** (application specific integrated circuit) **_mining units_** in operation **_during the expansion_**.
>
> …
>
> Zachary Bradford, CleanSpark's CEO said: 'There are currently 3,471 bitcoin mining units ("ASICs") in daily operation on site, processing approximately 190 PH/s which are using approximately 9.6 MW of capacity. **_We anticipate that upon completion of the equipment and energy expansion, the facility is expected to produce between 0.9-1.4 EH/s_**, depending on the final configuration and ASICs deployed. We expect that **_this will result in multiple bitcoins being produced daily at some of the lowest energy costs in the nation for this type of enterprise_**. The Company **_expects to demonstrate that, by using our technologies, we can reduce the cost of energy to below $0.0285 per kw/h._**'"[50]

42.    Further, the importance of the Company's pivot to bitcoin mining for investors – and need to keep margins high by keeping energy costs low and thus profitability for shareholders maximized – is reinforced by CleanSpark's CEO and Defendant Bradford at the

---

[50] *Supra*, Footnote 8.

22

start of the Class Period on December 10, 2020 where he stated in a conference call to analysts that:

> **"there is no other industry where you can literally turn energy into cash.** And that's what we're doing here. *We are taking something whose <u>sole or nearly sole cost of production is energy</u> and we're using our expertise to turn that into money."*[51]

44. 43.    On the same call, Defendant Bradford reiterated the Company's expectations for the acquisition regarding the ability to expand power at the facility, to do so at cost-advantaged rates, to further lower those costs through the Company's proprietary energy management software, and to have the energy expansion complete by April 2021:

> "And so, what we have is we do have an ***<u>agreement with the city to expand the facility all the way up to 50 megawatts from 20 megawatts</u>*** right now. And we – ***it's a very, very good and advantageous contract for us***.
>
> …
>
> In summary, we feel very comfortable saying that we believe we ***can push the total energy cost per kilowatt at the location below 2.85 cents. <u>And that's something that we're going at pretty aggressively, and know we can accomplish based upon some of the plans we have in place</u>***, which again – what that further does, it expands the profit margins on the – again energy to cash business segment that were – we just acquired.
>
> …
>
> So that will be after we hit the 50 megawatts, we'll be adding on top of. So ***our expansion from 20 to 50 should happen over the next call it 3, 3.5 months. So we expect it to be complete by the <u>end of April</u>***."[52]

44.    Throughout the Class Period, CleanSpark regularly updated investors on the expansion timeline, further demonstrating that the Company understood the importance of

---

[51] "Water Tower Research Virtual Conference," *Bloomberg*, December 10, 2020.

[52] *Id.*

keeping investors informed on these milestones.  For example, on February 12, 2021,

CleanSpark announced in a press release:

> "The Company **has contracted with the local municipality to bring**
> **30MW of additional power** to a property adjacent to ATL property to
> support additional CleanSpark Bitcoin mining operations. This will
> **bring the total power available for mining and data centers for**
> **CleanSpark subsidiaries from 20MW to 50MW**. ***The capacity***
> ***increase is underway and is expected to be complete by mid-year***
> ***2021***." [53]

45.     Similarly, on March 2, 2021, the Company issued press release with another

update for investors on the expansion timeline, which underscores the relation between available

mining capacity and Company profitability:

> "Zach Bradford, CleanSpark's Chief Executive Officer stated, '***We***
> ***continue to aggressively pursue the growth of our hash rate capacity***
> and ***expect to reach 1 to 1.3 EH/s in total production capacity this***
> ***summer***.
>
> …
>
> ***'Time is money' in this sector, and these orders allow us to***
> ***immediately put the 30 MW of increased power into use as soon as it***
> ***comes online***.'"[54]

46.     In addition, on June 21, 2021, CEO and Defendant Bradford was interviewed by

Shawn Severson at Water Tower Research where Bradford noted the importance of securing

power at low cost, and how the Company's value depends in part on whether the rigs are hosted

at the Company's own facilities:

> "In addition, ***if you don't own your facility and you're hosting all of***
> ***your machines somewhere else, you're really building somebody***
> ***else's business.*** There are ***groups like Marathon that have made a***
> ***choice to host everything elsewhere and again, that makes the other***
> ***companies more valuable***, but then you're at their whim if the contract

---

[53] "CleanSpark, Inc. Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," *CleanSpark*, February 12, 2021.

[54] "CleanSpark Secures Additional Bitcoin Miners for Delivery and Deployment Early Summer," *CleanSpark*, March 2, 2021.

terms are more advantageous from another party, and they want to switch, you can be without a home, which means you can't mine.

…

Bernardo has always been an advocate with Zach and myself that it's not about the number of miners you have and it's not about how much capital you raise to buy equipment, ***what it comes down to in this space is the ability to secure the power***.

…

The efficiency of our operating team is such that ***we're mining bitcoin at what we believe to be some of the lowest cost per coin in the industry***."[55]

47.      On July 14, 2021, Defendant Bradford was interviewed again by Shawn Severson at Water Tower Research where Bradford provided another update on the expansion timeline:

"…onsite expansion there is progressing really well, and we're bringing additional machines on as soon as the power comes online. So, since we last spoke, I think we've added probably close to 150 petahash. ***And so right now we're sitting about 470 petahash***…"[56]

…

We've talked a lot about our energy expansion in Georgia, and as I said is progressing well, and ***we're on track for late summer to bring that capacity online***…

…

***So, by this September also we're going to be at 50 megawatts of total power at our current facilities.***"[57]

48.      As evident from Defendants' statements described above, CleanSpark considered its expected operational capacity (from 20 to 50 megawatts of available energy and from 190

---

[55] "A Business Update with CleanSpark CEO Zach Bradford and Executive Chairman Matt Schultz," *Water Tower Research*, June 21, 2021.

[56] The transcript has been corrected to read "petahash" instead of "per hash".

[57] "Water Tower Research Virtual Conference," *Bloomberg*, July 14, 2021.

PH/s to 0.9-1.4 EH/s of hash rate capacity)[58], expected energy costs (less than 2.85 cents per kw/h, between the Company's contract with the municipality and the Company's claims that its proprietary technology could further lower those costs), and the anticipated timeline to rapidly increase expected profitability (April 2021) as important for the Company's success and financial performance. Thus, Defendants' alleged misstatements and omissions, which relate to the Company's inability to achieve its project milestones as expected in terms of capacity and profitability, would be economically material to investors.

## B.  Analyst Commentary

49.     As further evidence of the importance of Defendants' alleged misstatements and/or omissions regarding expected operational capacity and the anticipated timeline to rapidly increase expected profitability through increased operational scale, securities analysts following the Company routinely monitored progress towards increased energy and hashrate capacity at the ATL Facility, and how these factors contributed to CleanSpark's future earnings and revenue growth. It is evident from the analyst reports written, as well as from discussions during CleanSpark's conference calls, that analysts were focused on these factors and relied on Defendants' statements regarding operational capacity when forming opinions about the Company. Viewed as vital to CleanSpark's success, energy and hashrate capacity were closely examined by analysts as the Company's ability to successfully scale bitcoin mining was viewed as indicative of future financial success for the Company.

---

[58] Complaint, ¶ 31: "The computing power of bitcoin mining equipment is often evaluated by measuring the number of calculations, or 'hashes,' per second. A "terahash" is one trillion hashes. One petahash is equivalent to one thousand terahashes, and one exahash is equivalent to 1000 petahashes. As detailed below, a Bitcoin miner's total hashrate (which is a proxy for how quickly the mining hardware can solve a problem and thereby produce bitcoins) may be expressed in terms of petahashes per second (PH/s) or exahashes per second (EH/s)."

50.    For example, when CleanSpark announced the acquisition of the ATL facility in December 2020, analysts at H.C. Wainwright noted the importance of the increase in energy capacity to 50 megawatts and the immediate scaling of bitcoin mining up to 1.4 EH/s (1,400 PH/s) of hashrate capacity by April 2021, and thus raised CleanSpark's price target by 33% from $18 to $24:

> "***Bitcoin mining to be scaled immediately.*** Management intends to scale its bitcoin mining operations immediately and ***has contracted with the local municipality to expand the power to the facility from 20MVV*** (of which 9.6MVV is being utilized) ***to 50MVV (targeted to be completed by April 2021)***.
>
> …
>
> …the company is planning to ***increase the capacity from the current 9.6MVV, operating at approximately 190PH/s, to 50.0MVV, operating at approximately 900-1,400PH/s***.
>
> …
>
> **Key takeaways.** ***We do not view this acquisition as a pivot away from the company's core efforts*** to expand its energy analytics and software offerings. Part of the rationale offered for this acquisition was to demonstrate and validate the suite of energy solutions the company can offer to manage a high energy intensity application, ***where keeping power consumption costs low can impact profitability in a significant manner.***
>
> …
>
> ***Our price target increase to $24.00 from $18.00*** is primarily driven by upward revisions to our future estimates to include ***new revenue and margin contribution from bitcoin mining activity***."[59]

51.    Similarly, as market prices for bitcoin improved in February 2021, analysts at H.C. Wainwright observed how CleanSpark's planned ramp up in mining capacity would allow it to capitalize on bitcoin's price upswing, thus raising its price target by 108% from $24 to $50:

> "We believe the company should see a full quarter of bitcoin contribution beginning in current March 2021 quarter, with production ranging between 1.5 to 2.0 bitcoins per day (going from approximately

---

[59] "Bitcoin Mining Acquisition Drives Estimates Higher; Raising Price Target to $24.00," *H.C. Wainwright*, December 11, 2020.

> 200 PH/s in December to more than 315 PH/s in February 2021). ***The company's bitcoin mining outlook is calling for an additional 800 to 880 PH/s of processing capacity <u>that would bring the total capacity to between 1.0 and 1.3 EH/s by early 2H21</u>.***
>
> …
>
> ***We are <u>increasing our price target </u>on CleanSpark to $50.00 from $24.00, driven by <u>upward revisions to our expected contribution from the company's bitcoin mining operation.</u>*** With bitcoin prices trading in a range between $28,000 and $49,000 over the last month, we believe our assumptions are overly conservative."[60]

52.     In April 2021, despite continued increases in the price of bitcoin, CleanSpark's stock price hovered around $17.50 while H.C. Wainwright kept their target price at $50. Though not revising their price target in this report, analysts were less optimistic about CleanSpark's stock price given that capacity had not increased as expected. Thus, since CleanSpark was not able to expand energy capacity to 50MW nor increase hashrate capacity to 0.9-1.4 EH/s by April 2021, analysts remained conservative with their modeling assumptions despite the upswing in bitcoin prices:

> On April 15, CleanSpark announced that it is purchasing over 20,000 Bitcoin miners with ***a total of approximately 1,600 miners expected to be delivered between April 2021 and June 2021***, and thereafter at a rate of approximately 1,600 miners per month from August 2021 to July 2022. CleanSpark is spending approximately $18.8M for the first 1,600 miners and an aggregate of approximately $136.2M for the 19,200 miners over the subsequent 12 months. ***As a result of this purchase, <u>the company's capacity is set to reach more than 1.1EH/s by the summer of 2021</u>***, capable of producing 6-7 Bitcoins per day at current difficulty rates…
>
> …
>
> ***Our assumptions remain conservative relative to outlook.*** Bitcoin price has fluctuated between $51,000 and $65,000 in the first half of April 2021; relative to this, our financial model for the company currently assumes Bitcoin prices of $30,000-33,785 between now and FY2022 (ending September 2022).

---

[60] "Increasing PT to $50.00 on Upwards Revision From Bitcoin Contribution; F1Q21 Results Update," *H.C. Wainwright*, February 16, 2021.

…

> We believe CleanSpark's execution on the microgrid and Bitcoin
> mining fronts *could position the company* to exceed our expectations
> for FY2021, as *our assumptions now appear relatively conservative*.
> The stock has pulled back since its January 2021 highs…"[61]

53.    On May 10, 2021, analysts at H.C. Wainright issued a report following CleanSpark's 2Q 2021 earnings announcement on May 6, 2021 and accompanying revised FY 2021 revenue outlook. As with their report the month prior, analysts at H.C. Wainwright noted that, despite the increased margins from bitcoin mining, they would again remain conservative relative to management's outlook, indicating that management's outlook depends on the Company's ability to increase capacity, and thus actual revenues could be lower consequent to expansion delays:

> "*Gross margins were around 81.1% compared to 41.0%* in F1Q21
> and 39.8% in F4Q20, *mainly supported by Bitcoin contribution*.
> …
> CleanSpark has revised its FY2021 outlook with *expectations for
> revenues to range between $47M and $60M*. Energy, Digital Agency,
> and *Bitcoin Mining segment revenues for the fiscal year are now
> expected* to range between $16-20M, $1M, and *$30-40M*,
> respectively.
> …
> *Our revenue expectations for FY2021 are at the lower end of the
> guided range as we are being more conservative in our view* of
> Bitcoin prices. *Management indicated that the expected revenue
> range for Bitcoin-related contribution factors in some level of delays
> in receiving equipment. Those results could vary depending on
> timeliness of the new equipment delivered and deployed*."[62]

---

[61] "Outlook Strengthened on Planned Increase in Bitcoin Mining Capacity; Maintain Buy," *H.C. Wainwright*, April 20, 2021.

[62] "Pace of Growth Remains Accelerated; F2Q21 Results Update," *H.C. Wainwright*, May 10, 2021.

54.    On May 11, 2021, analysts at Water Tower Research noted the importance of bitcoin mining for the Company's financial success in stating that CleanSpark reached profitability for the first time as a result of bitcoin mining:

> "CleanSpark reported a record 2021, with revenues doubling for the second consecutive quarter along with *achieving profitability for the first time ever largely driven by the company's bitcoin mining operation.*
>
> CleanSpark reported another record-breaking quarter in 2Q21, with *revenues doubling for the second consecutive quarter along with achieving profitability for the first time ever*. Similar to 1Q21, the *company's bitcoin mining operation primarily drove revenues and profitability*."[63]

55.    Two days after the end of the Class Period, analysts at H.C. Wainwright again cautioned that their outlook and estimates remained conservative in light of continued delays with the capacity expansion:

> "CleanSpark is in the process of adding mining capacity over the next 12-14 months, for which it has already made advance deposits. Management expects a total of 11,700 miners to be deployed by September 30, 2021, 19,900 by December 31, 2021, 25,500 by March 31, 2022, 30,000 by June 30, 2022, and 34,000 by September 30, 2022. *We are taking a conservative stance* and modeling the capacity to reach less than 10BTC/day by September 2022, *mainly to hedge for: (1) any potential delays in deployment…*"[64]

56.    Further, in September 2021, analysts at Water Tower Research noted that CleanSpark still had not met its stated range of 0.9-1.4 EH/s (1,400 PH/s) of bitcoin mining capacity by April 2021 as indicated in the December 10, 2021 acquisition announcement:

---

[63] "Record 2Q21 Results: Revenues +122% Y/Y Fueled by Bitcoin Mining Success; Improved FY2I Outlook," *Water Tower Research*, May 11, 2021.

