# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DARSHAN HASTHANTRA,<br><br>Plaintiff,<br><br>v.<br><br><br>CLEANSPARK, INC., et al.,<br><br>Defendants. | Case No. 1:21-cv-511 (LAP) |

**EXPERT REPORT OF MARK GARMAISE, Ph.D.**

**September 12, 2025**

Confidential

# Table of Contents

I.    Qualifications..................................................................................................1

II.   Assignment and Compensation.......................................................................1

III.  Summary of Opinions......................................................................................2

IV.  Background.......................................................................................................9

      A.     Overview of CleanSpark's Business Model .......................................9

      B.     Summary of Plaintiff's Allegations ..................................................10

V.   Economic Analyses in Section 10(b) Cases...................................................12

      A.     Analysis of Damages and Losses Caused by the Alleged Misrepresentations 12

      B.     Event Study Regression Analysis ....................................................14

VI.  Dr. Bozanic Fails to Reliably Establish that the Alleged Misrepresentations Caused Investor Losses................................................................................................16

      A.     Dr. Bozanic's Conclusions Regarding the Statistical Significance of CleanSpark's Stock Price Declines on the Alleged Corrective Disclosure Dates are Inconsistent with Academic Practice and with His Prior Analysis and Testimony.....16

      B.     Dr. Bozanic Fails to Establish that the Alleged Misrepresentations Caused Investor Losses on January 14–15, 2021 ....................................................18

            1.     Dr. Bozanic Fails to Establish the Statistical Significance of CleanSpark's Price Movements on Each of January 14, 2021, and January 15, 2021 ..................................................................................................20

            2.     Dr. Bozanic's Assessment of the Purported Value-Relevance and Price Impact of Information Disclosed on January 14–15, 2021, Is Arbitrary and Unreliable..................................................................................................20

            3.     Dr. Bozanic Fails to Establish What New Information Was Conveyed by the "Relevant Truth" Purportedly Revealed by the Culper Report and the January 15, 2021, Tweet ...................................................................................30

      C.     Dr. Bozanic Fails to Establish that the Alleged Misrepresentations Caused Investor Losses on February 12, 2021 ....................................................32

            1.     Dr. Bozanic Fails to Establish the Statistical Significance of CleanSpark's Price Movement on February 12, 2021 ...................................33

            2.     Dr. Bozanic's Conclusion that the Alleged Corrective Information is "New" on February 12, 2021, is Arbitrary and Inconsistent with his Assessment of Purported Value-Relevance .....................................................35

            3.     Dr. Bozanic's Assessment of the Purported Value-Relevance of CleanSpark's February 12, 2021, Earnings Announcement Is Flawed and Does Not Support His Conclusion ..........................................................................36

      D.     Dr. Bozanic Fails to Establish that the Alleged Misrepresentations Caused Investor Losses on August 17, 2021 ..........................................................39

1.    Dr. Bozanic Fails to Establish What New Information Was Conveyed by the "Relevant Truth" Purportedly Revealed by the August 17, 2021, Press Release ...................................................................................................40

2.    Dr. Bozanic's Assessment of the Purported Value-Relevance of CleanSpark's August 17, 2021, Earnings Announcement Is Flawed and Does Not Support His Conclusion ...........................................................................41

VII.    Dr. Bozanic's Assessment of Alleged Inflation and Damages Is Flawed and Unreliable...............................................................................................................45

A.    Dr. Bozanic's "Constant Dollar" Approach to Calculating Inflation Fails to Address Plaintiff's Allegations and the Facts in This Case .........................................45

1.    Dr. Bozanic's Assessment of Inflation Fails to Account for Changes in CleanSpark's Economic Environment During the Proposed Class Period......47

B.    Dr. Bozanic Offers No Methodology Which a Finder of Fact Could Use to Alter or Adapt His Measures of Inflation ....................................................................53

## I.    Qualifications

1.    I am a Professor of Finance at the Anderson School of Management at The University of California, Los Angeles ("UCLA Anderson"), and I hold the Joel Fried Chair in Applied Finance.  I joined UCLA Anderson's faculty in 2001 and received tenure in 2008.  From 2016 to 2018, I served as area head of Finance for UCLA Anderson, and I was the Senior Associate Dean for the Full Time MBA Program at UCLA Anderson during the 2014–2015 term.  I received my A.B. in Mathematics and Philosophy from Harvard College and my Ph.D. in Finance from Stanford University.  Prior to joining the faculty at UCLA Anderson, I was an Assistant Professor at the University of Chicago Graduate School of Business.

2.    I am an expert in the areas of corporate finance, valuation, entrepreneurship, real estate, and banking.  In my research, I have examined the role of information in financial markets and the financing of entrepreneurial firms.  My research has been widely cited and published in several top-tier peer-reviewed academic journals, including *Review of Financial Studies*, *The Journal of Finance*, and *Quarterly Journal of Economics*.  I have served as an Associate Editor of *Review of Financial Studies* and *Journal of Law, Finance, and Accounting*.  I act as a referee for several academic journals, including *The Journal of Finance*, *Review of Financial Studies*, and *Journal of Financial Economics*.  I served on the American Finance Association Nominating Committee in 2007.

3.    I have taught courses on Corporate Finance and Venture Capital and Private Equity at UCLA Anderson for twenty years.  I have received numerous awards for my research and teaching, including the 2004 BGI Brennan Award for the best paper published in the *Review of Financial Studies*, the 2005 BGI Brennan Runner-up Award for the best paper published in the *Review of Financial Studies*, the 2007 Citibank Teaching Award for most outstanding MBA teacher, and the Best Paper Award in 2017 for my paper published in *The Review of Corporate Finance Studies*.

4.    A copy of my curriculum vitae is included as **Appendix A**.  A list of my testimony over the last four years is included as **Appendix B**.

## II.    Assignment and Compensation

5.    I have been engaged by counsel for Defendant CleanSpark Inc. ("CleanSpark" or the "Company") to review and respond to certain opinions expressed in the Expert Report of

Dr. Zahn Bozanic dated July 18, 2025 (the "Bozanic Merits Report").[1]  Specifically, I have been asked to review and assess the opinions offered by Dr. Bozanic regarding the following:

    a.  "whether investor losses were proximately caused by the [alleged] misstatements and/or omissions made by Defendants… (*i.e.*, loss causation);"[2] and

    b.  "the quantification of any artificial inflation per share for CleanSpark Common Stock for each day of the [Proposed] Class Period[3] caused by the alleged misstatements and/or omissions."[4]

6.    In formulating my opinions, I have relied on my knowledge, prior experience, academic research and teaching on relevant topics, and formal training in economics and finance.  In performing my analyses, I have examined a variety of materials, including legal pleadings, deposition transcripts, academic literature, equity analyst and public press commentary, and other public data.  A complete list of the materials I considered in forming my opinions is contained in **Appendix C** to this report.

7.    I am being compensated at my billing rate of $1,100 per hour.  The staff of Cornerstone Research, who have worked at my direction, have assisted me in this matter.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinions or the outcome of this or any other matter.

### III.    Summary of Opinions

8.    Based on my analysis to date, as well as my knowledge, experience, education, and training, I have formed the following opinions.

9.    **Dr. Bozanic fails to reliably establish that the alleged misrepresentations caused investor losses.**  As I explain in **Section VI** below, Dr. Bozanic's approach to assessing

---

[1] I understand that Dr. Bozanic previously submitted two expert reports at the class certification stage of this matter, the Expert Report of Zahn Bozanic, January 10, 2025 ("Bozanic Class Cert Report") and the Expert Reply Report of Zahn Bozanic, May 2, 2025 ("Bozanic Class Cert Reply Report").

[2] Bozanic Merits Report, ¶ 2.

[3] Amended Class Action Complaint for Violations of the Federal Securities Laws, *Scott Bishins and Darshan Hasthantra v. CleanSpark Inc., et. al.,* February 28, 2022 ("Complaint"), ¶ 1.

[4] Bozanic Merits Report, ¶ 2.

whether the alleged misrepresentations caused investor losses is arbitrary, unreliable, and inconsistently applied, and does not support his conclusions that:

a. The alleged "corrective information from the Culper Report caused a decline of $8.51 per share [and] that $8.51 of artificial inflation was dissipated from CleanSpark Common Stock on January 14-15, 2021."[5]

b. The "full abnormal dollar decline [is attributable] to the [alleged] corrective information released on February 12, 2021 [and] that $1.68 of artificial inflation per share was dissipated from CleanSpark's Common Stock" on this day.[6]

c. The "full abnormal dollar decline [is attributable] to the [alleged] corrective information released on August 17, 2021 [and] that $1.50 of artificial inflation per share was dissipated from CleanSpark's Common Stock" on this day.[7]

10.     *First*, as I explain in **Section VI.A** below, Dr. Bozanic's conclusions regarding the statistical significance of CleanSpark's stock price declines on the Alleged Corrective Disclosure Dates[8] are inconsistent with the standard practice in academic research in finance and economics, and with his prior analysis and testimony.  Specifically, Dr. Bozanic asserts that the alleged corrective disclosures in this matter "caused stock price movements that were statistically significant at better than the 50% [confidence] level."[9]  But the typical threshold for statistical significance used in academic research, and the threshold that I understand is also used in the context of litigation, is a 95% confidence level.  Moreover, Dr. Bozanic's use of a 50% confidence level as the threshold for statistical significance is inconsistent with the 95% confidence level threshold that Dr. Bozanic himself used in his opening expert report at the class certification stage of this matter.  He also appears to use a different threshold when assessing whether additional artificial inflation was incorporated into CleanSpark's stock price on alleged misrepresentation dates after the start of the Proposed Class Period[10].

---

[5] Bozanic Merits Report, ¶ 109.  The "Culper Report" refers to a short-seller report on CleanSpark by Culper Research titled "Cleanspark (CLSK): Back to the Trash Can."  Dr. Bozanic asserts that the Culper Report was published and distributed via Twitter on January 14, 2021, at 2:16 PM ET.  *See* Bozanic Merits Report, ¶ 79.

[6] Bozanic Merits Report, ¶ 128.

[7] Bozanic Merits Report, ¶ 154.

[8] As discussed in **Section IV.B**, I refer to January 14–15, 2021, February 12, 2021, and August 17, 2021, as "Alleged Corrective Disclosure Dates" in this report.

[9] Bozanic Merits Report, ¶ 69.

[10] As discussed in **Section IV.B**, Plaintiff alleges that CleanSpark's stock price was "overvalued and artificially inflated" between December 10, 2020, and August 16, 2021, inclusive (the "Proposed Class Period") due to certain "materially false and/or misleading statements, and/or failures to disclose [material adverse information]" (collectively, the alleged misrepresentations).  *See* Complaint, ¶¶ 1, 118, 138–140.

11.     *Second,* Dr. Bozanic fails to establish that the alleged misrepresentations caused investor losses on January 14–15, 2021.  As I explain in **Section VI.B** below:

   a.  Dr. Bozanic fails to establish the statistical significance of CleanSpark's stock price movements on each of January 14, 2021, and January 15, 2021.  The abnormal returns calculated by Dr. Bozanic for January 14 and January 15 are not statistically significant at the standard 95% confidence level.

   b.  Dr. Bozanic's assessment of the purported value-relevance and price impact of information disclosed on January 14–15, 2021, which he claims is based on "disclosure salience," is not supported by the academic literature.  Further, his application of this approach is arbitrary and inconsistent.  For example, Dr. Bozanic provides no reliable basis for his conclusion that certain non-allegation-related claims in the Culper Report are not value-relevant to investors.  He entirely dismisses other non-allegation-related information in the Culper Report, including information that was commented on by market participants and noted in the subsequent tweets by Culper Research; these are both criteria that he asserts (without basis) establish the purported value-relevance of the alleged corrective disclosures.  Dr. Bozanic also fails to establish that, under his own criteria for determining value-relevance, what he deems to be corrective information on January 14–15, 2021, would be value-relevant to investors.  In sum, Dr. Bozanic fails to reliably rule out any negative price impact of confounding information on January 14–15, 2021, and he fails to reliably establish that the alleged corrective information caused CleanSpark's stock price declines on January 14–15, 2021.

   c.  Dr. Bozanic's assessment of the price impact of information he identifies as "potentially confounding" (*i.e.*, claims in the Culper Report about the Green Dragon and Valle Divino projects) is unsupported and unreliable.  For the Green Dragon project, Dr. Bozanic purports to quantify the price impact of claims in the Culper Report about this project by assessing the stock price movements when news about this project was first disclosed (before the start of the Proposed Class Period).  For the Valle Divino project, Dr. Bozanic purports to quantify the price impact of the claims in the Culper Report about this project by analysing whether subsequent disclosures of project progress on September 15, 2021, and October 19, 2021 (after the end of the Proposed

Class Period), were associated with stock price increases (*i.e.*, reversal of earlier declines).  Dr. Bozanic, however, fails to establish that CleanSpark's price movements on the particular dates, outside of the Proposed Class Period, he examines as conveying information related to the Green Dragon and Valle Divino projects serve as a "reasonable proxy" for the price impact of the Culper Report's claims about these projects on January 14–15, 2021.

    d.  Dr. Bozanic also fails to establish what new information (if any) was conveyed by the "relevant truth" purportedly revealed by the Culper Report and the January 14, 2021, and January 15, 2021, Culper Research tweets.  For example, Dr. Bozanic fails to discuss evidence suggesting that some of the information that he identifies as corrective was publicly known before January 14, 2021.  Dr. Bozanic does not establish that, if the market for CleanSpark stock were efficient (as he contends), repetition in the Culper Report of factual information that was already publicly available would have negatively affected CleanSpark's stock price on January 14–15, 2021.

12.    *Third*, Dr. Bozanic fails to establish that the alleged misrepresentations caused investor losses on February 12, 2021.  As I explain in **Section VI.C** below:

    a.  Dr. Bozanic fails to establish the statistical significance of CleanSpark's price movement on February 12, 2021.  The abnormal return calculated by Dr. Bozanic for February 12, 2021, is not statistically significant at the standard 95% confidence level.  Dr. Bozanic's use of a multi-day price decline over February 12, 2021, and August 17, 2021, two dates that are more than six months apart, is arbitrary and unsupported.

    b.  Dr. Bozanic's conclusion that the alleged corrective information is "new" on February 12, 2021, is arbitrary and inconsistent with his assessment of purported value-relevance.  Dr. Bozanic asserts that the February 12, 2021, press release revealed that "the ATL Facility's expansion project would not be completed until mid-year 2021 instead of April 2021."[11]  Yet, he fails to establish that the "mid-year" timeline discussed on February 12, 2021, was substantively different from the "late spring / early July" timeline discussed on January 5, 2021.  Dr. Bozanic also fails to apply consistent criteria to assess

---

[11] Bozanic Merits Report, ¶ 16.

the value relevance of the timeline expansion statements made on January 5, 2021, and February 12, 2021.  For example, while Dr. Bozanic dismisses the "late spring / early July" timeline discussed on January 5, 2021, based in part, on "a review of news articles and analyst reports," which he claims "reveals no mention of an expansion delay,"[12] he similarly identifies "no mention of an expansion delay" in analyst reports or the public press following the alleged corrective disclosure on February 12, 2021.

    c.  Dr. Bozanic's assessment of the purported value-relevance of CleanSpark's February 12, 2021, earnings announcement is flawed and does not support his conclusion.  Specifically, Dr. Bozanic fails to reliably rule out any negative price impact of potentially confounding information, including CleanSpark's February 12, 2021, disclosure of financial metrics such as earnings (or losses) per share and revenue for the fiscal quarter 1Q 2021 or the increase in the Company's 1Q 2021 expenses.

13.    *Fourth*, Dr. Bozanic fails to establish that the alleged misrepresentations caused investor losses on August 17, 2021.  As I explain in **Section VI.D** below:

    a.  Dr. Bozanic fails to establish what new information was conveyed by the "relevant truth" purportedly revealed by the August 17, 2021, press release. Dr. Bozanic asserts that "information provided by CleanSpark regarding its revised timeline (*i.e.,* originally from the April 2021 timeline… to now 'this fall') for energy and hashrate capacity was new information to the market."[13] Dr. Bozanic fails to establish, however, what new information was conveyed by the "this fall" statement regarding the ATL expansion timeline in the August 17, 2021, press release, given information disclosed by CleanSpark on July 14, 2021.  Specifically, CleanSpark announced on July 14, 2021, that, "[o]ver the course of the next three months, [it] plan[ned] to redirect [its] shipments [of miners] to the Coinmint facilities," that "[t]he 30MW energy expansion of [the ATL facility] will be finalized in the coming months," and that it "intend[ed] to deploy miners to utilize the total available capacity in

---

[12] Bozanic Merits Report, ¶ 135.
[13] Bozanic Merits Report, ¶ 140.

Atlanta with the units scheduled to arrive between September 2021 and January 2022."[14]

    b.   Dr. Bozanic's assessment of the purported value-relevance of CleanSpark's August 17, 2021, earnings announcement is flawed and does not support his conclusion. Specifically, Dr. Bozanic fails to reliably rule out any negative price impact of potentially confounding information, including CleanSpark's revised revenue guidance for FY 2021 (including a reduction in revenue guidance for its Energy segment), the Company's August 17, 2021, disclosure of financial metrics such as earnings (or losses) per share and revenue for fiscal quarter 3Q 2021, or the increase in its 3Q 2021 expenses.

14. **Dr. Bozanic's assessment of alleged inflation and damages is flawed and unreliable.** Dr. Bozanic calculates per-share inflation of $11.69 at the beginning of the Proposed Class Period, which he asserts declines following each Alleged Corrective Disclosure Date.[15] Dr. Bozanic's failure to reliably establish that the alleged misrepresentations caused investor losses (*see* **Section VI**) also undermines his approach to estimating damages (if any) in this matter. Additionally, Dr. Bozanic's assessment of inflation and damages is flawed and unreliable for the reasons I discuss below (and in **Section VII**).

15. *First*, Dr. Bozanic's inflation measure implies that, absent the alleged misrepresentations, CleanSpark's stock price would have declined by 71.7% upon the announcement of the acquisition of the ATL facility, and the Company's market capitalization would have declined by approximately $205 million—more than seven times the total value of ATL implied by the December 10, 2020, transaction (estimated at up to $26.3 million).[16] Dr. Bozanic provides no justification for this implication of his proposed measure of artificial inflation, including the implication that investors would have also substantially lowered their valuation of CleanSpark's *other* business segments (*i.e.*, Energy and Digital Agency, which I understand are unrelated to the allegations in this matter) by at least $179 million absent the alleged misrepresentations.

---

[14] CleanSpark Inc. Press Release, "CleanSpark Announces Agreement with ESG-Focused Crypto-Miner, Coinmint," July 14, 2021.

[15] Bozanic Merits Report, Section IX.A.

[16] CleanSpark agreed to issue 1.62 million shares of the Company valued at $19.4 million to the sellers, of which 642.3 thousand shares (valued at $7.7 million) were fully earned on the closing of the ATL acquisition, with the remaining shares held in escrow subject to the achievement of future milestones. CleanSpark also assumed approximately $6.9 million in ATL's debt on hand at closing, for a total value of up to $26.3 million. *See* CleanSpark Inc. Form 8-K, filed on December 10, 2020, p. 2.

16.    *Second*, as I explain in **Section VII.A.1**, Dr. Bozanic's assessment of inflation fails to account for changes in CleanSpark's economic environment during the Proposed Class Period. There were substantial developments in the bitcoin mining industry during the Proposed Class Period, including an increase in investor interest in bitcoin exposure, chip shortages partially due to the COVID-19 pandemic, and China's restriction on bitcoin and mining. These developments were also accompanied by substantial variation in bitcoin prices and network difficulty, factors that would reasonably be expected to have an impact on the expected cash flows from bitcoin mining. Dr. Bozanic, however, does not address such changes. Instead, without offering any economic analysis to support his assertion, Dr. Bozanic states that he "find[s] no economic reason to believe that the financial impact of the misstatements and/or omissions would have been any different earlier in the [Proposed] Class Period and thus [he] find[s] no economic reason to deviate from the standard constant dollar methodology."[17] He fails to establish that the economic impact (if any) of the alleged misrepresentations was constant over the Proposed Class Period, undermining his proposed measure of artificial inflation.

17.    Dr. Bozanic also fails to assess the extent to which CleanSpark's changing business model during the Proposed Class Period affected CleanSpark's expected future cash flows or the risks of the cash flows from the Digital Currency Mining segment. Accordingly, Dr. Bozanic fails in this respect as well to establish that the economic impact (if any) of the alleged misrepresentations would be unchanged throughout the Proposed Class Period, undermining his proposed measure of artificial inflation.

18.    *Third*, as I explain in **Section VII.B**, despite Dr. Bozanic's assertions that his damages methodology is "flexible and able to incorporate alternative findings regarding the quantification, as well as the timing, of artificial inflation and how it evolves over the [Proposed] Class Period" and "can be modified based on alternative findings the finder of fact may determine,"[18] Dr. Bozanic, however, offers no methodology which a finder of fact could use to alter or adapt his proposed measure of inflation.

---

[17] Bozanic Merits Report, ¶ 158.
[18] Bozanic Merits Report, ¶ 164.

## IV.    Background

### A.    Overview of CleanSpark's Business Model

19.    CleanSpark is a publicly traded firm headquartered in Henderson, Nevada and listed on the Nasdaq Stock Market under the ticker CLSK.[19]  I understand that, prior to its acquisition of ATL Data Centers, LLC ("ATL") in December 2020,[20] CleanSpark was "in the business of providing advanced software and controls technologies solutions to solve modern energy challenges."[21]  In particular, I understand that CleanSpark offered "intelligent energy monitoring and controls, intelligent microgrid design software, middleware communications protocols for the energy industry, energy system engineering and software consulting services,"[22] which were "designed to allow customers to design, build, and operate distributed energy systems and microgrids which efficiently manage energy generation assets, energy storage assets, and energy consumption assets."[23]  CleanSpark reported that its Energy business segment generated $9.02 million in revenue in the fiscal year ended September 30, 2020 ("FY 2020"), or approximately 90% of CleanSpark's total FY 2020 revenue of $10.03 million.[24]

20.    On December 10, 2020, I understand that CleanSpark agreed to acquire ATL—a data center and bitcoin mining facility located in the City of College Park, Georgia—for up to $19.4 million in stock,[25] as a "test case" for demonstrating CleanSpark's energy optimization solutions in an energy-intensive industry.[26]  During the Proposed Class Period, the Digital Currency Mining business segment became CleanSpark's largest segment by revenue.  For

[19] CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2024, filed on December 3, 2024, p. 1.
[20] CleanSpark Inc. Press Release, "CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center," December 10, 2020.
[21] CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2020, filed on December 17, 2020 ("CleanSpark 2020 10-K"), p. 4.
[22] CleanSpark 2020 10-K, p. 4.
[23] CleanSpark 2020 10-K, p. 4.
[24] CleanSpark 2020 10-K, p. F-36.  In FY 2020, CleanSpark also generated revenue from its Digital Agency business segment, which I understand consisted of p2kLabs, Inc., a wholly owned subsidiary providing digital services including creative design and technical product development.  *See* CleanSpark 2020 10-K, p. 6.
[25] CleanSpark Inc. Press Release, "CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center," December 10, 2020.
[26] *See, e.g.*, "Water Tower Research Virtual Conference," *Bloomberg*, December 10, 2020 ("[W]hat we're really looking to do on this site is to take that brains and intelligence and apply it in a test bed environment, so that we can use it for sales, and show the world in a very, very public way exactly what we're doing, how we're doing it and the value that's being driven.… [A]re we looking today to buy 10 more data centers, and do this again? No, that's not our strategy as it sits right now. This is a test case.").  *See also* CleanSpark Inc. Press Release, "CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center," December 10, 2020 ("Ultimately, it is envisioned that the facility will feature a real-time web-based view of power and dollar savings generated by CleanSpark's technology, offering clients a unique opportunity to see demonstrated savings in a real-world, power-intensive application.  This data will allow clients to make microgrid investments with more reliable information.").

example, in the fiscal quarter ended June 30, 2021 ("3Q 2021"), the Digital Currency Mining business segment generated $8.65 million in revenue, or approximately 73% of the Company's total revenue.[27]  For the fiscal year ended September 30, 2021 ("FY 2021"), CleanSpark's Digital Currency Mining segment generated approximately 79% of the Company's total revenues.[28]

### B.    Summary of Plaintiff's Allegations

21.    I understand that Plaintiff alleges that CleanSpark's stock price was "overvalued and artificially inflated" between December 10, 2020, and August 16, 2021, inclusive (the Proposed Class Period) due to certain "materially false and/or misleading statements, and/or failures to disclose [material adverse information]" (collectively, the alleged misrepresentations).[29]  Specifically, I understand that Plaintiff identifies alleged misrepresentations on December 10, 2020, regarding the following:[30]

    a.  "Defendants stated that the Expansion Project [(power capacity and miners to be installed at the ATL Facility)] was expected to be completed by April 2021 which omitted the fact that, there was no reasonable basis in fact for the Expansion Project to be completed in that time frame."[31]

    b.  The statement that "'[t]he recent, significant investments into Bitcoin by such respected companies as Square, PayPal, and MicroStrategy further validate our due diligence conclusions surrounding this acquisition'… was misleading because Defendants failed to disclosed that [MARA Holdings, Inc. (formerly Marathon Patent Group) ("Marathon"), a publicly traded company, which

---

[27] CleanSpark Inc. Form 10-Q for the quarterly period ended June 30, 2021, filed on August 16, 2021 ("CleanSpark 3Q 2021 10-Q"), p. F-2.

[28] CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2021, filed on December 14, 2021 ("CleanSpark 2021 10-K"), p. F-6.

[29] Complaint, ¶¶ 1, 118, 138–140.  For the purposes of this report, I have been asked by counsel to assume that CleanSpark common stock traded in an efficient market during the Proposed Class Period.  I understand that Dr. Bozanic claims that the market for CleanSpark common stock was efficient throughout the Proposed Class Period.  *See* Bozanic Merits Report, ¶ 29.  *See also* Bozanic Class Cert Report, ¶ 3; Bozanic Class Cert Reply Report, ¶ 1.

[30] Memorandum of Law in Support of Plaintiff's Motion for Class Certification, *Darshan Hasthantra v. CleanSpark, Inc., et al.*, January 10, 2025 ("Class Cert Motion"), p. 3.  I understand that Plaintiff also alleges that CleanSpark made materially false and/or misleading statements related to the power expansion timeline at the ATL facility on December 31, 2020; January 5, 2021; February 12, 2021; February 18, 2021; March 1, 2021; March 26, 2021; April 15, 2021; May 6, 2021.  *See* Complaint, ¶¶ 122–137.

[31] Class Cert Motion, p. 3.  *See also* Complaint, ¶¶ 35, 39, 80, 118–119.

engages in mining cryptocurrencies] terminated its proposed acquisition" of Fastblock Mining ("Fastblock").[32]

c. The statement that "CleanSpark 'began early-stage analysis of ATL in February 2020 to evaluate expanding [the facility's] energy capacity and reducing energy costs. After an in-depth examination of the profitability under the existing energy structure, it was apparent that it was a perfect fit to deploy the aforementioned strategy'… was technically false, as 'ATL' was not formed until April 2020, and thus omitted the material fact that ATL was rebranded from the bankrupt Virtual Citadel."[33]

22. Further, I understand that Plaintiff alleges that "[t]he omission of these facts concealed risks underlying CleanSpark's acquisition of ATL"[34] and "[i]n the months that followed [the acquisition of ATL facility], Defendants issued periodic revisions of the project. However, rather than providing an honest assessment of the expected completion date, Defendants instead gradually released incremental revisions and slowly pushed back the completion timeline."[35]

23. Dr. Bozanic presents a "list of the alleged false and misleading statements and omissions"[36] in Appendix C of the Bozanic Merits Report, which he summarizes as follows:

a. "Defendants made materially false and misleading statements concerning the expected timeline to expand operations to more than double the existing energy capacity between December 2020 and April 2021 at the ATL Facility… and thus rapidly enhance CleanSpark's expected profitability by scaling up its hashrate capacity."[37]

b. "Defendants misled investors and made materially false and misleading statements touting that the ATL Facility was supplied energy at cost advantaged rates and that CleanSpark's proprietary energy management software would further reduce its cost of energy."[38]

---

[32] Class Cert Motion, p. 3. *See also* Complaint, ¶¶ 118–119; Marathon Patent Group, Inc. Press Release, "Marathon Patent Group Announces Name Change to Marathon Digital Holdings," February 16, 2021; MARA Holdings Inc. Form 8-K, filed September 5, 2024; MARA Holdings Inc. Form 10-K for the fiscal year ended December 31, 2024, filed on March 3, 2025, p. 6.

[33] Class Cert Motion, p. 3. *See also* Complaint, ¶¶ 118–119. The Complaint states that Virtual Citadel Inc. ("Virtual Citadel") was a "Bitcoin mining business whose assets were ultimately conveyed to ATL." *See* Complaint, Glossary of Defined Terms, pp. iii–iv.

[34] Complaint, ¶ 66.

[35] Complaint, ¶ 81. *See also* Complaint, ¶¶ 126–137.

[36] Bozanic Merits Report, ¶ 25.

[37] Bozanic Merits Report, ¶ 22.

[38] Bozanic Merits Report, ¶ 22.