[64] "Poised for Significant Ramp in Hashrate During FY2022; F3Q21 Results Update," *H.C. Wainwright*, August 18, 2021.

> "*As of August 17, 2021, CleanSpark's hashrate capacity exceeded 820 PH/s* or 6-7 bitcoins per day, an increase of ~100% from 46 days ago.*"[65]

57.    Finally, in a report on September 21, 2021, and similar to the prior month's report, analysts at Water Tower Research noted that CleanSpark still had not met either its energy or hashrate capacity goals. In an interview with Defendant Bradford, Bradford disclosed that CleanSpark would host its miners/rigs at another company's facility (*i.e.*, Coinmint) given CleanSpark's continued delays in both energy expansion and hashrate capacity:

> "With Coinmint, CleanSpark will bring additional bitcoin mining capacity online and *should help the company increase its overall hash rate capacity to its goals of 1.2 EH/s*. CleanSpark will utilize Coinmint's available miners immediately *while its ATL facility continues to undergo its 30 MW expansion to 50 MW of capacity*.

> Interview with Bradford: 'We've talked a lot about our energy expansion in Georgia, and as I said, it's progressing well. *We're on track for late summer to bring all of that capacity online, but we have machines that are showing up now. Rather than wait for the energy capacity to come fully online in 45 days or so, we're going to send rigs to Coinmint*.'"[66]

58.    As documented above, analysts focused on the operational capacity milestones achieved by CleanSpark, specifically its ability to increase energy capacity to 50 megawatts and hashrate capacity to 0.9-1.4 EH/s in order to rapidly increase expected margins and profitability through scale. As such, they relied upon these elements when providing investment advice. The foregoing provides compelling evidence that the alleged misstatements and omissions about CleanSpark's operational capacity and cost efficiency were important, value relevant, and economically material to investors in CleanSpark Common Stock.  Therefore, it stands to reason

---

[65] "Bitcoin Valuation Update: What is the Market Missing?," *Water Tower Research,* August 26, 2021.

[66] "Bitcoin Mining Deep Dive with CleanSpark CEO Zach Bradford," *Water Tower Research,* September 21, 2021.

that the Company's misrepresentations and omissions, which relate to the Company's inability to achieve its project milestones as expected in terms of capacity, margins, and profitability, would be economically material to investors.

### C. Economic and Valuation Principles

59.    A fundamental principle of financial economics holds that the value of a security is equal to the present value of the expected future cash flows to holders of that security.[67] In other words, a security's value is the sum of the estimated future cash flows discounted at a rate that reflects their riskiness.[68] All else equal, a decrease in a company's future revenue or future earnings reflects a decrease in the cash flows to the common stockholders, and thus, causes a decrease in the value of the security. Because CleanSpark pivoted its business strategy during the Class Period away from energy software services and towards high-margin bitcoin mining, this fundamental valuation principle helps to further explain why CleanSpark's progress towards expanding operational capacity at the ATL Facility would impact future revenues and earnings, and thus be value relevant and economically material to investors.

60.    During the Class Period, CleanSpark's ability to expand energy and hashrate capacity and acquire energy at low cost were meaningful to the Company's successful pivot to bitcoin mining and thus enhanced profitability. As discussed above in **Section VI.A.**, CleanSpark understood the importance of its ability to quickly scale bitcoin mining operations and mine at low cost at the ATL facility and how both impacted the Company's financial success. It is also evident from analyst commentary above in **Section VI.B.** that the market was encouraged by

---

[67] Tim Koller, Marc Goedhart, & David Wessels, "Measuring and Managing the Value of Companies," *John Wiley & Sons*, Sixth Edition, 2015, p. 17.

[68] *Id.*, p. 42.

CleanSpark's pivot to bitcoin mining, the Company's anticipated energy costs related to bitcoin mining, and the expected expansion timeline for bitcoin mining.

61.    CleanSpark's bitcoin mining profitability can be expressed generally as revenues less expenses. The driver of revenues is the aggregate amount of bitcoin mining[69] processing capacity or total hashrate[70] across all mining rigs[71] deployed. In addition to housing the mining rigs in a facility, the facility must have sufficient infrastructure to receive power from an energy supplier (*e.g.*, such as a municipality) to run the number of rigs to be deployed. Accordingly, the primary fixed costs or expenses of bitcoin mining would be the rigs themselves and the facility housing the rigs. In addition, the primary variable cost or expense in mining bitcoin is the total amount of energy consumed to power the mining rigs that process bitcoin.

62.    In light of the preceding discussion, on the revenue side, an investor would view information about CleanSpark's ability or lack thereof to increase energy and hashrate capacity at the ATL Facility as information related to expected future cash flows to be generated by the Company. Similarly, on the expense side, an investor would view information about CleanSpark's ability or lack thereof to acquire energy from the municipality at cost advantaged rates and then further reduce those costs through the Company's proprietary technology as information related to expected future cash flows to be generated by the Company.

---

[69] Complaint, ¶ 29: "Bitcoin 'mining' refers to the process that verifies Bitcoin transactions and releases bitcoins into circulation. Mining involves solving complex cryptographic problems to discover a new 'block,' or a group of data.  Once this block is discovered or 'filled,' it is given a timestamp and strung together in a distributed database known as a 'blockchain.'"

[70] *Id.*, ¶ 31: "The computing power of bitcoin mining equipment is often evaluated by measuring the number of calculations, or 'hashes,' per second."

[71] *Id.*, ¶ 30: "Miners need either a graphics processing unit (GPU) or an application-specific integrated circuit (ASIC) to set up a mining rig; however, nearly all miners use ASIC machines."

63.     Basic finance theory demonstrates that, all else equal, a reduction in a company's revenues, profit margins, and earnings will correspondingly reduce the cash flows available to common stockholders. And a reduction in cash flows directly translates into a reduction in company value based on basic financial valuation principles.  Because Defendants' alleged misrepresentations and omissions directly impacted the timing, level, and risk of expected future cash flows (and thus, the value investors put on the stock), it is foreseeable that they would affect the price of CleanSpark's Common Stock, and Plaintiffs and other investors would suffer losses when it was revealed that those misrepresentations and omissions were misleading.  If Plaintiffs ultimately prove their allegations, then based on fundamental valuation principles, investors would have viewed the concealed information and the alleged misstatements and omissions to be value relevant and thus, material, from an economic perspective.

## D.  Event Study

64.     In order to study and opine on the stock price movements for CleanSpark over the Class Period and on relevant days, I performed an event study.  Event studies are widely used by economists to measure the reaction of a security to the disclosure of new, issuer-specific information, including in connection with assessments of market efficiency, loss causation, and damages in securities litigation.[72]  As Professor Fama has explained:

> There is a large event-study literature on issues in corporate finance. The results indicate that on average stock prices adjust quickly to information about investment decisions, dividend changes, changes in capital structure, and corporate-control transactions. This evidence tilts me toward the conclusion that prices adjust efficiently to firm-specific information. More important, the research uncovers empirical regularities, many surprising, that enrich our understanding of

---

[72] A. Craig MacKinlay, 1997, "Event Studies in Economics and Finance," *Journal of Economic Literature* 13.

investment, financing, and corporate-control events, and give rise to interesting theoretical work.[73]

65.    To determine whether CleanSpark's Common Stock price movements on any given date are statistically significant, I performed an event study using generally accepted economic methods, specifying a regression model over a selected time period to observe the typical relationship between the price of the relevant security and market and industry indices.

66.    Through this regression model, an economist can model the predicted daily return of the relevant security, based on market and industry returns. By subtracting the predicted return from the actual return, an economist can calculate the "abnormal" return in the company's daily stock price movement, which represents the component of the daily stock price return that is not attributable to market-wide or industry-wide movements, but rather, is attributable to company-specific news. Finally, as part of an event study analysis, an economist tests whether the deviation from expected price movements (the "abnormal return") is "statistically significant," *i.e.*, sufficiently large compared to the typical volatility such that simple random movement can be rejected as the cause.

67.    I applied these widely used and generally accepted econometric methodologies to perform my event study here.  Specifically, in order to isolate the impact of company-specific news on CleanSpark's Common Stock price during the Class Period, I performed regression analyses to measure the relationship between CleanSpark's Common Stock price returns and: (1) changes in market-wide factors that would be expected to impact all stocks; and (2) changes in industry-wide factors that would be expected to impact stocks in CleanSpark's industry. By modeling how CleanSpark's Common Stock price returns moved relative to an overall market

---

[73] Eugene F. Fama, 1991, "Efficient Capital Markets: II," *Journal of Finance* 46, at 1607.

index and an industry index, I was also able to measure the response of CleanSpark's Common Stock to announcements of company-specific news.

68.     I previously performed an event study in my Efficiency Report to evaluate whether CleanSpark Common Stock responded to relevant information and together with other supporting factors as listed in my Efficiency Report, I reached the conclusion that CleanSpark Common Stock traded in an efficient market.[74]  After carefully reviewing and considering the relevant information environment for purposes of assessing loss causation and damages in this report, I have utilized the same event study methodology as that performed in my prior Efficiency Report.  For brevity, I repeat the key parameters of this event study below, but refer to my Efficiency Report for a more lengthy discussion of my event study process.[75]  My event study incorporates a rolling 120-day estimation window (*i.e.*, approximately six calendar months) before the Analysis Period, the NASDAQ Composite Total Return Index (the "Market Index"), and the S&P Software & Services Select Industry Index as well as the Bloomberg Bitcoin Index (the "Industry Indices").  **Exhibit 1**, attached hereto, graphs the coefficients on these controls for CleanSpark Common Stock.  **Exhibit 2**, attached hereto, plots the standard deviation of the regression errors, also known as Root Mean Squared Error, over the estimation window for CleanSpark Common Stock.

69.     **Exhibit 3**, attached hereto, reports the event study results for the Corrective Disclosure Events for CleanSpark Common Stock.  Overall, the Corrective Disclosure Events caused stock price movements that were statistically significant at better than the 50% level; *i.e.*, it is "more likely than not" that the declines were related to information released on these dates,

---

[74] Bozanic Efficiency Report, ¶ 92. The event study I employ in this report remains unchanged from my Efficiency Report.

[75] *Id.*, **Section V.E.**

36

as opposed to random price movements.  **Exhibit 4**, attached hereto, reports the cumulative price impact analysis of the Corrective Disclosure Events. Overall, the cumulative impact of the Corrective Disclosure Events caused stock price movements that were statistically significant at better than the 94% level or better.[76] The statistical significance of these stock price movements due to information related to the Company's expected timeline for energy and hashrate capacity expansion, ability to obtain energy at cost advantaged rates, and the potential to rapidly increase its expected profitability through scale provides direct evidence of the importance of the alleged misstatements and omissions.  For the reasons discussed above, a reasonable investor would have viewed the alleged misrepresentations and omissions as having significantly altered the total mix of information available.  Thus, I conclude that the alleged misstatements and omissions in this case were important, value relevant, and economically material to investors.

## VII.    Loss Causation

70.    I consider loss causation in this matter in the context of a two-prong test: first, would Plaintiffs and the Class have avoided an economic loss "but for" the Defendants' alleged violations?  And second, was the economic loss a "foreseeable consequence" of Defendants' alleged violations?  In evaluating these two factors, I can assess the economic impact of the allegations and I determine whether there is economic evidence to link any stock price declines to the revelation of the prior alleged misstatements or omissions such that the alleged misrepresentations or omissions were a substantial factor in the stock price declines.

71.    First, I address why there is a foreseeable causal link between Defendants' alleged misrepresentations and omissions and the Corrective Disclosure Events.  Second, I explain how

---

[76] **Exhibit 4** herein duplicates **Table 1** from my Efficiency Reply Report, ¶ 35.

the event study methodology I employ demonstrates that the Corrective Disclosure Events caused economic losses to the Class.

### A. Investor Losses were Foreseeable

72.     As explained above, the Complaint alleges that Defendants made material misrepresentations and omissions during the Class Period regarding CleanSpark's expected operational capacity, expected energy costs, and the anticipated timeline to rapidly increase expected profitability. There is a clear economic link between the alleged misrepresentations and omissions and the foreseeable investor losses that occurred following the Corrective Disclosure Events.

73.     A generally accepted economic principle is that the value of a security is directly related to expectations about the future cash flows to holders of that security.[77] As discussed above in **Section VI.C**, there is an economic link between the Company's future earnings and anticipated future cash flows and its expected i) mining capacity (*i.e.*, bitcoin mining revenue is directly related to the number and combined speed of mining rigs deployed) and ii) cost efficiency (*i.e.*, bitcoin mining profitability is directly related to the cost of energy used to mine bitcoin).  Because of the link between anticipated future cash flows and the market value of CleanSpark Common Stock, there is thus a clear economic link between CleanSpark's expected bitcoin mining capacity, expected cost efficiency, and the market value of CleanSpark Common Stock.

---

[77] *See, e.g.*, David I. Tabak & Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," In Litigation Services Handbook, The Role of the Financial Expert, *John Wiley & Sons*, Third Edition, 2001 ("the price of an efficiently traded stock is equal to the present value of the discounted future stream of free cash flow"); *see also* Aswath Damodaran, "Investment Valuation: Tools and Techniques for Determining the Value of Any Asset," *John Wiley & Sons*, 1996, at pp. 9-10 ("This [DCF] approach has its foundation in the 'present value' rule, where the value of any asset is the present value of expected future cashflows on it.").

74.     If, as the Complaint alleges, Defendants misrepresented the ATL facility's operating potential by omitting material facts related to the acquisition and timeline for completing the energy and bitcoin mining expansion project, then it was foreseeable at the time of the alleged misstatements and/or omissions that when the relevant truth would eventually become known, the market value of CleanSpark Common Stock would fall.  As such, investors who purchased CleanSpark Common Stock while Defendants concealed this information, suffered losses as the relevant truth was revealed. Therefore, the misrepresentations and omissions represent the but-for cause of the economic losses that Plaintiffs and other Class members suffered.

75.     Therefore, it is my opinion that there is a direct and foreseeable causal link between the alleged material misrepresentations and omissions and the subsequent economic losses that occurred following the Corrective Disclosure Events.