24.     I understand that Plaintiff claims that the alleged misrepresentations "caus[ed] substantial damages to investors" when "the truth about Defendants' misrepresentations was gradually revealed, and the concealed risks materialized, as a series of partial disclosures battered CleanSpark's stock price."[39]  Specifically, in the Complaint, I understand that Plaintiff alleges that "the truth regarding the undisclosed adverse conditions at ATL and CleanSpark's projections concerning the ATL expansion project was partially revealed, and/or the concealed risks materialized, on or about: January [1]4-[1]5, 2021; February 12, 2021; March 15-16, 2021; June 18-21, 2021; and August 16-17, 2021."[40]

25.     According to Dr. Bozanic, "Plaintiff is no longer pursuing" corrective disclosures other than those on January 14–15, 2021, February 12, 2021, and August 17, 2021.[41] Dr. Bozanic describes these remaining disclosures as "Corrective Disclosure Events" that purportedly "revealed relevant information about energy and hashrate expansion risks that confronted CleanSpark's expansion timeline, energy contract with the local municipality, and whether its proprietary energy technology could further lower its bitcoin mining energy costs."[42]  I refer to January 14–15, 2021, February 12, 2021, and August 17, 2021, as "Alleged Corrective Disclosure Dates" in this report.

## V.     Economic Analyses in Section 10(b) Cases

### A.     Analysis of Damages and Losses Caused by the Alleged Misrepresentations

26.     I understand recoverable damages for Section 10(b) claims for any particular purchaser may be calculated as the change in artificial security-price inflation between purchase and sale (known as the "out-of-pocket" damages measure), and are capped by the losses caused by the alleged misrepresentations[43] and subject to the limitations imposed by the 90-day PSLRA lookback provision.[44]  Inflation on any given day is equal to the difference between the security's actual price on that day and the price at which it would have traded had the alleged misrepresentations not been made.  For example, if a company made a misrepresentation that caused its stock to trade at $1.00 more on a particular day than the

---

[39] Complaint, ¶ 83.
[40] Complaint, ¶ 152.
[41] Bozanic Merits Report, ¶ 26, footnote 19.
[42] Bozanic Merits Report, ¶ 16.
[43] Alleged misrepresentations include alleged misstatements and omissions.
[44] Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4(e).

price at which it would have traded had the misrepresentation not been made, then inflation would be $1.00 on that day. Damages may occur when an investor purchases a security at an inflated price and then later sells the security after some or all of the inflation has dissipated due to, for example, an event that allegedly reveals the truth about an earlier alleged misrepresentation.

27.     Under some circumstances, a security's price decline following an alleged corrective event may be a factor in measuring inflation; a damages methodology, however, must only measure that portion of the price decline that can be causally linked to the alleged misrepresentations and not to other factors. Additionally, from an economic perspective, inflation measured using a price decline following an alleged corrective event is not necessarily a measure of inflation at earlier points in time. That is, depending on the specific facts and circumstances of a case, as well as plaintiffs' theory of liability, inflation might vary over time. For example, there may be a mismatch between the alleged corrective event and what could and should have been disclosed earlier by defendants. This may occur, for example, when the alleged misrepresentations include a failure to fully disclose a risk.

28.     Given that each securities case involves a unique set of facts—including what information is allegedly misrepresented, the information released during alleged corrective disclosure events, and company, market, and industry conditions during the relevant time period—it is important that a financial economist take into account the case-specific circumstances as well as plaintiffs' particular theory of liability when proposing and implementing a damages methodology. Without taking into account these case-specific issues, one cannot demonstrate from an economic perspective that a particular methodology reliably measures damages.

29.     I also understand that, in order to determine the amount of any recoverable damages under Section 10(b), plaintiffs must isolate the portion, if any, of their losses that were caused by the alleged misrepresentations, removing the price effects of any other factors. Although an analysis of losses caused by the alleged misrepresentations often includes an event study, which I discuss below, an event study alone is not sufficient for plaintiffs to establish that the alleged misrepresentations caused any losses, let alone to determine the magnitude of any such losses, for at least two potential reasons. First, an event study does not establish a causal link between price movements during the event windows when plaintiffs claim the alleged truth was revealed (*i.e.*, alleged corrective events) and the alleged misrepresentations that occurred earlier in time. Additional analyses are required to reliably establish any such

causal link.  Second, an event study that measures the price impact of all company-specific information disclosed during an event window cannot on its own isolate the price response to individual pieces of information released during that event window.[45]  For example, if the company-specific news disclosed during an alleged corrective disclosure event includes both information that reveals the alleged truth regarding the alleged misrepresentations as well as other information ("confounding information"), then analyses in addition to the event study are required to reliably separate the price effects of the different pieces of information.

### B.     Event Study Regression Analysis

30.     An event study regression is a technique used by researchers in economics to measure the impact of specific information on a given economic factor.  For example, in financial economics, this technique is often used to measure the effect of company-specific information on the prices of a firm's securities.[46]  I describe an example of an event study regression methodology below.

31.     First, a researcher identifies events of interest, which the researcher will test to see whether they affected the security's price.  For example, in securities litigation, financial economists may select alleged corrective events as the events of interest.  In addition to selecting events, a financial economist must also determine an event window, or the period of time over which such events are expected to influence any change in the security's price.  When performing an event study regression on a security that trades in an efficient market, the selected event window is typically a short period of time.  Importantly, as noted above, if several pieces of company-specific information emerge during the event window, the event study regression is not capable itself of isolating the company-specific price response to each individual piece of information.

32.     Second, a researcher performs a regression analysis in order to estimate the company-specific price response to the events being studied. Security prices are influenced by a number of factors including broad market factors, industry-specific factors, and company-specific factors.  A regression analysis attempts to isolate security price changes caused by company-specific factors by removing the effects of other factors such as market- and

---

[45]  Dr. Bozanic testified at deposition that an "event study does not tell you which piece of information was moving the market."  *See* Deposition of Zahn Bozanic, Ph.D., February 27, 2025 ("Bozanic Deposition"), 176:24–179:15.

[46] *See, e.g.*, Craig A. MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* 35, no. 1, 1997, pp. 13–39 at pp. 14–16.

industry-specific factors. To do so, the regression model typically measures the relationship between the security's returns and the returns of the market and industry the security belongs to over a specified period of time, known as a "control period" or "estimation period." This control period should be a reasonable representation of the testing period in terms of: (i) the relationship between the security's returns and the returns of the market and industry; and (ii) the level of return volatility. Once the relationship over the control period has been established, a researcher can then use the relationship to predict what the expected return of the security should be on a given day during the testing period, absent any company-specific information, based on the returns of the market and industry on that day. A researcher can then estimate the company-specific return by subtracting the security's actual return from the predicted expected return. The company-specific return is also known as a residual return (or "abnormal" return).

33.     Third, after a researcher has estimated the abnormal return on a particular event day, the researcher can then test that abnormal return for statistical significance. That is, the researcher can test whether a specific day's abnormal return is outside of the normal range of company-specific price movements, and thus whether there is statistical evidence indicating that the abnormal return is distinguishable from zero. The test of statistical significance compares the size of the abnormal return to the "standard error" of that abnormal return, which is calculated over the control period and represents a measure of typical company-specific price movements. More specifically, the "t-statistic" is calculated as the abnormal return divided by the standard error. The size of this "t-statistic" is then compared to a benchmark based on the relevant significance level being tested.[47] If the absolute value of the t-statistic is greater than the benchmark, then the abnormal return is said to be statistically significant at that level, leading the researcher to reject a "null" hypothesis that the abnormal return was actually zero in favor of an "alternative" hypothesis that the abnormal return was distinguishable from zero.

---

[47] For the 95% confidence level using a two-tailed test, and infinite degrees of freedom, the appropriate benchmark level is 1.96. An alternative and equivalent way to determine statistical significance is to calculate the "p-value," which is the probability that an abnormal return of a certain magnitude, or greater would occur by chance, assuming the abnormal return is actually zero (*i.e.*, assuming that the "null" hypothesis is true). Under the standard 95% confidence level threshold or 5% significance, if the p-value is less than or equal to 0.05 (or 5%) then one would reject the "null" hypothesis in favor of the "alternative" hypothesis that the abnormal return was distinguishable from zero.

34.     When determining statistical significance, a 95% confidence level (or a 5% significance level) is typically used.[48]  That is, if an abnormal return is statistically significant at the 95% confidence level, it means that under the "null" hypothesis that the abnormal return was actually zero but observed with noise, the magnitude of the abnormal return observed on that day would be expected to occur with a probability of 5% or lower.

**VI.     Dr. Bozanic Fails to Reliably Establish that the Alleged Misrepresentations Caused Investor Losses**

    **A.     Dr. Bozanic's Conclusions Regarding the Statistical Significance of CleanSpark's Stock Price Declines on the Alleged Corrective Disclosure Dates are Inconsistent with Academic Practice and with His Prior Analysis and Testimony**

35.     Dr. Bozanic asserts that the alleged corrective disclosures "caused stock price movements that were statistically significant at better than the 50% [confidence] level, *i.e.*, it is 'more likely than not' that the declines were related to information released on these dates, as opposed to random price movements."[49]  As I explain in this section, Dr. Bozanic's conclusions regarding the statistical significance of CleanSpark's stock price declines on the Alleged Corrective Disclosure Dates are inconsistent with academic practice and with his prior analysis and testimony.

36.     Dr. Bozanic's use of a 50% confidence level as the threshold for statistical significance is inconsistent with the standard practice in academic research in finance and economics.  As explained in **Section V.B** above, when determining statistical significance, a 95% confidence level is the typical threshold used for academic research.  I understand that the 95% confidence level is also the threshold used in the context of litigation.[50]  Further, a

---

[48] *See, e.g.*, Daniel L. Rubinfeld, "Reference Guide on Multiple Regression," in *Reference Manual on Scientific Evidence*, Third Edition (Federal Judicial Center, 2011), p. 320 ("In most scientific work, the level of statistical significance required to reject the null hypothesis (i.e., to obtain a statistically significant result) is set conventionally at 0.05, or 5%.").  *See also* David H. Kaye and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence*, Third Edition (The National Academies Press, 2011), p. 251 ("In practice, statistical analysts typically use levels of 5% and 1%. The 5% level is the most common in social science, and an analyst who speaks of significant results without specifying the threshold probably is using this figure.").  Dr. Bozanic also previously testified in this matter that the 5% significance level is a "reasonable and conventionally used statistical cutoff."  *See* Bozanic Deposition, 143:16–144:5.

[49] Bozanic Merits Report, ¶ 69.

[50] David H. Kaye and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence*, Third Edition (The National Academies Press, 2011), pp. 251–252 ("In practice, statistical analysts typically use levels of 5% and 1%. The 5% level is the most common in social science, and an analyst who speaks of significant results without specifying the threshold probably is using this figure.… These levels of 5% and 1% have become icons of science and the legal process.").

50% confidence level is inconsistent with the 95% confidence level threshold that Dr. Bozanic himself used in his opening expert report at the class certification stage of this matter,[51] and with Dr. Bozanic's deposition testimony that the 5% significance level (95% confidence level) is a "reasonable and conventionally used statistical cutoff."[52]

37.     To use a confidence level of 50% to determine statistical significance would imply that, across many statistical tests (*e.g.,* an analysis of abnormal returns across a large number of dates), on average there is a 50% probability of incorrectly rejecting a true "null" hypothesis (also known as Type I error).[53]  In the context of the event study analysis in this case, this means that there is a 50% probability that one would conclude that CleanSpark's abnormal return on a particular date was distinguishable from zero, when the truth is that the abnormal return was actually zero but measured with noise.

38.     I note that Dr. Bozanic appears to use a different threshold for statistical significance in his purported assessment of whether additional artificial inflation was incorporated into CleanSpark's stock price on alleged misrepresentation dates after the start of the Proposed Class Period.  Specifically, Dr. Bozanic states:

> I also considered inflation creating events, *i.e.*, inflation creating information that may have caused the price of CleanSpark Common Stock to increase. After the start of the [Proposed] Class Period, only the February 18, 2021 alleged misrepresentation was followed by a positive and statistically significant stock return. However, as shown in Appendix C, the alleged February 18, 2021 misrepresentation….A repeated similar information relative to the prior February 12, 2021 alleged misrepresentation… Therefore, while the February 18, 2021 event could maintain inflation, based on my analysis, it did not introduce additional inflation.[54]

As shown in **Exhibit 1**, there are eight alleged misrepresentation dates after the start of the Proposed Class Period.  While the abnormal return on February 18, 2021, has a confidence level of 99.98%, as shown in the exhibit, the confidence levels for the abnormal returns on the remaining seven dates range from 2.14% (January 5, 2021) to 67.23% (March 2, 2021).[55]  Dr. Bozanic does not explain why he uses a different approach for assessing statistical

---

[51] Bozanic Class Cert Report, ¶ 62 ("Overall, 3 out of 12 CleanSpark earnings announcements caused stock price movements that were statistically significant at the 95% level or better.").

[52] Bozanic Deposition, 143:16–144:5.

[53] With a confidence level of 95%, by comparison, there is a 5% probability of incorrectly rejecting a true "null" hypothesis.

[54] Bozanic Merits Report, footnote 78.

[55] As also shown in **Exhibit 1**, the abnormal return on December 10, 2020, (*i.e.,* the start of the Proposed Class Period) is not statistically significant at the standard 95% confidence level threshold.

significance from the approach he uses for the alleged corrective disclosure events. For example, he does not deem the abnormal return on March 2, 2021, (which is positive with a confidence level of 67.23%) to be statistically significant, despite the confidence level being above the 50% threshold he applies when assessing statistical significance of the alleged corrective disclosure events.[56]

### B.      Dr. Bozanic Fails to Establish that the Alleged Misrepresentations Caused Investor Losses on January 14–15, 2021

39.      According to Dr. Bozanic, alleged corrective disclosure events on January 14, 2021, and January 15, 2021, "partially dissipated artificial inflation from the market prices of CleanSpark Common Stock."[57]  Specifically, on January 14, 2021, Dr. Bozanic points to the Culper Report published by Culper Research and distributed via Twitter at 2:16 PM ET,[58] and to nine other tweets by Culper Research within the next five minutes.[59]  Dr. Bozanic also identifies as corrective a tweet by Culper Research published at 9:01 AM ET on January 15, 2021, containing "several questions purportedly emailed to Chairman and Defendant Matthew Schultz regarding the [Culper Report]."[60]

40.      Dr. Bozanic asserts, based on his event study analysis, that CleanSpark's abnormal stock price declines on January 14, 2021, (13.5%, or $5.29 per share) and January 15, 2021, (11.3%, or $4.03 per share) were statistically significant at the 88.4% and 81.2% confidence levels, respectively.[61]  Dr. Bozanic further asserts that the cumulative abnormal stock price decline across these two days is -23.2% (or $9.32 per share), which Dr. Bozanic claims is statistically significant at the 94.4% confidence level.[62]

41.      Dr. Bozanic purports to evaluate whether there was any other news besides the allegedly corrective information that could explain CleanSpark's stock price declines on January 14–15, 2021.[63]  Based on his purported analysis of the "order and repetition" and "thematic content" of the various points made in the Culper Report, Dr. Bozanic concludes that the "corrective information from the Culper Report caused a decline of $8.51 per share…

---

[56] *See, e.g.*, Bozanic Merits Report, ¶¶ 69, 117.

[57] Bozanic Merits Report, ¶ 16.

[58] Bozanic Merits Report, ¶ 79.  *See also* Culper Research via Twitter, January 14, 2021, available at https://x.com/CulperResearch/status/1349797488199348225.

[59] Bozanic Merits Report, ¶ 79.

[60] Bozanic Merits Report, ¶ 79.  *See also* Culper Research via Twitter, January 15, 2021, available at https://x.com/CulperResearch/status/1350080600661581825.

[61] Bozanic Merits Report, ¶¶ 86–87.

[62] Bozanic Merits Report, ¶¶ 88, 109.

[63] Bozanic Merits Report, ¶ 90.

and estimate[s] that $8.51 of artificial inflation was dissipated from CleanSpark Common Stock on January 14-15, 2021."[64]

42.    As I discuss in this section, Dr. Bozanic's approach suffers from several critical flaws, and he fails to establish that the alleged misrepresentations caused losses on January 14–15, 2021.  Specifically:

a.  Dr. Bozanic fails to establish the statistical significance of CleanSpark's stock price movements on each of January 14, 2021, and January 15, 2021.

b.  Dr. Bozanic's assessment of the purported value-relevance and price impact of information disclosed on January 14–15, 2021, which he claims is based on "disclosure salience" is not supported by the academic literature.  Further, his application of this approach is arbitrary and inconsistent.  For example, as discussed below, Dr. Bozanic provides no reliable basis for his conclusion that certain non-allegation-related claims in the Culper Report are not value-relevant to investors.  He entirely dismisses other non-allegation-related information in the Culper Report, including information that was commented on by market participants and noted in the subsequent tweets by Culper Research; these are both criteria that he asserts (without basis) establish the purported value-relevance of the alleged corrective disclosures.  Dr. Bozanic also fails to establish that, under his own criteria for determining value-relevance, what he deems to be corrective information on January 14–15, 2021, would be value-relevant to investors.  In sum, Dr. Bozanic fails to reliably rule out any negative price impact of confounding information on January 14–15, 2021, and he fails to reliably establish that the alleged corrective information on these dates caused CleanSpark's stock price declines.

c.  Dr. Bozanic also fails to establish what new information (if any) was conveyed by the "relevant truth" purportedly revealed by the Culper Report and the January 14–15, 2021, Culper Research tweets.

---

[64] Bozanic Merits Report, ¶¶ 92–93, 109.

1. **Dr. Bozanic Fails to Establish the Statistical Significance of CleanSpark's Price Movements on Each of January 14, 2021, and January 15, 2021**

43.    As I explained in **Section VI.A** above, Dr. Bozanic's conclusion that the abnormal stock price declines on January 14, 2021, and January 15, 2021, are statistically significant is inconsistent with standard practice in academic research in finance and economics and with Dr. Bozanic's own testimony in this case.  A 95% confidence level is typically used in academic research.  Dr. Bozanic also testified at deposition that a "reasonable and conventionally used statistical cutoff" is a p-value of 0.05 (5% or a confidence level of 95%).[65]  The significance level of the abnormal returns calculated by Dr. Bozanic for January 14, 2021, and January 15, 2021, do not meet this threshold.[66]

44.    At his deposition, Dr. Bozanic also conceded that the abnormal price movements he calculated on January 14, 2021, and January 15, 2021, were not statistically significant based on this threshold.[67]  I understand that Dr. Bozanic is using the same event study analysis for the Bozanic Merits Report as he used at the class certification stage.[68]

2. **Dr. Bozanic's Assessment of the Purported Value-Relevance and Price Impact of Information Disclosed on January 14–15, 2021, Is Arbitrary and Unreliable**

45.    Dr. Bozanic purports to evaluate "whether there was any other news outside of the corrective information that could explain the observed CleanSpark Common Stock price decline on January 14-15, 2021."[69]  As discussed below, Dr. Bozanic's approach to analyzing the value-relevance of this information, however, is arbitrary and unreliable.

---

[65] Bozanic Deposition, 143:16–144:5.

[66] Bozanic Merits Report Exhibit 3 reports a confidence level of the abnormal returns for January 14, 2021, and January 15, 2021, to be 88.4% and 81.2%, respectively.  Bozanic Merits Report Exhibit 4 reports a confidence level of 94.4% for the cumulative abnormal return across these two dates, which similarly does not meet the 95% threshold.  *See* Bozanic Merits Report, Exhibits 3–4.

[67] Bozanic Deposition, 156:22–157:21 ("Q Okay. And it's accurate that there's not a statistically significant p-value there [for January 14, 2021]. Is that correct? A That is also correct.… Q. Okay. I want to do the same thing for the next day, January 15, 2021… 18.79 is the p-value there. So that's not statistically significant. Is that correct? A That is correct.").

[68] Bozanic Merits Report, ¶ 68 ("After carefully reviewing and considering the relevant information environment for purposes of assessing loss causation and damages in this report, I have utilized the same event study methodology as that performed in my prior Efficiency Report.").

[69] Bozanic Merits Report, ¶ 90.

a) **Dr. Bozanic's Approach to Determining What Information Is Potentially Value-Relevant to Investors Is Unreliable, Arbitrary, and Inconsistently Applied**

(1) **Dr. Bozanic's Approach Is Not Supported by the Academic Literature**

46.     As a threshold matter, Dr. Bozanic's approach for identifying and quantifying the price impact of potentially value-relevant confounding information—which he claims is based on "disclosure salience," or "order and repetition"[70]—is not supported by the academic literature.  The only literature he cites as purported support for his approach (Cheng et al. (2021)) addresses disclosure salience in a different context (information in companies' earnings announcements).[71]  I note that Cheng et al. (2021) do not evaluate the value-relevance of information to investors based on whether that information is repeated in subsequent publications (*e.g.*, via tweets), nor do they conclude that short-seller reports organize information based on its relative value-relevance to investors.[72]  Dr. Bozanic therefore provides no reliable basis to support his assertions that "Culper Research, by virtue of summarizing the Culper Report via Twitter, had chosen to emphasize the points from the report that substantiated the report's premise… and conclusion… and thus considered important for investors," or that topics "that were not repeated across tweets [are] less emphasized and thus less relevant for Culper Research and investors."[73]

47.     Even if Dr. Bozanic's approach to determining what information in the Culper Report was potentially value-relevant to investors had support in the academic literature, which he has not established, his approach suffers from other flaws, as discussed below, which renders it unreliable and undermines his conclusion that the alleged misrepresentations caused investor losses on January 14–15, 2021.

---

[70] Bozanic Merits Report, ¶ 92 ("Following academic literature on disclosure salience, I focus my attention on two features of the tweets: order and repetition.").

[71] Lin Cheng et al., "Are Investors Influenced by the Order of Information in Earnings Press Releases?," *The Accounting Review* 96, no. 2, 2021, pp. 413–433 ("Cheng et al. (2021)") ("[W]e examine whether earlier discussion of earnings information [within quarterly earnings announcements], and earlier discussion of qualitatively positive or negative information, is associated with stronger responses to that information."); Bozanic Merits Report, footnote 98.

[72] Cheng et al. (2021).

[73] Bozanic Merits Report, ¶ 93.

**(2)    Dr. Bozanic's Unreliable Approach Is Also
Arbitrary and Inconsistently Applied**

48.    As discussed in this section, Dr. Bozanic's approach to evaluating the purported value-relevance of various topics discussed in the Culper Report is arbitrary and inconsistently applied, and he fails to reliably rule out any negative price impact of information unrelated to the alleged misrepresentations.

49.    First, Dr. Bozanic arbitrarily dismisses multiple claims discussed in the Culper Report as not being value-relevant because they were not repeated across both the Twitter thread from January 14, 2021, and the follow-up tweet from January 15, 2021, (*e.g.*, claims around the Shoreline Schools project and claims around CleanSpark's CEO serving as an auditor of a cannabis penny stock).[74]  Based on my review, the Culper Report also contains claims around fabricated customers of p2k Labs, Inc. ("p2k"),[75] which was a topic mentioned in the Twitter thread from January 14 but not in the follow-up tweet from January 15 (*see* **Exhibit 2**). Dr. Bozanic, however, fails to address the claims about fabricated customers of p2k. Providing no basis for his arbitrary approach, Dr. Bozanic fails to reliably rule out any negative price impact of such information.

50.    Second, Dr. Bozanic also arbitrarily dismisses certain non-allegation-related claims in the Culper Report as not being value-relevant, despite these claims being discussed in the public press.[76]  While Dr. Bozanic states that specific claims about fabricated customers and contracts related to the Green Dragon and Valle Divino projects are "potentially confounding information,"[77] and he purports to quantify the price impact of these claims on CleanSpark's stock price on January 14–15, 2021, he fails to address public press commentary about Culper Research's broader claims about fabricated customers and contracts.[78]  For example, two articles (*The Fly on the Wall* and *Benzinga*) commented on the January 14, 2021, Culper

---

[74] Bozanic Merits Report, ¶ 93.

[75] Culper Report, p. 3.

[76] I note that information being mentioned by the public press appears to be a criterion considered by Dr. Bozanic in assessing the value-relevance of information.  *See, e.g.*, Bozanic Merits Report, ¶ 123 ("[N]o analysts or media articles in the week following the February 12, 2021 press release connected the increases in expenses related to either payroll or derivative securities to the observed price decline.  Thus, unlike revenue growth, the increase in operating expenses was not economically material to investor expectations regarding Company profitability and value"), ¶ 135 ("[A] review of news articles and analyst reports in the week following the January 5th, 2021 event reveals no mention of an expansion delay but rather a focus by the financial media on the 31 bitcoins produced to date and the accompanying incremental revenue gain.").

[77] Bozanic Merits Report, ¶ 103.

[78] The discussion in the Culper Report about fabricated customers and contracts includes claims about the Valle Divino project, the Shoreline schools project, the Green Dragon project, and the p2k subsidiary.  *See* Culper Report, pp. 7–12.  General claims about fabricated customers and contracts was topic number two in Culper Research's January 14, 2021, Twitter thread.  *See* **Exhibit 2**.

Report's general claims about fabricated customer and contracts.[79] Dr. Bozanic appears to ignore that such commentary regarding purportedly fabricated customers and contracts—which Dr. Bozanic does not establish are purely corrective of the alleged misrepresentations—may have negatively impacted CleanSpark's stock price, and he fails to reliably rule out any such negative price impact.

51.     Third, without basis, Dr. Bozanic also arbitrarily dismisses the Culper Report's claims regarding related party transactions and executive compensation, despite these topics being repeated in CleanSpark's January 14, 2021, Twitter thread and in the follow-up January 15, 2021, tweet (*see* **Exhibit 2**).

52.     With respect to related party transactions,[80] Dr. Bozanic asserts that "CleanSpark's many related-party transactions could support an inference of fraud; however, absent evidence of fraud, the [sic] they do not directly indicate the presence of misconduct."[81] Dr. Bozanic provides no support for his assertion, other than a KMPG article which states: "While related party transactions (RPTs) are not inherently problematic, they do raise concerns about the potential for conflicts of interest, fraud, siphoning-off, money laundering and corruption."[82] Dr. Bozanic fails to establish, however, that the KPMG article supports his contention that "investors are less likely to be concerned with [related-party transactions] as opposed to overstating revenues and/or understating expenses,"[83] and he ignores academic literature on related party transactions and corporate governance quality.[84] Dr. Bozanic thus fails to reliably rule out any negative price impact of the information regarding related party transactions in the Culper Report.

---

[79] "Culper Research issues short report on CleanSpark, calls stock 'uninvestible,'" *The Fly on the Wall*, January 14, 2021 ("Culper Research issued a report it which the firm states it is short CleanSpark, which it accuses of being 'an insider enrichment scheme which, at every turn of its promotion, has vastly overstated or simply fabricated key elements of its business, including purported customers and contracts.' The firm believes 'CEO Zach Bradford and Chairman S. Matthew Schultz have habitually lied to investors and cannot be trusted, and CleanSpark stock is uninvestible,' Culper added."); "Why CleanSpark's Stock Is Trading Lower Today," *Benzinga*, January 14, 2021 ("CleanSpark Inc (NASDAQ: CLSK) shares are trading lower Thursday following a short report from Culper Research. The report claims 'CleanSpark has habitually lied about its supposed customers and contracts, many of which we've found simply do not exist.'").  I note that neither of these articles commented on the ATL-related claims in the Culper Report.

[80] The Culper Report discusses claims about related-party transactions involving a contract with LAWCLERK and the acquisition of p2k.  *See* Culper Report, p. 3; **Exhibit 2**.

[81] Bozanic Merits Report, ¶ 95.

[82] Bozanic Merits Report, ¶ 95.

[83] Bozanic Merits Report, ¶ 95.

[84] For example, Cheung et al. (2006) find that firms announcing related party transactions "earn significant negative excess returns."  *See* Yan-Leung Cheung et al., "Tunneling, Propping, and Expropriation: Evidence from Connected Party Transactions in Hong Kong," *Journal of Financial Economics* 82, 2006, pp. 343–386 at p. 343. Similarly, Lei and Song (2011) conclude that certain related party transactions "could signal firms' corporate-governance quality, as investors substantially discount firms that undertake potentially expropriating transactions."  *See* Adrian C.H. Lei and Frank M. Song, "Connected Transactions and Firm Value: Evidence from China-Affiliated Companies," *Pacific-Basin Finance Journal* 19, no. 5, 2011, pp. 470–490 at p. 470.

53.    Dr. Bozanic also arbitrarily dismisses claims about executive compensation in the Culper Report, stating, without basis, that "executive compensation is unlikely to be as material to investors as overstating revenues and/or understating expenses."[85]  Dr. Bozanic provides no explanation for effectively ignoring the academic literature that suggests that executive compensation, and allegations of excessive executive compensation, may be value-relevant to investors.[86]  Dr. Bozanic therefore also fails to reliably rule out any negative price impact of this information.

54.    Fourth, even if the order in which Culper Research's claims about CleanSpark were discussed in the Culper Report and subsequent tweets somehow reflected the relative value-relevance of those claims,[87] which Dr. Bozanic fails to establish, it still would not follow that claims discussed later in the Culper Report or claims that were not repeated in the Culper Research tweets did not convey any value-relevant information to investors.  In other words, Dr. Bozanic fails to reliably rule out any negative price impact of claims in the Culper Report that were not mentioned in the subsequent tweets, including:

    a.  Claims that CleanSpark's promotion as a clean energy software were inconsistent with the low margins reported, which suggested that CleanSpark was not a software company but more of a commodity hardware company.[88]

    b.  Claims that "[d]espite management protestations that the Company will not further dilute shareholders… over the past 5 years, share count has exploded over 8.5x."[89]

    c.  Claims of prior business failures and questionable relationships by CleanSpark's CEO, Chairman, auditor, and investor relations contact.[90]

---

[85] Bozanic Merits Report, ¶ 96.