## B.  The Corrective Information Caused Economic Losses

76.     Economists assessing loss causation commonly employ event studies to evaluate whether there is economic evidence to link corrective information regarding prior misstatements and/or omissions to price declines in the subject security.  Based on the alleged misrepresentations and omissions and my understanding of loss causation principles, news that directly or indirectly revealed the relevant truth regarding the facts allegedly misrepresented and/or concealed from investors (*i.e.*, whether the ATL Facility's expansion of energy and hashrate capacity would occur by April 2021 and double the existing energy capacity at the ATL Facility, from 20 to 50 megawatts, and more than quadruple the existing hashrate capacity at the ATL Facility, from 190 PH/s to 900-1400 PH/s; whether CleanSpark's ATL Facility was supplied energy at cost advantaged rates, and whether its proprietary energy management

software would further reduce the Company's cost of energy; and whether the reduced energy costs in tandem with the energy and hashrate expansion would rapidly increase CleanSpark's expected bitcoin mining profitability) represents corrective information. Below, I describe the events that meet this standard.

77.     In identifying the Corrective Disclosure Events, I gathered and reviewed news about CleanSpark during the Class Period. Among other items, my news search included a variety of articles obtained from Factiva, numerous analyst reports issued by equity research firms that covered CleanSpark, SEC filings, press releases, conference call transcripts, and interviews with Defendants.  My evaluation of what information represents corrective information did not depend on the market response, but rather whether new information was revealed that was allegedly misrepresented or concealed in this matter from investors.  I then relied upon the event study, as described above, to determine whether the market's reaction to the corrective information was statistically significant.

78.     **Exhibit 3** summarizes the results of the event study I conducted on the Corrective Disclosure Events, demonstrating that each alleged corrective disclosure listed in the table exhibits a negative price reaction, and is statistically significant at the 50% level or better.[78] In other words, it is "more likely than not" that the declines were related to information released on these dates, as opposed to random price movements. In addition to single day abnormal returns,

---

[78] I also considered inflation creating events, *i.e.*, inflation creating information that may have caused the price of CleanSpark Common Stock to increase. After the start of the Class Period, only the February 18, 2021 alleged misrepresentation was followed by a positive and statistically significant stock return. However, as shown in **Appendix C**, the alleged February 18, 2021 misrepresentation ("Now we expect everything to be online, both the power, new miners, and expect to reach about *1.3 exahashes or 1300 petahashes, by midsummer*.") repeated similar information relative to the prior February 12, 2021 alleged misrepresentation ("We expect this to bring the total capacity under CleanSpark's subsidiaries to between 1.0 to *1.3 EH/s by mid-summer*"). Therefore, while the February 18, 2021 event could maintain inflation, based on my analysis, it did not introduce additional inflation.

as discussed in my Efficiency Reply Report, I also consider two day cumulative abnormal returns.[79] **Exhibit 4** summarizes the cumulative price impact analysis of the Corrective Disclosure Events. Overall, the cumulative impact of the Corrective Disclosure Events caused stock price movements that were statistically significant at better than the 94% level or better. In the following section, I describe each of the Corrective Disclosure Events, specifically how new Company-specific information released to the market was corrective of Defendants' material misrepresentations and omissions and the impact that the release of this information had on the price of CleanSpark Common Stock.

## VIII.    The Corrective Disclosure Events

### A.  The Culper Report and related Tweets (January 14-15, 2021)

79.       On January 14, 2021, Culper Research published and distributed an investment report[80] (the "Culper Report") via Twitter[81] at 2:16 PM written by an anonymous analyst titled "Cleanspark (CLSK): Back to the Trash Can." Nine other tweets followed within five minutes of the original tweet that distributed the report to form a thread that summarized points made in the report.[82] The Culper Report was followed up the next day with another Tweet containing several questions purportedly emailed to Chairman and Defendant Matthew Schultz regarding the report.[83] The report discussed Culper Research's opinion that CleanSpark's acquisition of the ATL Facility was "another gutless promotion attempt" as the report alleged CleanSpark "…has

---

[79] Bozanic Efficiency Reply Report, **Section IV**.

[80] *See* "Cleanspark (CLSK): Back to the Trash Can," *Culper Research,* January 14, 2021 ("Culper Report"), available at: https://img1.wsimg.com/blobby/go/cc91fda7-4669-4d1b-81ce-a0b8d77f25ab/downloads/Culper_CLSK_1-14-2021.pdf.

[81] *See* https://twitter.com/CulperResearch/status/1349797488199348225 and related enumerated tweets in the thread.

[82] See **Appendix B** for the January 14, 2021 @CulperResearch Tweet Thread.

[83] Complaint, ¶ 51. *See* also: https://twitter.com/CulperResearch/status/1350080600661581825

***vastly overstated or simply fabricated key elements of its business, <u>including purported customers and contracts</u>.***"  For example, in terms of contracts, Culper Research wrote:

> "CleanSpark touts that cost to mine is under $6,000 per coin, yet we believe the Company ***hasn't disclosed the potentially catastrophic information that this artificially low power cost may be set to expire in less than 3 years***."[84]

80.    Since power consumption is the primary direct cost to mine bitcoin[85], the Culper Report questioned the financial viability of the ATL acquisition in terms of the cost-advantaged contract terms CleanSpark alleged to have with the local municipality for electricity. Specifically, the Culper Report notes that another company, Marathon, had previously attempted to purchase the ATL facility (when it was branded as Fastblock Mining) but then, after conducting its due diligence, Marathon pulled out of the deal specifically because the short duration of the power agreement did not make it economically viable:

> "In August 2020, miner Marathon Patent Group announced its intention to acquire ATL, then known as Fastblock Mining. ***Marathon abandoned the acquisition in September 2020, after stating that it was "not economically feasible" to buy the asset due to its soon-expiring power agreement.*** In our view, this suggests that CleanSpark has simply rebranded an otherwise failed, podunk operation in service of a gutless promotion attempt." [86]

> "Marathon Patent Group, Inc. (NASDAQ:MARA) ("Marathon" or "Company"), today announced that as of September 11th, 2020, the ***Company has withdrawn its offer to acquire Fastblock Mining. During its due diligence process, <u>the Company discovered that the Power Agreement pursuant to which Fastblock would provide power at a subsidized rate of $0.0285KwH, would expire in three years</u>***."[87]

---

[84] Culper Report.

[85] According to Defendant and CEO Zachary Bradford, "The cost of bitcoin mining is almost 100% on the energy side." *See*, Footnote 16, *Supra*.

[86] Culper Report.

[87] "Marathon Patent Group Withdraws Offer to Acquire Fastblock Mining; Companies Unable to Reach Long-Term Power Agreement at Acceptable Rates," *Marathon Holdings*, September 17, 2020, 4:15 PM.

This information and analysis provided by Culper Research in the Culper Report regarding CleanSpark's energy contract terms was new information to the market, and relates directly to Plaintiffs' alleged misrepresentations and omissions regarding Defendants' due diligence and expected profitability underlying the ATL acquisition.

81.    Beyond casting doubt on the viability of the ATL Facility acquisition on the basis of alleged costs to mine bitcoin and thus the Facility's profitability, the Culper Report provided additional new information to the market relating to Plaintiffs' alleged misrepresentations and omissions regarding CleanSpark's "software technologies and trade secrets to maximize energy savings" and thus its purported ability to "deliver high power reliability is expected to demonstrably increase profitability"[88] through the microgrid solutions it offers, stating that:

> "CleanSpark claims that ATL will act to demonstrate the Company's clean energy capabilities, as it **plans to build a microgrid "on top of" the data center, hence lowering its costs**. To us, CleanSpark's promises regarding **this yet-to-be-constructed microgrid at ATL ring reminiscent of its short-lived foray into marijuana, when the Company also claimed to provide tremendous value to a cannabis operator**, Green Dragon. As profiled later in this report, we believe CleanSpark's Green Dragon claims were bold-faced-lies that have merely been recycled for ATL…
>
> …
>
> In October 2017, CleanSpark claimed that '**Green Dragon…has contracted CleanSpark as their microgrid solutions provider.**' **CleanSpark further claimed that it could 'immediately reduce the monthly electricity bill of the indoor grow facility by 82%.'** Then…**it claimed that it had 'designed a 'best-in-class' solution for the Cannabis market** to meet the significant and growing energy demands of the industry.' We reached out to Green Dragon, hoping to learn more about their experience with CleanSpark and this supposed 'best-in-class solution.' Instead, **Green Dragon's founder told us that he was never a customer of CleanSpark's, and was 'stunned' to learn that he had been named as such by the Company**…

---

[88] *Supra*, Footnote 8.

43

…

> Indeed, we think CleanSpark's entire 'business' has been built upon lies and deceit, and *its real business is not in fabricating energy savings for customers, but in selling dreams to promote its worthless stock to investors*. In August 2020, *CleanSpark announced it would provide microgrids to 'more than 400 unique residential resort properties,'* of which 252 are at Valle Divino, Mexico. We visited Valle Divino, and *despite these claims, the site was an empty wasteland*…"[89]

82.    In calling into question the profitability of the ATL Facility acquisition on the basis of CleanSpark's alleged misrepresentations and omissions regarding i) projected costs to mine bitcoin in terms of energy usage (*i.e.*, understating expenses), ii) ability to "maximize energy savings" through its "software technologies and trade secrets," (*i.e.*, understating expenses), iii) ability to expand power (*i.e.*, overstating revenues), and iv) ability to expand hashrate capacity (*i.e.*, overstating revenues), the Culper Report provided new information to the market relating to Plaintiffs' alleged misrepresentations and omissions regarding ATL's expected profitability and thus overall market value, stating that:

> "CleanSpark's apparent lies and omissions aside, we think investors buying the stock for the Company's mining capabilities are *paying Porsche 911 prices for what amounts to a broken-down Toyota* Corolla. *ATL's current capacity of just 3,471 ASICs, or 245 PH/s, is less than 10% of the mining power claimed by RIOT Blockchain (RIOT) or Marathon Patent Group (MARA).* We view the Company's claims to future energy savings at ATL as empty promises which read eerily similar to those made regarding its once-touted fake customer, Green Dragon."[90]

83.    The Culper Report claimed that, at a market cap at the time of roughly $1 billion, CleanSpark was overvalued by roughly 600% to 900% relative to RIOT and MARA. This is

---

[89] Culper Report.

[90] *Id.*

44

because CleanSpark's hashrate capacity with the ATL Facility's existing bitcoin mining assets deployed was approximately *only 10% of that of the above-mentioned competitors—yet CleanSpark's market value at the time of the Culper Report was roughly 65% of those competitors*, largely due to the threefold runup in share price from the trading day before the ATL acquisition to the trading day before the release of the Culper Report (from $13.09 to $39.34, or 301%) .

84.    As shown by my event study referenced in **Section VI.B** above, there was a significant decline in the price of CleanSpark Common Stock following the release of the Culper Report on January 14, 2021.

85.    News outlets reported on the price decline in CleanSpark Common Stock and also noted the Culper Report.  For instance:

> *TheFly.com*: "***Culper Research issues short report on CleanSpark, calls stock 'uninvestible.'*** Culper Research issued a report it which the firm states it is short CleanSpark, which it accuses of being 'an ***insider enrichment scheme which, at every turn of its promotion, has vastly overstated or simply fabricated key elements of its business, including purported customers and contracts***.' The firm believes 'CEO Zach ***Bradford and Chairman S. Matthew Schultz have habitually lied to investors and cannot be trusted***, and CleanSpark stock is uninvestible,' Culper added."[91]

> *Benzinga*: "***CleanSpark Inc (NASDAQ: CLSK) shares are trading lower*** Thursday following a short report from Culper Research. The report claims '***CleanSpark has habitually lied about its supposed customers and contracts, many of which we've found simply do not exist. Cleanspark's stock traded lower by 10.3% to $35.28 at the time of publication***.'"[92]

---

[91] "Culper Research issues short report on CleanSpark…," *TheFly.com*, January 14, 2021, 2:20 PM.

[92] "Why CleanSpark's Stock Is Trading Lower Today," *Benzinga*, January 14, 2021, 3:54 PM.

86.    Based on my event study, after controlling for market and industry effects, CleanSpark Common Stock price declined on January 14, 2021 by 13.5%, or $5.29 per share (see **Exhibit 3)**.  This price decline is statistically significant at the 88.4% confidence level. Additionally, there was relatively high trading volume of CleanSpark Common Stock on this date of 4.40 million shares traded, which is approximately 84% greater than the average daily trading volume during the Class Period of 2.39 million shares.

87.    Further, on January 15, 2021, when Culper Research posted a tweet with questions for Defendant Schultz regarding the report, CleanSpark Common Stock price declined by 11.3%, or $4.03 per share after controlling for market and industry effects (see **Exhibit 3)**. This price decline is statistically significant at the 81.2% confidence level.  Additionally, there was relatively high trading volume of CleanSpark Common Stock on this date of 4.66 million shares traded, which is approximately 95% greater than the average daily trading volume during the Class Period.

88.    As noted in the preceding paragraphs, on an individual basis, the January 14, 2021 Culper Report and the January 15, 2021 tweet are each statistically significant at the 80% confidence level or better (88.4% and 81.2%, respectively). In other words, it is "more likely than not" that the declines were related to information released on these dates, as opposed to random price movements. Because these two days reflect the market's response to the same corrective event entering the market, as discussed in my Efficiency Reply Report, it is reasonable to combine returns across those days to assess the cumulative two day market response to both the release and dissemination of the report. As shown in **Exhibit 4**, the two day abnormal return for January 14 and 15, 2021 of -23.2% is statistically significant at the 94.4% confidence level.[93]

---

[93] Bozanic Efficiency Reply Report, ¶ 37.

The statistically significant price decline in CleanSpark Common Stock demonstrates that the market reacted quickly and significantly on January 14-15, 2021 to new material public information. As discussed below, the only new material public information learned by the market on January 14-15, 2021 was contained in the Culper Report published by Culper Research.

89.    As discussed above, if Defendants made misleading statements about CleanSpark's ability to expand power and hashrate capacity in the stated timeline, its projected costs to mine bitcoin, and its ability to "maximize energy savings" through its proprietary technology, then the Culper Report revealed a portion of the relevant truth concealed by the alleged misstatements and omissions.  The information in the Culper Report is corrective of the alleged misstatements and omissions because it revealed how CleanSpark had understated its mining costs, overstated its ability to further reduce energy costs through its "software technologies and trade secrets," and overstated its ability to increase energy and hash rate capacity at the ATL Facility in the timeline stated.