[86] For example, Core et al. (1999) note that, "Overall, our results suggest that firms with weaker governance structures have greater agency problems; that CEOs at firms with greater agency problems receive greater compensation; and that firms with greater agency problems perform worse."  *See* John E. Core et al., "Corporate Governance, Chief Executive Officer Compensation, and Firm Performance," *Journal of Financial Economics* 51, no. 3, 1999, pp. 371–406 at p. 371.  Carter et al. (2016) note that "[c]orporate governance is widely recognized to have an important impact on firm performance" and find that "abnormally high CEO pay predicts worse future firm performance."  *See* Mary Ellen Carter et al., "Excess Pay and Deficient Performance," *Review of Financial Economics* 30, September 2016, pp. 1–10.

[87] I note that in Culper Research's January 14, 2021 Twitter thread, the only ATL-related claim appears in ninth place, below other topics such as claims about fabricated customers and clients (a general discussion in second place, claims about the Valle Divino project in third place, claims about the Shoreline project in fourth place, claims about the Green Dragon project in fifth place, and claims about fabricated customers at p2K in eighth place) and claims about related party transactions (sixth and seventh places).  *See* **Exhibit 2**.

[88] Culper Report, pp. 14–15.

[89] Culper Report, p. 3.

[90] Culper Report, pp. 3–4.  *See also* Culper Report, pp. 15–20.

55.     I also note that Dr. Bozanic fails to address the possibility that the very existence of a short-seller report targeting CleanSpark, the news that Culper Research was taking a short position in the stock, or that Culper Research's opinion that CleanSpark common stock was "worthless" could have negatively impacted CleanSpark's stock price, regardless of the reasons provided by Culper Research to support its opinion.[91]   Based on my review, public press articles noted the publication of the Culper Report.   For example:

    a.   On January 14, 2021, *Benzinga* published an article titled "Why CleanSpark's Stock Is Trading Lower Today" that began by noting that CleanSpark's "shares are trading lower Thursday following a short report from Culper Research."[92]

    b.   On January 14, 2021, *The Fly on the Wall* published an article commenting on the publication of the Culper Report stating that Culper Research stated it had taken a short position in the stock, and that Culper Research called the stock "uninvestible."[93]

Dr. Bozanic has not reliably ruled out any negative price impact of the Culper Report itself or of Culper Research's negative opinions regarding CleanSpark.

**(3)     Dr. Bozanic Fails to Consistently Apply His Unreliable Approach to the Information that He Deems to Be Corrective**

56.     Dr. Bozanic also fails to establish that, under his own criteria for determining value-relevance, what he deems to be corrective information on January 14–15, 2021, would be value-relevant to investors.   For example, certain information in the Culper Report related to ATL identified by Dr. Bozanic as being "corrective" was not mentioned in both sets of Culper Research tweets (January 14 and January 15).   As shown in **Exhibit 2**, the discussion in the Culper Report around ATL's being previously known as Fastblock, ATL's bitcoin mining capacity and valuation relative to RIOT and Marathon, and Culper Research's opinion that CleanSpark's claims around the Green Dragon project were being recycled in its

---

[91] For example, Liu and Moss (2025) discuss the case of Farmland Partners Inc., which suffered a 40% decline in its stock price following a Seeking Alpha article by a short seller, despite refuting the claims in the article and eventually winning a case against the author.   *See* Betty Liu and Austin Moss, "The Role of Accounting Information in An Era of Fake News," *Journal of Accounting and Economics* 79, nos. 2–3, 2025.   *See also* Culper Report, p. 4.

[92] "Why CleanSpark's Stock Is Trading Lower Today," *Benzinga*, January 14, 2021.

[93] "Culper Research issues short report on CleanSpark, calls stock 'uninvestible,'" *The Fly on the Wall*, January 14, 2021.

discussion of ATL were not mentioned in both of the subsequent sets of tweets by Culper Research. In other words, these three ATL-related topics should have been dismissed as not value-relevant as they do not meet Dr. Bozanic's own criteria for determining value-relevance.[94]

57.    Dr. Bozanic also fails to explain how the lack of analyst commentary discussing the alleged corrective information conveyed in the Culper Report and the January 15 tweet by Culper Research supports his conclusion about the value-relevance of this information.[95] Based on my review and the information available to me, there were no analyst reports issued after the publication of the Culper Report reacting to the claims made by Culper Research. Indeed, I found that the first analyst report on CleanSpark following the January 14, 2021, Culper Report was published on February 9, 2021.[96] I reviewed all the available analyst reports issued during the Proposed Class Period, and I did not find any commentary about the alleged corrective information regarding ATL purportedly conveyed in the Culper Report and the subsequent tweets on January 14–15, 2021. The lack of analyst commentary does not support the argument that this information was new or value-relevant to investors. This is perhaps not surprising given that, as I explain in **Section VI.B.3** below, the Culper Report was based on publicly available information and there is some evidence suggesting that the information that ATL and Fastblock were linked, the information that Fastblock had been the target of a failed acquisition by Marathon, and the reasons for Marathon's decision to withdraw its offer to acquire Fastblock were publicly known before the publication of the Culper Report, which Dr. Bozanic's assessment of value-relevance overlooks.

---

[94] As I explain in **Section VI.B.3** below, Dr. Bozanic fails to establish that the remaining alleged corrective information in the Culper Report was new information on January 14, 2021.

[95] Dr. Bozanic states in the Bozanic Class Cert Report that "[a]nalysts help to disseminate new important company-specific information to investors." I agree with Dr. Bozanic on this point. Given the role of analysts, one might expect them to comment on new information that is value-relevant to investors, and the lack of analyst commentary about certain information may be indicative that the information is not new or value-relevant to investors. *See* Bozanic Class Cert Report, ¶ 33.

[96] A list of available analyst reports for CleanSpark, which was produced by Dr. Bozanic as support to the Bozanic Class Cert Report, shows that the first report issued after January 14, 2021, was a report by ValuEngine, Inc. on February 9, 2021. *See* Bozanic Class Cert Report Production ("2021.12.14-CLEANSPARK10B-List of Analyst Report for Purchase (Thomson Reuters) 2020 and 2021.pdf"); "Rating and Forecast Report: CLEANSPARK INC," *ValuEngine*, February 9, 2021.

> **b)**  **Dr. Bozanic's Conclusions Regarding the Culper Report's Claims Related to the Green Dragon Project Are Unsupported and Unreliable**

58.     Dr. Bozanic states that "the points that remain across tweets that investors would likely find value relevant" include "2 points re Green Dragon (tweet #5 in the original tweet thread; bullet #1 in the follow-up tweet)" and "2 points re the Valle Divino site (tweet #3 in the original tweet thread; bullet #2 in the follow-up tweet)."[97]  He further states that "it is reasonable to consider the information regarding Green Dragon and Valle Divino contained in the Culper Report as potentially confounding information that should be disaggregated from the price decline on January 14-15, 2021."[98]  With respect to the Green Dragon project, he purports to quantify the price impact of claims in the Culper Report about this project by assessing the stock price movement when news about the project was first disclosed (before the start of the Proposed Class Period).

59.     Dr. Bozanic's purported analysis of CleanSpark's stock price movements around news related to the Green Dragon project is arbitrary and unreliable and does not support his conclusion that "investors did not view the Green Dragon agreement as positively value relevant" and that "there is no stock price component attributable to the potentially confounding information in the Culper Report regarding Green Dragon that would need to be disaggregated from the price decline on January 14-15, 2021 following the release of the Culper Report."[99]  Specifically, Dr. Bozanic fails to establish that CleanSpark common stock traded in an efficient market on the earlier dates (before the Proposed Class Period) that he identifies for the Green Dragon project, before CleanSpark common stock was listed on Nasdaq.[100]  During this earlier period considered by Dr. Bozanic, CleanSpark common stock traded in over-the-counter ("OTC") markets, which are typically less liquid and more costly to trade in than public stock exchanges.[101]

---

[97] Bozanic Merits Report, ¶ 97.

[98] Bozanic Merits Report, ¶ 103.  Dr. Bozanic also states that he "assume[s] that news related to the Green Dragon and ILA / Valle Divino contracts as revealed by the Culper Report are unrelated to the alleged fraud, even though they may, if true, support an inference that CleanSpark's claims re the ATL Facility could be fraudulent."

[99] Bozanic Merits Report, ¶ 108.

[100] CleanSpark common stock was not listed on Nasdaq until January 24, 2020.  *See* CleanSpark Inc. Press Release, "CleanSpark Receives Nasdaq Listing Approval," January 22, 2020.

[101] For example, Ang et al. (2013) found that "Over-the-counter (OTC) stocks are far less liquid, disclose less information, and exhibit lower institutional holdings than do listed stocks.… OTC stocks [] trade much less frequently: the mean fraction of days with no trading in a month, PNT, is 0.55 for OTC stocks, compared with 0.20 for comparable-listed stocks.… Average OTC Spreads are quite high at 0.15 versus 0.08 for comparable-listed stocks."  *See* Andrew Ang et al., "Asset Pricing in the Dark: The Cross-Section of OTC Stocks," *The Review of Financial Studies* 26, no. 12, December 2013, pp. 2985–3028 at pp. 2985, 2999.

60.     As shown in **Exhibit 3**, an analysis of the price and volume data for the period from August 1, 2017, to April 5, 2018, reveals that trading of CleanSpark common stock during this period was extremely sparse, with trading occurring only on 18 out of the 171 trading days (or 10.5%) in this period; and, even on days when CleanSpark common stock traded, the trading volume was extremely small.[102]  Dr. Bozanic seems to ignore the sparse trading and instead makes assertions that do not adequately account for the low liquidity of CleanSpark common stock during this period.  For example, Dr. Bozanic states that "[i]n response" to news related to the Green Dragon project, CleanSpark's stock price "declined by 18.84%" on October 3, 2017.[103]  Dr. Bozanic does not mention, however, that the 18.84% price decline was not a close-to-close price movement over a single trading day.  Instead, the return is calculated over a period of roughly two months, from August 1, 2017 (the last prior day with any trading of CleanSpark stock) to October 3, 2017.  Without addressing the nature of all the information released over those two months or whether an 18.84% price movement over a two-month period was statistically significant, Dr. Bozanic fails to reliably establish it provides any indication of the value of the news related to the Green Dragon project on October 3, 2017.

61.     Similarly, Dr. Bozanic's assertion that "the stock price did not increase" on the other dates when there was discussion about the Green Dragon project (*i.e.,* January 16, 2018, March 9, 2018, and April 5, 2018) lacks crucial context because there was no trading of CleanSpark stock on any of these dates (*see* **Exhibit 3**).  Dr. Bozanic therefore fails to reliably establish that the lack of a stock price reaction provides any indication of the value of the news related to the Green Dragon project on these dates.

62.     Even if the purported price reactions cited by Dr. Bozanic somehow reflected the release of information on the dates he analyzes regarding the Green Dragon project, Dr. Bozanic fails to evaluate whether there was confounding information on those dates, undermining his conclusions regarding the purported lack of price impact of the Green Dragon-related information.  For example, based on my review, three out of the four dates identified by Dr. Bozanic as conveying information about the Green Dragon project correspond to dates when CleanSpark filed regulatory forms or correspondence with the Securities and Exchange Commission ("SEC"), containing information not only related to the

---

[102] CleanSpark's stock price and volume data for the period August 1, 2017, to April 5, 2018, was produced by Dr. Bozanic.  *See* Bozanic Merits Report Production ("BB Data.xlsx").
[103] Bozanic Merits Report, ¶ 108 (emphasis omitted).

Green Dragon project but also about various other aspects of CleanSpark's business and performance.[104]

63.     Dr. Bozanic also fails to rule out the possibility that claims about fabricated customers and contracts with respect to the Green Dragon project in the Culper Report had a negative effect on investors' perception of CleanSpark's corporate governance and internal controls, which the academic literature has found may be value-relevant to investors.[105]  In other words, by purporting to only assess the value of prior disclosures about the Green Dragon project, Dr. Bozanic fails to assess the potential reputational impact and price impact in January 2021 of the Culper Report's claims that Green Dragon was never a customer of CleanSpark.  Dr. Bozanic therefore fails to reliably rule out any negative price impact of the Culper Report's claims regarding Green Dragon.

### c)     Dr. Bozanic's Assessment of the Purported Price Impact of the Culper Report's Claims Regarding the Valle Divino Project Is Unsupported and Unreliable

64.     With respect to the Valle Divino project, Dr. Bozanic concludes "it is reasonable to consider" information regarding the topic contained in the Culper Report "as potential confounding information."[106]  He purports to quantify the price impact of the claims in the Culper Report about this project by analyzing whether subsequent disclosures of progress in the project on September 15, 2021, and October 19, 2021, were associated with stock price increases (*i.e.*, reversal of earlier declines).[107]  He finds that CleanSpark's stock price increased by 4.83% ($0.81 per share) on October 20, 2021, after controlling for market and industry effects and concludes that "the potentially confounding information in the Culper

---

[104] *See* CleanSpark Inc. Form 10-K for the fiscal quarter ended September 30, 2017, filed on January 16, 2018; CleanSpark Inc. Correspondence Letter, "Re: CleanSpark, Inc., Form 10-K for Fiscal Year Ended September 30, 2017, Filed January 16, 2018, File No. 0-53498," filed on March 9, 2018; CleanSpark Inc. Form 10-K/A for the fiscal year ended September 30, 2017, filed on April 5, 2018.

[105] For example, Karpoff et al. (2008) study the loss in market value following revelations of financial reporting violations, and they find that "[f]or each dollar that a firm misleadingly inflates its market value, on average, it loses this dollar when its misconduct is revealed, plus an additional $3.08. Of this additional loss, $0.36 is due to expected legal penalties and $2.71 is due to lost reputation."  Armour et al. (2017) also "find that reputational sanctions are large: Stock price reactions are on average nine times larger than the financial penalties" imposed by the United Kingdom's regulatory authorities.  *See* Jonathan M. Karpoff et al., "The Cost to Firms of Cooking the Books," *Journal of Financial and Quantitative Analysis* 43, no. 3, 2008, pp. 581–611 at p. 581; John Armour et al., "Regulatory Sanctions and Reputational Damage in Financial Markets," *Journal of Financial and Quantitative Analysis* 52, no. 4, 2017, pp. 1429–1448 at p. 1431.  *See also* Jonathan M. Karpoff and John R. Lott Jr., "The Reputational Penalty Firms Bear from Committing Criminal Fraud," *The Journal of Law and Economics* 36, no. 2, 1993, pp. 757–802 at p. 796 ("On average, alleged or actual corporate fraud announcements of stake holders or the government correspond to an economically and statistically significant loss in the accused firm's common stock market value.").

[106] Bozanic Merits Report, ¶ 103.

[107] Bozanic Merits Report, ¶¶ 103–107.

Report regarding the Valle Divino site amounted to $0.81 per share."[108]  As discussed below, however, Dr. Bozanic's assessment of the purported price impact of the Valle Divino claims in the Culper Report is unsupported and unreliable.

65.    As an initial matter, Dr. Bozanic fails to establish that CleanSpark's stock price movements on the particular dates he examines after the Proposed Class Period serve as a "reasonable proxy" for the price impact of claims about the Valle Divino project in the Culper Report seven months earlier, in January 2021.[109]  Dr. Bozanic does not specifically analyze the price impact of the Valle Divino-related claims on January 14 or 15, 2021, and he does not address any potential negative reputational impact of claims about fabricated customers and contracts regarding the Valle Divino project in the Culper Report.[110]

66.    Even if the purported price reactions cited by Dr. Bozanic somehow reflected the release of information on the dates he analyzes regarding the Valle Divino project, Dr. Bozanic fails to evaluate whether there was confounding information on those dates, undermining his assessment of the purported price impact of the Valle Divino project.

### 3.    Dr. Bozanic Fails to Establish What New Information Was Conveyed by the "Relevant Truth" Purportedly Revealed by the Culper Report and the January 15, 2021, Tweet

67.    Dr. Bozanic fails to establish what new information was conveyed by the "relevant truth" purportedly revealed by the January 14, 2021, Culper Report.  Culper Research states on both its website and the first page of the Culper Report that "all information" in the report "has been obtained from public sources."[111]  To the extent that the alleged corrective information conveyed by the Culper Report (if any) was obtained from public sources, Dr. Bozanic does not rule out the possibility that other market participants could have gathered, analyzed, and traded on the same publicly available information prior to January 14, 2021.  In other words, Dr. Bozanic does not establish that, if the market for CleanSpark stock were efficient (as he contends),[112] repetition in the Culper Report of factual information that was already publicly available would have negatively affected CleanSpark's stock price on January 14–15, 2021.

---

[108] Bozanic Merits Report, ¶ 107.

[109] Bozanic Merits Report, ¶ 107.

[110] As discussed above with respect to the Green Dragon project, the academic literature has found that information about corporate governance and internal controls may be value-relevant to investors.

[111] Culper Report, p. 1; "Disclaimer," *Culper Research*, available at https://culperresearch.com.

[112] Bozanic Merits Report, ¶ 29; Bozanic Class Cert Report, ¶ 3; Bozanic Class Cert Reply Report, ¶ 1.

68.     For example, Dr. Bozanic identifies the Culper Report's discussion of the ATL facility's corporate history and energy contracts as allegedly corrective.[113]  Specifically, Dr. Bozanic claims that the Culper Report questioned the financial viability of the ATL acquisition because, among other issues, another company called Marathon had previously withdrawn its offer to acquire ATL (then known as Fastblock).[114]  Dr. Bozanic fails to discuss evidence suggesting that it was publicly known that ATL was linked to Fastblock, that Fastblock had been a target of a failed acquisition by Marathon,[115] and that Marathon had decided to withdraw its offer citing the fact that Fastblock's subsidized power agreement was expiring in three years.[116]

69.     Dr. Bozanic also fails to establish what new information was conveyed in the January 15, 2021, tweet by Culper Research, which he acknowledges is largely a repetition of the information contained in the Culper Research tweets on January 14, 2021, noting:  "Of the eight enumerated points in the follow-up tweet on January 15, 2021, seven were points related to those in the original tweet thread."[117]  The eighth point in the January 15, 2021, tweet was related to Mr. Bradford serving as auditor of a cannabis penny stock,[118] which was

---

[113] Bozanic Merits Report, ¶ 80.  Dr. Bozanic also asserts that "the Culper Report provided additional new information to the market relating to Plaintiffs' alleged misrepresentations and omissions regarding CleanSpark's 'software technologies and trade secrets to maximize energy savings' and thus its purported ability to 'deliver high power reliability is expected to demonstrably increase profitability.'"  Specifically, Dr. Bozanic points to Culper Research's opinion that the "yet-to-be-constructed microgrid at ATL ring reminiscent of its short-lived foray into marijuana, when the Company also claimed to provide tremendous value to a cannabis operator, Green Dragon," and that "CleanSpark's Green Dragon claims were bold-faced-lies that have merely been recycled for ATL."  See Bozanic Merits Report, ¶ 81 (emphasis omitted).  Dr. Bozanic also asserts that "the Culper Report provided new information to the market relating to Plaintiffs' alleged misrepresentations and omissions regarding ATL's expected profitability and thus overall market value."  Specifically, Dr. Bozanic points to discussion in the Culper Report comparing ATL's bitcoin mining capacity and valuation with those of RIOT Blockchain and Marathon.  See Bozanic Merits Report, ¶ 82.  As shown in **Exhibit 2**, these ATL-related claims in the Culper Report were not discussed in Culper Research's January 14, 2021, Twitter thread or the follow-up tweet on January 15, 2021.  Under Dr. Bozanic's own assessment that information that is not repeated across multiple tweets is somehow not value-relevant to investors, these ATL-related claims would not meet Dr. Bozanic's criteria for value-relevance.

[114] Bozanic Merits Report, ¶ 80, citing to the Culper Report ("'In August 2020, miner Marathon Patent Group announced its intention to acquire ATL, then known as Fastblock Mining. ***Marathon abandoned the acquisition in September 2020, after stating that it was "not economically feasible" to buy the asset due to its soon-expiring power agreement.*** In our view, this suggests that CleanSpark has simply rebranded an otherwise failed, podunk operation in service of a gutless promotion attempt.'" (emphasis in original)).

[115] A YouTube channel, referenced in the Culper Report which appears to have had more than 17 thousand subscribers before the Culper Report was published, released a video on December 12, 2020, two days after the start of the Proposed Class Period, asserting that ATL was formerly known as Fastblock Mining, and that "back in August [Fastblock Mining was] actually set to be acquired by Marathon."  See "Huge CleanSpark Acquisition News! (CLSK Stock)," *RexFinance YouTube Channel*, December 12, 2020, available at https://www.youtube.com/watch?v=v-jE0Ni2s3E, 5:56–6:12; Culper Report, p. 19.  *See also*, Rex Finance YouTube Channel as of December 5, 2020, available at https://web.archive.org/web/20201205111411/https://www.youtube.com/channel/UC67nITyfMJ7Rk1_3udd2qeg.

[116] Marathon Patent Group, Inc. Press Release, "Marathon Patent Group Withdraws Offer to Acquire Fastblock Mining; Companies Unable to Reach Long-Term Power Agreement at Acceptable Rates," September 17, 2020.

[117] Bozanic Merits Report, ¶ 92.

[118] Bozanic Merits Report, ¶ 93.

also mentioned in the January 14, 2021, Culper Report.[119]  Given Dr. Bozanic's assertion that CleanSpark common stock traded in an efficient market, one would expect CleanSpark's stock price to quickly incorporate the January 14, 2021, information.  Dr. Bozanic does not establish that there was new, corrective information conveyed by the January 15, 2021, Culper Research tweet that had a negative impact on CleanSpark's stock price on January 15, 2021.[120]

### C.     Dr. Bozanic Fails to Establish that the Alleged Misrepresentations Caused Investor Losses on February 12, 2021

70.     Dr. Bozanic identifies a February 12, 2021, CleanSpark press release discussing the Company's quarterly financials as an alleged corrective disclosure that "partially dissipated artificial inflation" from CleanSpark's stock price.[121]  Dr. Bozanic asserts that the press release, published at 9:25 AM ET on February 12, 2021, "disclosed that the ATL Facility's expansion project would not be completed until mid-year 2021 instead of April 2021."[122]

71.     Based on his event study analysis, Dr. Bozanic claims that CleanSpark's abnormal stock price decline on February 12, 2021, ($1.68 per share) was "statistically significant at the 57.2% level."[123]  Dr. Bozanic also compounds the abnormal returns he calculates for February 12, 2021, and August 17, 2021, and asserts that "the cumulative abnormal return for the two expansion delays is statistically significant at the 94.5% confidence level."[124]

72.     Dr. Bozanic purports to evaluate whether there was any other news besides the alleged corrective information that could explain CleanSpark's stock price decline on February 12, 2021.[125]  Based on his purported assessment of CleanSpark's earnings announcement for the fiscal quarter ended December 31, 2020 ("1Q 2021"),[126] Dr. Bozanic "attribute[s] the full abnormal dollar decline to the [alleged] corrective information released on February 12, 2021 and estimate[s] that $1.68 of artificial inflation per share was dissipated from CleanSpark's Common Stock" on this day.[127]

---

[119] Culper Report, p. 3.
[120] Bozanic Merits Report, ¶ 29; Bozanic Class Cert Report, ¶¶ 21, 47.  *See also* Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417; Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46, no. 5, 1991, pp. 1575–1617.
[121] Bozanic Merits Report, ¶¶ 16, 110.
[122] Bozanic Merits Report, ¶ 16.
[123] Bozanic Merits Report, ¶ 117.
[124] Bozanic Merits Report, ¶ 117.
[125] Bozanic Merits Report, ¶ 120.
[126] Bozanic Merits Report, ¶¶ 120–126.
[127] Bozanic Merits Report, ¶ 128.

73.    As I discuss in this section, Dr. Bozanic's approach suffers from several critical flaws, and he fails to establish that the alleged misrepresentations caused losses on February 12, 2021.  Specifically:

    a.  Dr. Bozanic fails to establish the statistical significance of CleanSpark's price movement on February 12, 2021.

    b.  Dr. Bozanic's conclusion that the alleged corrective information is "new" on February 12, 2021, is arbitrary and inconsistent with his assessment of purported value-relevance.

    c.  Dr. Bozanic's assessment of the purported value-relevance of CleanSpark's February 12, 2021, earnings announcement is flawed and does not support his conclusion.

### 1.    Dr. Bozanic Fails to Establish the Statistical Significance of CleanSpark's Price Movement on February 12, 2021

74.    As I explained in **Section VI.A** above, Dr. Bozanic's conclusion that the abnormal stock price decline on February 12, 2021, is statistically significant is inconsistent with standard practice in academic research in finance and economics and with Dr. Bozanic's own testimony in this case.  A 95% confidence level is typically used in academic research.  Dr. Bozanic also testified at deposition that a "reasonable and conventionally used statistical cutoff" is a p-value of 0.05 (5% or a confidence level of 95%).[128]  The significance level of the abnormal return calculated by Dr. Bozanic for February 12, 2021, does not meet this threshold.[129]  At his deposition, Dr. Bozanic also conceded that the abnormal price movement he calculated on February 12, 2021, was not statistically significant based on this threshold.[130]

75.    Dr. Bozanic also calculates the cumulative abnormal return over February 12, 2021, and August 17, 2021, two dates with stock price declines that he contends were due to allegedly corrective information "related to the delayed expansion timeline."[131]  Dr. Bozanic finds that the cumulative abnormal return across these two dates is statistically significant at

---

[128] Bozanic Deposition, 143:16–144:5.
[129] Bozanic Merits Report Exhibit 3 reports the confidence level of the abnormal return for February 12, 2021, as 57.2%.
[130] Bozanic Deposition, 157:22–158:6.
[131] Bozanic Merits Report, ¶ 118.

the 94.5% level.[132]  Dr. Bozanic's use of a multi-day price decline over two dates that are more than six months apart is arbitrary and unsupported.

76.     As an initial matter, the confidence level for the cumulative abnormal return over February 12, 2021, and August 17, 2021, still falls below the standard 95% confidence level threshold.  Moreover, Dr. Bozanic fails to adequately justify his arbitrary selection of the two dates he includes in his assessment of multi-day price movements.  Specifically, Dr. Bozanic computes a cumulative abnormal return of -16.0% with a confidence level of 94.5% based on his assessment of abnormal returns on February 12, 2021, and August 17, 2021.[133]  Dr. Bozanic fails to justify, however, his exclusion of March 2, 2021, and July 14, 2021, as dates with updates on the ATL expansion timeline, given his assertion that "on March 2, 2021, the Company issued press release with another update for investors on the expansion timeline,"[134] and that  "[o]n July 14, 2021, Defendant Bradford… provided another update on the expansion timeline."[135]  Had Dr. Bozanic included the abnormal returns associated with these two additional dates, he would have calculated a cumulative abnormal return of -10.8% across the four "expansion timeline" dates he identifies, with a confidence level of 63.5% (*see* **Exhibit 4**), below the standard 95% confidence level threshold for statistical significance.  Indeed, had Dr. Bozanic also included January 6, 2021, another date following a statement on the capacity expansion timeline discussed by Dr. Bozanic,[136] he would have calculated a *positive* cumulative abnormal return across these five dates (January 6, 2021, February 12, 2021, March 2, 2021, July 14, 2021, and August 17, 2021).[137]  As shown in **Exhibit 4**, of the 26 possible combinations of at least two dates from the five dates discussed above, the cumulative abnormal return across February 12, 2021, and August 17, 2021, cited

---

[132] Dr. Bozanic calculates the cumulative abnormal return for these two dates by compounding the one-day abnormal returns.  Bozanic Merits Report, Exhibit 4.

[133] Bozanic Merits Report, Exhibit 4.

[134] Bozanic Merits Report, ¶ 45.

[135] Bozanic Merits Report, ¶ 47.

[136] Dr. Bozanic asserts that CleanSpark's CEO participated in an after-market hours interview with TDA Network, where he stated that "**[w]e're expanding the [ATL] facility from 20MW up to 50 MW. We expect that that'll be done <u>late spring / early July</u>**."  *See* Bozanic Merits Report, ¶¶ 130, 134 (emphasis in original).

[137] The 12.2% cumulative abnormal return is not statistically significant at the 95% level.  Dr. Bozanic also cites statements by CleanSpark on January 5, 2021, and March 26, 2021, which arguably can be considered updates on the ATL expansion timeline.  Dr. Bozanic asserts that in a press release on January 5, 2021, CleanSpark's CEO "provided an expansion update: '**We anticipate completion of our near-term expansion** within the coming weeks adding 1,500 more ASICs miners in January.'"  *See* Bozanic Merits Report, ¶ 133 (emphasis in original).  Dr. Bozanic also cites a March 26, 2021, statement by CleanSpark "**as previously announced, it intends to reach between 1.0 and 1.3 EH/s <u>by the end of summer, 2021</u>**.'"  *See* Bozanic Merits Report, Appendix C (emphasis in original).  Had Dr. Bozanic also incorporated these two dates, he would have calculated a positive cumulative abnormal return of 10.4% across the seven dates (January 5, 2021, January 6, 2021, February 12, 2021, March 2, 2021, March 26, 2021, July 14, 2021, and August 17, 2021), with a confidence level of 43.4%, below the standard 95% confidence level threshold for statistical significance.  *See* **Appendix D**.

by Dr. Bozanic has the highest confidence level, albeit still below the standard 95% confidence level threshold for statistical significance.  Further, as also shown in **Exhibit 4**, of the 26 combinations, more than one half yield a positive cumulative abnormal return, none of them yields a negative cumulative abnormal return that is statistically significant at the 95% level, and only three combinations yield a negative cumulative abnormal return that is statistically significant at the 90% level.