90.    I carefully evaluated whether there was any other news outside of the corrective information that could explain the observed CleanSpark Common Stock price decline on January 14-15, 2021.  I located two news articles of potential investor interest. First, on January 14, 2021, a news article by *ComputerWeekly* reported that CleanSpark had filed an 8-K on December 30, 2020, and provided a link to the referenced filing.[94] The SEC did receive an 8-K from CleanSpark on December 31, 2020 that contained a Letter to Shareholders, and the filing was accepted by the SEC at 9:35AM the same day.[95] As such, the information contained in the filing

---

[94] "Cleanspark Inc. Cleanspark, Inc. Files SEC Form 8-K, Current Report: (Dec. 31, 2020)," *ComputerWeekly*, January 14, 2021.

[95] *See* SEC Edgar, available at:
https://www.sec.gov/Archives/edgar/data/827876/000166357720000516/0001663577-20-000516-index.html

had already been reflected in market price before the release of the Culper Report. Second, also on January 14, 2021, the Jordan News Agency reported on a new residential microgrid contract entered into by CleanSpark.[96] The information contained in the news article had also already been incorporated into market price before the release of the Culper report, as the same story was reported the day prior, January 13, 2021 at 9:25 AM, by *Dow Jones Institutional News*.[97]

91.     While the abnormal decline on January 14-15, 2021 is, in my opinion, predominantly attributable to the new information contained in the Culper Report, the report and its dissemination via Twitter made several points focused on select key issues. First, the tweet thread on January 14, 2021 was premised on the following two points: a statement that Culper Research had concluded to short CleanSpark (tweet #1 in the thread), and a statement supporting their inference that they were recommending a short position on the basis that CleanSpark "lied about its supposed customers and contracts" (tweet #2 in the thread). The remaining enumerated points in the January 14 tweet thread (#3-10), which reflected the discussions in the Culper Report, reflected evidence used by Culper to support its inference and conclusion.

92.     In the tweet that followed the next day on January 15, 2021, Culper Research indicated that it had emailed Defendant and Chairman Matthew Schultz several questions regarding the Culper Report that went unanswered by CleanSpark. Of the eight enumerated points in the follow-up tweet on January 15, 2021, seven were points related to those in the

---

[96] "CleanSpark Announces Additional Residential Microgrid Contract," *Jordan News Agency*, January 14, 2021.

[97] "Press Release: CleanSpark Announces Additional Residential Microgrid Contract," *Dow Jones Institutional News*, January 13, 2021, 9:25 AM.

original tweet thread. Following academic literature on disclosure salience[98], I focus my attention on two features of the tweets: order and repetition.

93.    First, Culper Research, by virtue of summarizing the Culper Report via Twitter, had chosen to emphasize the points from the report that substantiated the report's premise (recommending a short position in CleanSpark) and conclusion (CleanSpark "lied about its supposed customers and contracts") and thus considered important for investors. Second, the points that repeated across tweets were also points of emphasis for investors. Therefore, I consider points that were not repeated across tweets as less emphasized and thus less relevant for Culper Research and investors. As such, tweet #4 from the original tweet thread (re Shoreline Schools) and bullet #8 from the follow-up tweet on January 15, 2021 (re Defendant Bradford serving as an auditor of a cannabis penny stock) would be considered less relevant for investors. I now turn to an analysis and discussion of the thematic content of the enumerated points.

94.    There are three main types of evidence provided by Culper Research: those related to fictitious revenues, those related to expense understatement, and those related to related-party transactions. Since each type could factor into CleanSpark's profitability, and would thus be material to investors considering investing in the stock, I discuss each in kind below.

95.    First, if CleanSpark overstated and/or fabricated revenues, the Company's anticipated future cash flows and profitability would be overstated. Second, if CleanSpark understated expenses, again, the Company's anticipated future cash flows and profitability would

---

[98] For example, Cheng et al. (2021) study "whether earlier discussion of earnings information, and earlier discussion of qualitatively positive or negative information, is associated with stronger responses to that information." They find "a positive relation between investor response to information and the prioritization of that information in the earnings announcement."

be overstated. Third, CleanSpark's many related-party transactions could support an inference of fraud; however, absent evidence of fraud, the they do not directly indicate the presence of misconduct. Per the accounting firm KMPG: "While related party transactions (RPTs) are not inherently problematic, they do raise concerns about the potential for conflicts of interest, fraud, siphoning-off, money laundering and corruption."[99] As investors are less likely to be concerned with RPTs as opposed to overstating revenues and/or understating expenses – both of which have a direct impact on company cash flows, profitability, and value – I therefore focus my attention on the remaining enumerated bullets across tweets.

96.    Of the enumerated bullets that remain, two were related to executive compensation and guidance (tweet #10 in the initial tweet thread and bullet #5 in the follow-up tweet). Similar to the RPTs above, while increases in executive compensation would decrease cash flow, absent evidence of fraud, executive compensation is unlikely to be as material to investors as overstating revenues and/or understating expenses. And while the guidance shortfall seems large, investors and analysts typically do not benchmark current performance using stale benchmarks which, in this case, was comparing 2017 projections to 2020 results.

97.    Given the discussion above, the points that remain across tweets that investors would likely find value relevant are: 3 points re the ATL Facility (tweet #9 in the original tweet thread; bullets #6 and #7 in the follow-up tweet), 2 points re Green Dragon (tweet #5 in the original tweet thread; bullet #1 in the follow-up tweet), and 2 points re the Valle Divino site (tweet #3 in the original tweet thread; bullet #2 in the follow-up tweet). While the Green Dragon and Valle Divino points pertained to allegations of fictitious revenues, the ATL points questioned both the expected revenue generating ability of ATL's assets (which would reduce

---

[99] "Forensic lens on related parties and transactions," *KPMG*, December 2024.

anticipated earnings and cash flows) as well as the lower-than-industry standard re expected

energy expenses incurred to generate those revenues (which would also reduce anticipated

earnings and cash flows). My opinion is that the Green Dragon and Valle Divino points were

meant to cast doubt on the financial viability of the ATL Facility in light of the claims made by

CleanSpark regarding its expected capacity and profitability.

98.    My assessment of the information conveyed by the January 14-15, 2021 tweets is

reinforced by the structure of the Culper Report itself insofar as the report emphasized

CleanSpark's claims regarding its customers and contracts, specifically with respect to its claims

regarding the ATL Facility, Valle Divino site, and Green Dragon grow facility. Following the

disclosure salience literature, the order in which the points were made in the report are such that

the most relevant (and thus salient) points can be quickly gleaned by an investor in order to

influence investor judgement and decision making with respect to investing in CleanSpark.

Similar to the second tweet in the original tweet thread, the first paragraph of the Culper Report

was premised on the assertion that CleanSpark "lied about its supposed customers and

contracts."

99.    The initial substantive paragraph (*i.e.*, the second paragraph on page 2) in the

Culper Report in support of Culper's assertion was in regards to the acquisition of the ATL

facility. In that paragraph, the Culper Report cast doubt on CleanSpark's claimed costs to mine

bitcoin, pointing to a cost-advantaged power agreement that was set to expire in three years:

"CleanSpark touts that cost to mine is under $6,000 per coin, yet ***we believe the Company hasn't***

***disclosed the potentially catastrophic information that this artificially low power cost may be***

***<u>set to expire in less than 3 years</u>***." To further undermine the credibility of the CleanSpark's

claims regarding the ATL acquisition, the Culper Report quickly pointed investors (see the end

of second paragraph on p. 2 of the report, as well as the two paragraphs which follow) to two other ventures where Culper alleged CleanSpark made similarly dubious claims: Green Dragon and Valle Divino.

100. The Green Dragon agreement was intended to provide microgrid solutions for the cannabis company's indoor marijuana grow facility in order to reduce energy costs at that facility. Specifically, and similar to the ATL Facility, CleanSpark claimed it could immediately and dramatically reduce energy costs at the Green Dragon facility through its microgrid solutions and advanced controls: "The first phase of the Green Dragon microgrid will employ solar, energy storage, and advanced controls to *immediately reduce the monthly electricity bill of the indoor grow facility by 82%*."[100] However, according to the claims in the Culper Report: "…CleanSpark once claimed that it 'designed a 'best-in-class'' microgrid solution for a cannabis operator, Green Dragon, yet we reached out to *Green Dragon, which stated that it never saw the press release and has never paid CleanSpark for any services whatsoever*. We also include those emails in this report."

101. The Valle Divino development site was part of a broader agreement with International Land Alliance (ILA) to provide "microgrid power solutions to more than 400 unique residential resort properties" which include both the Valle Divino and Plaza Bajamar sites.[101] According to the August 2020 press release: "The first energy systems deployed within the unique development will be located on two residential villas *currently in the final stages of construction*. Commissioning of these initial energy projects is *expected to occur*

---

[100] "CleanSpark Provides a Best-in-Class Microgrid Solution to the Marijuana Industry," *CleanSpark*, October 3, 2017.

[101] "CleanSpark, Inc. and International Land Alliance Announce Microgrid Development Agreement," *CleanSpark*, August 19, 2020.

*on or before September 30, 2020*." Yet, according the claims in the Culper Report published in January 2021: "We visited the site of the supposed Valle Divino development ourselves, led by ILAL's own representatives. What *we saw was zero construction, merely empty desert, representative of the Company's many empty promises*…"

102.    In light of the preceding, it is possible to argue that the Culper's Report claims regarding Green Dragon and Valle Divino are unrelated to the revelation of the relevant truth regarding the misrepresentation and omissions alleged by Plaintiffs in this case. However, bitcoin mining became a new enterprise for CleanSpark upon the acquisition of the ATL Facility. With the pivot towards bitcoin mining, and with CleanSpark touting its ability to i) increase energy capacity, ii) increase hashrate capacity, iii) secure energy at 1/4 of the industry rate[102], and iv) further reduce those costs of energy using its proprietary technology, these claims would need to be carefully viewed by investors in light of the Culper Report's allegations regarding fictitious contracts at Green Dragon and Valle Divino since, if true, would undermine CleanSpark's claims regarding the ATL Facility's potential to increase the Company's profitability and value. In addition, the Green Dragon and ILA / Valle Divino contracts were announced on October 3, 2017[103] and November 5, 2019[104] – well before the start of the Class Period. Therefore, information regarding the realizations or lack therefore of potential revenues to be earned from these contracts was likely already reflected in market price.

103.    However, to adopt a conservative approach, I assume that news related to the Green Dragon and ILA / Valle Divino contracts as revealed by the Culper Report are unrelated to

---

[102] *See* Footnote 16, *Supra*: "…the average energy cost to mine bitcoin in the U.S. was $0.12 cents per kw/h, *i.e.*, the average cost in the U.S. was over 4x greater than CleanSpark's claimed cost of energy."

[103] *Supra*, Footnote 100.

[104] "CleanSpark (CLSK) Announces Exclusive Contract For Energy Software Solutions With International Land Alliance (ILAL)," *CleanSpark*, November 5, 2019.

the alleged fraud, even though they may, if true, support an inference that CleanSpark's claims re the ATL Facility could be fraudulent. Given this, it is reasonable to consider the information regarding  Green Dragon and Valle Divino contained in the Culper Report as potentially confounding information that should be disaggregated from the price decline on January 14-15, 2021. I am not aware of any evidence specifically quantifying the impact of the allegations regarding Green Dragon and Valle Divino on the January 14-15, 2021 stock price declines compared to the rest of the information contained in the Culper Report. As a result, I adopt a conservative methodology described in the remainder of this section to remove the impact of potential confounding information on the January 14-15, 2021 stock price declines.

104.    With respect to the Valle Divino, I reviewed the sequence of events following the Culper Report, which alleged that the development did not exist (*i.e.*, "we saw was zero construction, merely empty desert"). If investors initially reacted negatively to that specific allegation, I would expect subsequent disclosures affirming housing construction and microgrid development activity at the Valle Divino site to lead to a partial stock price reversal, which would indicate that the Culper Report's claims regarding the Valle Divino site were value relevant for investors. To isolate the market response to this claim, I identified two news events disclosed in the months following the Culper Report which discussed the status of the Valle Divino site.

105.    Before the market opened on September 15, 2021, ILA issued a press release which provided an update on the Valle Divino site.[105] Specifically, ILA stated that "the planned construction [will] start...within the next 60 days…" My event study referenced in **Section VI.B**

---

[105] "International Land Alliance Provides Update on Valle Divino Development," *GlobeNewswire*, September 15, 2021, 09:00 AM.

above allows me to evaluate CleanSpark's common stock price reaction to the ILA announcement on September 15, 2021. In response to this news, the price of CleanSpark's Common Stock decreased by 0.31% (-$0.04 per share), after controlling for market and industry effects. The negative return suggests that the September 15, 2021 announcement from ILA regarding Valle Divino did not meaningfully *reverse* investor skepticism regarding the existence of or progress at the Valle Divino development. However, as I discuss next, a subsequent disclosure from ILA regarding Valle Divino was associated with a reversal, indicating that investors potentially found updates that challenged the Culper Report's allegations re Valle Divino as value relevant.

106.    After the market closed on October 19, 2021, ILA issued a press release which provided another update on the Valle Divino site.[106] Specifically, ILA stated that it "…broke ground on the Valle Divino development in July 2020 and completed its first stage of construction in January 2021 and started reservations of residential lots…" and that "The construction phase is now underway…" My event study referenced in **Section VI.B** above allows me to evaluate CleanSpark's common stock price reaction to the ILA announcement on October 20, 2021. Based on my event study, in response to this news, the price of CleanSpark's Common Stock increased by 4.83% ($0.81 per share) after controlling for market and industry effects. This stock price reversal regarding the Culper Report's allegations regarding the Valle Divino site indicates that investors potentially found updates that challenged those allegations as value relevant.

---

[106] "International Land Alliance Commences Construction at Valle Divino Development," *GlobeNewswire*, October 19, 2021, 08:30 AM.

107.    Thus, the stock price movement on October 20, 2021 serves as a reasonable proxy to measure the impact of the information related to the ILA / Valle Divino agreement on the price of CleanSpark's Common Stock. Based on the foregoing, I estimate that the potentially confounding information in the Culper Report regarding the Valle Divino site amounted to $0.81 per share.