> ### 2. Dr. Bozanic's Conclusion that the Alleged Corrective Information is "New" on February 12, 2021, is Arbitrary and Inconsistent with his Assessment of Purported Value-Relevance

77.    According to Dr. Bozanic, the February 12, 2021, press release revealed that "the ATL Facility's expansion project would not be completed until **mid-year 2021** instead of April 2021."[138]  Although Dr. Bozanic identifies an interview after market hours on January 5, 2021, during which CleanSpark's CEO stated that the power expansion was expected to be completed by "**late spring / early July**,"[139] he asserts that the February 12, 2021, information "made it exceedingly clear to investors for the first time that CleanSpark would miss the April 2021 timeframe."[140]  As discussed below, Dr. Bozanic's purported explanation for ignoring the earlier timeline discussion on January 5, 2021, is arbitrary, unsupported, and inconsistent with his treatment of the alleged corrective information on February 12, 2021.

78.    As an initial matter, Dr. Bozanic fails to establish that the information regarding the ATL expansion project was new on February 12, 2021.  For example, he fails to substantiate his assertion that the "late spring / early July" timeline described on January 5, 2021, "could reasonably be interpreted as 'on schedule' [by April 2021] by investors."[141]  Further, Dr. Bozanic fails to establish that the "mid-year" timeline discussed on February 12, 2021, was substantively different than the "late spring / early July" timeline discuss on January 5, 2021.  To the extent that the information regarding the ATL power capacity expansion was not new information on February 12, 2021, and given his contention that CleanSpark stock

---

[138] Bozanic Merits Report, ¶ 16 (emphasis added).
[139] Bozanic Merits Report, ¶¶ 129–137 (emphasis in original).
[140] Bozanic Merits Report, ¶ 137 (emphasis omitted).
[141] Bozanic Merits Report, ¶ 134 (emphasis omitted).

traded in an efficient market, Dr. Bozanic fails to establish any negative price impact from the repetition of information regarding the ATL project timeline on February 12, 2021.[142]

79.    Moreover, Dr. Bozanic also fails to apply consistent criteria to assess the value relevance of the timeline expansion statements made on January 5, 2021, and February 12, 2021.  For example, Dr. Bozanic dismisses the "late spring / early July" timeline based in part, on "a review of news articles and analyst reports in the week following" the January 5, 2021, interview, which he claims "reveals no mention of an expansion delay."[143]  Dr. Bozanic similarly identifies "no mention of an expansion delay" in analyst reports or the public press following the alleged corrective disclosure on February 12, 2021.  Dr. Bozanic fails to reconcile his conclusion that the alleged corrective information regarding the ATL expansion timeline was value-relevant on February 12, 2021, when he identifies no subsequent discussion in the public press or analyst reports, with his assertion that the information regarding the "late spring / early July" timeline on January 5, 2021, was not value-relevant due to the lack of subsequent discussion in the public press or analyst reports.

80.    With respect to the January 5, 2021, interview and a press release issued by CleanSpark on the same day, Dr. Bozanic also states, again without basis, that "[w]ith four months to go until delivering on its April 2021 energy and hashrate capacity increase promise, investors had little cause for concern at this stage, but rather continued optimism with respect to CleanSpark's revenue prospects."[144]  He provides no support for his assertion that investors had "little cause for concern" or "continued optimism," nor does he explain why any such "optimism" justifies disregarding the information regarding the ATL power capacity expansion timeline revealed on January 5, 2021.

### 3.    Dr. Bozanic's Assessment of the Purported Value-Relevance of CleanSpark's February 12, 2021, Earnings Announcement Is Flawed and Does Not Support His Conclusion

81.    Dr. Bozanic also purports to analyze "other value relevant information regarding the Company that could explain the observed stock price decline" on February 12, 2021,[145] and concludes that he "find[s] no economic evidence of information unrelated to the Complaint's

---

[142] Bozanic Merits Report, ¶ 29; Bozanic Class Cert Report, ¶¶ 21, 47.  *See also* Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417; Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46, no. 5, 1991, pp. 1575–1617.
[143] Bozanic Merits Report, ¶ 135.
[144] Bozanic Merits Report, ¶¶ 133, 135.
[145] Bozanic Merits Report, ¶ 120.

claims that needs to be disaggregated from the price decline on February 12, 2021."[146]  As discussed below, Dr. Bozanic fails to reliably rule out any negative price impact of potentially confounding information, such as CleanSpark's February 12, 2021, disclosure of financial metrics such as earnings (or losses) per share and revenue for the fiscal quarter 1Q 2021 or the increase in the Company's 1Q 2021 expenses.

82.     For example, Dr. Bozanic states that "CleanSpark's quarterly earnings (actual loss of $0.32 cents per share vs. loss of $0.12 cents expected) and revenue (actual revenue of $2.26 million vs. $2.83 expected) results were below analyst expectations – expectations that included anticipated revenue growth from the ATL Facility."[147]  Despite acknowledging CleanSpark's lower-than-expected revenues and higher-than-expected losses, Dr. Bozanic fails to reliably rule out any associated negative price impact of this information on February 12, 2021.

83.     With respect to his statement that CleanSpark's results were below analyst expectations "that included anticipated revenue growth from the ATL Facility,"[148] it is not clear whether Dr. Bozanic attributes the lower-than-expected revenues and higher-than-expected losses for 1Q 2021 to the alleged misrepresentations.  To the extent that Dr. Bozanic does attribute these results to the alleged misrepresentations, he fails to establish that CleanSpark's financial results for the fiscal quarter 1Q 2021 were meaningfully affected by the new bitcoin mining segment, which had only existed for 21 days of 1Q 2021, let alone by the purported slippage in the timeline of the ATL facility power expansion from April 2021 to mid-year 2021.  Indeed, Dr. Bozanic cites no analyst commentary or public press linking CleanSpark's financial results to the expansion timeline, and, based on my review, I have also found no such commentary.

84.     Further, Dr. Bozanic has not established that CleanSpark's lower-than-expected revenues were attributable to the Company's Digital Currency Mining business segment. Based on my review, I have only found one securities analyst (H.C. Wainwright & Co.) that provided estimates for CleanSpark's 1Q 2021 revenues prior to the Company's earnings announcement.[149]  While CleanSpark's reported revenues for 1Q 2021 were $2.26 million,

---

[146] Bozanic Merits Report, ¶ 128.
[147] Bozanic Merits Report, ¶ 125 (emphasis omitted).
[148] Bozanic Merits Report, ¶ 125 (emphasis omitted).
[149] "Set Up for Continued Strength in FY2021; F4Q20 Results Update," *H.C. Wainwright & Co. Equity Research*, December 21, 2020, p. 2.

approximately $0.57 million below the H.C. Wainwright & Co. estimates,[150] my review indicates that CleanSpark's bitcoin mining exceeded the analyst's estimates. Specifically, CleanSpark had already disclosed on January 5, 2021, that it had produced over 31 bitcoins for 1Q 2021,[151] or approximately 1.4 bitcoins per day on average from December 10, 2020, to December 31, 2020, exceeding H.C. Wainwright & Co.'s estimate of 1.25 bitcoins per day.[152] Dr. Bozanic fails to address this issue and fails to reliably rule out any negative price impact from lower-than-expected 1Q 2021 revenues that were attributable to CleanSpark's *other* business segments.

85.    CleanSpark also disclosed on February 12, 2021, that "[w]e recorded a net loss of $7,167,530 for the three months ended December 31, 2020… mainly due to increase in payroll expenses [of $3.3 million], general and administrative expenses [of $1.0 million], and depreciation and amortization expenses [of $1.1 million]."[153] Without any reliable basis, Dr. Bozanic asserts that, "unlike revenue growth, the increase in operating expenses was not economically material to investor expectations regarding Company profitability and value."[154]

86.    Dr. Bozanic cites as support for his conclusion the lack of analyst commentary and media articles connecting the increases in operating expenses to the observed stock price decline.[155] Dr. Bozanic, however, has also identified no public press or analyst commentary attributing the February 12 price decline (which, as noted earlier, is not statistically significant) to the capacity expansion timeline. Dr. Bozanic again fails to reconcile his conclusion that the alleged corrective information regarding the ATL expansion timeline was value-relevant on February 12, 2021, when he identifies no subsequent discussion in the public press or in analyst reports, with his assertion that the increase in operating expenses was not value-relevant due to the lack of subsequent discussion in the public press or analyst reports. Dr. Bozanic's arbitrary approach undermines his conclusion, and he fails to reliably rule out any negative price impact from CleanSpark's increased operating expenses disclosed on February 12, 2021.

---

[150] CleanSpark Inc. Press Release, "CleanSpark, Inc. Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," February 12, 2021; "Set Up for Continued Strength in FY2021; F4Q20 Results Update," *H.C. Wainwright & Co. Equity Research*, December 21, 2020, p. 2.

[151] CleanSpark Inc. Press Release, "CleanSpark Provides Bitcoin Mining Operation Update," January 5, 2021.

[152] "Bitcoin Mining Acquisition Drives Estimates Higher; Raising Price Target to $24.00," *H.C. Wainwright & Co. Equity Research*, December 11, 2020, p. 1.

[153] CleanSpark Inc. Form 10-Q for the quarterly period ended December 31, 2020, filed on February 11, 2021, p. 8.

[154] Bozanic Merits Report, ¶ 123.

[155] Bozanic Merits Report, ¶ 123.

       **D.**       **Dr. Bozanic Fails to Establish that the Alleged Misrepresentations Caused Investor Losses on August 17, 2021**

87.     Dr. Bozanic identifies a CleanSpark press release discussing its quarterly financials on August 17, 2021, as an alleged corrective disclosure event that "partially dissipated artificial inflation" from CleanSpark stock.[156]  Dr. Bozanic asserts that the press release, published at 9:39 AM ET on August 17, 2021, "disclosed that the ATL Facility's expansion project would not be completed until fall of 2021."[157]

88.     Based on his event study analysis, Dr. Bozanic claims that CleanSpark's abnormal stock price decline on August 17, 2021, ($1.50 per share) was "statistically significant at the 99.3% confidence level."[158]  He then purports to evaluate whether there was any other news besides the alleged corrective information that could explain CleanSpark's stock price decline on August 17, 2021.[159]  Based on his purported assessment of CleanSpark's earnings announcement for 3Q 2021,[160] Dr. Bozanic "attribute[s] the full abnormal dollar decline to the [alleged] corrective information released on August 17, 2021 and estimate[s] that $1.50 of artificial inflation per share was dissipated from CleanSpark's Common Stock" on this day.[161]

89.     As I discuss in this section, Dr. Bozanic's analysis suffers from several critical flaws, and he fails to establish that the alleged misrepresentations caused losses on August 17, 2021. Specifically:

     a.    Dr. Bozanic fails to establish what new information was conveyed by the "relevant truth" purportedly revealed by the August 17, 2021, press release; and

     b.    Dr. Bozanic's assessment of the purported value-relevance of CleanSpark's August 17, 2021, earnings announcement is flawed and does not support his conclusion.

---

[156] Bozanic Merits Report, ¶¶ 16, 138.
[157] Bozanic Merits Report, ¶¶ 16, 138.
[158] Bozanic Merits Report, ¶ 145.
[159] Bozanic Merits Report, ¶ 148.
[160] Bozanic Merits Report, ¶¶ 148–152.
[161] Bozanic Merits Report, ¶ 154.

**1.    Dr. Bozanic Fails to Establish What New Information Was Conveyed by the "Relevant Truth" Purportedly Revealed by the August 17, 2021, Press Release**

90.    With respect to CleanSpark's August 17, 2021, press release, Dr. Bozanic asserts that "information provided by CleanSpark regarding its revised timeline (*i.e.*, originally from the April 2021 timeline disclosed in its December 10, 2020, press release for the ATL Facility acquisition to 'mid-year' or 'mid-summer' in the its [sic] February 12, 2021 press release to now 'this fall') for energy and hashrate capacity was new information to the market."[162] Dr. Bozanic fails to establish what new information regarding the ATL capacity expansion timeline was conveyed by the August 17, 2021, press release, particularly given an earlier announcement by CleanSpark on July 14, 2021.  Specifically, on July 14, 2021, CleanSpark announced an agreement with Coinmint to deploy bitcoin miners at a facility operated by Coinmint in Massena, New York.[163]  The July 14, 2021, press release issued by CleanSpark conveyed information about the energy and hashrate capacity expansion at the ATL facility, including:

> Over the course of the **next three months**, we plan to redirect our shipments to the Coinmint facilities to maximize the contracted 25 MW of clean power. Once we have reached full allocated capacity under the Coinmint agreement, we will then direct shipments of the new units to our Atlanta facilities.

> The 30MW energy expansion of our wholly-owned facilities is progressing and will be **finalized in the coming months** to bring our Atlanta facilities to 50MW of total capacity. We intend to deploy miners to utilize the total available capacity in Atlanta with the units scheduled to arrive between **September 2021 and January 2022**.[164]

---

[162] Bozanic Merits Report, ¶ 140.
[163] CleanSpark Inc. Press Release, "CleanSpark Announces Agreement with ESG-Focused Crypto-Miner, Coinmint," July 14, 2021.
[164] CleanSpark Inc. Press Release, "CleanSpark Announces Agreement with ESG-Focused Crypto-Miner, Coinmint," July 14, 2021 (emphasis added).

Dr. Bozanic fails to establish what new information was conveyed by the "this fall" statement regarding the ATL expansion timeline in the August 17 press release, given the information above disclosed by the Company on July 14, 2021.[165]

**2.    Dr. Bozanic's Assessment of the Purported Value-Relevance of CleanSpark's August 17, 2021, Earnings Announcement Is Flawed and Does Not Support His Conclusion**

91.     Dr. Bozanic also purports to analyze "other value relevant information regarding the Company that could explain the observed stock price decline" on August 17, 2021,[166] and concludes that he "find[s] no economic evidence of information unrelated to the Complaint's claims that needs to be disaggregated from the price decline on August 17, 2021."[167]  As discussed below, Dr. Bozanic fails to reliably rule out any negative price impact of potentially confounding information, such as CleanSpark's revised revenue guidance for FY 2021, the Company's August 17, 2021, disclosure of financial metrics such as earnings (or losses) per share and revenue for fiscal quarter 3Q 2021, or the increase in its 3Q 2021 expenses.

92.     For example, Dr. Bozanic quotes a news article which states that "CleanSpark Inc reported a quarterly adjusted loss of 38 cents per share for the quarter ended in June. The mean expectation of two analysts for the quarter was for earnings of 7 cents per share.… Revenue rose 246.5% to $11.92 million from a year ago; analysts expected $15.20 million."[168]  Dr. Bozanic also cites to an analyst report by BTIG, which states that CleanSpark "narrowed guidance with FY21 revenue now expected at $49M-$63M (previously $47M-$67M) with the mid-point at $56M (down from $57M) versus Consensus of ~$52M."[169]  Despite acknowledging CleanSpark's lower-than-expected revenues, higher-than-expected losses, and the revision of CleanSpark's FY 2021 revenue guidance, Dr. Bozanic fails to

---

[165] I note that the July 14, 2021, press release was distributed over newswire, posted on CleanSpark's website, and filed as a Form 8-K with the SEC, all of which appear to be criteria Dr. Bozanic used to assess the value-relevance of the January 5, 2021, disclosures about the timeline expansion.  *See* CleanSpark Inc. Press Release as disseminated via PR Newswire, "CleanSpark Announces Agreement with ESG-Focused Crypto-Miner, Coinmint," July 14, 2021, available at https://www.prnewswire.com/news-releases/cleanspark-announces-agreement-with-esg-focused-crypto-miner-coinmint-301333316.html; CleanSpark Inc. Press Release as shown on CleanSpark's website, "CleanSpark Announces Agreement with ESG-Focused Crypto-Miner, Coinmint," July 14, 2021, available at https://investors.cleanspark.com/news/news-details/2021/CleanSpark-Announces-Agreement-with-ESG-Focused-Crypto-Miner-Coinmint-07-14-2021/default.aspx; CleanSpark Inc. Form 8-K, filed July 14, 2021; Bozanic Merits Report, ¶ 135.

[166] Bozanic Merits Report, ¶ 148.

[167] Bozanic Merits Report, ¶ 154.

[168] Bozanic Merits Report, ¶ 142 (emphasis omitted).

[169] Bozanic Merits Report, ¶ 143, citing to "Some Growing Pains, But Bitcoin Mining Ramp Underway Now and Later, Lowering PT to $35," *BTIG*, August 16, 2021.

reliably rule out any associated negative price impact of such information on August 17, 2021.

93.    It is not clear whether Dr. Bozanic attributes CleanSpark's lower-than-expected-revenues, higher-than expected losses, or revised revenue guidance disclosed on August 17, 2021, to the alleged misrepresentations.  To the extent that Dr. Bozanic does attribute these disclosures to the alleged misrepresentations, he fails to establish any connection between CleanSpark's financial results for the fiscal quarter 3Q 2021 or the revision of CleanSpark's FY 2021 revenue guidance and the alleged delays in the power capacity expansion at the ATL facility.  He also does not identify any analyst commentary or public press linking CleanSpark's financial results or guidance to the expansion timeline, and, based on my review, I have also found no such commentary.

94.    With respect to the FY 2021 revenue guidance, while Dr. Bozanic asserts that "analysts at BTIG noted that management had *lowered its revenue guidance expectations*"[170] and cites to an analyst report by BTIG to support his assertion.  The next two sentences, which Dr. Bozanic does not discuss, of the same BTIG report, describe an *increase* in CleanSpark's revenue guidance for the Digital Currency Mining segment to $38M–$48M (from $30M–$40M) and a decrease in the revenue guidance for the Energy segment to $9M–$12M (from $16–$20M).[171]

95.    CleanSpark's CFO discussed the decreased revenue guidance for its Energy segment in the Company's August 16, 2021, earnings call, stating:

> We are installing projects under our energy business as quickly as possible, but we believe it is prudent to reduce our overall revenue expectations for our Energy business to between $9 and $12 million dollars in fiscal 2021.… [W]e conservatively estimate that a portion of our backlog will not be installed until the first quarter of our next fiscal year.[172]

With respect to the increased revenue guidance for the Digital Currency Mining segment, CleanSpark's CFO stated that the Company "now expect[ed] to achieve between $38 and $48 million in Bitcoin mining revenues this year, which is an increase in expectations of

---

[170] Bozanic Merits Report, ¶ 143 (emphasis in original).
[171] "Some Growing Pains, But Bitcoin Mining Ramp Underway Now and Later, Lowering PT to $35," *BTIG*, August 16, 2021, p. 1.
[172] "Third Fiscal Quarter Financial Results Conference Call Transcript," *CleanSpark*, August 16, 2021, available at https://s203.q4cdn.com/737227956/files/doc_financials/2021/q3/FY2021Q3_Earnings_Call_Script.pdf.

approximately $8.0 million overall since our most recent guidance."[173]  CleanSpark's revised FY 2021 revenue guidance therefore seems to be driven, at least in part, by the lower guidance for its Energy segment, which I understand is not related to the alleged misrepresentations.  Dr. Bozanic fails to reliably rule out any negative price impact associated with the reduction in revenue guidance for CleanSpark's Energy segment on August 17, 2021.

96.      Dr. Bozanic's ad hoc assessment of value-relevance also appears to ignore that CleanSpark identified high expenses as the primary driver of its reported losses for 3Q 2021. For example, in its Form 10-Q for 3Q 2021 (filed after-market hours on August 16, 2021), CleanSpark announced "a net loss of $16,677,127 for the three months ended June 30, 2021… mainly due to an increase in payroll expenses [of $11.8 million], impairment losses [of $3.7 million] and unrealized losses on equity and derivative securities [of $2.1 million]."[174]  Based on my review, Water Tower Research commented on higher payroll expenses being the main driver of CleanSpark's net losses.[175]

97.      Dr. Bozanic, however, claims that "increase in operating expenses was not economically material to investor expectations," citing the lack of analyst commentary and media articles connecting the increases in operating expenses to the observed stock price decline as support for his assertion.[176]  Dr. Bozanic, however, has also identified no public press or analyst commentary attributing the August 17, 2021, price decline to the capacity expansion timeline.  Dr. Bozanic fails to reconcile his conclusion that the alleged corrective information regarding the ATL expansion timeline was value-relevant on August 17, 2021— when he identifies no subsequent discussion of that information contributing to the price decline in the public press or analyst reports—with his assertion that the increase in operating expenses was not value-relevant due to the lack of subsequent discussion of its contribution to the price decline in the public press or analyst reports.  Dr. Bozanic's arbitrary approach

---

[173] "Third Fiscal Quarter Financial Results Conference Call Transcript," *CleanSpark*, August 16, 2021, available at https://s203.q4cdn.com/737227956/files/doc_financials/2021/q3/FY2021Q3_Earnings_Call_Script.pdf.
[174] CleanSpark 3Q 2021 10-Q, pp. F-2, 11.  *See also* Bozanic Merits Report, ¶ 151.  I understand that the impairment losses resulted from a revision in the value of CleanSpark's digital currency assets.  *See* CleanSpark 3Q 2021 10-Q, p. F-11.
[175] "3Q21 Results: +247% Revenue Growth Fueled by Bitcoin Mining; Management Raises FY21 Guidance," *Water Tower Research*, August 19, 2021, p. 1 ("Net income fell by -$8.1 million y/y to -$16.7 million, mainly driven by significantly higher payroll expenses related to non-recurring executive compensation. Professional fees saw an uptick from legal services to resolve outstanding litigation. D&A also increased as more equipment was used for data center and bitcoin mining applications. Marketing expenses drove higher G&A as well.").
[176] Bozanic Merits Report, ¶ 152.

undermines his conclusion, and he fails to reliably rule out any negative price impact from CleanSpark's increased operating expenses disclosed on August 17, 2021.

98.    Dr. Bozanic also fails to reliably address CleanSpark's lower-than-expected overall revenues of $11.92 million for 3Q 2021, which were approximately $3 million below analyst expectations.[177]  Based on my review, analysts commented on the Digital Currency Mining segment driving strong revenue growth, although CleanSpark's revenues overall were below expectations.[178]  For example, Water Tower Research stated that CleanSpark "delivered strong revenue growth fueled by bitcoin mining, but missed consensus estimates for the quarter."[179]  Dr. Bozanic fails to reliably rule out any negative price impact of lower-than-expected 3Q 2021 revenues that were attributable to CleanSpark's *other* business segments.

99.    Dr. Bozanic references an analyst report by BTIG apparently to suggest that this analyst lowered its price target for CleanSpark due to alleged corrective information disclosed August 17, 2021, stating:

> Analysts at BTIG further noted CleanSpark's hashrate capacity as of August 16, 2021 is "set to ramp up" since CleanSpark had not achieved the "0.9-1.4 EH/s" hashrate expected by April 2021 as stated in the December 10, 2021 ATL Acquisition announcement: "Bottom line: CLSK is *set to ramp its hash capacity from 820 PH/s*…". On this news, and with revenues and earnings coming in below consensus estimates, ***BTIG <u>lowered its price target</u> by 22%, from $45 to $35 per share***.[180]

100.    Based on my review, the BTIG report does not attribute the price target reduction to the alleged misrepresentations or to the alleged corrective information regarding the ATL expansion timeline, and Dr. Bozanic fails to make any such connection.  I also note that the BTIG report does not discuss CleanSpark's having not achieved the "'0.9-1.4 EH/s' hashrate expected by April 2021" noted by Dr. Bozanic.[181]  To the extent that BTIG's price target reduction was attributable to CleanSpark's lower-than-expected revenues, higher-than-

---

[177] Bozanic Merits Report, ¶ 143; "Some Growing Pains, But Bitcoin Mining Ramp Underway Now and Later, Lowering PT to $35," *BTIG*, August 16, 2021, p. 1.

[178] *See, e.g.*, "3Q21 Results: +247% Revenue Growth Fueled by Bitcoin Mining; Management Raises FY21 Guidance," *Water Tower Research*, August 19, 2021, p. 1; "Some Growing Pains, But Bitcoin Mining Ramp Underway Now and Later, Lowering PT to $35," *BTIG*, August 16, 2021, p. 1.

[179] "3Q21 Results: +247% Revenue Growth Fueled by Bitcoin Mining; Management Raises FY21 Guidance," *Water Tower Research*, August 19, 2021, p. 1.

[180] Bozanic Merits Report, ¶ 143 (emphasis in original).  I understand that EH/s (or exahash per second) and PH/s (or petahash per second) are unit measures of computational power of a blockchain network or bitcoin mining capacity in this context, and that 1 EH/s is equivalent to 1,000 PH/s.

[181] "Some Growing Pains, But Bitcoin Mining Ramp Underway Now and Later, Lowering PT to $35," *BTIG*, August 16, 2021; Bozanic Merits Report, ¶ 143.

expected losses, revised revenue guidance, or other non-allegation related information, Dr. Bozanic fails to reliably rule out any associated negative price impact of these factors on August 17, 2021.

## VII.    Dr. Bozanic's Assessment of Alleged Inflation and Damages Is Flawed and Unreliable

101.    As I discuss in **Section VI**, Dr. Bozanic's purported analysis and opinions regarding the losses caused by the alleged misrepresentations are flawed.  Given my understanding that recoverable damages must be causally linked to the alleged misrepresentations, Dr. Bozanic's failure to reliably establish that the alleged misrepresentations caused investor losses also undermines his approach to estimating damages (if any) in this matter.  In this section, I discuss additional shortcomings in Dr. Bozanic's per-share inflation approach and opinions.

### A.    Dr. Bozanic's "Constant Dollar" Approach to Calculating Inflation Fails to Address Plaintiff's Allegations and the Facts in This Case

102.    Dr. Bozanic purports to assess "Artificial Inflation per Share" using the "constant dollar" approach, under which "barring an intervening event that is related to the fraud (*i.e.*, a Corrective Disclosure Event), the inflation per share on day t-1 is the same as the inflation on day t."[182]  Dr. Bozanic's assessment of inflation begins with the abnormal price change following each alleged corrective disclosure event that he determines was attributable to the alleged "fraud."[183]  He then calculates inflation during the Proposed Class Period by back-casting, *i.e.*, he assumes that there is zero inflation in CleanSpark's stock price on the first trading day after the Proposed Class Period (*i.e.,* August 17, 2021) and then cumulates inflation going backwards in time to reflect the abnormal price change he assesses after each alleged corrective disclosure event.[184]  Under this approach, Dr. Bozanic calculates per-share inflation of $11.69 at the beginning of the Proposed Class Period, which declines following

---

[182] Bozanic Merits Report, ¶ 156–157, Table A.

[183] Bozanic Merits Report, ¶ 18.  Dr. Bozanic asserts that the out-of-pocket methodology is capable of addressing materialization of risks, such that if "any portion of a stock price decline following a corrective disclosure event is unrelated to Plaintiff's allegations, including the materialization of concealed risk, this portion can be disaggregated using the same techniques described in [the Bozanic Class Cert Report]."  S*ee* Bozanic Class Cert Reply Report, ¶ 45.  Based on my review, however, Dr. Bozanic has not addressed the issue of materialization of concealed risk in his assessment of loss causation or his quantification of inflation, nor has he conducted such disaggregation or even explained whether a risk has materialized through any of his alleged corrective disclosure events.

[184] Dr. Bozanic calculates changes in artificial inflation in January 14–15, 2021, as the sum of the abnormal returns on these two days minus $0.81, which Dr. Bozanic asserts is attributable to confounding information.  *See* Bozanic Merits Report, ¶¶ 107, 109.

each Alleged Corrective Disclosure Date until it drops to zero when the Proposed Class Period ends.[185]

103.    As an initial matter, I note that Dr. Bozanic's measure of inflation implies that, absent the alleged misrepresentations, CleanSpark's stock price on December 10, 2020, would have been $3.70 (rather than $15.39).  As shown in **Exhibit 5**, this corresponds to a price decline of $9.39 (or 71.7%) relative to the closing price on December 9 (the prior trading day).  In other words, Dr. Bozanic's inflation measure effectively implies that, upon the announcement of the acquisition of the ATL facility, absent the alleged misrepresentations, CleanSpark's market capitalization would have declined by approximately $205 million—more than seven times the total value of ATL implied by the December 10, 2020, transaction.[186]  Dr. Bozanic provides no justification for this implication of his proposed measure of artificial inflation.  Indeed, even if one were to assume that, absent the alleged misrepresentations, investors might have exercised greater caution regarding the value expected to be generated by the ATL acquisition, it does not logically follow—and Dr. Bozanic fails to establish—that investors would have completely discounted the total value of ATL (estimated at up to $26.3 million).  More importantly, Dr. Bozanic has not established that, absent the alleged misrepresentations, investors would have also substantially lowered their valuation of CleanSpark's *other* business segments (*i.e.*, Energy and Digital Agency) by approximately $179 million (or even more, if they did not fully discount the value of ATL).[187]

104.    In the remainder of this section, I describe various substantial changes affecting CleanSpark as a company and the bitcoin mining industry as a whole during the Proposed Class Period.  Dr. Bozanic fails to account for, let alone analyze, the economic impact of such changes on the value impact (if any) of the alleged misrepresentations, undermining his approach and his proposed measure of alleged artificial inflation during the Proposed Class Period.  Indeed, without offering any economic analysis to support his assertion, Dr. Bozanic states that he "find[s] no economic reason to believe that the financial impact of the

---

[185] Bozanic Merits Report, Section IX.A.

[186] CleanSpark agreed to issue 1.62 million shares of the Company valued at $19.4 million to the sellers, of which 642.3 thousand shares (valued at $7.7 million) were fully earned on the closing of the ATL acquisition, with the remaining shares held in escrow subject to the achievement of future milestones.  CleanSpark also assumed approximately $6.9 million in ATL's debt on hand at closing, for a total value of up to $26.3 million.  *See* CleanSpark Inc. Form 8-K, filed on December 10, 2020, p. 2.  The change in market capitalization is calculated as the difference between the CleanSpark's stock price on December 9, 2020, and the but-for price (implied by Dr. Bozanic's purported artificial inflation measure), multiplied by the 21.84 million shares outstanding prior to December 10, 2020.  *See* CleanSpark Inc. Form 424B5, filed on October 9, 2020, p. S-4.