108.    Regarding Green Dragon, I reviewed the sequence of events leading up to the Culper Report, which alleged that Green Dragon had never been a customer of CleanSpark (*i.e.*, Green Dragon "never paid CleanSpark for any services whatsoever"). If investors had viewed CleanSpark's prior disclosures about the Green Dragon contract as positively value relevant, I would expect those disclosures to generate positive stock price reactions. I identified four news events disclosed in the months prior to the Culper Report which discussed the Green Dragon agreement. Before market open on October 3, 2017, CleanSpark issued a press release announcing the agreement to provide a microgrid solution to Green Dragon.[107] In response to the announcement, the stock *declined* by 18.84% on a raw return basis. Additionally, I identified discussion regarding Green Dragon in CleanSpark's January 16, 2018 10-K filing,[108] March 9, 2018 SEC correspondence,[109] and April 5, 2018 10-K/A.[110] On each of these dates, the stock price did not increase. This lack of stock price movement suggests that investors did not view the Green Dragon agreement as positively value relevant, and thus there is no stock price component

---

[107] *Supra*, Footnote 100.

[108] *See* SEC EDGAR, available at:
https://www.sec.gov/Archives/edgar/data/827876/000166357718000019/mainbody.htm

[109] *See* SEC EDGAR, available at:
https://www.sec.gov/Archives/edgar/data/827876/000166357718000123/filename1.htm

[110] *See* SEC EDGAR, available at:
https://www.sec.gov/Archives/edgar/data/827876/000166357718000185/mainbody3.htm

attributable to the potentially confounding information in the Culper Report regarding Green Dragon that would need to be disaggregated from the price decline on January 14-15, 2021 following the release of the Culper Report.

109.    Based on the foregoing, I conclude it is reasonable to assume that investors weighed the importance of information regarding the Valle Divino development site at $0.81 cents per share. After removing the impact of this information from CleanSpark's abnormal stock price decline on January 14-15, 2021, I calculate that the remaining corrective information from the Culper Report caused a decline of $8.51 per share ($9.32 - $0.81 = $8.51) and estimate that $8.51 of artificial inflation was dissipated from CleanSpark Common Stock on January 14-15, 2021.

## B.  Capacity Expansion Delays

### i.    February 12, 2021 Press Release

110.    On February 12, 2021 at 9:25AM, CleanSpark issued a press release[111] discussing its quarterly financial results[112] (released after market at 8:33PM the day prior), for the 3 months ending December 31, 2020.  The press release touted that CleanSpark "more than doubled its comparable quarterly revenues," that "Gross Margin increased to 41%...compared to 10%...the prior year," and that the Company had "decreased its revenue concentration risk." Despite these improvements, CleanSpark reported earnings per share of -$0.32, reflecting a net loss of $7.2 million for the quarter, from quarterly revenues of $2.26 million. Further, the quarterly financial

---

[111] *Supra*, Footnote 53.

[112] *See* SEC EDGAR, available at:
https://www.sec.gov/ix?doc=/Archives/edgar/data/827876/00016635721000066/clsk10q.htm

results indicated that "The Company also owns and operates a fleet of Bitcoin miners *producing over 200 PH/s*. Mining *capacity is expected to increase to over 300 PH/s in early 2021*."[113]

111.    The press release and financial results further discussed that CleanSpark's revenues for the period came from three segments: Energy, Digital Agency, and Digital Currency mining.[114] While the first two segments existed the same quarter the year prior (*i.e.*, legacy segments), the last segment – Digital Currency – was a new segment this period as a result of the Company's entrance into bitcoin mining consequent to the ATL Facility acquisition in December 2020. The legacy segments posted combined revenue of $1.524 million for the full 3 month period (a period-over-period increase of $0.547 million) and the nascent Digital Currency segment posted revenues of $0.733 million, reflecting 31 bitcoins mined, for the 21 days between December 10, 2020 ("the first full-day of mining following the acquisition") and December 31, 2020.[115]

112.    Converting each revenue stream – legacy vs. nascent – to an average daily revenue stream within the period, the legacy segments earned $16,749 revenue per day on average, whereas *the nascent bitcoin segment earned more than twice that at $34,924 revenue per day on average*. Moreover, per the press release, and *for only 21 revenue generating days in the period, "This segment contributed $0.73 million or 32% of consolidated revenue* in three-

---

[113] Upon the acquisition of the ATL Facility, CleanSpark disclosed it obtained 190PH/s in hashrate capacity (*See* Footnote 8, *Supra*), which increased to 200PH/s as of December 18, 2021 after the addition of 38 new ASICs. *See* "CleanSpark Provides Update on Bitcoin Mining Operations and Expansion," *CleanSpark*, December 18, 2020.

[114] Per the quarterly financial results: "Energy Segment – Consisting of our CleanSpark, LLC, CleanSpark Critical Power Systems, Inc., and GridFabric, LLC lines of business, this segment provides services, equipment, and software to the energy industry. Digital Agency Segment – p2kLabs, Inc. provides design, software development, and other technology-based consulting services. *Digital Currency Mining Segment – Consisting of ATL Data Centers, LLC, this segment mines digital assets, namely Bitcoin*."

[115] "CleanSpark Provides Bitcoin Mining Operation Update," *CleanSpark*, January 5, 2021.

months ended December 31, 2020." Given the relative earnings streams between the segments, investors would find updates regarding energy and hashrate capacity expansion at the nascent bitcoin segment material and value relevant.

113.    In the press release, CleanSpark provided operational highlights for the period as well as outlook regarding the energy and mining capacity at its ATL Facility. With respect to the operational highlights, the Company stated:

> "We completed the acquisition of ATL Data Center in an all-stock transaction. The Company has contracted with the local municipality to bring 30MW of additional power to a property adjacent to ATL property to support additional CleanSpark Bitcoin mining operations. This will bring the total power available for mining and data centers for CleanSpark subsidiaries from 20MW to 50MW. ***The capacity increase is underway and is expected to be complete by <u>mid-year 2021</u>.***"

With respect to energy and mining capacity outlook, the Company stated:

> "***We continue to work diligently to expand the Company's total energy capacity and Bitcoin mining capacity.*** We expect to reach more than 315 PH/s within the month of February. ***We also expect to have the initial power capacity increase completed over the next two quarters*** and anticipate bringing additional mining equipment online in parallel with the available power. We believe the improvements will add an additional 800 to 880 PH/s of processing capacity over the coming quarters. ***We expect this to bring the total capacity under CleanSpark's subsidiaries to between 1.0 to 1.3 EH/s by <u>mid-summer</u>.*** Given the current difficulty rates, this is expected to result in the production of 6-9 Bitcoins per day. At the current price of Bitcoin ($47,000) this would result in $115 to $150 million per year in Bitcoin mining revenue. As stated, ***our goal is to mine Bitcoins at the lowest rates nationwide*** and we expect to achieve greater than 80% gross profit margin on our Bitcoin mining activities."

This information provided by CleanSpark regarding its revised timeline (*i.e.*, from the April 2021 timeline disclosed in its press release for the ATL Facility acquisition[116] to "mid-year" or "mid-summer") for energy and hashrate capacity was new information to the market, and relates directly to Plaintiffs' alleged misrepresentations and omissions regarding Defendants' expected profitability underlying the ATL acquisition. As shown by my event study referenced in **Section VI.B** above, there was a decline in the price of CleanSpark Common Stock following the earnings release on February 12, 2021.

114.    News outlets reported on CleanSpark's performance for the period, initially reiterating the Company's outlook.  For instance, *Reuters News* reports as of 6:18am that day:

> *Reuters News*:
>
> "* QUARTERLY REVENUE ROSE 130 PERCENT TO $2.26 MILLION
>
> * QUARTERLY LOSS PER SHARE $0.32
>
> * *SEES FY REVENUE $30 MILLION*
>
> * *EXPECT TO RECOGNIZE SUBSTANTIALLY MORE REVENUE FROM BITCOIN MINING REVENUES IN FUTURE QUARTERS*
>
> * *EXPECT TO REACH MORE THAN 315 PH/S WITHIN MONTH OF FEBRUARY*."[117]

---

[116] "As part of the first phase, the Company has contracted with the local municipality to expand the power to the facility from 20MW to 50MW. *It is expected that this expansion will begin promptly and be completed in <u>April 2021</u>.*  In addition to this initial utility-level expansion, CleanSpark will begin modeling solutions with its proprietary mVSO software and subsequently add renewable energy generating assets and energy storage to the site, which will be operated by the Company's patented mPulse controls. *Additionally, the Company intends to more than quadruple the number of ASIC (application specific integrated circuit) mining units in operation <u>during the expansion</u>.*" *See* Footnote 8, *Supra*.

[117] "BRIEF-CleanSpark Says Quarterly Revenue Rose 130 Percent To $2.26 Million," *Reuters News*, February 12, 2021, 6:18 AM.

115.    Later that morning, news outlets began to provide additional narrative regarding CleanSpark's performance for the period, some of which highlighted analyst expectations. For example, *Reuters News* reports, in two distinct articles (one of which was an earnings preview), as of 7:51AM that day:

> *Reuters News*:
>
> "*The **analyst mean estimate for CleanSpark Inc is for a loss of 12 cents per share**. …
>
> * The **mean earnings estimate of analysts had risen by about 20.0% in the last three months**."[118]
>
> "* **The company is expected to report a rise in revenue to $2.83 million** from $977 thousand in the same quarter last year.
>
> * **The current quarter consensus estimate of -12 cents per share implies a gain of 70.00 percent from the same quarter last year** when the company reported -40 cents per share."[119]

116.    The above-mentioned estimates highlighted by the Reuters article rely on an analyst report issued by H.C. Wainwright on December 21, 2020.[120] In this report, analysts at H.C. Wainwright estimated a loss of $0.12 per share on $2.826 million of revenue for the first quarter of CleanSpark's fiscal year.[121] Hence, CleanSpark's quarterly earnings (actual loss of $0.32 cents per share vs. loss of $0.12 cents expected) and revenue (actual revenue of $2.26 million vs. $2.83 expected) results were below analyst expectations.

---

[118] "CleanSpark Inc expected to post a loss of 12 cents a share - Earnings Preview," *Reuters News*, February 12, 2021, 7:51AM.

[119] "CleanSpark Inc: A loss of 12 cents per share anticipated for first quarter," *Reuters News*, February 12, 2021, 7:51AM.

[120] "Set Up for Continued Strength in FY2021; F4Q20 Results Update," *H.C. Wainwright*, dated December 21, 2020.

[121] CleanSpark has a September 30 fiscal year end, and thus the fourth calendar quarter of the year is CleanSpark's first fiscal quarter.

117.    Based on my event study, after controlling for market and industry effects, CleanSpark Common Stock price declined on February 12, 2021 by 5.7%, or $1.68 per share (s*ee* **Exhibit 3)**. While this single day price decline is statistically significant at the 57.2% confidence level, as discussed below, the cumulative abnormal return for the two expansion delays is statistically significant at the 94.5% confidence level. Additionally, there was relatively high trading volume of CleanSpark Common Stock on February 12, 2021 of 2.58 million shares traded, which is approximately 8.0% greater than the average daily trading volume during the Class Period of 2.39 million shares.

118.    Both the February 12, 2021 and August 17, 2021 Corrective Disclosures (the latter of which I discuss in the next section) and associated price drops are related to the delayed expansion timeline at the ATL facility from "mid-year 2021" to "this fall".[122] Hence, these two days reflect the market's response to the corrective information entering the market regarding expansion delays at the ATL facility. Considering this, and as discussed in my Efficiency Reply Report, it is reasonable to combine returns across those days to assess the cumulative two day market response to delaying the expansion timeline from the originally announced April 2021 date to "mid-year 2021" and again to "this fall." As shown in **Exhibit 4**, the two day cumulative abnormal return for February 12, 2021 and August 17, 2021 is -16% and is statistically significant at the 94.5% confidence level. This provides strong evidence of price impact. Further, as discussed below, the predominant new material public information learned by the market on

---

[122] "The capacity increase is underway and is expected to be complete by ***mid-year 2021***." (*Supra*, Footnote 53) and "CleanSpark continues to work on expanding its total energy capacity to accelerate the growth of its bitcoin mining operations in Atlanta ***this fall***." ("CleanSpark, Inc. Reports Financial Results for its Third Quarter Ended June 30, 2021," *CleanSpark*, August 17, 2021).

February 12, 2021 (as well as August 17, 2021) was contained in the earnings press release filed that day.

119.   If Defendants made misleading statements about CleanSpark's expected timeline to expand power and hashrate capacity, then the February 12, 2021 press release revealed a portion of the relevant truth concealed by the alleged misstatements and omissions. The information in the February 12, 2021 press release is corrective of the alleged misstatements and omissions because it revealed how CleanSpark had overstated its ability to increase energy and hash rate capacity at the ATL Facility in the timeline stated.

120.   I carefully evaluated whether there was any other news outside of the corrective information that could explain the observed CleanSpark Common Stock price decline on February 12, 2021. As mentioned previously, on February 11, 2021 at 8:33PM, CleanSpark released its quarterly financial results for the period October 1, 2020 through December 31, 2020.[123] Then, on February 12, 2021 at 9:25AM, CleanSpark issued a press release discussing its quarterly financial results.[124] Despite a press release reporting seemingly positive news for investors (*e.g.*, period-over-period increases in revenue as well as gross margins, both of which are primarily attributable to the new bitcoin mining segment), the return on CleanSpark's common stock was negative that day on a loss of $0.32 per share. Therefore, in addition to the corrective information contained in the February 12, 2021 press release relating to energy capacity and expansion delays, I considered other value relevant information regarding the Company that could explain the observed stock price decline.

---

[123] *Supra*, Footnote 112.

[124] *Supra*, Footnote 53.

121.    While the abnormal decline on February 12, 2021 is, in my opinion, attributable to the new information regarding expansion delays contained in the February 12, 2021 press release, I examined CleanSpark's financial statements for the period October 1, 2020 through December 31, 2020, released after market hours on February 11, 2021, to better understand other potential drivers of the observed stock price decline.

122.    Total revenues grew by 231% (from $976,824 to $2,257,570) period-over-period, or roughly $1.28 million. Further, it is apparent from the Consolidated Statement of Operations that the legacy segments (*i.e.*, Energy and Digital Agency) did not exhibit the same growth as the nascent bitcoin segment (*i.e.*, Digital Currency mining). As discussed above, the legacy segments earned $16,749 revenue per day on average, whereas the nascent bitcoin segment earned **$34,924 revenue per day on average – *more than double the legacy segments combined***. Moreover, per the press release, "**This segment contributed $0.73 million or 32% of consolidated revenue** in three-months ended December 31, 2020." – *on only 21 revenue generating days in the fiscal period*. Despite the strong revenue posted by the bitcoin segment, the legacy statements still experienced growth, albeit to a much lesser extent. As discussed further below, while revenue growth was positive, it failed to meet market expectations.