[187] I understand that Plaintiff's allegations do not pertain to the CleanSpark's Energy and Digital Agency business segments.

misstatements and/or omissions would have been any different earlier in the [Proposed] Class Period and thus [he] find[s] no economic reason to deviate from the standard constant dollar methodology."[188]

### 1. Dr. Bozanic's Assessment of Inflation Fails to Account for Changes in CleanSpark's Economic Environment During the Proposed Class Period

#### a) Substantial Developments in the Bitcoin Mining Industry

105.    There were substantial developments in the bitcoin mining industry during the Proposed Class Period, including an increase in investor interest in bitcoin exposure, chip shortages partially due to the COVID-19 pandemic, and China's restriction on bitcoin and mining.[189]  Over the course of the Proposed Class Period, there was also substantial variation in bitcoin prices and network difficulty (*i.e.*, effort required to create new bitcoins).[190]  As discussed below, each of these factors would reasonably be expected to have an impact on the expected cash flows from bitcoin mining, but Dr. Bozanic fails to address the impact of any of these factors in his assessment of inflation.

106.    First, Dr. Bozanic's inflation measure ignores the substantial variation in bitcoin prices during the Proposed Class Period.[191]  For example, as shown in **Exhibit 6**, the price of bitcoin more than doubled from approximately $18,350 at the start of the Proposed Class Period on December 10, 2020, to approximately $37,250 immediately before the first alleged corrective disclosure event on January 14, 2021,[192] before reaching a then-all-time high of

---

[188] Bozanic Merits Report, ¶ 158.

[189] Karim Helmy and Brandon Bailey, "Bitcoin Mining 2021 End-of-Year," *Galaxy Digital Research*, January 12, 2022 ("Galaxy Digital Report (2022)"), pp. 4–7.

[190] **Exhibits 6–7**.  *See also* Alexander Neumueller et al., "Cambridge Digital Mining Industry Report: Global Operations, Sentiment, and Energy Use," *Cambridge Centre for Alternative Finance*, First Edition, April 28, 2025 ("Cambridge Report (2025)"), p. 122 ("In cryptoasset mining (e.g., Bitcoin), [network] difficulty is a parameter in [Proof-of-Work ('PoW')] consensus-based blockchain networks that measures how 'difficult' it is to find a valid block hash below the current target value. This difficulty value is usually expressed as a relative measure, indicating how much harder mining currently is compared to when the network launched (defined as difficulty 1). To illustrate the scale, Bitcoin's difficulty, which started at 1, currently requires around 110 trillion times more computational effort per block. The 'difficulty adjustment' is an automated process embedded in the protocol that modifies this difficulty level at regular intervals (e.g., every 2016 blocks in Bitcoin) to maintain a consistent average block creation time (e.g., 10 minutes) despite changes in total network hashrate.").

[191] Bitcoin miners earn rewards denominated in bitcoin, the value of which will depend on prevailing bitcoin prices.  *See* Cambridge Report (2025), p. 81 ("The revenue of mining firms is largely determined by external factors such as bitcoin price, block subsidy, and transaction fees.… Bitcoin miners derive revenue from two primary sources: the block subsidy and transaction fees, which together constitute the block reward. The block subsidy is the predetermined number of newly minted bitcoins awarded to the miner who successfully adds a new block to the blockchain. In contrast, transaction fees are collected from users who pay to have their transactions included in a block.").

[192] These prices are as of the close of market at 4:00 PM ET on December 10, 2020, and January 13, 2021, based on the data obtained from LSEG Workspace.

more than $60,000 in mid-April 2021.[193]  **Exhibit 6** also shows that bitcoin prices subsequently declined by over 50% to below $30,000 by July, after the Chinese Financial Stability and Development Committee ("FSDC") signalled a crackdown and imposed new restrictions on bitcoin mining and trading in May 2021, aiming to prevent and control financial risks, which led to a substantial reduction in network hashrate and a decline in bitcoin prices.[194]  Bitcoin prices then increased again by the end of the Proposed Class Period, to above $47,000 in August 2021.[195]  Dr. Bozanic fails to address the substantial variation in bitcoin prices, which contradicts his assessment that there was "no economic reason to believe that the financial impact of the misstatements and/or omissions would have been any different earlier in the [Proposed] Class Period,"[196] and undermines his proposed measure of artificial inflation during the Proposed Class Period.

107.    Bitcoin network difficulty was also volatile during the Proposed Class Period,[197] especially following China's crackdown on bitcoin mining.  For example, as shown in **Exhibit 7**, network difficulty increased from the start of the Proposed Class Period through May 2021, when China imposed new restrictions on bitcoin mining and trading.[198]  Bitcoin then underwent four consecutive downward difficulty adjustments from late May through

---

[193] LSEG Workspace.  Transaction fees are usually a relatively small component of total mining revenue, though they were unusually high during 2021.  This was also the year with the highest total mining revenue over the 2011–2024 period.  *See* Cambridge Report (2025), p. 81 ("[T]ransaction fees have historically represented a relatively small portion of the overall reward. This is readily apparent in [Figure 39(a)], where transaction fees remain relatively small compared to the block subsidy for most of the period shown. However, since 2017, periods of heightened network activity have led to occasional spikes in transaction fees"), p. 82 (Figures 39–40).

[194] LSEG Workspace; "China vows to crack down on bitcoin mining, trading activities," *Reuters*, May 21, 2021, available at https://www.reuters.com/technology/china-says-it-will-crack-down-bitcoin-mining-trading-activities-2021-05-21/; "Bitcoin, ethereum plunge; crypto market cap losses nearly $1 trillion," *Reuters*, May 19, 2021, available at https://www.reuters.com/technology/bitcoin-ethereum-plunge-crypto-market-cap-losses-nearly-1-trillion-2021-05-19/; "The (Flash) Crash of May 19, 2021," *Deribit Insights*, May 22, 2021, available at https://insights.deribit.com/exchange-updates/the-flash-crash-of-may-19-2021/; "China's ban forces some bitcoin miners to flee overseas, others sell out," *Reuters*, June 25, 2021, available at https://www.reuters.com/technology/chinas-ban-forces-some-bitcoin-miners-flee-overseas-others-sell-out-2021-06-25/; "Examining the Latest China Bitcoin Ban," May 25, 2021, *Galaxy Insights*, available at https://www.galaxy.com/insights/research/examining-the-latest-china-bitcoin-ban; "Latest in China's Crypto Crackdown," *Galaxy Insights*, June 23, 2021, available at https://www.galaxy.com/insights/research/latest-in-chinas-crypto-crackdown; Galaxy Digital Report (2022).

[195] LSEG Workspace.

[196] Bozanic Merits Report, ¶ 158.

[197] Network difficulty impacts mining profitability.  *See* Cambridge Report (2025), p. 95 ("Other major concerns identified include unexpected bitcoin price developments and mining difficulty adjustments, both of which have a direct and immediate impact on miners' profitability."), p. 113 ("[M]ining returns are highly sensitive to external factors, such as bitcoin price and network difficulty.").

[198] "China vows to crack down on bitcoin mining, trading activities," *Reuters*, May 21, 2021, available at https://www.reuters.com/technology/china-says-it-will-crack-down-bitcoin-mining-trading-activities-2021-05-21/.

mid-July, including a record 28% reduction on July 3, 2021.[199] Dr. Bozanic again fails to address the variation in network difficulty—which would impact the expected number of bitcoins that could be mined with the same additional bitcoin mining capacity—during the Proposed Class Period. He fails to establish that such variation would have no effect on the value implication (if any) of the alleged misrepresentations, undermining his proposed measure of artificial inflation.

108.    Dr. Bozanic also fails to address the impact of variation in expected revenue per unit of bitcoin mining capacity on purported inflation in CleanSpark's stock price over the Proposed Class Period. Consistent with variations in bitcoin price and network difficulty, "hashprice," a measure of expected revenue per unit of bitcoin mining capacity,[200] was also volatile during the Proposed Class Period (*see* **Exhibit 8**). Specifically, as shown in the exhibit, hashprice rose sharply at the beginning of the Proposed Class Period, declined after China's restrictions on bitcoin mining beginning in May 2021, and rebounded towards the end of the Proposed Class Period in August 2021. Dr. Bozanic does not assess how this volatility in hashprice affected expectations regarding future mining revenues and fails to establish that such volatility would have no effect on the value implication (if any) of the alleged misrepresentations, undermining his proposed measure of artificial inflation.

109.    Equity valuations are based on expectations of future cash flows.[201] Dr. Bozanic does not assess how changes in the bitcoin mining industry and the associated volatility in bitcoin price, network difficulty, or hashprice during the Proposed Class Period may have affected expectations of CleanSpark's future revenues from bitcoin mining (*e.g.*, expectations of future bitcoin prices and the expected number of mined bitcoins per unit of hashrate). Based on my review of securities analyst reports, these shifting expectations are reflected in

---

[199] Colin Harper and Ethan Vera, "Hashrate Index 2021 Year-End Report," *Luxor Technology*, 2022, p. 11; "Bitcoin Network Sees Fourth Straight Downward Difficulty Adjustment," *CoinDesk*, September 14, 2021, available at https://www.coindesk.com/markets/2021/07/19/bitcoin-network-sees-fourth-straight-downward-difficulty-adjustment. Bitcoin's difficulty adjustment is an automated process. *See* Cambridge Report (2025), p. 122 ("The 'difficulty adjustment' is an automated process embedded in the protocol that modifies this difficulty level at regular intervals (e.g., every 2016 blocks in Bitcoin) to maintain a consistent average block creation time (e.g., 10 minutes) despite changes in total network hashrate.").

[200] *See, e.g.*, Cambridge Report (2025), p. 88 ("Hashprice is a critical concept for understanding the evolution of miner revenue over time. It is the revenue, measured in U.S. dollars or native units, per unit of computational power per day. As the network hashrate increases – driven either by new miners joining the network or existing ones upgrading to more powerful hardware – the computational power required to solve the cryptographic challenge also rises. Consequently, revenue per unit of computing power, denominated in native tokens, diminishes. A rise in the bitcoin price can act as a counterbalancing force to this trend; ergo, hashprice in USD and native unit terms do not move in tandem. Overall, monitoring hashprice enables miners to swiftly evaluate the profitability of their operations and serves as a valuable metric for investment decisions.").

[201] Richard A. Brealey et al., *Principles of Corporate Finance*, Thirteenth Edition (McGraw-Hill Irwin, 2020), p. 95 ("Today's stock price reflects investor expectations about the earning power of the firm's current and future assets."), p. 321 ("[S]tock prices depend on investors' expectations of future earnings.").

analysts' commentary around CleanSpark's bitcoin mining revenue, including projections of future bitcoin prices and estimated productivity per unit of hashrate (*e.g.*, bitcoins/day per PH/s).[202]   Analyst commentary further indicates the importance of factors such as changes in total hashrate and network difficulty.  For example, after China's crackdown on bitcoin mining, a BTIG analyst report noted:

> The overall mining hash rate is an important consideration for miners, as the computing power over a two-week span resets the difficulty of each puzzle.… We note that… the total hash rate as of 6/1/2021 has rebounded.[203]

A July 15, 2021, BTIG report further noted:

> The global hash rate has trended lower over the last few months as Chinese BTC rigs have unplugged as the government cracks down on mining. As of the second week of July, the global hash rate had dropped to ~97M TH/s (from an avg. of ~161M TH/s in May). The collapse has dropped the difficulty rate to ~14.4M T (down from ~20.5M T in May). This means that the miners who are still plugged in are earning more BTC per day.[204]

110.    As the economic environment for bitcoin mining changed over the Proposed Class Period, analysts revised their bitcoin mining projections for CleanSpark.  For example, at the start of the Proposed Class Period, bitcoin revenue projections by H.C. Wainwright & Co. reflected an assumed "0.0065 bitcoins generated per day per PH/s of capacity" and "bitcoin prices of $17,500 during H1Q21 [sic] (lower than current prices of $18,000-plus)," with prices expected "to increase at approximately 6.5% annually from FY2021 to FY2030."[205] On February 16, 2021, H.C. Wainwright & Co. stated "[w]e are now revising our bitcoin price assumptions to approximately $30,000 during F2Q21 from $17,500 previously.… We are modelling for 1.0 EH/s mining capacity and around 6.0 bitcoins mined per day by the

---

[202] *See, e.g.*, "Bitcoin Mining Acquisition Drives Estimates Higher; Raising Price Target to $24.00," *H.C. Wainwright & Co. Equity Research*, December 11, 2020, p. 1 ("We are assuming a slightly more conservative 1.25 bitcoins per day generation, which implies 0.0065 bitcoins generate per day per PH/s of capacity.").
[203] "Introducing the BTIG Bitcoin Mining Matrix," *BTIG*, June 4, 2021, p. 2.  *See also* "With Chinese Miners Offline, the Race for Power Is On," *BTIG*, July 15, 2021, p. 3 ("In tangent with the global hash rate falling as the BTC price dropped, the difficulty has continued to readjust downwards this month, falling ~32%. With the last difficulty taking 13 minutes and 53 seconds per block, we saw a ~28% decrease to the current difficulty (~14.4M T), which we expect will drop another ~7%, to ~13.3M T, when the readjustment happens July 17th.").
[204] "With Chinese Miners Offline, the Race for Power Is On," *BTIG*, July 15, 2021, pp. 1–2 ("With the massive exodus of mining operations from China over the past month, we have seen a ~40% reduction in global network capacity from ~161M TH/s in May to ~97M TH/s in July. The crackdown in China that resulted in a downward difficulty adjustment and lower global network hash capacity has allowed many of the firms in our matrix to mine more cryptos efficiently.").
[205] "Bitcoin Mining Acquisition Drives Estimates Higher; Raising Price Target to $24.00," *H.C. Wainwright & Co. Equity Research*, December 11, 2020, p. 1.

December 2021 quarter,"[206] implying lower productivity (0.006 BTC/day per PH/s)[207] at a higher bitcoin price. H.C. Wainwright & Co. revised its projections for CleanSpark's bitcoin mining again on August 18, 2021, stating "the total hashrate installed at the end of FY2022 is expected to be 3.2-3.4EH/s, enough to produce 26-28BTC/day,"[208] which, consistent with lower network difficulty after China's crackdown on bitcoin mining, implies a higher productivity of 0.0081–0.0082 BTC/day per PH/s.[209] Despite the fact that securities analyst projections of CleanSpark's bitcoin mining revenues varied with changes in the economic environment, Dr. Bozanic does not address such changes. He thus fails to justify his assessment that there was "no economic reason to believe that the financial impact of the misstatements and/or omissions would have been any different earlier in the [Proposed] Class Period,"[210] undermining his proposed measure of artificial inflation during the Proposed Class Period.

### b)    Changes to CleanSpark's Business Model

111.    Dr. Bozanic's constant dollar inflation approach fails to account for CleanSpark's changing business model during the Proposed Class Period. As noted earlier, when CleanSpark announced its acquisition of ATL Data Centers, the acquisition was described as a "test case"[211] and a "full-scale demonstration facility to maximize energy efficiency and integrate renewables for power intensive applications such as high-density data centers and bitcoin mining."[212] At the time, an H.C. Wainright & Co. analyst report noted:

> We do not view this acquisition as a pivot away from the company's core
> efforts to expand its energy analytics and software offerings. Part of the
> rationale offered for this acquisition was to demonstrate and validate the suite
> of energy solutions the company can offer to manage a high energy intensity

---

[206] "Increasing PT to $50.00 on Upwards Revision From Bitcoin Contribution; F1Q21 Results Update," *H.C. Wainwright & Co. Equity Research*, February 16, 2021, p. 1

[207] This productivity figure is calculated as 6.0 bitcoins per day divided by 1,000 PH/s.

[208] "Poised for Significant Ramp in Hashrate During FY2022; F3Q21 Results Update," *H.C. Wainwright & Co. Equity Research*, August 18, 2021, p. 1. A precise estimate for bitcoin prices is not included in this report, which states: "Management indicated it is assuming price of $47,000/Bitcoin. Our revenue expectations for FY2021 are $44.7M, lower than the guided range as we are being more conservative in our view of Bitcoin prices."

[209] 0.0081 BTC/day per PH/s is calculated as 26 bitcoins per day divided by 3,200 PH/s (equivalent to 3.2 EH/s). 0.0082 BTC/day per PH/s is calculated as 28 bitcoins per day divided by 3,400 PH/s (equivalent to 3.4 EH/s).

[210] Bozanic Merits Report, ¶ 158.

[211] "Water Tower Research Virtual Conference," *Bloomberg*, December 10, 2020.

[212] CleanSpark Inc. Press Release, "CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center," December 10, 2020.

application, where keeping power consumption costs low can impact profitability in a significant manner.[213]

112. During the Proposed Class Period, I understand that CleanSpark worked to expand its bitcoin-mining operation beyond what had initially been announced at the time of the ATL acquisition in December 2020.[214] For example, on April 15, 2021, CleanSpark announced it had ordered more than 22,000 additional bitcoin mining servers, substantially more than needed to "quadruple" the 3,471 ASIC mining units CleanSpark had at the time of the ATL acquisition.[215] The Company stated that it expected the ordered miners to allow it to expand its bitcoin-mining capacity to 3.2 EH/s upon deployment—over two to three times the bitcoin mining capacity expectation announced at the time of the ATL transaction.[216]

113. This continued investment in expanding the Company's bitcoin mining operations was reflected in CleanSpark's shift in revenue composition, from concentrated in the Energy segment to the Digital Currency Mining segment during the Proposed Class Period.[217] In FY 2020, CleanSpark's Energy segment generated $9.02 million in revenue (or approximately 90% of CleanSpark's total revenue),[218] while in FY 2021, the Digital Currency Mining segment represented approximately 79% of CleanSpark's total revenues of $49.44 million.[219] As shown in **Exhibit 9**, the percentage of CleanSpark's total revenues represented by the Digital Currency Mining grew from 0% in the last quarter of FY 2020 to 84% in the last quarter of FY 2021. An analyst report noted that CleanSpark's "blended gross margins" were expected to vary "depending on revenue mix and contribution from Bitcoin."[220]

---

[213] "Bitcoin Mining Acquisition Drives Estimates Higher; Raising Price Target to $24.00," *H.C. Wainwright & Co. Equity Research*, December 11, 2020, p. 2.

[214] *See, e.g.*, CleanSpark Inc. Press Release, "CleanSpark Purchases 22,680 Additional Bitcoin Miners and Anticipates 3.2 EH/s Capacity After Deployment," April 15, 2021.

[215] CleanSpark Inc. Press Release, "CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center," December 10, 2020; CleanSpark Inc. Press Release, "CleanSpark Purchases 22,680 Additional Bitcoin Miners and Anticipates 3.2 EH/s Capacity After Deployment," April 15, 2021.

[216] CleanSpark Inc. Press Release, "CleanSpark Purchases 22,680 Additional Bitcoin Miners and Anticipates 3.2 EH/s Capacity After Deployment," April 15, 2021. At the time of the ATL acquisition, CleanSpark announced that it expected to achieve 0.9–1.4 EH/s. The updated expectation of 3.2 EH/s was more than two times the high-end of this range and more than three times the lower end of this range. *See* CleanSpark Inc. Press Release, "CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center," December 10, 2020.

[217] *See* **Section IV.A**.

[218] CleanSpark 2020 10-K, p. F-36. In FY 2020, CleanSpark also generated revenue from its Digital Agency Segment.

[219] CleanSpark 2021 10-K, p. F-6.

[220] "Outlook Strengthened on Planned Increase in Bitcoin Mining Capacity; Maintain Buy," *H.C. Wainwright & Co. Equity Research*, April 20, 2021, p. 1. *See also* "Poised for Significant Ramp in Hashrate During FY2022; F3Q21 Results Update," *H.C. Wainwright & Co. Equity Research*, August 18, 2021, p. 1 ("Gross margins were 67.7% compared to 81.1% in F2Q21 and 41.0% in F1Q21, mainly supported by Bitcoin contribution. We expect to see fluctuations in gross margins during the next few quarters based on revenue mix and Bitcoin prices.").

114.    Dr. Bozanic fails to assess the extent to which CleanSpark's changing business model during the Proposed Class Period affected CleanSpark's expected future cash flows or the risks of the cash flows from the Digital Currency Mining segment.  Accordingly, Dr. Bozanic fails to establish that the economic impact (if any) of the alleged misrepresentations would be unchanged throughout the Proposed Class Period, undermining his proposed measure of artificial inflation.

### B.    Dr. Bozanic Offers No Methodology Which a Finder of Fact Could Use to Alter or Adapt His Measures of Inflation

115.    Dr. Bozanic states that his damages methodology is "flexible and able to incorporate alternative findings regarding the quantification, as well as the timing, of artificial inflation and how it evolves over the [Proposed] Class Period" and "can be modified based on alternative findings the finder of fact may determine, including, but not limited to any: (1) confounding information versus corrective information; (2) how to back-cast inflation over the [Proposed] Class Period; and (3) the date of the first actionable misstatement and/or omission."[221]

116.    Dr. Bozanic's measure of inflation relies on a series of unreliable assumptions and fails to consider several complexities.[222]  This renders his measure of inflation unreliable and provides no guidance to the finder of the fact to compute better estimates.  Dr. Bozanic fails to provide any methodology that would allow the finder of fact to apply or adjust his proposed measure of artificial inflation.

117.    First, rather than offering a method to assess whether his "percentage of abnormal return that can be attributed to the release of corrective versus confounding information" is accurate, he leaves it to the jury to decide what percentage of abnormal returns should be attributed to corrective versus confounding information.[223]  To implement Dr. Bozanic's proposed measure of artificial inflation, any finder of the fact would presumably have to:

       a.    Identify all confounding information released on each relevant date;

       b.    Evaluate the price impact of each of those confounding pieces of information; and

---

[221] Bozanic Merits Report, ¶ 164.
[222] *See* **Sections VI–VII.A**.
[223] Bozanic Merits Report, ¶ 165.

    c.   Aggregate those effects to determine the total price impact of confounding information.

Dr. Bozanic offers no methodology or process that is consistent with academic research, that would enable the finder of fact to reliably estimate these effects and, if necessary, adjust his proposed measure of artificial inflation.

118.    Second, as I explained in **Section VII.A** above, Dr. Bozanic does not reliably establish that the amount of inflation remained constant between alleged corrective disclosure events, nor does he provide any methodology by which to determine how inflation may have changed between alleged corrective disclosure events.  Instead, Dr. Bozanic suggests that his measure of inflation can be adjusted if  "the jury determine that the true economic inflation evolved over the [Proposed] Class Period."[224]  For example, he suggests that "[i]f the jury determines that inflation was only half [of $11.69] from December 10, 2020 through December 14, 2020, then the inflation table… can be adjusted to $5.85 for that initial period (*i.e.*, 50% of $11.69)."[225]  Dr. Bozanic, however, does not offer any basis or guidance for reliably determining such a scaling factor or assessing the evolution of artificial inflation over time, given the substantial variation in the economic environment and business composition of CleanSpark during the Proposed Class Period.

             Executed this 12th of September, 2025

_____

        Mark Garmaise, Ph.D.

---

[224] Bozanic Merits Report, ¶ 166.
[225] Bozanic Merits Report, ¶ 166.

**EXHIBIT 1**

# Abnormal Returns Following Alleged Misrepresentations

| Date | Abnormal Return[1] | Confidence Level[2] |
|---|---|---|
| **Start of the Proposed Class Period** | | |
| 12/10/20 | 15.0% | 89.63% |
| | | |
| **Subsequent Alleged Misrepresentation Dates** | | |
| 12/31/20 | -1.7% | 16.39% |
| 1/5/21 | 0.2% | 2.14% |
| 2/12/21 | -5.7% | 57.22% |
| 2/18/21 | 27.5% | 99.98% |
| 3/2/21[3] | 7.1% | 67.23% |
| 3/26/21 | -1.9% | 22.08% |
| 4/15/21 | -4.8% | 54.60% |
| 5/7/21[4] | 1.8% | 21.89% |

Source:  Bozanic Merits Report, Appendix C; Bozanic Merits Report Production ("Price Impact Event Study_formatted.xlsx")
Note:
[1] Abnormal returns are obtained from Dr. Bozanic's backup materials.
[2] Confidence level is calculated as 100% minus the p-value obtained from Dr. Bozanic's backup materials.
[3] The alleged misrepresentation identified by Dr. Bozanic on 3/1/21 ocurred after market hours.
[4] The alleged misrepresentation identified by Dr. Bozanic on 5/6/21 ocurred after market hours.

**EXHIBIT 2**

# Topics Discussed in the Culper Report and Associated Tweets

| Topic | Discussed in the Culper Report? | Discussed in 1/14/21 Twitter Thread? | Discussed in 1/15/21 Tweet? | Order of Discussion in 1/14/21 Twitter Thread | Order of Discussion in 1/15/21 Tweet |
|---|---|---|---|---|---|
| *Topics Related to ATL Discussed by Dr. Bozanic* | | | | | |
| Discussion about the corporate history of ATL (Bozanic Merits Report, ¶ 80; Culper Report, pp. 4–6) | Yes | No | Yes | – | 6 |
| Discussion of the power agreement expiration in less than 3 years (Bozanic Merits Report, ¶ 80; Culper Report, p. 5) | Yes | Yes | Yes | 9 | 7 |
| Comparison of ATL's bitcoin mining capacity and valuation with those of RIOT and Marathon (Bozanic Merits Report, ¶¶ 82–83; Culper Report, p. 6) | Yes | No | No | – | – |
| Culper Research's opinion that CleanSpark's Green Dragon claims were being recycled for ATL (Bozanic Merits Report, ¶ 81; Culper Report, p. 6) | Yes | No | No | – | – |
| *Other Topics in the Culper Report and Tweets by Culper Research* | | | | | |
| Existence of the Culper Report | Yes | Yes | Yes | 1 | Intro |
| Culper Research taking a short position (Bozanic Merits Report, ¶ 93; Culper Report, pp. 2–4) | Yes | Yes | No | 1 | – |
| Culper Research's opinion that CleanSpark's common stock is worthless (Culper Report, pp. 2–4) | Yes | Yes | No | 10 | – |
| General discussion about claims of fabricated customers and contracts (Bozanic Merits Report, ¶ 93; Culper Report, pp. 2–3, 7–12) | Yes | Yes | No | 2 | – |
| *Claims of dishonesty around the Shoreline project (Bozanic Merits Report, ¶ 93; Culper Report, p. 9)* | Yes | Yes | No | 4 | – |
| *Claims of dishonesty around customers of p2k Labs, Inc. ("p2k") (Culper Report, pp. 11–12)* | Yes | Yes | No | 8 | – |
| *Claims of dishonesty around Valle Divino resort property (Bozanic Merits Report, ¶ 103; Culper Report, pp. 7–8)* | Yes | Yes | Yes | 3 | 2 |
| *Claims of dishonesty around the Green Dragon project (Bozanic Merits Report, ¶ 103; Culper Report, pp. 9–10)* | Yes | Yes | Yes | 5 | 1 |

**EXHIBIT 2**

## Topics Discussed in the Culper Report and Associated Tweets

| Topic | Discussed in the Culper Report? | Discussed in 1/14/21 Twitter Thread? | Discussed in 1/15/21 Tweet? | Order of Discussion in 1/14/21 Twitter Thread | Order of Discussion in 1/15/21 Tweet |
|---|---|---|---|---|---|
| General discussion of undisclosed related party transactions (Bozanic Merits Report, ¶ 95; Culper Report, pp. 11–12) | Yes | Yes | No | 6 | – |
| *Discussion about a contract with LAWCLERK and the connection between CleanSpark's CRO and LAWCLERK (Culper Report, p. 12)* | Yes | Yes | Yes | 6 | 4 |
| *Discussion about acquisition of p2k and the connection between CleanSpark's CFO and p2k (Culper Report pp. 11–12)* | Yes | Yes | Yes | 7 | 3 |
| Discussion about miss in revenue guidance in 2020 (Bozanic Merits Report, ¶ 96; Culper Report, pp. 13–14) | Yes | Yes | Yes | 10 | 5 |
| Discussion of CleanSpark's low margins consistent with being a commodity hardware business and not a software company (Culper Report, pp. 14–15) | Yes | No | No | – | – |
| Discussion of executive compensation (Bozanic Merits Report, ¶ 96; Culper Report, p. 20) | Yes | Yes | Yes | 10 | 8 |
| Claims of constant dilution to shareholders (Culper Report, pp. 6–7, 20) | Yes | No | No | – | – |
| Culper Research's opinion that CleanSpark's CEO and Chairman cannot be trusted (Culper Report, p. 2) | Yes | Yes | No | 10 | – |
| Claims of prior business failures and questionable relationships by CleanSpark's CEO, Chairman, auditor, and former IR contact (Culper Report, pp. 3–4, 15–20) | Yes | No | No | – | – |
| Involvement of CleanSpark's CEO as auditor of a cannabis penny stock (Bozanic Merits Report, ¶ 93; Culper Report, p. 15) | Yes | No | Yes | – | 8 |
| CleanSpark did not respond to emailed questions from Culper Research (Bozanic Merits Report, ¶ 92) | No | No | Yes | – | Intro |

Source:  Bozanic Merits Report; Bozanic Merits Report Production ("Tweets"); Culper Report