123.    While the total cost of revenues increased by 51% (from $882,721 to $1,332,890) period-over-period, or roughly $450K, total revenues grew at *four* times the growth rate of the total costs of revenues. From an economic standpoint, as revenues increase, expenses typically increase, especially expenses that vary with production output, yet total revenue growth far outpaced the growth in total costs of revenues. CleanSpark reported that total operating expense increased by 230% (from $3,085,564 to $7,094,778) period-over-period, or roughly $4 million. For example, some of the largest increases in expenses this period related to payroll ($3.3

million) and derivatives ($1 million). However, no analysts or media articles in the week following the February 12, 2021 press release connected the increases in expenses related to either payroll or derivative securities to the observed price decline. Thus, unlike revenue growth, the increase in operating expenses was not economically material to investor expectations regarding Company profitability and value. As discussed below, CleanSpark's valuation and growth expectations following the ATL acquisition are predicated on investor expectations regarding CleanSpark's stated plans regarding energy and hashrate capacity expansion at their nascent bitcoin segment (*i.e.*, revenue growth), not the legacy segments nor operating expenses.

124.    On December 11, 2020 – the day after the ATL Acquisition – H.C. Wainwright issued an analyst report on CleanSpark.[125] In that report, analysts at H.C. Wainwright increased their target prices for CleanSpark by 33%, from $18 to $24. Analysts attributed the increase in target price to the ATL Acquisition: "Our price ***target increase to $24.00 from $18.00*** is primarily driven by ***upward revisions to our future estimates*** to include ***new revenue and margin contribution <u>from bitcoin mining activity</u>***." Furthermore, analyst optimism was predicated not only on the acquisition and the productive assets the acquisition conveyed at the time, but also CleanSpark's stated plans to dramatically increase the scale of bitcoin mining fivefold, and to do so within months of the December 2020 acquisition, *i.e.*, by April 2021:

> "***Bitcoin mining to be scaled immediately.*** Management intends to scale its bitcoin mining operations immediately and ***has contracted with the local municipality to expand the power*** to the facility from 20MVV (of which 9.6MVV is being utilized) to 50MVV (targeted to be ***completed by April 2021***). According to management, 3,471 units are currently generating approximately 1.40 bitcoin per day utilizing approximately 190 peta hashes per second (PH/s) capacity."

---

[125] *Supra*, Footnote 59.

125.    On December 21, 2020, H.C. Wainwright issued another analyst report on CleanSpark, bolstering the expectations set in the prior report. As noted previously, analysts at H.C. Wainwright estimated a loss of $0.12 per share on $2.826 million of revenue for the first quarter of CleanSpark's fiscal year in this report.[126] Hence, CleanSpark's quarterly earnings (actual loss of $0.32 cents per share vs. loss of $0.12 cents expected) and revenue (actual revenue of $2.26 million vs. $2.83 expected) results were ***below analyst expectations*** – ***expectations that included anticipated revenue growth from the ATL Facility***. Additionally, while analysts at H.C. Wainwright noted an increase in operating expenses due to staffing increases (*i.e.*, "…operating expenses have trended higher based on hiring ramp…"), the "key takeaways" in the report focused on current bitcoin mining production and future expansion plans: "The company issued a press release on December 18, 2020, highlighting that it has placed an order for 500 new mining units, while adding 38 new S19 units to operation last week. CleanSpark had generated 10 bitcoins as of the announcement."

126.    In consideration of the preceding, I conclude that CleanSpark's valuation and growth expectations following the ATL acquisition were predicated on investor expectations regarding CleanSpark's stated plans regarding energy and hashrate capacity and expansion at their nascent bitcoin segment, not the legacy segments nor the increase in operating expenses. My view is reinforced by the CleanSpark's periodic updates regarding the ATL Facility (*e.g.*, energy capacity, miners deployed, hashrate achieved, and amount of bitcoin processed) which shows that Defendants realized the value relevance the expansion plans had on CleanSpark's share price and market capitalization.

---

[126] CleanSpark has a September 30 fiscal year end, and thus the fourth *calendar* quarter of the year is CleanSpark's first *fiscal* quarter.

127.    Throughout the Class Period, CleanSpark made periodic updates regarding its hashrate capacity and the amount of bitcoin mined. Specifically, CleanSpark touted an increase from 200PH/s to 315PH/s by the addition of new ASICs while it waited for the energy expansion to be completed. As the months went by following the ATL Acquisition, in the absence of a material expansion in energy, the lack of energy capacity would prohibit the deployment of bitcoin mining equipment to obtain the promised hashrate of at least five times the hashrate capacity at acquisition. Investors would have found the lack of meaningful progress towards the expansion concerning as the inability to deploy miners would have a direct impact on revenue growth. Indeed, as of February 24, 2021[127], it was unclear what hashrate capacity beyond 200 PH/s the Company had in place, thus reducing investor confidence in the Company's disclosures and increasing investor skepticism regarding statements pertaining to the expansion plans, leaving investors to estimate the actual hashrate in the absence of a Company disclosure to the contrary.

128.    Based on the foregoing, and assuming that Plaintiffs prove their allegations, I find no economic evidence of information unrelated to the Complaint's claims that needs to be disaggregated from the price decline on February 12, 2021. Thus, I attribute the full abnormal dollar decline to the corrective information released on February 12, 2021 and estimate that $1.68 of artificial inflation per share was dissipated from CleanSpark's Common Stock.

### a. The February 12, 2021 Disclosure Provided New, Value-relevant Information

---

[127] "CleanSpark Completes Strategic Acquisition of Solar Watt Solutions," *CleanSpark*, February 24, 2021.

129.    I also considered whether the February 12, 2021 corrective disclosure provided investors with *new* information. On January 5th, 2021 CleanSpark issued a press release at 9:25AM. From the press release, investors learned from the first substantive paragraph that:

> "From December 10, 2020 the first full-day of mining following the acquisition, through the end of the calendar year, *CleanSpark produced just over 31 Bitcoins from its mining activities.* Production since the first of the year has exceeded 4.3 Bitcoins. Bitcoin prices have rapidly escalated to as high as $34,366 over the holiday weekend. The Company's *Bitcoin mining activities have resulted in roughly $873,000 of revenue since the closing of the transaction.*"[128]

In the press release, CEO Bradford was quoted as saying:

> "We anticipate *completion of our near-term expansion* within the coming weeks adding 1,500 more ASICs miners *in January.*"

130.    The same day, CEO Bradford had an interview with the TDA Network. The TDA Network (now shuttered) was a streaming news service provided by TD Ameritrade (now part of Charles Schwab) and primarily served TD Ameritrade clients but is freely available via conventional streaming platforms.[129]  CleanSpark tweeted a clip of the 11 minute interview.[130] At the start of the interview, the interviewer asked Bradford the following:

> "…since you acquired ATL Data Centers, you've produced 31 bitcoins. Let's rewind it way back because *you were here in October and we were talking about solar grids and your guys' technologies for managing grids. What happened?*"

To which Bradford responded: "Hey, *we are still in the exact same business.*" Later in the interview, around the 2:20 mark, after Bradford was asked about how CleanSpark was applying its technology at the ATL Facility, he answered in part:

---

[128] *Supra*, Footnote 115.

[129] "The TD Ameritrade Network is a direct-to-consumer, broadband-delivered broadcast channel, distributing original, live news broadcasts and educational content produced by TD Ameritrade Media Productions Company..." *See*, for example, "TD Ameritrade: Network to Broadcast Live from Nasdaq Monday," *BusinessWire*, September 14, 2018.

[130] https://twitter.com/CleanSpark_Inc/status/1346599574639497217

"We're in the early stages of making those improvements. *We've already started. We're expanding the facility from 20MW up to 50 MW. We expect that that'll be done late spring / early July.* … We're still in the early stages of the energy expansion but *we're also really focused on not letting our expansion interrupt the mining*. Mining is revenue, and we like the revenue we're seeing right now."

Towards the end of the interview, Bradford was asked:

"…the last time we spoke, you guys just raised like $40M dollars I believe, and *I imagine at the time investors and money that was coming into the business was with the idea of it going towards the solar grids and such*. I mean, *how do investors feel about the bitcoin pivot?*"

To which he responded with: "*I want to reinforce that it definitely isn't a pivot*."

131.    Prior to the January 5th pre-market press release and post-market interview, investors knew from the ATL Facility acquisition announcement that:

"As part of the first phase, the Company has contracted with the local municipality to expand the power to the facility from 20MW to 50MW. *It is expected that this expansion will begin promptly and be completed in April 2021.* In addition to this initial utility-level expansion, CleanSpark will begin modeling solutions with its proprietary mVSO software and subsequently add renewable energy generating assets and energy storage to the site, which will be operated by the Company's patented mPulse controls. *Additionally, the Company intends to more than quadruple the number of ASIC (application specific integrated circuit) mining units in operation during the expansion.*"[131]

From the above disclosures, I make several observations.

132.    First, as of December 10, 2020, investors learned of the ATL Acquisition along with its current (on the basis of the miners acquired) and future potential (on the basis of CleanSpark's expansion plans) to grow revenue to CleanSpark's operations. Specifically, investors became aware of CleanSpark's expansion plans and that this expansion would begin promptly and be completed by April 2021. Further, CleanSpark stated that "during the

---

[131] *Supra*, Footnote 8.

69

expansion" power capacity would double (from 20MW to 50MW) and hashrate capacity would quadruple (from 190 PH/s to 900-1400 PH/s).

133.    Second, less than a month after the announcement on January 5th, 2021 CleanSpark issued a press release that was widely distributed via *Globe Newswire* before market open.[132] From this press release, investors learned that CleanSpark "produced just over 31 Bitcoins from its mining activities" in December 2020, and that is had earned $873K in bitcoin mining revenue since the acquisition (representing 21 days in December and 5 days in January). Relative to the same period the prior year, this incremental gain in bitcoin mining revenue from only 26 days of bitcoin mining was almost ***90% of the quarterly revenues from <u>all other</u> <u>segments combined for the quarter ended December 31, 2019</u>***. In addition to the positive revenue news, Bradford provided an expansion update: "***We anticipate completion of our near-term expansion*** within the coming weeks adding 1,500 more ASICs miners in January." There was no mention of any expansion delays in the press release broadly disseminated via *Globe Newswire*. With four months to go until delivering on its April 2021 energy and hashrate capacity increase promise, investors had little cause for concern at this stage, but rather continued optimism with respect to CleanSpark's revenue prospects.

134.    Third, in the after-market interview later that day, the interviewer was perplexed why Bradford was not discussing solar grids and related technologies as Bradford had done a few months prior. When asked about how CleanSpark was applying its technologies to the ATL Facility, Bradford stated the expansion was expected to be "done late spring / early July." ***The interviewer did not dig further nor question this statement, as "late spring" could reasonably be interpreted as 'on schedule' by investors.*** Reinforcing the interviewer's confusion, Bradford

---

[132] "CleanSpark Provides Bitcoin Mining Operation Update," *GlobeNewswire*, January 5, 2021, 9:25 AM.

was asked why CleanSpark pivoted to bitcoin mining after the $40M capital injection that some investors may have expected to be invested in solar grids, to which Bradford responds "it definitely isn't a pivot."

135.    Fourth, on the basis of choosing an online, streaming-only financial media platform, not choosing a more mainstream financial media outlet (such as CNBC or Bloomberg), not distributing a press release over newswire, not posting a press release on its website, and not filing a press release with the SEC, CleanSpark did not highlight expansion delays during the interview, nor widely distribute this statement afterwards. Indeed, a review of news articles and analyst reports in the week following the January 5th, 2021 event reveals no mention of an expansion delay but rather a ***focus by the financial media on the 31 bitcoins produced to date and the accompanying incremental revenue gain***. For example:

> *TheFly.com*: "From December 10, 2020 the first full-day of mining following the acquisition, through the end of the calendar year, ***CleanSpark produced just over 31 Bitcoins from its mining activities.*** Production since the first of the year has exceeded 4.3 Bitcoins. … The Company's ***Bitcoin mining activities have resulted in roughly $873,000 of revenue since the closing of the transaction.***"[133]

With four months to go until the expected April 2021 completion date, investors at this point in time were less concerned with "late spring / early July" but instead were more focused on the 31 bitcoins and $873K in revenue produced from the widely disseminated pre-market press release.

136.    Next, five weeks later, before market open on February 12, 2021 at 6:15AM, CleanSpark issued a press releases via its website, *PR Newswire*, and *Dow Jones Institutional News* regarding financial results for the period ended December 31, 2020.[134] This press release

---

[133] "CleanSpark produces just over 31 bitcoin from mining...…," *TheFly.com*, January 5, 2021, 9:27 AM.

[134] *Supra*, Footnote 53. *See*, also: "Press Release: CleanSpark, Inc. Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," *Dow Jones Institutional News*, February 12, 2021, 6:15 AM and "CleanSpark, Inc. Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," *PR Newswire*, February 12, 2021, 6:15 AM.

was also filed with the SEC later that day at 9:25AM.[135] In this press release, under Operational Highlights, investors learned that "This will bring the total power available for mining and data centers for CleanSpark subsidiaries from 20MW to 50MW. ***The capacity increase is underway and is expected to be complete by <u>mid-year 2021</u>.***" Further, under the Management Outlook section, investors also learned that "We believe the improvements will add an additional 800 to 880 PH/s of processing capacity ***over the coming quarters***. We expect this to bring the ***total capacity under CleanSpark's subsidiaries to between 1.0 to 1.3 EH/s <u>by mid-summer</u>.***"

137.    Lastly, unlike the January 5th, 2021 interview – which was not distributed via press release, the Company's website, nor filed with the SEC – CleanSpark distributed the February 12, 2021 press release widely: via two newswires, its website, and the SEC. Moreover, unlike the passing mention (*i.e.*, it was not responsive the interviewer's question nor prefaced with any fanfare) by Bradford of "late spring / early July" in the TDA Network streaming interview, ***CleanSpark was explicit not once but several times in the press release that, as of February 12, 2021, it now saw the expansion timeline moving out several quarters, i.e., "over the next two quarters" with respect to energy capacity and "over the coming quarters" with respect to hashrate capacity.*** CleanSpark then tied explicit milestones with more detailed language for investors: energy capacity will increase by "mid-year 2021" and hashrate capacity by "mid-summer" 2021. The timeline disclosures in the February 12, 2021 press release were much more prominent, explicit, and widely distributed among traditional channels for investors to consume. Further, this consistent with the disclosure salience literature insofar as investors will more readily interpret and impound news from disclosures that are more prominently

---

[135] *Supra*, Footnote 112.

featured.[136] Finally, unlike the January 5th, 2021 interview, which could have been interpreted by a reasonable investor as still being within the April 2021 timeframe, *the February 12, 2021 disclosures made it exceedingly clear to investors for the first time that CleanSpark would miss the April 2021 timeframe for both energy and hashrate capacity expansion, thus underscoring the value relevance to investors of the February 12, 2021 disclosure with regards to expansion delays.*

### ii. August 17, 2021 Press Release

138.    On August 17, 2021 at 9:39AM, CleanSpark issued a press release[137] discussing its quarterly financial results[138] (released after market at 5:18PM the day prior) for the 3 months ending June 30, 2021.  The press release touted that revenues "were $11.9 million, an increase of $8.5 million, or 250%, from $3.4 million for the same prior year period" and that the loss per share was an "improvement of $0.28 per share" over the same period the prior year. Despite these improvements, CleanSpark reported earnings per share of -$0.49, reflecting a net loss of $16.7 million for the quarter, from quarterly revenues of $11.9 million.