**EXHIBIT 3**

# CleanSpark Price and Volume Data
## 8/1/17–4/5/18

| Date | Price[1] | Return[2] | Note | Volume[1] | Volume Per Shares Outstanding[3] |
|---|---|---|---|---|---|
| 8/1/17 | $34.50 | – | | 60 | 0.0018% |
| 8/2/17 | – | – | | – | – |
| 8/3/17 | – | – | | – | – |
| 8/4/17 | – | – | | – | – |
| 8/7/17 | – | – | | – | – |
| 8/8/17 | – | – | | – | – |
| 8/9/17 | – | – | | – | – |
| 8/10/17 | – | – | | – | – |
| 8/11/17 | – | – | | – | – |
| 8/14/17 | – | – | | – | – |
| 8/15/17 | – | – | | – | – |
| 8/16/17 | – | – | | – | – |
| 8/17/17 | – | – | | – | – |
| 8/18/17 | – | – | | – | – |
| 8/21/17 | – | – | | – | – |
| 8/22/17 | – | – | | – | – |
| 8/23/17 | – | – | | – | – |
| 8/24/17 | – | – | | – | – |
| 8/25/17 | – | – | | – | – |
| 8/28/17 | – | – | | – | – |
| 8/29/17 | – | – | | – | – |
| 8/30/17 | – | – | | – | – |
| 8/31/17 | – | – | | – | – |
| 9/1/17 | – | – | | – | – |
| 9/5/17 | – | – | | – | – |
| 9/6/17 | – | – | | – | – |
| 9/7/17 | – | – | | – | – |
| 9/8/17 | – | – | | – | – |
| 9/11/17 | – | – | | – | – |
| 9/12/17 | – | – | | – | – |
| 9/13/17 | – | – | | – | – |
| 9/14/17 | – | – | | – | – |
| 9/15/17 | – | – | | – | – |
| 9/18/17 | – | – | | – | – |
| 9/19/17 | – | – | | – | – |
| 9/20/17 | – | – | | – | – |
| 9/21/17 | – | – | | – | – |
| 9/22/17 | – | – | | – | – |
| 9/25/17 | – | – | | – | – |
| 9/26/17 | – | – | | – | – |
| 9/27/17 | – | – | | – | – |
| 9/28/17 | – | – | | – | – |
| 9/29/17 | – | – | | – | – |
| 10/2/17 | – | – | | – | – |
| 10/3/17 | $28.00 | -18.84% | Dr. Bozanic asserts that "the stock price declined by 18.84%." This return is calculated over a period of nearly two months from 8/1/17 ($34.50) to 10/3/17 ($28.00). | 100 | 0.0030% |

**EXHIBIT 3**

# CleanSpark Price and Volume Data
## 8/1/17–4/5/18

| Date | Price[1] | Return[2] | Note | Volume[1] | Volume Per Shares Outstanding[3] |
|---|---|---|---|---|---|
| 10/4/17 | – | – | | – | – |
| 10/5/17 | $21.00 | -25.00% | | 469 | 0.0140% |
| 10/6/17 | $26.30 | 25.24% | | 45 | 0.0013% |
| 10/9/17 | $29.90 | 13.69% | | 10 | 0.0003% |
| 10/10/17 | – | – | | – | – |
| 10/11/17 | – | – | | – | – |
| 10/12/17 | – | – | | – | – |
| 10/13/17 | – | – | | – | – |
| 10/16/17 | $24.50 | -18.06% | | 670 | 0.0201% |
| 10/17/17 | – | – | | – | – |
| 10/18/17 | – | – | | – | – |
| 10/19/17 | – | – | | – | – |
| 10/20/17 | – | – | | – | – |
| 10/23/17 | – | – | | – | – |
| 10/24/17 | – | – | | – | – |
| 10/25/17 | – | – | | – | – |
| 10/26/17 | – | – | | – | – |
| 10/27/17 | $34.40 | 40.41% | | 10 | 0.0003% |
| 10/30/17 | – | – | | – | – |
| 10/31/17 | – | – | | – | – |
| 11/1/17 | – | – | | – | – |
| 11/2/17 | $17.50 | -49.13% | | 230 | 0.0069% |
| 11/3/17 | – | – | | – | – |
| 11/6/17 | – | – | | – | – |
| 11/7/17 | $24.00 | 37.14% | | 10 | 0.0003% |
| 11/8/17 | – | – | | – | – |
| 11/9/17 | – | – | | – | – |
| 11/10/17 | – | – | | – | – |
| 11/13/17 | – | – | | – | – |
| 11/14/17 | – | – | | – | – |
| 11/15/17 | – | – | | – | – |
| 11/16/17 | – | – | | – | – |
| 11/17/17 | – | – | | – | – |
| 11/20/17 | – | – | | – | – |
| 11/21/17 | – | – | | – | – |
| 11/22/17 | – | – | | – | – |
| 11/24/17 | $17.50 | -27.08% | | 400 | 0.0120% |
| 11/27/17 | $24.40 | 39.43% | | 20 | 0.0006% |
| 11/28/17 | – | – | | – | – |
| 11/29/17 | – | – | | – | – |
| 11/30/17 | – | – | | – | – |
| 12/1/17 | – | – | | – | – |
| 12/4/17 | – | – | | – | – |
| 12/5/17 | – | – | | – | – |
| 12/6/17 | – | – | | – | – |
| 12/7/17 | – | – | | – | – |
| 12/8/17 | – | – | | – | – |
| 12/11/17 | – | – | | – | – |

**EXHIBIT 3**

# CleanSpark Price and Volume Data
## 8/1/17–4/5/18

| Date | Price[1] | Return[2] | Note | Volume[1] | Volume Per Shares Outstanding[3] |
|---|---|---|---|---|---|
| 12/12/17 | – | – | | – | – |
| 12/13/17 | – | – | | – | – |
| 12/14/17 | $17.00 | -30.33% | | 20 | 0.0006% |
| 12/15/17 | $24.40 | 43.53% | | 10 | 0.0003% |
| 12/18/17 | – | – | | – | – |
| 12/19/17 | – | – | | – | – |
| 12/20/17 | – | – | | – | – |
| 12/21/17 | – | – | | – | – |
| 12/22/17 | – | – | | – | – |
| 12/26/17 | – | – | | – | – |
| 12/27/17 | – | – | | – | – |
| 12/28/17 | – | – | | – | – |
| 12/29/17 | – | – | | – | – |
| 1/2/18 | – | – | | – | – |
| 1/3/18 | – | – | | – | – |
| 1/4/18 | – | – | | – | – |
| 1/5/18 | – | – | | – | – |
| 1/8/18 | – | – | | – | – |
| 1/9/18 | – | – | | – | – |
| 1/10/18 | – | – | | – | – |
| 1/11/18 | – | – | | – | – |
| 1/12/18 | – | – | | – | – |
| 1/16/18 | – | – | Dr. Bozanic asserts that "the stock price did not increase." | – | – |
| 1/17/18 | – | – | | – | – |
| 1/18/18 | – | – | | – | – |
| 1/19/18 | – | – | | – | – |
| 1/22/18 | – | – | | – | – |
| 1/23/18 | – | – | | – | – |
| 1/24/18 | – | – | | – | – |
| 1/25/18 | – | – | | – | – |
| 1/26/18 | – | – | | – | – |
| 1/29/18 | – | – | | – | – |
| 1/30/18 | – | – | | – | – |
| 1/31/18 | – | – | | – | – |
| 2/1/18 | – | – | | – | – |
| 2/2/18 | – | – | | – | – |
| 2/5/18 | – | – | | – | – |
| 2/6/18 | – | – | | – | – |
| 2/7/18 | – | – | | – | – |
| 2/8/18 | – | – | | – | – |
| 2/9/18 | – | – | | – | – |
| 2/12/18 | – | – | | – | – |
| 2/13/18 | – | – | | – | – |
| 2/14/18 | $15.90 | -34.84% | | 230 | 0.0068% |
| 2/15/18 | – | – | | – | – |

**EXHIBIT 3**

# CleanSpark Price and Volume Data
## 8/1/17–4/5/18

| Date | Price[1] | Return[2] | Note | Volume[1] | Volume Per Shares Outstanding[3] |
|---|---|---|---|---|---|
| 2/16/18 | $9.00 | -43.40% | | 100 | 0.0029% |
| 2/20/18 | $15.90 | 76.67% | | 11 | 0.0003% |
| 2/21/18 | – | – | | – | – |
| 2/22/18 | – | – | | – | – |
| 2/23/18 | – | – | | – | – |
| 2/26/18 | – | – | | – | – |
| 2/27/18 | – | – | | – | – |
| 2/28/18 | – | – | | – | – |
| 3/1/18 | – | – | | – | – |
| 3/2/18 | – | – | | – | – |
| 3/5/18 | – | – | | – | – |
| 3/6/18 | – | – | | – | – |
| 3/7/18 | – | – | | – | – |
| 3/8/18 | – | – | | – | – |
| 3/9/18 | – | – | Dr. Bozanic asserts that "the stock price did not increase." | – | – |
| 3/12/18 | – | – | | – | – |
| 3/13/18 | – | – | | – | – |
| 3/14/18 | – | – | | – | – |
| 3/15/18 | – | – | | – | – |
| 3/16/18 | $12.00 | -24.53% | | 120 | 0.0035% |
| 3/19/18 | $15.70 | 30.83% | | 20 | 0.0006% |
| 3/20/18 | – | – | | – | – |
| 3/21/18 | – | – | | – | – |
| 3/22/18 | – | – | | – | – |
| 3/23/18 | – | – | | – | – |
| 3/26/18 | – | – | | – | – |
| 3/27/18 | – | – | | – | – |
| 3/28/18 | – | – | | – | – |
| 3/29/18 | – | – | | – | – |
| 4/2/18 | – | – | | – | – |
| 4/3/18 | – | – | | – | – |
| 4/4/18 | – | – | | – | – |
| 4/5/18 | – | – | Dr. Bozanic asserts that "the stock price did not increase." | – | – |
| **Average** | | | | **15** | **0.0004%** |

Source: Bozanic Merits Report, ¶ 108; Bozanic Merits Report Production ("BB Data.xlsx"); CleanSpark Inc. Form 10-Q for the quarterly period ended March 31, 2017, filed on May 11, 2017; CleanSpark Inc. Form 10-Q for the quarterly period ended June 30, 2017, filed on August 14, 2017; CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2017, filed on January 16, 2018; CleanSpark Inc. Form 10-Q for the quarterly period ended December 31, 2017, filed on February 14, 2018
Note:
[1] Price and volume are from Dr. Bozanic's backup materials and are split-adjusted. CleanSpark completed a 1-for-10 reverse stock split in 2019.
[2] Returns are calculated relative to the last-available closing price.
[3] Shares outstanding as of the last practicable date before each of CleanSpark's 10-Q and 10-K filings over the relevant period are considered. Shares outstanding are divided by 10 to account for CleanSpark's 1-for-10 reverse stock split in 2019.

**EXHIBIT 4**

# Cumulative Abnormal Returns for Combinations of Dates with Statements on the Revised Capacity Timeline Discussed in the Bozanic Merits Report

| 1/6/21 | 2/12/21 | 3/2/21 | 7/14/21 | 8/17/21 | Cumulative Abnormal Return[1] | P-Value[2] | Confidence Level[3] |
|---|---|---|---|---|---|---|---|
| *Dates Used by Dr. Bozanic in his Cumulative Abnormal Return Calculation* | | | | | | | |
| | ✓ | | | ✓ | -16.0% | 0.055 | 94.5% |
| *Incorporating Other Dates Discussed by Dr. Bozanic* | | | | | | | |
| | ✓ | ✓ | ✓ | ✓ | -10.8% | 0.365 | 63.5% |
| ✓ | ✓ | ✓ | ✓ | ✓ | 12.2% | 0.402 | 59.8% |
| *Additional Combinations* | | | | | | | |
| | | ✓ | | ✓ | -11.6% | 0.059 | 94.1% |
| | ✓ | | ✓ | ✓ | -16.7% | 0.080 | 92.0% |
| | ✓ | ✓ | | ✓ | -10.1% | 0.359 | 64.1% |
| | ✓ | | ✓ | | -6.5% | 0.450 | 55.0% |
| | ✓ | ✓ | ✓ | | -5.4% | 0.571 | 42.9% |
| | ✓ | | | ✓ | -4.6% | 0.577 | 42.3% |
| | ✓ | ✓ | ✓ | | 0.1% | 0.991 | 0.9% |
| | ✓ | ✓ | | | 0.9% | 0.928 | 7.2% |
| ✓ | ✓ | | ✓ | ✓ | 4.8% | 0.704 | 29.6% |
| ✓ | ✓ | | | ✓ | 5.6% | 0.633 | 36.7% |
| | | ✓ | ✓ | | 6.2% | 0.467 | 53.3% |
| ✓ | ✓ | ✓ | | ✓ | 13.1% | 0.344 | 65.6% |
| ✓ | | | ✓ | ✓ | 11.2% | 0.283 | 71.7% |
| ✓ | | | | ✓ | 12.1% | 0.197 | 80.3% |
| ✓ | ✓ | | ✓ | | 17.6% | 0.145 | 85.5% |
| ✓ | | ✓ | ✓ | ✓ | 19.1% | 0.134 | 86.6% |
| ✓ | ✓ | | | | 18.6% | 0.097 | 90.3% |
| ✓ | | ✓ | | ✓ | 20.0% | 0.092 | 90.8% |
| ✓ | ✓ | ✓ | ✓ | | 26.0% | 0.066 | 93.4% |
| ✓ | ✓ | ✓ | | | 27.0% | 0.044 | 95.6% |
| ✓ | | | ✓ | | 24.8% | 0.011 | 98.9% |
| ✓ | | ✓ | ✓ | | 33.6% | 0.006 | 99.4% |
| ✓ | | ✓ | | | 34.7% | 0.002 | 99.8% |

Source: Bozanic Merits Report; Bozanic Merits Report Production ("Price Impact Event Study_formatted.xlsx")

Note:

[1] Cumulative abnormal return values are calculated by compounding the abnormal returns from each day.

[2] P-values are calculated based on Dr. Bozanic's approach, where p-values are calculated using a two-tailed t-test and the variance of the cumulative abnormal returns is calculated as the sum of the mean squared error values for each day. I note that my implementation of Dr. Bozanic's approach to assess the statistical significance of the cumulative abnormal returns does not constitute an endorsement of his approach or conclusions.

[3] Confidence level is calculated as 100% minus the respective p-value.

**EXHIBIT 5**



### CleanSpark's Actual vs. But-For Stock Price Implied by Dr. Bozanic's Estimation of Artificial Inflation
10/12/20–12/17/20

Source:  Bozanic Merits Report Production ("Price Impact Event Study_formatted.xlsx"); Bozanic Merits Report, Table B
Note:  The but-for stock price is calculated as the stock price less Dr. Bozanic's estimation of artificial inflation.  Actual prices are obtained from Dr. Bozanic's backup materials.

**EXHIBIT 6**



## Bitcoin Price
### 12/10/20–8/17/21

Source: *LSEG Workspace*

**EXHIBIT 7**

## Bitcoin Network Difficulty
### 12/10/20–8/17/21



Source: *Blockchain.com*; Cambridge Report (2025)

Note: Difficulty is "a measure of how difficult it is to mine a Bitcoin block" and is expressed as a ratio to the difficulty to mine Bitcoin when the network was launched. For example, a difficulty of 20 trillion indicates that mining Bitcoin requires 20 trillion times the computational effort compared to when the network was launched.

**EXHIBIT 8**

## Bitcoin Hashprice
### 12/10/20–8/17/21



Hashprice (USD/EH/Day)

Source: *BGeometrics.com*

Note: The hashprice is defined as the revenue earned per unit of hash power per day, which expresses "the relationship between the income that a Bitcoin miner can earn and the hash power (hashrate) used to mine blocks from the Bitcoin blockchain."

**EXHIBIT 9**



## CleanSpark Quarterly Digital Currency Revenues
## As a Percentage of Total Revenues

Source:  CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2020, filed on December 17, 2020; CleanSpark Inc. Form 10-Q for the quarterly period ended December 31, 2020, filed on February 12, 2021; CleanSpark, Inc. Form 10-Q for the quarterly period ended March 31, 2021, filed on May 6, 2021; CleanSpark Inc. Form 10-Q for the quarterly period ended June 30, 2021, filed on August 16, 2021; CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2021, filed on December 14, 2021

Note:  Quarterly revenues for the period ended September 30, 2021 are assessed by subtracting revenues from the prior three quarters from revenues for the FY 2021.

**APPENDIX A**

**MARK J. GARMAISE**

**Office Address**
Finance Dept.- Room C416
UCLA Anderson
110 Westwood Plaza
Los Angeles, CA 90095-1481
Tel.: (310) 794 - 4118
E-mail: mark.garmaise@anderson.ucla.edu

**ACADEMIC EMPLOYMENT**

| | |
|---|---|
| *Joel Fried Chair in Applied Finance* | UCLA Anderson, 2023-present. |
| *Professor of Finance* | UCLA Anderson,  2014-present. |
| *Robert D. Beyer '83 Term Chair in Management* | UCLA Anderson, 2015-2018. |
| *Area Head, Finance* | UCLA Anderson, 2016-2018. |
| *Senior Associate Dean, Full Time MBA Program* | UCLA Anderson,  2014-2015. |
| *Associate Professor of Finance (with tenure)* | UCLA Anderson,  2008-2014. |
| *Assistant Professor of Finance* | UCLA Anderson,  2002-2008. |
| *Visiting Assistant Professor of Finance* | UCLA Anderson,  2001- 2002. |
| *Assistant Professor of Financ*e | University of Chicago, 1998- 2002. |

**EDUCATION**

*Stanford University, Graduate School of Business*
Ph.D. degree in Finance, June 1998.

*Harvard College*
Bachelor of Arts degree, Magna Cum Laude, in Mathematics and Philosophy, 1994.

**RESEARCH INTERESTS**

Corporate Finance
Real Estate
Entrepreneurship
Banking

**PEER REVIEWED JOURNAL ARTICLES PUBLISHED**

Garmaise, Mark J., "Rational Beliefs and Security Design," *Review of Financial Studies,* Winter 2001, 14.4, pp. 1183-1213.

Garmaise, Mark J., and Tobias Moskowitz, "Informal Financial Networks: Theory and Evidence," *Review of Financial Studies,* Winter 2003, 16.4, pp. 1007-1040. Granted the *Barclays Global Investor/ Michael Brennan Award* for the best paper published in Vol. 16 of the *Review of Financial Studies.*


**APPENDIX A**

Garmaise, Mark J., and Tobias Moskowitz, "Confronting Information Asymmetries: Evidence from Real Estate Markets," *Review of Financial Studies,* Summer 2004, 17.2, pp. 405-437. Granted the *Barclays Global Investor/ Michael Brennan Runner-Up Award* for the best paper published in Vol. 17 of the *Review of Financial Studies.*

Benmelech, Efraim, Mark J. Garmaise and Tobias Moskowitz, "Do Liquidation Values Affect Financial Contracts? Evidence from Commercial Zoning Laws," *Quarterly Journal of Economics*, August 2005, 120.3, pp. 1121-1154.

Garmaise, Mark J., and Tobias Moskowitz, "Bank Mergers and Crime: The Real and Social Effects of Credit Market Competition," *Journal of Finance*, April 2006, 61.2, pp. 495-538.

Garmaise, Mark J., "Production in Entrepreneurial Firms: The Effects of Financial Constraints on Labor and Capital," *Review of Financial Studies*, March 2008, 21.2, pp. 543-577.

Garmaise, Mark J., and Tobias Moskowitz, "Catastrophic Risk and Credit Markets," *Journal of Finance*, April 2009, 64.2, pp.657-707.

Garmaise, Mark J., and Gabriel Natividad, "Information, the Cost of Credit and Operational Efficiency: An Empirical Study of Microfinance," *Review of Financial Studies*, June 2010, 23.6, pp. 2560-2590.

Garmaise, Mark J., "Ties that Truly Bind: Noncompetition Agreements, Executive Compensation and Firm Investment," *Journal of Law, Economics, and Organization*, Volume 27, Number 2, August 2011, pp. 376-425.

Carlin, Bruce, Bhagwan Chowdhry and Mark J. Garmaise, "Investment in Organization Capital," *Journal of Financial Intermediation*, Volume 21, Issue 2, April 2012, pp. 268-286.

Garmaise, Mark J., and Gabriel Natividad, "Cheap Credit, Lending Operations and International Politics: The Case of Global Microfinance," *Journal of Finance*, Volume 68, Number 4, August 2013, pp. 1551-1576.

Garmaise, Mark J., "The Attractions and Perils of Flexible Mortgage Lending," *Review of Financial Studies*, Volume 26, Number 10, October 2013, pp. 2548-2582.

Garmaise, Mark J. "Borrower Misreporting and Loan Performance." *Journal of Finance*, Volume 70, Number 1, February 2015, pp. 449-484.

Fracassi, Cesare, Mark J. Garmaise, Gabriel Natividad and Shimon Kogan, "Business Microloans for U.S. Subprime Borrowers," *Journal of Financial and Quantitative Analysis*, Volume 51, Issue 1, February 2016, pp. 55-83.

Garmaise, Mark J., and Gabriel Natividad, "Spillovers in Local Banking Markets," *Review of Corporate Finance Studies*, Volume 5, Issue 2, September 2016, pp. 139-165. Editor's Choice article. Granted the Best Paper Award in 2017 for the *Review of Corporate Finance Studies*.

Garmaise, Mark J., and Gabriel Natividad, "Consumer Default, Credit Reporting and Borrowing Constraints," *Journal of Finance*, Volume 72, Number 5, October 2017, pp. 2331–2368.

Garmaise, Mark J., and Gabriel Natividad, "Financial Flexibility: At What Cost?," *Journal of Financial and Quantitative Analysis*, Volume 56 , Issue 1, February 2021 , pp. 249 – 282

Aiello, Darren, Mark J. Garmaise and Gabriel Natividad, "Competing for Deal Flow in Local Mortgage Markets," *Review of Corporate Finance Studies*, Volume 12, Number 2, May 2023, pp. 366-401.

Garmaise, Mark J., Yaron Levi and Hanno Lustig, "Spending Less After (Seemingly) Bad News," *Journal of Finance*, Volume 79, Number 4, August 2024, pp. 2429-2471.

Garmaise, Mark J., and Gabriel Natividad, "Fiscal Windfalls and Entrepreneurship: Fostering Entry or Promoting Incumbents?," *Small Business Economics*, Volume 62, Number 1, 2024, pp. 133-158.



**APPENDIX A**

Aiello, Darren, Mark J. Garmaise and Taylor Nadauld, "What Problem Do Intermediaries Solve? Evidence From Real Estate Markets," *Review of Financial Studies*, forthcoming.

### OTHER- PUBLISHED COMMENT AND OVERVIEW ARTICLE

Garmaise, Mark J., "Marketing Issues in Corporate Finance." *Journal of Marketing Research* Volume 46, 2009, pp. 324-26.

Garmaise, Mark J., "Alternative mortgage contracts and affordability- overview." *Regional Science and Urban Economics*, January 2020, 103386.

### WORKING PAPERS

"Intermediary Profits in a Time of Scarcity," (with Mark Jansen and Jason Snyder), working paper, UCLA Anderson.

"Collateral Damage: Low-Income Borrowers Depend on Cash Flow-Based Lending," (with Mark Jansen and Adam Winegar), working paper, UCLA Anderson.

"Reducing Leverage While Increasing Delinquency Risk," (with Erik Berwart, Mauricio Larrain, Gabriel Natividad and Patricio Valenzuela), working paper, UCLA Anderson.

"Corruption, Firm Governance and the Cost of Capital," (with Jun Liu), working paper, UCLA Anderson.

"Informed Investors and the Financing of Entrepreneurial Projects," working paper, UCLA Anderson.

### SYNERGISTIC ACTIVITIES

Associate Editor, *Journal of Law, Finance and Accounting*, 2015-present.

Associate Editor, *Review of Financial Studies*, 2002-2005.

American Finance Association Nominating Committee, 2007.

Referee for the *Journal of Finance, Review of Financial Studies, Journal of Financial Economics, Journal of Political Economy, Review of Economic Studies, Journal of Economic Behavior and Organization, Journal of Law, Economics and Organization*, 1998-present.

### AWARDS

Cátedra Renzo Rossini (Renzo Rossini Chair Award), 2023.

Executive MBA Teaching Excellence Award, 2018.

Neidorf Decade Teaching Award, 2012.

Full-time MBA Teaching Excellence Award, 2011.

**APPENDIX A**

Fully Employed MBA Teaching Excellence Award, 2009.

Citibank Teaching Award for Most Outstanding MBA teacher, 2007.

Eric and "E" Juline Faculty Excellence in Research Award, 2006.

Dean George W. Robbins Assistant Professor Teaching Award, 2005.

## TEACHING EXPERIENCE

*Assistant, Associate and Full Professor.*                     UCLA Anderson, Autumn 2001-present.
Venture Capital, Corporate Finance: campus and evening MBA programs, MFE program.

*Assistant Professor.*                     University of Chicago, Autumn 1998-2001.
Corporation Finance: campus, evening and executive programs.


**APPENDIX B**

**Testimony Experience of Mark J. Garmaise, Ph.D.**
**Since 2021**

**Alameda County Employees' Retirement Association, et. al. v. Portola Pharmaceuticals, Inc., et al., No. 3:20-cv-00367-VC (N.D. Cal.)**

    I was retained by Portola Pharmaceuticals, Inc. and individual employee defendants.  I filed an expert report, and I was deposed in May 2022.

**Valeant Pharmaceuticals International, Inc. Securities Litigation, No. 3:18-cv-00343 (D.N.J)**

    I was retained by Valeant Pharmaceuticals International Inc.  I filed an expert report, and I was deposed in June 2022.

**Sheet Metal Workers' Nat'l Pension Fund, et al. v. Bayer AG, et al., No. 3:20-cv-04737-RS (N.D. Cal)**

    I was retained by Bayer AG.  I filed two expert reports, and I was deposed in March 2023 and November 2024.

**JFF Cecilia LLC, both in its individual capacity and derivatively on behalf of ADG Scotia Holdings, LLC; and Suffolk Construction Company, Inc. v. Weiner Ventures, LLC; Stephen R. Weiner; and Adam J. Weiner (Defendants); and ADG Scotia Holdings, LLC (Nominal Defendant), Civil Action No. 1984CV03317-BLS2 (Massachusetts Superior Court, Suffolk County)**

    I was retained by Defendants.  I filed an expert report, and I was deposed in August 2023.

**Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund, Individually and on Behalf of All Others Similarly Situated v. Olo Inc., et. al., No. 1:22-cv-08228-JSR (S.D. NY)**

    I was retained by Defendants.  I filed an expert report, and I was deposed in December 2023.

**Carl Shupe, et al. vs. Rocket Companies, Inc., et al., No. 1:21-cv-11528 (E.D. Mich.)**

    I was retained by Defendants.  I filed two expert reports, and I was deposed in January and June 2024.

**APPENDIX B**

**In re Rocket Companies, Inc. Stockholder Derivative Litigation, No. 2021-1021-KSJM (Delaware Chancery Court)**

I was retained by Defendants.  I filed an expert report, I was deposed in April 2024, and testified at trial in May 2024.

**Perella Weinberg Partners LLC, et al. v. Michael A. Kramer, et al., Index No. 653488/2015 (N.Y. Sup. Ct.)**

I was retained by PWP.  I filed an expert report, and I was deposed in November 2019.  I testified at trial in February 2025.

**In re The Boeing Company Aircraft Securities Litigation, No. 1:19-cv-02394 (N.D. Illinois)**

I was retained by Defendants.  I filed an expert report, and I was deposed in May 2025.

**David Dinkevich, Individually and on Behalf of All Others Similarly Situated, and Derivatively on Behalf of T-Mobile US Inc. vs. Deutsche Telekom AG et al., No. 2021-0479-PAF (Delaware Chancery Court)**

I was retained by Defendants Softbank Group Corp. Marcelo Claure, and Ronald Fisher.  I filed an expert report, and I was deposed in June 2025.