139.    In the press release, CleanSpark provided operational highlights for the period as well as outlook regarding the energy and mining capacity at its ATL Facility. With respect to the operational highlights, the Company stated:

> "*Current hashrate capacity now exceeds **820 PH/s***, which is nearly double the capacity just 46 days ago. T*he Company anticipates achieving 1.0 EH/s in production capacity within the coming month* when the balance of the mining rigs scheduled to be hashing in August are installed."

[136] *Supra*, Footnote 98.

[137] *Supra*, Footnote 122.

[138] *See* SEC EDGAR, available at:
https://www.sec.gov/ix?doc=/Archives/edgar/data/827876/000166357721000429/clsk10q.htm

With respect to energy and mining capacity outlook, the Company stated:

> "CleanSpark *continues to work on expanding its total energy capacity* to accelerate the growth of its bitcoin mining operations in Atlanta *this fall. The expansion will bring this site's total capacity to 50 MW.*"

140.    Similar statements were made by Defendant Bradford during the earnings call held after market hours on August 16, 2021:[139]

> "Our *current hash rate capacity now exceeds 820 PH/s as of today*, which is nearly double our capacity just 46 days ago.
> …
> *We continue to work on expanding the Company's total energy capacity* to accelerate the growth of our Bitcoin mining operations in Atlanta *this fall. The expansion will bring the site's total capacity to 50 megawatts.* In addition to this expansion, our partnership with Coinmint has allowed us to continue our growth while construction is ongoing. All the new mining rigs received this summer, were promptly deployed with Coinmint."

This information provided by CleanSpark regarding its revised timeline (*i.e.*, originally from the April 2021 timeline disclosed in its December 10, 2020 press release for the ATL Facility acquisition[140] to "mid-year" or "mid-summer" in the its February 12, 2021 press release[141] to now "this fall") for energy and hashrate capacity was new information to the market, and relates directly to Plaintiffs' alleged misrepresentations and omissions regarding Defendants' expected profitability underlying the ATL acquisition. As shown by my event study referenced in **Section VI.B** above, there was a decline in the price of CleanSpark Common Stock following the earnings release on August 17, 2021.

---

[139] "CleanSpark, Inc. Q3 2021 Results Conference Call," *Bloomberg*, dated August 16, 2021.

[140] *Supra*, Footnote 8.

[141] *Supra*, Footnote 53.

141. News outlets reported on CleanSpark's performance for the period. For instance, the *Associated Press* reports as of 6:13pm on August 16, 2021:

> *Associated Press Newswires*:
>
> "CleanSpark, Inc. (CLSK) on Monday reported a **loss of $16.7 million in its fiscal third quarter**. On a **per-share basis**, the Woods Cross, Utah-based company said it had a loss of **49 cents**."[142]

142. Later that evening, news outlets began to provide additional narrative regarding CleanSpark's performance for the period, some of which highlighted analyst expectations. For example, *Reuters News* reports, in two distinct articles (one of which was an earnings summary), as of 7:22PM that day:

> *Reuters News*:
>
> "*CleanSpark Inc reported a quarterly **adjusted loss of 38 cents per share for the quarter ended in June**. **The mean expectation of two analysts for the quarter was for earnings of 7 cents per share**.
>
> **\*Revenue rose 246.5% to $11.92 million from a year ago; analysts expected $15.20 million**.
>
> **\*CleanSpark Inc's reported EPS for the quarter was a loss of 49 cents**."[143]
>
> "CleanSpark Inc in the third quarter were lower than the Refinitiv mean estimate of profits. **The company reported losses of -38 cents per share**, 39 cents higher than the same quarter last year when the company reported EPS of -77 cents. **Profits of 7 cents per share were anticipated by the two analysts providing estimates for the quarter**."[144]

143. The above-mentioned estimates highlighted by the Reuters article rely on two analysts following the Company from which a consensus (*i.e.*, an average estimate) is obtained.

---

[142] "CleanSpark: Fiscal Q3 Earnings Snapshot," *Associated Press Newswires*, August 16, 2021, 6:13 PM.

[143] "CleanSpark Inc reports results for the quarter ended in June - Earnings Summary," *Reuters News*, August 16, 2021, 7:22 PM.

[144] "CleanSpark Inc: Losses of 38 cents announced for third quarter," *Reuters News*, August 16, 2021, 7:22 PM.

75

With revenue coming on at $11.92 million for the period, an analyst report by BTIG on August 16, 2021[145] indicates that actual revenues for the period came in **22% <u>below the analyst consensus</u> estimate** of roughly $15 million: "revenue of ~$12M which was below consensus of $15M." In addition, analysts at BTIG noted that management had **lowered its revenue guidance expectations**: "Management narrowed guidance with FY21 revenue now expected at $49M-$63M (previously $47M-$67M) with the mid-point at $56M (down from $57M) versus Consensus of ~$52M." Analysts at BTIG further noted CleanSpark's hashrate capacity as of August 16, 2021 is "set to ramp up" since CleanSpark had not achieved the "0.9-1.4 EH/s" hashrate expected by April 2021 as stated in the December 10, 2021 ATL Acquisition announcement: "Bottom line: CLSK is **set to ramp its hash capacity from 820 PH/s**…". On this news, and with revenues and earnings coming in below consensus estimates, **BTIG <u>lowered its price target</u> by 22%, from $45 to $35 per share**.

144.     BTIG's lowering of CleanSpark's price target was distributed in news articles the following morning. For example, *TheFly.com* reports:

> "***CleanSpark price target lowered to $35 from $45*** at BTIG analyst Gregory Lewis lowered the firm's price target on CleanSpark to $35 from $45 after the company's Q3 revenue missed expectations…"[146]

145.     Based on my event study, after controlling for market and industry effects, CleanSpark Common Stock price declined on August 17, 2021 by 10.9%, or $1.50 per share (s*ee* **Exhibit 3)**.  This price decline is statistically significant at the 99.3% confidence level. Additionally, there was relatively high trading volume of CleanSpark Common Stock on this

---

[145] "Some Growing Pains, But Bitcoin Mining Ramp Underway Now and Later, Lowering PT to $35," *BTIG*, dated August 16, 2021.

[146] "CleanSpark price target lowered to $35 from $45 at BTIG analyst," *TheFly.com*, August 17, 2021, 6:45AM. <u>Note</u>: the headline and article both duplicate the name of the firm issuing the analyst report, which I have corrected from "BTIGBTIG" to "BTIG" in two instances for clarity.

date of 8.49 million shares traded, which is approximately 355% greater than the average daily trading volume during the Class Period of 2.39 million shares.

146.    As discussed above, both the February 12, 2021 and August 17, 2021 Corrective Disclosures and associated price drops are related to the delayed expansion timeline at the ATL facility from "mid-year 2021" to "this fall".[147] Hence, these two days reflect the market's response to the corrective information entering the market regarding expansion delays at the ATL facility. Considering this, it is reasonable to combine returns across those days to assess the cumulative two day market response to delaying the expansion timeline from the originally announced April 2021 date to "mid-year 2021" and again to "this fall." As shown in **Exhibit 4**, the two day cumulative abnormal return for February 12, 2021 and August 17, 2021 is -16% and is statistically significant at the 94.5% confidence level. This provides strong evidence of price impact. Further, as discussed below, the predominant new material public information learned by the market on August 17, 2021 (as well as February 12, 2021) was contained in the earnings press release filed that day.

147.    If Defendants made misleading statements about CleanSpark's expected timeline to expand power and hashrate capacity, then the August 17, 2021 press release revealed the final portion of the relevant truth concealed by the alleged misstatements and omissions. The information in the August 17, 2021 press release is corrective of the alleged misstatements and omissions because it revealed how CleanSpark had overstated its ability to increase energy and hash rate capacity at the ATL Facility in the timeline stated upon acquisition.

---

[147] "The capacity increase is underway and is expected to be complete by ***mid-year 2021***." (*Supra*, Footnote 53) and "CleanSpark continues to work on expanding its total energy capacity to accelerate the growth of its bitcoin mining operations in Atlanta ***this fall***." (*Supra*, Footnote 122).

148.    I carefully evaluated whether there was any other news outside of the corrective information that could explain the observed CleanSpark Common Stock price decline on August 17, 2021.  As mentioned above, on August 16, 2021 at 5:18PM, CleanSpark released its quarterly financial results for the period April 1, 2021 through June 30, 2021.[148] Then, on August 17, 2021 at 9:39AM, CleanSpark issued a press release discussing its quarterly financial results.[149] Despite a press release reporting seemingly positive news for investors (*e.g.*, period-over-period increases in revenue, primarily attributable to the new bitcoin mining segment), the return on CleanSpark's common stock was negative that day on a loss of $0.49 cents per share. Therefore, in addition to the corrective information contained in the August 17, 2021 press release relating to energy capacity and expansion delays, I considered other value relevant information regarding the Company that could explain the observed stock price decline.

149.    While the abnormal decline on August 17, 2021 is, in my opinion, attributable to the new information regarding expansion delays contained in the August 17, 2021 press release, I examined CleanSpark's financial statements for the period April 1, 2021 through June 30, 2021, released after market hours on August 16, 2021, to better understand other potential drivers of the stock price decline.

150.    Total revenues grew by 247% (from $3,438,674 to $11,916,065) period-over-period, or roughly $8.47 million. Further, it is apparent from the Consolidated Statement of Operations that the non-mining segments (*i.e.*, Energy and Other) did not exhibit the same

[148] *Supra*, Footnote 138.

[149] *Supra*, Footnote 122.

78

growth as the bitcoin mining segment (*i.e.*, Digital Currency Mining).[150]  Year-over-year growth in the period for non-mining segments was actually *negative* at 5.3%, from $3,438,674 to $3,266,625, or a decline in revenue of approximately $172K. In sharp contrast, bitcoin mining revenues were the lion's share of total revenues for the period, ***from $0 the same period last year to $8.65 million the current period, or 72% of total current period revenues.*** As discussed above, while revenue growth was positive year-over-year, and especially related to bitcoin mining, it ***failed to meet market expectations, leading analysts to <u>lower their price target from $45 to $35</u>***.[151]

151.    While the total cost of revenues increased by 35% (from $2,852,062 to $3,848,817) period-over-period, or roughly $1 million, total revenues themselves grew at *seven* times the growth rate of the total costs of revenues. From an economic standpoint, as revenues increase, expenses typically increase, especially expenses that vary with production output, yet total revenue growth far outpaced the growth in total costs of revenues. CleanSpark reported that total operating expense increased by 375% (from $5,582,273 to $26,534,244) period-over-period, or roughly $21 million. For example, some of the largest increases in expenses this period relate to payroll ($11.8 million), bitcoin impairment ($3.7 million), and derivatives ($2.1

---

[150] Underscoring the increasing importance of bitcoin mining for CleanSpark, and as noted in their 10-Q for the period ending June 30, 2021, CleanSpark streamlined its segment reporting: "To better align with the Company's core focus, the Company reduced its reportable segments down to two by eliminating the digital agency segment. Results associated with that component are now being reported under other revenue and eliminations."

[151] *Supra*, Footnote 145.

million). However, neither the Company nor analysts found the increases in payroll[152], bitcoin impairments[153], and derivatives[154] to be economically material.

152.    While two analyst reports[155] in the week following the August 17, 2021 press release mentioned increased expenses from executive compensation when summarizing quarterly results, both noted its non-recurring nature and instead focused on revenue growth and outlook. For example, one analyst's "key takeaways" focused on revenue outlook (projections of $44.7M for FY2021) consequent to planned increases in miners deployed and hashrate expected to be achieved.[156]  Further, no media articles in the week following the August 17, 2021 press release connected the increases in expenses related to payroll, impairments, or derivatives to the observed price decline. Thus, unlike bitcoin mining revenue growth, the increase in operating

---

[152] As noted in their 10-Q for the period ending June 30, 2021: "Our payroll expenses for the three months ended June 30, 2021 consisted mainly of salary and wages expense of $8,640,807 which included *non-recurring executive compensation* of $4,700,000 and employee stock-based compensation of $3,189,389."

[153] Because the fair value of CleanSpark's bitcoin held was below its carrying value when tested for impairment, the Company recognized a $3.7 million impairment expense. However, as noted by CFO Lori Love on the August 16, 2021 earnings call (*Supra*, Footnote 139), the fair market value of the previously-impaired asset had risen above the prior carrying value: "At the end of the quarter, we were required to measure our Bitcoin assets for impairment…*it should be noted that the price has since recovered and now exceeds the average value of the Bitcoin we held at quarter-end, against which that impairment was measured*."

[154] While unrealized gains and losses are intended to reflect the inter-temporal economic value of an investment, and while GAAP allows those unrealized gains and losses to flow through to net income, they are still *unrealized* and therefore the actual gain or loss upon sale is not known, which is echoed by CFO Love on the same earnings call: "These *unrealized losses do not represent actual sales of investments*, rather, they *represent market price fluctuations* that are measured at the conclusion of each reporting period."

[155] *Supra*, Footnote 64, and "3Q2I Results: +247% Revenue Growth Fueled by Bitcoin Mining; Management Raises FY2I Guidance," *Water Tower Research*, August 19, 2021.

[156] "Our revenue expectations for FY2021 are $44.7M, lower than the guided range as we are being more conservative in our view of Bitcoin prices. As of August 14, the company's overall hashrate was 820PH/s, capable of producing 6.7BTC/day. CleanSpark is in the process of adding mining capacity over the next 12-14 months, for which it has already made advance deposits. Management expects a total of 11,700 miners to be deployed by September 30, 2021, 19,900 by December 31, 2021, 25,500 by March 31, 2022, 30,000 by June 30, 2022, and 34,000 by September 30, 2022. As a result, the total hashrate installed at the end of FY2022 is expected to be 3.2-3.4EH/s, enough to produce 26-28BTC/ day."

expenses was not economically material to investor expectations regarding Company profitability and value.