**APPENDIX C**

# Documents Considered List

**Academic Literature, Books, and Book Chapters**

- Adrian C.H. Lei and Frank M. Song, "Connected Transactions and Firm Value: Evidence from China-Affiliated Companies," *Pacific-Basin Finance Journal* 19, no. 5, 2011, pp. 470–490

- Andrew Ang et al., "Asset Pricing in the Dark: The Cross-Section of OTC Stocks," *The Review of Financial Studies* 26, no. 12, December 2013, pp. 2985–3028

- John Armour et al., "Regulatory Sanctions and Reputational Damage in Financial Markets," *Journal of Financial and Quantitative Analysis* 52, no. 4, 2017, pp. 1429–1448

- Betty Liu and Austin Moss, "The Role of Accounting Information in an Era of Fake News," *Journal of Accounting and Economics* 79, nos. 2–3, 2025

- Craig A. MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* 35, no. 1, 1997, pp. 13–39

- Daniel L. Rubinfeld, "Reference Guide on Multiple Regression," in *Reference Manual on Scientific Evidence*, Third Edition (Federal Judicial Center, 2011)

- David H. Kaye and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence*, Third Edition (The National Academies Press, 2011)

- Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46, no. 5, 1991, pp. 1575–1617

- Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417

- John E. Core et al., "Corporate Governance, Chief Executive Officer Compensation, and Firm Performance," *Journal of Financial Economics* 51, no. 3, 1999, pp. 371–406

- Jonathan M. Karpoff and John R. Lott Jr., "The Reputational Penalty Firms Bear from Committing Criminal Fraud," *The Journal of Law and Economics* 36, no. 2, 1993, pp. 757–802

- Jonathan M. Karpoff et al., "The Cost to Firms of Cooking the Books," *Journal of Financial and Quantitative Analysis* 43, no. 3, 2008, pp. 581–611

- Lin Cheng et al., "Are Investors Influenced by the Order of Information in Earnings Press Releases?," *The Accounting Review* 96, no. 2, 2021, pp. 413–433

- Mary Ellen Carter et al., "Excess Pay and Deficient Performance," *Review of Financial Economics* 30, September 2016, pp. 1–10

**APPENDIX C**

- Richard A. Brealey et al., *Principles of Corporate Finance*, Thirteenth Edition (McGraw-Hill Irwin, 2020)
- Yan-Leung Cheung et al., "Tunneling, Propping, and Expropriation: Evidence from Connected Party Transactions in Hong Kong," *Journal of Financial Economics* 82, 2006, pp. 343–386

**Analyst Reports**

- "FY2019 Results in Line With Expectations; Set up for Healthy Growth in FY2020; Adjusting Post Reverse-Split PT to $18," *H.C. Wainwright & Co. Equity Research*, December 19, 2019
- "FY2019 Annual Report: Cleanspark reports for year-ended 30 September 2019," *BuySellSignals Research*, January 7, 2020
- "Outlook Sets Company for Another Strong Year of Growth; F1Q20 Results Update; Maintain Buy," *H.C. Wainwright & Co. Equity Research*, February 13, 2020
- "Leveraging Supply Chain and Distribution Channels to Secure PPE for Hospitals," *H.C. Wainwright & Co. Equity Research*, April 9, 2020
- "Microgrid Contract Win Demonstrates Nimbleness; Maintain Buy," *H.C. Wainwright & Co. Equity Research*, July 29, 2020
- "Focus Remains on Building a Higher Margin Portfolio; F3Q20 Results Update," *H.C. Wainwright & Co. Equity Research*, August 6, 2020
- "An Energy Intelligence Company Growing with Microgrids," *Water Tower Research*, October 20, 2020
- "Outlook Solidifies Growth Expectations; Balance Sheet Strengthened; Reiterate Buy," *H.C. Wainwright & Co. Equity Research*, October 22, 2020
- "WTR Fireside Chat with CleanSpark (CLSK): Microgrid Optimization Technology to Help Power Industry Expansion. Tuesday, Nov 3, 2020, 3:00 PM ET," *Water Tower Research*, November 2, 2020
- "Investor: Company Providing Microgrid Optimization Set for 'Exponential' Revenue Growth," *Streetwise Reports*, December 8, 2020
- "Bitcoin Mining Acquisition Drives Estimates Higher; Raising Price Target to $24.00," *H.C. Wainwright & Co. Equity Research*, December 11, 2020
- "Set Up for Continued Strength in FY2021; F4Q20 Results Update," *H.C. Wainwright & Co. Equity Research*, December 21, 2020
- "Rating and Forecast Report: CLEANSPARK INC," *ValuEngine*, February 9, 2021

**APPENDIX C**

- "Weekly Cleantech and Renewables Roundup," *H.C. Wainwright & Co. Equity Research*, February 16, 2021

- "Increasing PT to $50.00 on Upwards Revision From Bitcoin Contribution; F1Q21 Results Update," *H.C. Wainwright & Co. Equity Research*, February 16, 2021

- "WTR Fireside Chat Series: CleanSpark CEO Zach Bradford Provides a Review of the Recent Quarter and an Update on the 2021 Outlook on Thursday, February 18th at 3:00 PM EST," *Water Tower Research*, February 18, 2021

- "Growth Initiatives Continue With Solar Acquisition; Maintain Buy," *H.C. Wainwright & Co. Equity Research*, February 25, 2021

- "Review of the Recent Quarter and an Update on the 2021 Outlook," *Water Tower Research*, March 1, 2021

- "Owner-Operator of Bitcoin Miners Secures Another 2,500 Rigs," *Streetwise Reports*, March 3, 2021

- "A Microgrid Solutions Provider With a Bitcoin Kicker. Initiating with a Buy and $45 PT," *BTIG*, March 10, 2021

- "Energy Management Firm Reports Successful Residential Sales Initiative," *Streetwise Reports*, March 29, 2021

- "Guru Stock Report: CLEANSPARK INC (NASD: CLSK)," *Validea*, April 16, 2021

- "Outlook Strengthened on Planned Increase in Bitcoin Mining Capacity; Maintain Buy," *H.C. Wainwright & Co. Equity Research*, April 20, 2021

- "Bitcoin Mining Stealing the Show Today and This Year," *BTIG*, April 23, 2021

- "Bitcoin Mining Operations Leveraging Energy Savings to Drive Profits," *Water Tower Research*, April 26, 2021

- "Bitcoin Mining Operations Leveraging Energy Savings to Drive Profits," *Water Tower Research*, April 28, 2021

- "Water Tower Research Publishes Update Report on CleanSpark (CLSK) Titled 'Bitcoin Mining Operations Leveraging Energy Savings to Drive Profits,'" *Water Tower Research*, April 29, 2021

- "Pace of Growth Remains Accelerated; F2Q21 Results Update," *H.C. Wainwright & Co. Equity Research*, May 10, 2021

- "Record 2Q21 Results: Revenues +122% Y/Y Fueled by Bitcoin Mining Success; Improved FY21 Outlook," *Water Tower Research*, May 11, 2021

**APPENDIX C**

- "Carbon-Neutral Bitcoin Production Positions Company Favorably to Meet Market's ESG Aspirations; Maintain Buy," *H.C. Wainwright & Co. Equity Research*, May 13, 2021

- "An Energy Intelligence Platform Capitalizing on Rapid Growth in Microgrids and Cryptocurrency Mining," *Water Tower Research*, May 13, 2021

- "WTR Fireside Chat Series: CleanSpark CEO Zach Bradford To Discuss CleanSpark's Bitcoin Mining and Enterprise Computing Initiative Towards Zero-Emissions," *Water Tower Research*, May 17, 2021

- "Introducing the BTIG Bitcoin Mining Matrix," *BTIG*, June 4, 2021

- "WTR Fireside Chat Series: CleanSpark CEO Zach Bradford to Discuss a Business Update and Review of Recent Events," *Water Tower Research*, June 4, 2021

- "Pricing-in Gray Swan Event Risks: Cleanspark, Inc.," *Corporate Watchdog Reports*, June 18, 2021

- "A Business Update with CleanSpark CEO Zach Bradford and Executive Chairman Matt Schultz," *Water Tower Research*, June 21, 2021

- "Cleanspark, Inc.: Gray Swan Event Factor," *Corporate Watchdog Reports*, June 25, 2021

- "Cleanspark Inc (CLSK: PINX): Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within its Industry (U.S.)," *Plunkett Research*, July 5, 2021

- "WTR Fireside Chat Series: An Overview of the Dynamic Changes in the Bitcoin Mining Industry with CleanSpark CEO Zach Bradford," *Water Tower Research*, July 12, 2021

- "CleanSpark Announces Ecofriendly Bitcoin Mining Partnership with Coinmint to Increase Capacity and Expand Green Mining Initiatives," *Water Tower Research*, July 14, 2021

- "With Chinese Miners Offline, the Race for Power Is On," *BTIG*, July 15, 2021

- "Reviewing CleanSpark's Coinmint Partnership and Dynamic Changes in the Bitcoin Mining Industry with CEO Zach Bradford," *Water Tower Research*, July 20, 2021

- "An Energy Intelligence Platform Paving the Way for Rapid Savings in Bitcoin Mining through Microgrid Solutions," *Water Tower Research*, July 27, 2021

- "Some Growing Pains, But Bitcoin Mining Ramp Underway Now and Later, Lowering PT to $35," *BTIG*, August 16, 2021

- "Poised for Significant Ramp in Hashrate During FY2022; F3Q21 Results Update," *H.C. Wainwright & Co. Equity Research*, August 18, 2021

**APPENDIX C**

- "3Q21 Results: +247% Revenue Growth Fueled by Bitcoin Mining; Management Raises FY21 Guidance," *Water Tower Research*, August 19, 2021

- "WTR Fireside Chat Series: Bitcoin Mining Deep-Dive with CleanSpark CEO Zach Bradford," *Water Tower Research*, August 20, 2021

- "Bitcoin Valuation Update: What is the Market Missing?," *Water Tower Research*, August 26, 2021

- "Bitcoin Mining Deep Dive with CleanSpark CEO Zach Bradford," *Water Tower Research*, September 21, 2021

- "Energy Costs Matter, but the BTC Price Matters More in Most Cases," *BTIG*, October 18, 2021

- "Key Events Update: Purchased Bitcoin Mining Machines, Transitioned Mining Power, Announced Investments, and Launched Update to Smart Energy System," *Water Tower Research*, October 21, 2021

- "Transformation Clearly Articulated; Coverage Shift With Buy and $16 PT," *H.C. Wainwright & Co. Equity Research*, December 22, 2021

- "Record Hash Capacity Spikes, Some Public Miners Reach Mining Capacity Milestones, and Kazakhstan Unplugging Miners," *BTIG*, January 26, 2022

- "Executing On Its Bitcoin Mining Growth Strategy. Reiterate our Buy rating but lower our PT to $30.," *BTIG*, February 10, 2022

- "Mining Activities Kick Up in Run to Join Top Five; Reit Buy," *H.C. Wainwright & Co. Equity Research*, February 14, 2022

- "Is CleanSpark Inc Still a Bargain?," *Sadif Investment Analytics*, February 21, 2022

- "Spot Rig Pricing Normalizing, Global Hash Rate Volatility Increasing, and Infrastructure Bottlenecks," *BTIG*, March 9, 2022

- "Takeaways from Bitcoin 2022 Conference," *BTIG*, April 11, 2022

- "Bitcoin Mining Stock Sell Off Overdone, With Bitcoin Flattish Not Down," *BTIG*, April 26, 2022

- "Rating Update for CleanSpark Inc," *Sadif Investment Analytics*, May 11, 2022

- "Industrial-Class Growth Rising to the Surface, Our Appreciation of Rational Execution; Reit Buy," *H.C. Wainwright & Co. Equity Research*, May 16, 2022

- "Downward Trending Bitcoin Price Continuing to Weigh on Stocks and Access to Capital for Some Miners," *BTIG*, May 17, 2022

- "ERCOT's Report on the Impact of Bitcoin Mining and the Path Forward," *BTIG*, May 27, 2022

**APPENDIX C**

- "CLSK (Buy, $12 PT): Launching Coverage; CLSK's EH/s Growth Outpaces Global Hash," *Chardan Capital Markets*, June 3, 2022

- "The Collapse in the Bitcoin Price Is Forcing Miners to Grow Up," *BTIG*, June 23, 2022

- "Challenging Bitcoin Price Continues to Force Mining Companies to Adjust Their Capital Allocation Strategies," *BTIG*, July 6, 2022

- "Texas Bitcoin Miners Optimizing Power Consumption in a Volatile Power Market and Marathon Securing Its Infrastructure Needs," *BTIG*, July 21, 2022

- "Bargain Price For a Top Five BTC Miner — Transferring Coverage at Buy/$6 PT," *H.C. Wainwright & Co. Equity Research*, July 26, 2022

- "Crypto Mining: Lower BTC Partially Offset by Easing Global Hash Difficulty," *Chardan Capital Markets*, July 29, 2022

- "Newly Introduced 2023 Outlook Upside Surprise, Overshadows F3Q22 Results; Raising PT to $12; Reiterate Buy," *H.C. Wainwright & Co. Equity Research*, August 10, 2022

- "Keeping Score: Hash Capacity Growth Execution Remains Key," *BTIG*, August 15, 2022

- "CLSK (Buy): On EH/s Offense During BTC Downturn, Raise PT to $9," *Chardan Capital Markets*, August 15, 2022

- "Fireside Chat: CEO Zach Bradford, August 10, 2023, at 2:00 pm ET," *Water Tower Research*, August 8, 2023

## Call Transcripts

- "Water Tower Research Virtual Conference," *Bloomberg*, December 10, 2020

- "Water Tower Research Virtual Conference," *Bloomberg*, July 14, 2021

- "Second Fiscal Quarter Financial Results Conference Call Transcript," *CleanSpark*, May 7, 2021, available at https://s203.q4cdn.com/737227956/files/doc_financials/2021/q2/FY2021Q2_Earnings_Call_Script.pdf

- "Third Fiscal Quarter Financial Results Conference Call Transcript," *CleanSpark*, August 16, 2021, available at https://s203.q4cdn.com/737227956/files/doc_financials/2021/q3/FY2021Q3_Earnings_Call_Script.pdf

## Culper Research Reports

- "Cleanspark (CLSK): Back to the Trash Can," *Culper Research*, January 14, 2020

**APPENDIX C**

- "CleanSpark, Inc. (CLSK): Mining Operations Don't Add Up," *Culper Research*, June 18, 2021

**Data Sources**

- BGeometrics.com
- Blockchain.com
- LSEG Workspace

**Depositions**

- Deposition of Zachary Bradford, May 17, 2024, with Exhibits
- Deposition of Lisa DeKalb, July 10, 2024, with Exhibits
- Deposition of Darshan Hasthantra, July 19, 2024, with Exhibits
- Deposition of Bernardo Schucman, November 12, 2024, with Exhibits
- Deposition of Kent Shelley, January 9, 2025, with Exhibits
- Deposition of Zahn Bozanic, Ph.D., February 27, 2025, with Exhibits
- Deposition of Matthew Schultz, March 13, 2025

**Expert Reports**

- Expert Report of Zahn Bozanic, Ph.D. and Associated Production, January 10, 2025
- Expert Reply Report of Zahn Bozanic, Ph.D., May 2, 2025
- Expert Report of Zahn Bozanic, Ph.D. and Associated Production, July 18, 2025

**Industry Reports**

- Alexander Neumueller et al., "Cambridge Digital Mining Industry Report: Global Operations, Sentiment, and Energy Use," *Cambridge Centre for Alternative Finance*, First Edition, April 28, 2025, available at https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf
- Colin Harper and Ethan Vera, "Hashrate Index 2021 Year-End Report," *Luxor Technology*, 2022, available at https://hashrateindex.com/blog/content/files/2022/01/Luxor-End-of-Year-Report.pdf
- Karim Helmy and Brandon Bailey, "Bitcoin Mining 2021 End-of-Year," *Galaxy Digital Research*, January 12, 2022, available at

**APPENDIX C**

https://assets.ctfassets.net/h62aj7eo1csj/YzDRaVb51Sun4jkMU8uHh/99539a1a58b0aee31c2c325688b279e1/GLXY_Bitcoin_Mining-s_Big_Year_Whitepaper.pdf

## Laws

- Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4(e)

## Pleadings

- Amended Class Action Complaint for Violations of the Federal Securities Laws, *Scott Bishins and Darshan Hasthantra v. CleanSpark, Inc., et al.*, February 28, 2022

- Defendants' Memorandum of Law in Support of Motion to Dismiss, *Scott Bishins and Darshan Hasthantra v. CleanSpark, Inc., et al.*, April 28, 2022

- Plaintiffs' Opposition to Defendants' Motion to Dismiss Amended Complaint, *Scott Bishins and Darshan Hasthantra v. CleanSpark, Inc., et al.*, June 27, 2022

- Defendants' Reply in Further Support of Motion to Dismiss, *Scott Bishins and Darshan Hasthantra v. CleanSpark, Inc., et al.*, August 11, 2022

- Opinion and Order, *Scott Bishins, et al. v. CleanSpark, Inc., et al.*, January 5, 2023

- Memorandum of Law in Support of Plaintiff's Motion for Class Certification, *Darshan Hasthantra v. CleanSpark, Inc., et al.*, January 10, 2025

- Defendants' Opposition to Plaintiff's Motion for Class Certification, *Darshan Hasthantra v. CleanSpark, Inc., et al.*, March 14, 2025

- Reply Memorandum of Law in Further Support of Plaintiff's Motion for Class Certification, *Darshan Hasthantra v. CleanSpark, Inc., et al.*, May 2, 2025

## Press Releases

- CleanSpark Inc. Press Release, "CleanSpark Receives Nasdaq Listing Approval," January 22, 2020

- Marathon Patent Group, Inc. Press Release, "Marathon Patent Group Withdraws Offer to Acquire Fastblock Mining; Companies Unable to Reach Long-Term Power Agreement at Acceptable Rates," September 17, 2020

- CleanSpark Inc. Press Release, "CleanSpark Agrees to Acquire Bitcoin Miner ATL Data Center," December 10, 2020

- CleanSpark Inc. Press Release, "CleanSpark Announces Partnership with Solar and Storage Developer Symmetric Energy," December 15, 2020

**APPENDIX C**

- CleanSpark Inc. Press Release, "CleanSpark, Inc. Reports Fiscal 2020 Financial Results," December 17, 2020

- CleanSpark Inc. Press Release, "CleanSpark Provides Update on Bitcoin Mining Operations and Expansion," December 18, 2020

- CleanSpark Inc. Press Release, "CleanSpark Announces Additional 1,000 Unit ASIC Bitcoin Miner Order for January Delivery," December 22, 2020

- CleanSpark Inc. Press Release, "CleanSpark Achieves Another Record Revenue Year, Discusses Growth Plans in Annual Statement to Shareholders," December 31, 2020

- CleanSpark Inc. Press Release, "CleanSpark Provides Bitcoin Mining Operation Update," January 5, 2021

- CleanSpark Inc. Press Release, "CleanSpark to Participate in Renmark's Virtual Roadshow Series on January 11," January 11, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces Additional Residential Microgrid Contract," January 13, 2021

- CleanSpark Inc. Press Release, "CleanSpark Provides Update on Bitcoin Balance and Mining Revenue," January 20, 2021

- CleanSpark Inc. Press Release, "CleanSpark Investigating Short Seller Culper Research," January 21, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces Enhancements to mVSO Energy Modeling Software," January 26, 2021

- CleanSpark Inc. Press Release, "CleanSpark's GridFabric Completes OpenADR Certification for EV Charging Company, KIGT," January 28, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces Multi-Unit Switchgear Order for Commercial Microgrids," February 3, 2021

- CleanSpark Inc. Press Release, "CleanSpark Issues Bitcoin Mining Expansion Update," February 9, 2021

- CleanSpark Inc. Press Release, "CleanSpark, Inc. Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," February 12, 2021

- Marathon Patent Group, Inc. Press Release, "Marathon Patent Group Announces Name Change to Marathon Digital Holdings," February 16, 2021

- CleanSpark Inc. Press Release, "CleanSpark Launches mVoult, a Direct-to-Consumer Residential Microgrid Solution," February 17, 2021

- CleanSpark Inc. Press Release, "CleanSpark to Discuss Fiscal Quarterly Earnings and Positive 2021 Outlook with Water Tower Research," February 17, 2021

**APPENDIX C**

- CleanSpark Inc. Press Release, "CleanSpark Completes Strategic Acquisition of Solar Watt Solutions," February 24, 2021

- CleanSpark Inc. Press Release, "CleanSpark Secures Additional Bitcoin Miners for Delivery and Deployment Early Summer," March 2, 2021

- CleanSpark Inc. Press Release, "CleanSpark Bitcoin Mining Division Secures Additional Miners to Further Increase Hash Rate," March 9, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces Launch of Underwritten Public Offering," March 15, 2021

- CleanSpark Inc. Press Release, "CleanSpark Purchases Bitcoin Mining Equipment and Infrastructure; Discloses Current 95% Carbon-Free Mining," March 26, 2021

- CleanSpark Inc. Press Release, "CleanSpark Purchases 22,680 Additional Bitcoin Miners and Anticipates 3.2 EH/s Capacity After Deployment," April 15, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces $16.2 Million Increase in Microgrid Contracts, a 220% Improvement," April 19, 2021

- CleanSpark Inc. Press Release, "CleanSpark, Inc. Reports Quarterly Financial Results for the Quarter Ended March 31, 2021," May 6, 2021

- CleanSpark Inc. Press Release, "CleanSpark Acquires Additional S19-Pro Bitcoin Mining Rigs to Further Enhance Energy Initiative," May 13, 2021

- CleanSpark Inc. Press Release, "CleanSpark Finalizes Purchase of ATL Data Center Real Estate," May 26, 2021

- CleanSpark Inc. Press Release, "CleanSpark Named to Russell 2000® Index and Welcomes Blockchain Expert Bernardo Schucman as Senior Vice President," June 23, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces Agreement with ESG-Focused Crypto-Miner, Coinmint," July 14, 2021

- CleanSpark Inc. Press Release, "CleanSpark Provides Updates on Bitcoin Mining and Energy Operations," August 3, 2021

- CleanSpark Inc. Press Release, "CleanSpark Acquires Second Data Center to Increase Bitcoin Mining Capacity," August 10, 2021

- CleanSpark Inc. Press Release, "CleanSpark, Inc. Reports Financial Results for its Third Quarter Ended June 30, 2021," August 17, 2021

- CleanSpark Inc. Press Release, "CleanSpark Transitions Over One Exahash of Sustainable Bitcoin Mining Power to Foundry USA Pool," September 27, 2021

**APPENDIX C**

- CleanSpark Inc. Press Release, "CleanSpark Uses Bitcoin to Fund 4,500 Newest Generation Miners," October 12, 2021

- CleanSpark Inc. Press Release, "As Bitcoin Reaches All-time Highs, Sustainable Bitcoin Miner CleanSpark Adds New Miners," October 20, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces Monthly Bitcoin Mining Data Updates to Increase Industry Transparency, Shares First Report," November 4, 2021

- CleanSpark Inc. Press Release, "Seizing Spot Market Opportunity, CleanSpark Secures More Bitcoin Mining Machines for Immediate Delivery," November 19, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces November Bitcoin Mining Updates," December 6, 2021

- CleanSpark Inc. Press Release, "CleanSpark Announces New 20 MW Immersion Cooling Initiative at Norcross Bitcoin Mining Facility," December 9, 2021

- CleanSpark Inc. Press Release, "CleanSpark Reports Fourth Quarter and Fiscal Year 2021 Financial Results," December 14, 2021

- CleanSpark Inc. Press Release, "CleanSpark Marks Its One-Year Anniversary of Sustainable Bitcoin Mining," December 16, 2021

**Public Press**

- "BRIEF-CleanSpark Announces Additional Residential Microgrid Contract," *Reuters News*, January 13, 2021

- "CleanSpark Announces Additional Residential Microgrid Contract," *Contify Energy News*, January 13, 2021

- "CleanSpark Announces Additional Residential Microgrid Contract," *GlobeNewsWire*, January 13, 2021

- "Press Release: CleanSpark Announces Additional Residential Microgrid Contract," *Dow Jones Institutional News*, January 13, 2021

- "Why CleanSpark's Stock Is Trading Lower Today," *Benzinga*, January 14, 2021

- "Culper Research issues short report on CleanSpark, calls stock 'uninvestible,'" *The Fly on the Wall*, January 14, 2021

- "CleanSpark Announces Additional Residential Microgrid Contract," *Jordan News Agency*, January 14, 2021

- "Cleanspark, Inc. Files SEC Form 8-K, Current Report: (Dec. 31, 2020)," *Computer Weekly News*, January 14, 2021

**APPENDIX C**

- "HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Investigating CleanSpark (CLSK) For Possible Securities Fraud, Encourages CLSK Investors to Contact Its Attorneys Now," *PR Newswire*, January 15, 2021

- "Press Release: HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Investigating CleanSpark (CLSK) For Possible Securities Fraud, Encourages CLSK Investors to Contact Its Attorneys Now," *Dow Jones Institutional News*, January 15, 2021

- "The Law Offices of Frank R. Cruz Announces Investigation of CleanSpark, Inc. (CLSK) on Behalf of Investors," *Business Wire*, January 15, 2021

- "CLSK LOSSES ALERT: Bernstein Liebhard is Investigating CleanSpark, Inc. For Violations of the Securities Laws," *GlobeNewsWire*, January 18, 2021

- "CLEANSPARK INC COM, Inst Holders, 4Q 2020 (CLSK)," *Dow Jones Institutional News*, January 19, 2021

- "CleanSpark Investors: Company Investigated by the Portnoy Law Firm," *GlobeNewsWire*, January 19, 2021

- "CleanSpark Partnership Delivers Another New Commercial Microgrid in Orange County," *Contify Energy News*, January 19, 2021

- "CleanSpark Partnership Delivers Another New Commercial Microgrid in Orange County," *PR Newswire*, January 19, 2021

- "CLSK LOSSES ALERT: Bernstein Liebhard is Investigating CleanSpark, Inc. For Violations of the Securities Laws," *Agence Marocaine De Presse (MAP)*, January 19, 2021

- "Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of CleanSpark, Inc. (CLSK) on Behalf of Investors," *Business Wire*, January 19, 2021

- "INVESTOR ALERT: Law Offices of Howard G. Smith Announces Investigation of CleanSpark, Inc. (CLSK) on Behalf of Investors," *Business Wire*, January 19, 2021

- "Press Release: CleanSpark Partnership Delivers Another New Commercial Microgrid in Orange County," *Dow Jones Institutional News*, January 19, 2021

- "BRIEF-Cleanspark Provides Update On Bitcoin Balance And Mining Revenue," *Reuters News*, January 20, 2021

- "CleanSpark Investors: Company Investigated by the Portnoy Law Firm," *Al Riyadh*, January 20, 2021

- "CleanSpark Subsidiary Generates 56 Bitcoins in Last 40 Days," *Dow Jones Institutional News*, January 20, 2021

**APPENDIX C**

- "CleanSpark's CEO Discusses The Company's Expansion Into Bitcoin," *Benzinga*, January 20, 2021

- "INVESTOR ALERT: Kirby McInerney LLP Announces an Investigation of Shareholder Claims Against CleanSpark, Inc.," *Business Wire*, January 20, 2021

- "CLSK CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against CleanSpark, Inc.," *Business Wire*, January 21, 2021

- "BREAKING ALERT: ROSEN, TOP RANKED INVESTOR COUNSEL, Encourages CleanSpark, Inc. Investors with Large Losses to Secure Counsel Before Important Deadline CLSK," *Al Riyadh*, February 11, 2021

- "CLSK INVESTOR FILING DEADLINE: Bernstein Liebhard LLP Reminds Investors of the Deadline to File a Lead Plaintiff Motion In a Securities Class Action Lawsuit Against CleanSpark, Inc.," *PR Newswire*, February 11, 2021

- "DEADLINE ALERT for CLSK, BTBT, LIZI, and JFU: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders," *GlobeNewsWire*, February 11, 2021

- "BRIEF-CleanSpark Says Quarterly Revenue Rose 130 Percent To $2.26 Million," *Reuters News*, February 12, 2021

- "CleanSpark 1Q Rev $2.26M >CLSK," *Dow Jones Newswires Chinese (English)*, February 12, 2021

- "CleanSpark Files 8K - Operations And Financial Condition >CLSK," *Dow Jones Institutional News*, February 12, 2021

- "CleanSpark Inc expected to post a loss of 12 cents a share - Earnings Preview," *Reuters News*, February 12, 2021

- "CleanSpark Inc reports results for the quarter ended in December - Earnings Summary," *Reuters News*, February 12, 2021

- "CleanSpark Inc: A loss of 12 cents per share anticipated for first quarter," *Reuters News*, February 12, 2021

- "CleanSpark Inc: Losses of 32 cents announced for first quarter," *Reuters News*, February 12, 2021

- "CleanSpark posts results for quarter ended December 31, 2020," *MarketLine News and Comment*, February 12, 2021

- "CleanSpark Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," *Contify Energy News*, February 12, 2021

- "CleanSpark, Inc. Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," *PR Newswire*, February 12, 2021

**APPENDIX C**

- "CleanSpark: Fiscal 1Q Earnings Snapshot," *Associated Press Newswires*, February 12, 2021

- "CLSK ALERT: The Klein Law Firm Announces a Lead Plaintiff Deadline of March 22, 2021 in the Class Action Filed on Behalf of Cleanspark, Inc. Limited Shareholders," *Newsfile*, February 12, 2021

- "DEADLINE ALERT for CLSK, BTBT, LIZI, and JFU: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders," *Agence Marocaine De Presse (MAP)*, February 12, 2021

- "DEADLINE ALERT for PEN, CLSK, BTBT, LIZI: Law Offices of Howard G. Smith Reminds Investors of Class Actions on Behalf of Shareholders," *GlobeNewsWire*, February 12, 2021

- "HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Urges CleanSpark (CLSK) Investors to Contact Firm Now, Lead Plaintiff Deadline Approaching in Securities Fraud Case Filed After Analyst Called Shares 'Uninvestible'," *GlobeNewsWire*, February 12, 2021

- "Press Release: CleanSpark, Inc . Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," *Dow Jones Institutional News*, February 12, 2021

- "SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Cleanspark, Inc. of a Class Action Lawsuit and a Lead Plaintiff Deadline of March 22, 2021 - CLSK," *Newsfile*, February 12, 2021

- "SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of CleanSpark, Inc. - CLSK," *Newsfile*, February 12, 2021

- "BREAKING NEWS: ROSEN, A LEADING LAW FIRM, Encourages CleanSpark, Inc. Investors with Losses Exceeding $100K to Secure Counsel Before Important Deadline - CLSK," *PR Newswire*, February 13, 2021

- "Press Release: BREAKING NEWS: ROSEN, A LEADING LAW FIRM, Encourages CleanSpark, Inc. Investors with Losses Exceeding $100K to Secure Counsel Before Important Deadline - CLSK," *Dow Jones Institutional News*, February 13, 2021

- "CLEANSPARK INC: Bernstein Liebhard Reminds of March 22 Deadline," *Class Action Reporter*, February 15, 2021

- "CleanSpark, Inc . Reports Quarterly Financial Results for the Three-Months Ended December 31, 2020," *Resources News*, February 15, 2021

- "Deadline Reminder: Law Offices of Howard G. Smith Reminds Investors of Looming Deadline in the Class Action Lawsuit Against CleanSpark, Inc. (CLSK)," *iCrowdNewswire*, February 15, 2021

**APPENDIX C**

- "CLEANSPARK INC: Incurs $7.2MM Net Loss for Quarter Ended Dec. 31," *Troubled Company Reporter*, February 16, 2021

- "CleanSpark Is Maintained at Buy by HC Wainwright & Co.," *Dow Jones Institutional News*, February 16, 2021

- "CleanSpark Is Maintained at Buy by HC Wainwright & Co.," *Dow Jones Newswires Chinese (English)*, February 16, 2021