153.    In consideration of the preceding, I conclude that CleanSpark's valuation and growth expectations following the ATL acquisition are predicated on investor expectations regarding CleanSpark's stated plans regarding energy and hashrate capacity and expansion at their bitcoin mining segment (*i.e.*, revenue growth), as opposed to the non-mining segments or operating expenses. My view is reinforced by CleanSpark's periodic updates regarding the ATL Facility (*e.g.*, energy capacity, miners deployed, hashrate achieved, and amount of bitcoin processed) which shows that Defendants realized the value relevance the expansion plans had on CleanSpark's share price and market capitalization.

154.    Based on the foregoing, and assuming that Plaintiffs prove their allegations, I find no economic evidence of information unrelated to the Complaint's claims that needs to be disaggregated from the price decline on August 17, 2021. Thus, I attribute the full abnormal dollar decline to the corrective information released on August 17, 2021 and estimate that $1.50 of artificial inflation per share was dissipated from CleanSpark's Common Stock.

## IX.    Artificial Inflation per Share and Damages for CleanSpark Common Stock

### A.  Artificial Inflation per Share

155.    The analysis in **Section VIII** quantifies the artificial inflation dissipated from the price of CleanSpark Common Stock on the Corrective Disclosure Events.  This is summarized below in **Table A**:

**Table A**
**CleanSpark Common Stock**
**Artificial Inflation per Share Dissipated**

| Date | Artificial Inflation Per Share Dissipated |
|---|---|
| January 14, 2021 | $4.48 |
| January 15, 2021 | $4.03 |
| February 12, 2021 | $1.68 |
| August 17, 2021 | $1.50 |

156.    However, these analyses do not establish how inflation evolved over the Class Period.  One standard method commonly relied upon to evaluate the level of artificial inflation in a stock price is the "constant dollar" method.[157] This method assumes that the amount of artificial stock inflation dissipated on the Corrective Disclosure Events was present in the stock price going back to the beginning of the Class Period (adjusted for any days on which inflation was introduced).  Put another way, this means that barring an intervening event that is related to the fraud (*i.e.*, a Corrective Disclosure Event), the inflation per share on day $t-1$ is the same as the inflation on day $t$.  I note that the constant dollar methodology is used by a wide variety of experts in matters such as this and is often advocated by defense experts.[158]

157.    Based on my understanding of Plaintiffs' allegations, coupled with my review of the documents and information identified in **Appendix A**, I conclude that constant dollar inflation is appropriate in this matter.  My opinion is based on the fact that the nature of the

---

[157] *See, e.g.*, Jeff G. Hammel & B. John Casey, "Sizing Securities Fraud Damages: 'Constant Percentage' on Way Out?," *New York Law Journal* (2009).

[158] *Id.*

misrepresented and/or omitted information did not change during the Class Period.  Specifically, I understand that Plaintiffs expect to prove that as of the start of the Class Period, Defendants knew, or recklessly disregarded that CleanSpark understated its mining costs, overstated its ability to further reduce energy costs through its "software technologies and trade secrets," and overstated its ability to increase energy and hash rate capacity – and concealed these issues from investors.

158.    As a result of the foregoing, I find no economic reason to believe that the financial impact of the misstatements and/or omissions would have been any different earlier in the Class Period and thus I find no economic reason to deviate from the standard constant dollar methodology.  In my view, the most widely accepted and reliable proxy for evaluating how the market would have reacted to such a disclosure at the beginning of the Class Period is to rely upon the abnormal market price decline observed upon the later disclosure of such information.[159]

159.    By applying the constant dollar methodology described above and taking the analyses of the Corrective Disclosure Event into account, **Table B** below summarizes how the

---

[159] *See, e.g.*, David I. Tabak & Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," In Litigation Services Handbook, The Role of the Financial Expert, *John Wiley & Sons*, Third Edition, 2001, at p. 3 ("Event studies can also measure the size of a stock price movement as the basis for a damages calculation. For example, in cases of securities fraud, experts commonly measure changes in the alleged inflation in a stock price by the movement in that stock price in the wake of a corrective disclosure, after controlling for market, industry, and other company-specific influences. This results from the disclosure's removing the inflation, and an event study measures the change in inflation in the stock at the time of the disclosure. Often, courts find that this is the best estimate of the inflation per share if the defendant had a duty to disclose the same information that the corrective disclosure revealed. As a result, an event study is a common method that serves as the basis for quantifying damages in securities fraud cases.") (citations omitted); *id.* at p. 19 ("[E]vent studies can be useful in quantifying damages in cases ranging from securities fraud to other commercial litigation requiring the calculation of lost profits. In some areas, such as securities fraud, stock price reactions are already a standard method for quantifying damages").

total artificial inflation per share for CleanSpark Common Stock evolved during the Class Period:

**Table B**
**CleanSpark Common Stock**
**Artificial Inflation per Share During the Class Period**

| Date Range | Artificial Inflation Per Share |
|---|---|
| December 10, 2020 - January 13, 2021 | $11.69 |
| January 14, 2021 | $7.21 |
| January 15, 2021 - February 11, 2021 | $3.17 |
| February 12, 2021 - August 16, 2021 | $1.49 |

## B. Damages

160.    The standard and well-settled formula for assessing damages for each Class member under Section 10(b) is the "out-of-pocket" method.  This method measures damages as the artificial inflation per share at the time of purchase less the artificial inflation per share at the time of sale (or the artificial inflation at the time of purchase if the share was not ultimately sold).  If the security was sold at a time before any of the artificial inflation had dissipated— that is, prior to the first Corrective Disclosure Event, which in this case is January 14-15, 2021—then there are no damages.  However, if the security was purchased after alleged misstatements and/or omissions were made, and then sold after the artificial inflation was dissipated, then damages would be equal to the artificial inflation at the time of purchase minus the artificial inflation at the time of sale.

161.    For example, assume that Investor A purchased a share of CleanSpark Common Stock on December 15, 2020 and sold it on February 1, 2021. As shown in **Table B**, there was

84

$11.69 of artificial inflation in the price of CleanSpark Common Stock at the time of purchase and $3.18 of artificial inflation in the price of CleanSpark Common Stock at the time of sale. Thus, Investor A's damages on the share of CleanSpark Common Stock would be equal to $8.51 ($11.69 – $3.18).

162.    In addition, the calculation of damages incorporates the application of a statutory cap on recovery in federal securities cases brought under Section 10b and Rule 10(b)-5 (the 90-day lookback provision of the Private Securities Litigation Reform Act of 1995 codified at 15 U.S.C. §78u–4(e)(1)). The limitation provides that damages calculated on CleanSpark Common Stock purchased during the Class Period and sold during the 90-day lookback period cannot exceed the difference between the purchase price paid during the Class Period and the average closing price from date of the last corrective disclosure to the date of sale.  **Table C** below shows the 90-day lookback price for CleanSpark Common Stock for each day starting on the last Corrective Disclosure Event (*i.e.*, August 17, 2021).

163.    For example, if Investor A purchased a share of CleanSpark Common Stock for $25.00 and then sold that share on October 1, 2021, during the 90-day lookback period, when the average closing price from August 17, 2021 through October 1, 2021 was $12.55 as shown in **Table C**, Investor A's damages could not exceed $12.45 ($25.00 – $12.55) per share under the 90-day lookback provision.  Furthermore, CleanSpark Common Stock purchased during the Class Period and either never sold or sold after the 90-day lookback period cannot have per share damages that exceed the difference between the purchase price paid and the average price of CleanSpark Common Stock during the 90-day lookback period, which is $15.08 as shown in the last row in **Table C** below.

85

**Table C**
**CleanSpark Common Stock Closing Price and Average Closing Price**
**August 17, 2021 - November 12, 2021**

| Date | Closing Price | Average Closing Price Between August 17, 2021 and Date Shown | Date | Closing Price | Average Closing Price Between August 17, 2021 and Date Shown |
|---|---|---|---|---|---|
| 8/17/2021 | $11.65 | $11.65 | 10/1/2021 | $12.53 | $12.55 |
| 8/18/2021 | $11.93 | $11.79 | 10/4/2021 | $12.21 | $12.54 |
| 8/19/2021 | $10.72 | $11.43 | 10/5/2021 | $13.39 | $12.56 |
| 8/20/2021 | $10.79 | $11.27 | 10/6/2021 | $13.45 | $12.59 |
| 8/23/2021 | $12.62 | $11.54 | 10/7/2021 | $13.81 | $12.62 |
| 8/24/2021 | $13.48 | $11.86 | 10/8/2021 | $14.32 | $12.66 |
| 8/25/2021 | $13.20 | $12.06 | 10/11/2021 | $14.53 | $12.71 |
| 8/26/2021 | $13.07 | $12.18 | 10/12/2021 | $14.34 | $12.75 |
| 8/27/2021 | $14.08 | $12.39 | 10/13/2021 | $15.17 | $12.81 |
| 8/30/2021 | $13.64 | $12.52 | 10/14/2021 | $15.21 | $12.87 |
| 8/31/2021 | $13.80 | $12.63 | 10/15/2021 | $15.79 | $12.94 |
| 9/1/2021 | $13.75 | $12.73 | 10/18/2021 | $16.28 | $13.01 |
| 9/2/2021 | $14.40 | $12.86 | 10/19/2021 | $16.70 | $13.09 |
| 9/3/2021 | $14.26 | $12.96 | 10/20/2021 | $17.66 | $13.19 |
| 9/7/2021 | $13.80 | $13.01 | 10/21/2021 | $17.64 | $13.29 |
| 9/8/2021 | $12.79 | $13.00 | 10/22/2021 | $16.44 | $13.35 |
| 9/9/2021 | $13.49 | $13.03 | 10/25/2021 | $18.45 | $13.46 |
| 9/10/2021 | $12.85 | $13.02 | 10/26/2021 | $18.20 | $13.55 |
| 9/13/2021 | $12.90 | $13.01 | 10/27/2021 | $17.43 | $13.63 |
| 9/14/2021 | $12.34 | $12.98 | 10/28/2021 | $19.71 | $13.75 |
| 9/15/2021 | $12.71 | $12.97 | 10/29/2021 | $20.26 | $13.87 |
| 9/16/2021 | $12.66 | $12.95 | 11/1/2021 | $21.68 | $14.01 |
| 9/17/2021 | $12.90 | $12.95 | 11/2/2021 | $22.11 | $14.16 |
| 9/20/2021 | $11.64 | $12.89 | 11/3/2021 | $21.85 | $14.30 |
| 9/21/2021 | $11.24 | $12.83 | 11/4/2021 | $21.97 | $14.43 |
| 9/22/2021 | $11.76 | $12.79 | 11/5/2021 | $20.48 | $14.54 |
| 9/23/2021 | $11.86 | $12.75 | 11/8/2021 | $22.26 | $14.67 |
| 9/24/2021 | $11.40 | $12.70 | 11/9/2021 | $21.33 | $14.78 |
| 9/27/2021 | $11.63 | $12.67 | 11/10/2021 | $20.32 | $14.87 |
| 9/28/2021 | $10.94 | $12.61 | 11/11/2021 | $21.47 | $14.98 |
| 9/29/2021 | $11.61 | $12.58 | 11/12/2021 | $21.42 | $15.08 |
| 9/30/2021 | $11.59 | $12.55 | | | |

## C. Adaptation to Alternative Findings

164.    The damages methodology I have laid out above for Section 10(b) is flexible and able to incorporate alternative findings regarding the quantification, as well as the timing, of artificial inflation and how it evolves over the Class Period. The methodology I have described above to calculate Section 10(b) can be modified based on alternative findings the finder of fact may determine, including, but not limited to any: (1) confounding information versus corrective information; (2) how to back-cast inflation over the Class Period; and (3) the date of the first actionable misstatement and/or omission.  Below I describe additional details concerning each of these potential variations.

165.    First, irrespective of what the ultimate finder of fact, *i.e.*, the jury determines is the appropriate percentage of abnormal return that can be attributed to the release of corrective versus confounding information, this percentage can easily be inserted into the standard damages model that I have already described – the out-of-pocket formula.  For example, as described in **Section VII.A.**, I estimate that $0.81 cents of the abnormal price movement in CleanSpark Common Stock on January 14-15, 2021 is attributable to confounding information. Assume, for purely illustrative purposes, that the jury determines that instead, $1.20 of the of the abnormal price movement in CleanSpark Common Stock on January 14-15, 2021 is attributable to the confounding information. The daily inflation table could easily be updated for this alternative finding.  Regardless of how the jury weighs evidence, whether they find that my disaggregation analysis is the most appropriate, or they determine that based upon the evidence, a different percentage is more appropriate, this finding can simply be incorporated into the damages calculation.  Similarly, if the jury determines that none of the abnormal return on a Corrective Disclosure Event is attributable to the corrective information, then it would be assumed that $0

87

of inflation was dissipated from CleanSpark Common Stock on that date, which could also easily be updated in the daily inflation table.

166.    Second, should the jury determine that the true economic inflation evolved over the Class Period, the out-of-pocket damages model can still account for such a scenario and can mechanically calculate damages on a class-wide basis.  In a hypothetical example, assume the jury concludes that before December 15, 2020, inflation was only half of the value I have calculated.  As shown above in **Table B**, I have estimated $11.69 of artificial inflation was present in CleanSpark Common Stock from the start of the Class Period through January 13, 2021.  If the jury determines that inflation was only half that amount from December 10, 2020 through December 14, 2020, then the inflation table I presented above can be adjusted to $5.85 for that initial period (*i.e.*, 50% of $11.69).

167.    In the hypothetical case I have presented above, purchasers during this initial part of the Class Period would have purchased shares with $5.85 of artificial inflation, while purchasers beginning December 15, 2020 would have purchased at the full amount of artificial inflation I calculated ($11.69). Damages calculations using the out-of-pocket method (inflation at the time of purchase minus inflation at the time of sale) will still result in an appropriate and accurate assessment of damages.  This hypothetical example illustrates how artificial inflation need not be constant during the Class Period for the out-of-pocket damages methodology to be applied on a class-wide basis.

168.    In addition, should the jury decide that the first actionable misstatement and/or omission happened at a date later than December 10, 2020, prior to that date, inflation could simply be set to zero.  The examples I have described above clearly demonstrate the flexibility of the out-of-pocket damages model.  If the jury determines that a change to inflation would be

88

necessary over the Class Period, any such change can easily be incorporated into the model and damages calculated on a class-wide basis.

169.    I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Zahn Bozanic, Ph.D.