- "CleanSpark Price Target Raised to $50.00/Share From $24.00 by HC Wainwright & Co.," *Dow Jones Newswires Chinese (English)*, February 16, 2021

- "CleanSpark, Inc. CLASS ACTION Alert: Wolf Haldenstein Adler Freeman & Herz LLP announces that a securities class action lawsuit has been filed in the United States District Court for the Southern District of New York against purchased CleanSpark, Inc.," *PR Newswire*, February 16, 2021

- "DEADLINE NOTICE: Zhang Investor Law Alerts Investors of Deadline in Securities Class Action Lawsuit Against CleanSpark, Inc. -- CLSK," *GlobeNewsWire*, February 16, 2021

- "LIZI, JFU & CLSK Class Actions: Bronstein, Gewirtz & Grossman LLC Reminds Shareholders of Class Actions and Encourages Investors to Contact the Firm," *GlobeNewsWire*, February 16, 2021

- "Press Release: CleanSpark, Inc . CLASS ACTION Alert: Wolf Haldenstein Adler Freeman & Herz LLP announces that a securities class action lawsuit has been filed in the United States District Court for the Southern District of New York against purchased CleanSpark, Inc.," *Dow Jones Institutional News*, February 16, 2021

- "SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Cleanspark, Inc. of a Class Action Lawsuit and a Lead Plaintiff Deadline of March 22, 2021 - CLSK," *Newsfile*, February 16, 2021

- "SOLARWINDS CORP: Jakubowitz Law Reminds of March 5 Deadline," *Class Action Reporter*, February 16, 2021

- "U.S. RESEARCH ROUNDUP- Gap, L Brands, Unity Biotechnology," *Reuters News*, February 16, 2021

- "Breaking Alert: Rosen, Global Investor Counsel, Encourages CleanSpark, Inc. Investors with Large Losses to Secure Counsel Before Important Deadline - CLSK," *Newsfile*, February 17, 2021

- "CleanSpark Launches mVoult, a Direct-to-Consumer Residential Microgrid Solution," *PR Newswire*, February 17, 2021

- "CleanSpark to Discuss Fiscal Quarterly Earnings and Positive 2021 Outlook with Water Tower Research," *Contify Energy News*, February 17, 2021

**APPENDIX C**

- "CleanSpark to Discuss Fiscal Quarterly Earnings and Positive 2021 Outlook with Water Tower Research," *GlobeNewsWire*, February 17, 2021

- "DEADLINE NOTICE: Zhang Investor Law Alerts Investors of Deadline in Securities Class Action Lawsuit Against CleanSpark, Inc. CLSK," *African Manager*, February 17, 2021

- "Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against CleanSpark, Inc. (CLSK)," *GlobeNewsWire*, February 17, 2021

- "LIZI, JFU & CLSK Class Actions: Bronstein, Gewirtz & Grossman LLC Reminds Shareholders of Class Actions and Encourages Investors to Contact the Firm," *African Manager*, February 17, 2021

- "Press Release: CleanSpark Launches mVoult, a Direct-to-Consumer Residential Microgrid Solution," *Dow Jones Institutional News*, February 17, 2021

- "Press Release: CleanSpark to Discuss Fiscal Quarterly Earnings and Positive 2021 Outlook with Water Tower Research," *Dow Jones Institutional News*, February 17, 2021

- "Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Lizhi, Bit Digital, CleanSpark, and 9F, Inc. and Encourages Investors to Contact the Firm," *GlobeNewsWire*, February 18, 2021

- "CleanSpark Stock: Berger Montague Investigates Alleged Securities Fraud Claims Against CleanSpark, Inc. (NASDAQ: CLSK); Lead Plaintiff Deadline is March 22, 2021," *PR Newswire*, February 18, 2021

- "CleanSpark to Discuss Fiscal Quarterly Earnings and Positive 2021 Outlook with Water Tower Research," *Times of Zambia*, February 18, 2021

- "Crypto Mining Opportunities Ramp Up as Bitcoin Bonanza Causes Demand to Surge, Despite Shortages," *PR Newswire*, February 18, 2021

- "Crypto Mining Opportunities Ramp Up as Bitcoin Bonanza Causes Demand to Surge, Despite Shortages," *PR Newswire Europe*, February 18, 2021

- "DEADLINE ALERT for CLSK, BTBT, LIZI, and JFU: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders," *GlobeNewsWire*, February 18, 2021

- "Press Release: CleanSpark Stock: Berger Montague Investigates Alleged Securities Fraud Claims Against CleanSpark, Inc . (NASDAQ: CLSK); Lead Plaintiff Deadline is March 22, 2021," *Dow Jones Institutional News*, February 18, 2021

- "SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Cleanspark, Inc. of a Class Action Lawsuit and a Lead Plaintiff Deadline of March 22, 2021 - CLSK," *Newsfile*, February 18, 2021

**APPENDIX C**

- "12 Information Technology Stocks Moving In Monday's After-Market Session," *Benzinga*, August 16, 2021

- "CleanSpark Inc reports results for the quarter ended in June - Earnings Summary," *Reuters News*, August 16, 2021

- "CleanSpark Inc. - Quarterly Report (SEC Filing - 10-Q)," *Securities and Exchange Commission (SEC) Filings*, August 16, 2021

- "CleanSpark Inc: Losses of 38 cents announced for third quarter," *Reuters News*, August 16, 2021

- "CleanSpark: Fiscal Q3 Earnings Snapshot," *Associated Press Newswires*, August 16, 2021

- "Institutions are Ramping Up Investments in the Crypto Sector," *PR Newswire*, August 16, 2021

- "Institutions are Ramping Up Investments in the Crypto Sector," *PR Newswire Europe*, August 16, 2021

- "MTI - Amendment to Registration Statement - General Form (SEC Filing - S-1/A)," *Securities and Exchange Commission (SEC) Filings*, August 16, 2021

- "04:58 EDT CleanSpark price target lowered to $35 from $45 at BTIGBTIG analyst...," *The Fly on the Wall*, August 17, 2021

- "06:40 EDT CleanSpark reports Q2 EPS (49c), two estimates 7cReports Q2 revenue...," *The Fly on the Wall*, August 17, 2021

- "06:44 EDT CleanSpark reports Q3 EPS (49c), two estimates 7c Reports Q3 revenue...," *The Fly on the Wall*, August 17, 2021

- "06:45 EDT CleanSpark price target lowered to $35 from $45 at BTIGBTIG analyst...," *The Fly on the Wall*, August 17, 2021

- "06:46 EDT CleanSpark narrows FY21 revenue view to $49M-$63M from $47M-$67MTwo...," *The Fly on the Wall*, August 17, 2021

- "09:28 EDT CleanSpark reports Q3 non-GAAP EPS 7c, consensus 7cReports Q3 revenue...," *The Fly on the Wall*, August 17, 2021

- "48 Stocks Moving In Tuesday's Mid-Day Session," *Benzinga*, August 17, 2021

- "BRIEF-Cleanspark, Inc. Reports Quarterly Non-GAAP Loss Per Share Of $0.11," *Reuters News*, August 17, 2021

- "CleanSpark 3Q Loss/Shr 49c >CLSK," *Dow Jones Newswires Chinese (English)*, August 17, 2021

**APPENDIX C**

- "CleanSpark Energy May Have Broken Below A Key Support Level," *Benzinga*, August 17, 2021

- "CleanSpark Inc. - CleanSpark, Inc. Reports Financial Results for its Third Quarter Ended June 30, 2021 (Form 8-K)," *Securities and Exchange Commission (SEC) Filings*, August 17, 2021

- "CleanSpark, Inc. CEO Zach Bradford on Q3 2021 Results -- Earnings Call Transcript >CLSK," *Dow Jones Institutional News*, August 17, 2021

- "CleanSpark, Inc. Reports Financial Results for its Third Quarter Ended June 30, 2021," *PR Newswire*, August 17, 2021

- "Press Release: CleanSpark, Inc . Reports Financial Results for its Third Quarter Ended June 30, 2021," *Dow Jones Institutional News*, August 17, 2021

- "Proactive news headlines including Versus Systems, Cloud DX, Alternus Energy, Delta 9 Cannabis and EVmo," *The Canadian Press*, August 17, 2021

- "Proactive news headlines including Versus Systems, Cloud DX, Alternus Energy, Delta 9 Cannabis and EVmo," *Postmedia Breaking News*, August 17, 2021

- "U.S. RESEARCH ROUNDUP-CF Industries, DXC Technology, Rackspace Technology," *Reuters News*, August 17, 2021

- "Why Cleanspark Shares Are Trading Lower Today," *Benzinga*, August 17, 2021

- "Proactive news headlines including Versus Systems, Cloud DX, Alternus Energy, Delta 9 Cannabis and EVmo," *Kabulpress.org*, August 18, 2021

- "12 Information Technology Stocks Moving In Thursday's Intraday Session," *Benzinga*, August 19, 2021

- "CleanSpark announces update to ongoing roll-out of mVoult," *MarketLine News and Comment*, August 19, 2021

- "CLEANSPARK INC: Incurs $16.7 Million Net Loss in Third Quarter," *Troubled Company Reporter*, August 19, 2021

- "CleanSpark Rolls Out Smart Residential Microgrid Solution and Mobile App, mVoult," *PR Newswire*, August 19, 2021

- "Fidelity Salem Street Trust - Annual/Semi-Annual Report by Investment Company (SEC Filing - N-CSR)," *Securities and Exchange Commission (SEC) Filings*, August 19, 2021

- "Press Release: CleanSpark Rolls Out Smart Residential Microgrid Solution and Mobile App, mVoult," *Dow Jones Institutional News*, August 19, 2021

**APPENDIX C**

- "Proactive news headlines including BioHarvest Sciences, Biocept, Nomad Royalty, The Valens Company, Plurilock Security and," *The Canadian Press*, August 19, 2021

- "Proactive news headlines including BioHarvest Sciences, Biocept, Nomad Royalty, The Valens Company, Plurilock Security and Western Magnesium," *Postmedia Breaking News*, August 19, 2021

- "Beijing Bitmain Technologies Co. Ltd. - Bitmain Hosts Digital Mining Energy Conference to Promote Renewable Energy Mining in North America," *Private Companies News via PUBT*, August 20, 2021

- "Bitmain Hosts Digital Mining Energy Conference to Promote Renewable Energy Mining in North America," *Canada NewsWire*, August 20, 2021

- "CleanSpark Rolls Out Smart Residential Microgrid Solution and Mobile App, mVoult," *Resources News*, August 20, 2021

- "MTI - Supplemental Prospectus (SEC Filing - 424B4)," *Securities and Exchange Commission (SEC) Filings*, August 20, 2021

**SEC Filings**

- CleanSpark Inc. Form 10-Q for the quarterly period ended March 31, 2017, filed on May 11, 2017

- CleanSpark Inc. Form 10-Q for the quarterly period ended June 30, 2017, filed on August 14, 2017

- CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2017, filed on January 16, 2018

- CleanSpark Inc. Form 10-K/A for the fiscal year ended September 30, 2017, filed on April 5, 2018

- CleanSpark Inc. Form 10-Q for the quarterly period ended December 31, 2017, filed on February 14, 2018

- CleanSpark Inc. Correspondence Letter, "Re: CleanSpark, Inc., Form 10-K for Fiscal Year Ended September 30, 2017, Filed January 16, 2018, File No. 0-53498," filed on March 9, 2018

- CleanSpark Inc. Form 424B5, filed on October 9, 2020

- CleanSpark Inc. Form 8-K, filed on December 10, 2020

- CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2020, filed on December 17, 2020

- CleanSpark Inc. Form 10-Q for the quarterly period ended December 31, 2020, filed on February 12, 2021

**APPENDIX C**

- CleanSpark Inc. Form 10-Q for the quarterly period ended March 31, 2021, filed on May 6, 2021

- CleanSpark Inc. Form 8-K, filed on July 14, 2021

- CleanSpark Inc. Form 10-Q for the quarterly period ended June 30, 2021, filed on August 16, 2021

- CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2021, filed on December 14, 2021

- CleanSpark Inc. Form 10-K for the fiscal year ended September 30, 2024, filed on December 3, 2024

- MARA Holdings Inc. Form 8-K, filed on September 5, 2024

- MARA Holdings Inc. Form 10-K for the fiscal year ended December 31, 2024, filed on March 3, 2025

**Tweets**

- Culper Research via Twitter, January 14, 2021, available at https://x.com/CulperResearch/status/1349797488199348225

- Culper Research via Twitter, January 15, 2021, available at https://x.com/CulperResearch/status/1350080600661581825

**Other Publicly Available Materials**

- "Bitcoin, ethereum plunge; crypto market cap losses nearly $1 trillion," *Reuters*, May 19, 2021, available at https://www.reuters.com/technology/bitcoin-ethereum-plunge-crypto-market-cap-losses-nearly-1-trillion-2021-05-19/

- "Bitcoin Network Sees Fourth Straight Downward Difficulty Adjustment," *CoinDesk*, September 14, 2021, available at https://www.coindesk.com/markets/2021/07/19/bitcoin-network-sees-fourth-straight-downward-difficulty-adjustment

- "China vows to crack down on bitcoin mining, trading activities," *Reuters*, May 21, 2021, available at https://www.reuters.com/technology/china-says-it-will-crack-down-bitcoin-mining-trading-activities-2021-05-21/

- "China's ban forces some bitcoin miners to flee overseas, others sell out," *Reuters*, June 25, 2021, available at https://www.reuters.com/technology/chinas-ban-forces-some-bitcoin-miners-flee-overseas-others-sell-out-2021-06-25/

- "Disclaimer," *Culper Research*, available at https://culperresearch.com

**APPENDIX C**

- "Huge CleanSpark Acquisition News! (CLSK Stock)," *RexFinance YouTube Channel*, December 12, 2020, available at https://www.youtube.com/watch?v=v-jE0Ni2s3E

- "The (Flash) Crash of May 19, 2021," *Deribit Insights*, May 22, 2021, available at https://insights.deribit.com/exchange-updates/the-flash-crash-of-may-19-2021/

- "Latest in China's Crypto Crackdown," *Galaxy Insights*, June 23, 2021, available at https://www.galaxy.com/insights/research/latest-in-chinas-crypto-crackdown

- "Examining the Latest China Bitcoin Ban," May 25, 2021, *Galaxy Insights*, available at https://www.galaxy.com/insights/research/examining-the-latest-china-bitcoin-ban

- CleanSpark Press Release as disseminated via PR Newswire, "CleanSpark Announces Agreement with ESG-Focused Crypto-Miner, Coinmint," July 14, 2021, available at https://www.prnewswire.com/news-releases/cleanspark-announces-agreement-with-esg-focused-crypto-miner-coinmint-301333316.html

- CleanSpark Press Release as shown on CleanSpark's website, "CleanSpark Announces Agreement with ESG-Focused Crypto-Miner, Coinmint," July 14, 2021, available at https://investors.cleanspark.com/news/news-details/2021/CleanSpark-Announces-Agreement-with-ESG-Focused-Crypto-Miner-Coinmint-07-14-2021/default.aspx

- Rex Finance YouTube Channel as of December 5, 2020, available at https://web.archive.org/web/20201205111411/https://www.youtube.com/channel/UC67nITyfMJ7Rk1_3udd2qeg

**All other materials cited in this report, including appendices and exhibits.**



## Cumulative Abnormal Returns for Combinations of Dates with Statements on the Revised Capacity Timeline Discussed in the Bozanic Merits Report

| 1/5/21 | 1/6/21 | 2/12/21 | 3/2/21 | 3/26/21 | 7/14/21 | 8/17/21 | Cumulative Abnormal Return[1] | P-Value[2] | Confidence Level[3] |
|---|---|---|---|---|---|---|---|---|---|
| *Dates Used by Dr. Bozanic in his Cumulative Abnormal Return Calculation* | | | | | | | | | |
|  |  | ✓ |  |  |  | ✓ | -16.0% | 0.055 | 94.5% |
| *Incorporating Other Dates Discussed by Dr. Bozanic* | | | | | | | | | |
|  |  | ✓ | ✓ |  | ✓ | ✓ | -10.8% | 0.365 | 63.5% |
|  | ✓ | ✓ | ✓ |  | ✓ | ✓ | 12.2% | 0.402 | 59.8% |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 10.4% | 0.566 | 43.4% |
| *Additional Combinations* | | | | | | | | | |
|  |  |  |  |  | ✓ | ✓ | -11.6% | 0.059 | 94.1% |
|  | ✓ |  |  |  | ✓ | ✓ | -16.7% | 0.080 | 92.0% |
|  |  | ✓ |  | ✓ |  | ✓ | -17.6% | 0.099 | 90.1% |
|  |  |  |  | ✓ |  | ✓ | -12.6% | 0.106 | 89.4% |
|  |  | ✓ |  | ✓ | ✓ | ✓ | -18.2% | 0.117 | 88.3% |
|  |  |  |  | ✓ | ✓ | ✓ | -13.2% | 0.143 | 85.7% |
| ✓ |  | ✓ |  |  |  | ✓ | -15.8% | 0.181 | 81.9% |
| ✓ |  | ✓ |  |  | ✓ | ✓ | -16.5% | 0.195 | 80.5% |
| ✓ |  | ✓ |  | ✓ |  | ✓ | -17.4% | 0.200 | 80.0% |
| ✓ |  | ✓ |  | ✓ | ✓ | ✓ | -18.0% | 0.208 | 79.2% |
| ✓ |  |  |  |  |  | ✓ | -10.7% | 0.252 | 74.8% |
| ✓ |  |  |  |  | ✓ | ✓ | -11.4% | 0.274 | 72.6% |
| ✓ |  |  |  | ✓ |  | ✓ | -12.4% | 0.281 | 71.9% |
| ✓ |  |  |  | ✓ | ✓ | ✓ | -13.0% | 0.291 | 70.9% |
|  |  | ✓ | ✓ |  |  | ✓ | -10.1% | 0.359 | 64.1% |
|  |  | ✓ | ✓ | ✓ |  | ✓ | -11.8% | 0.360 | 64.0% |
|  |  | ✓ | ✓ | ✓ | ✓ | ✓ | -12.4% | 0.362 | 63.8% |
| ✓ |  | ✓ | ✓ | ✓ | ✓ | ✓ | -12.2% | 0.445 | 55.5% |
|  |  | ✓ |  | ✓ |  |  | -7.5% | 0.445 | 55.5% |
|  |  | ✓ |  | ✓ | ✓ |  | -8.2% | 0.449 | 55.1% |
|  |  | ✓ |  |  | ✓ |  | -6.5% | 0.450 | 55.0% |
| ✓ |  | ✓ | ✓ | ✓ |  | ✓ | -11.6% | 0.452 | 54.8% |
| ✓ |  | ✓ | ✓ |  | ✓ | ✓ | -10.6% | 0.468 | 53.2% |
| ✓ |  | ✓ | ✓ |  |  | ✓ | -9.9% | 0.475 | 52.5% |
|  |  | ✓ |  | ✓ | ✓ | ✓ | -7.1% | 0.538 | 46.2% |
|  |  | ✓ |  | ✓ |  | ✓ | -6.4% | 0.547 | 45.3% |
| ✓ |  | ✓ |  | ✓ | ✓ |  | -8.0% | 0.560 | 44.0% |
|  |  |  | ✓ |  | ✓ | ✓ | -5.4% | 0.571 | 42.9% |
| ✓ |  | ✓ |  | ✓ |  |  | -7.3% | 0.573 | 42.7% |
|  |  |  | ✓ |  |  | ✓ | -4.6% | 0.577 | 42.3% |
| ✓ |  | ✓ |  |  | ✓ |  | -6.3% | 0.602 | 39.8% |
| ✓ |  | ✓ |  |  |  |  | -5.5% | 0.618 | 38.2% |
| ✓ |  |  | ✓ | ✓ | ✓ | ✓ | -6.9% | 0.629 | 37.1% |
| ✓ |  |  | ✓ | ✓ |  | ✓ | -6.2% | 0.648 | 35.2% |
| ✓ |  |  | ✓ |  | ✓ | ✓ | -5.1% | 0.685 | 31.5% |
| ✓ |  |  | ✓ |  |  | ✓ | -4.4% | 0.710 | 29.0% |
|  |  |  |  | ✓ | ✓ |  | -2.6% | 0.745 | 25.5% |
| ✓ |  |  |  | ✓ | ✓ |  | -2.4% | 0.837 | 16.3% |
| ✓ |  |  |  | ✓ |  |  | -1.6% | 0.879 | 12.1% |
|  | ✓ |  | ✓ | ✓ | ✓ |  | -1.7% | 0.894 | 10.6% |
| ✓ | ✓ |  | ✓ | ✓ | ✓ |  | -1.5% | 0.922 | 7.8% |
|  | ✓ |  | ✓ | ✓ |  |  | -1.0% | 0.938 | 6.2% |
| ✓ |  |  |  |  | ✓ |  | -0.6% | 0.953 | 4.7% |
| ✓ |  | ✓ | ✓ | ✓ |  |  | -0.7% | 0.961 | 3.9% |
|  |  | ✓ | ✓ |  | ✓ |  | 0.1% | 0.991 | 0.9% |
| ✓ |  | ✓ | ✓ |  | ✓ |  | 0.4% | 0.980 | 2.0% |
| ✓ |  | ✓ | ✓ |  |  |  | 1.1% | 0.931 | 6.9% |
|  |  | ✓ | ✓ |  |  |  | 0.9% | 0.928 | 7.2% |
| ✓ | ✓ | ✓ |  | ✓ | ✓ | ✓ | 3.1% | 0.852 | 14.8% |
|  | ✓ | ✓ |  | ✓ | ✓ | ✓ | 2.9% | 0.841 | 15.9% |
| ✓ | ✓ | ✓ |  | ✓ |  | ✓ | 3.9% | 0.806 | 19.4% |
|  | ✓ | ✓ |  | ✓ |  | ✓ | 3.7% | 0.785 | 21.5% |
| ✓ |  | ✓ |  | ✓ | ✓ |  | 4.5% | 0.743 | 25.7% |
| ✓ | ✓ | ✓ |  |  | ✓ | ✓ | 5.1% | 0.740 | 26.0% |
|  | ✓ | ✓ |  |  | ✓ | ✓ | 4.8% | 0.704 | 29.6% |
|  |  |  | ✓ | ✓ | ✓ |  | 4.3% | 0.694 | 30.6% |
| ✓ | ✓ | ✓ |  |  |  | ✓ | 5.9% | 0.685 | 31.5% |
| ✓ |  |  | ✓ | ✓ |  |  | 5.3% | 0.680 | 32.0% |
|  | ✓ | ✓ |  |  |  | ✓ | 5.6% | 0.633 | 36.7% |
|  |  |  | ✓ | ✓ |  |  | 5.1% | 0.604 | 39.6% |


**APPENDIX D**

## Cumulative Abnormal Returns for Combinations of Dates with Statements on the Revised Capacity Timeline Discussed in the Bozanic Merits Report

| 1/5/21 | 1/6/21 | 2/12/21 | 3/2/21 | 3/26/21 | 7/14/21 | 8/17/21 | Cumulative Abnormal Return[1] | P-Value[2] | Confidence Level[3] |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ✓ |  |  | ✓ |  | ✓ |  | 6.5% | 0.590 | 41.0% |
| ✓ | ✓ |  |  | ✓ | ✓ | ✓ | 9.4% | 0.530 | 47.0% |
|  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 10.1% | 0.527 | 47.3% |
| ✓ | ✓ | ✓ | ✓ | ✓ |  | ✓ | 11.3% | 0.520 | 48.0% |
| ✓ |  |  | ✓ |  |  |  | 7.3% | 0.510 | 49.0% |
|  | ✓ | ✓ | ✓ | ✓ |  | ✓ | 11.0% | 0.473 | 52.7% |
| ✓ | ✓ |  |  | ✓ |  | ✓ | 10.3% | 0.471 | 52.9% |
|  |  |  | ✓ |  | ✓ |  | 6.2% | 0.467 | 53.3% |
|  | ✓ |  |  | ✓ | ✓ | ✓ | 9.1% | 0.459 | 54.1% |
| ✓ | ✓ | ✓ | ✓ |  | ✓ | ✓ | 12.5% | 0.459 | 54.1% |
| ✓ | ✓ | ✓ | ✓ |  |  | ✓ | 13.4% | 0.410 | 59.0% |
| ✓ | ✓ |  |  |  | ✓ | ✓ | 11.5% | 0.393 | 60.7% |
|  | ✓ |  |  | ✓ |  | ✓ | 10.0% | 0.383 | 61.7% |
|  | ✓ | ✓ | ✓ |  |  | ✓ | 13.1% | 0.344 | 65.6% |
| ✓ | ✓ | ✓ |  | ✓ | ✓ |  | 15.7% | 0.330 | 67.0% |
| ✓ | ✓ |  |  |  |  | ✓ | 12.3% | 0.327 | 67.3% |
| ✓ | ✓ |  | ✓ | ✓ | ✓ | ✓ | 17.1% | 0.303 | 69.7% |
|  | ✓ |  |  |  | ✓ | ✓ | 11.2% | 0.283 | 71.7% |
| ✓ | ✓ | ✓ |  | ✓ |  |  | 16.6% | 0.282 | 71.8% |
|  | ✓ | ✓ |  | ✓ | ✓ |  | 15.5% | 0.262 | 73.8% |
| ✓ | ✓ |  | ✓ | ✓ |  | ✓ | 18.0% | 0.259 | 74.1% |
|  | ✓ |  | ✓ | ✓ | ✓ | ✓ | 16.9% | 0.240 | 76.0% |
| ✓ | ✓ | ✓ |  |  | ✓ |  | 17.9% | 0.224 | 77.6% |
|  | ✓ | ✓ |  | ✓ |  |  | 16.4% | 0.207 | 79.3% |
| ✓ | ✓ |  | ✓ |  | ✓ | ✓ | 19.3% | 0.205 | 79.5% |
|  | ✓ |  |  |  | ✓ | ✓ | 12.1% | 0.197 | 80.3% |
|  | ✓ |  | ✓ | ✓ |  | ✓ | 17.8% | 0.190 | 81.0% |
| ✓ | ✓ | ✓ |  |  |  |  | 18.8% | 0.178 | 82.2% |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  | 23.9% | 0.177 | 82.3% |
| ✓ | ✓ |  | ✓ |  |  | ✓ | 20.3% | 0.164 | 83.6% |
| ✓ | ✓ | ✓ | ✓ | ✓ |  |  | 24.9% | 0.146 | 85.4% |
|  | ✓ | ✓ |  |  | ✓ |  | 17.6% | 0.145 | 85.5% |
|  | ✓ |  | ✓ |  | ✓ | ✓ | 19.1% | 0.134 | 86.6% |
|  | ✓ | ✓ | ✓ | ✓ | ✓ |  | 23.6% | 0.130 | 87.0% |
| ✓ | ✓ |  |  | ✓ | ✓ |  | 22.8% | 0.116 | 88.4% |
| ✓ | ✓ | ✓ | ✓ |  | ✓ |  | 26.2% | 0.111 | 88.9% |
|  | ✓ | ✓ | ✓ | ✓ |  |  | 24.6% | 0.099 | 90.1% |
|  | ✓ | ✓ |  |  |  |  | 18.6% | 0.097 | 90.3% |
|  | ✓ |  | ✓ |  |  | ✓ | 20.0% | 0.092 | 90.8% |
| ✓ | ✓ | ✓ | ✓ |  |  |  | 27.2% | 0.085 | 91.5% |
| ✓ | ✓ |  |  | ✓ |  |  | 23.7% | 0.084 | 91.6% |
|  | ✓ | ✓ | ✓ |  | ✓ |  | 26.0% | 0.066 | 93.4% |
|  | ✓ |  |  | ✓ | ✓ |  | 22.5% | 0.056 | 94.4% |
| ✓ | ✓ |  | ✓ | ✓ | ✓ |  | 31.5% | 0.053 | 94.7% |
| ✓ | ✓ |  |  |  | ✓ |  | 25.1% | 0.052 | 94.8% |
|  | ✓ | ✓ | ✓ |  |  |  | 27.0% | 0.044 | 95.6% |
| ✓ | ✓ |  | ✓ | ✓ |  |  | 32.5% | 0.037 | 96.3% |
|  | ✓ |  |  | ✓ |  |  | 23.5% | 0.030 | 97.0% |
| ✓ | ✓ |  |  |  |  |  | 26.1% | 0.030 | 97.0% |
|  | ✓ |  | ✓ | ✓ | ✓ |  | 31.2% | 0.025 | 97.5% |
| ✓ | ✓ |  | ✓ |  | ✓ |  | 33.9% | 0.022 | 97.8% |
|  | ✓ |  | ✓ | ✓ |  |  | 32.2% | 0.014 | 98.6% |
| ✓ | ✓ |  | ✓ |  |  |  | 35.0% | 0.013 | 98.7% |
|  | ✓ |  |  |  | ✓ |  | 24.8% | 0.011 | 98.9% |
|  | ✓ |  | ✓ |  | ✓ |  | 33.6% | 0.006 | 99.4% |
|  | ✓ |  | ✓ |  |  |  | 34.7% | 0.002 | 99.8% |

Source:  Bozanic Merits Report; Bozanic Merits Report Production ("Price Impact Event Study_formatted.xlsx")
Note:
[1] Cumulative abnormal return values are calculated by compounding the abnormal returns from each day.
[2]  P-values are calculated based on Dr. Bozanic's approach, where p-values are calculated using a two-tailed t-test and the variance of the cumulative abnormal returns is calculated as the sum of the mean squared error values for each day.  I note that my implementation of Dr. Bozanic's approach to assess the statistical significance of the cumulative abnormal returns does not constitute an endorsement of his approach or conclusions.
[3] Confidence level is calculated as 100% minus the respective p-value.