# EXHIBIT L



**Post**

**Culper** ✔
@CulperResearch

CleanSpark $CLSK has declined to respond to our report. Thus, we've emailed 8 questions directly to chairman Matthew Schultz, who we understand is always eager to respond to shareholders. If CleanSpark has nothing to hide, we expect public answers to the following questions.

## 8 Questions for CleanSpark Chairman Matthew Schultz

1. Did Green Dragon ever pay CleanSpark for any services whatsoever? If not, then why did the Company issue a press release claiming a contract with Green Dragon?

2. Why did CleanSpark announce "project deployments" at Valle Divino, given zero homes constructed at the site? Since the press release 5 months ago, how many microgrids has CleanSpark deployed at Valle Divino?

3. Why has the Company not disclosed that Lori Love was a member of p2k Labs, making this acquisition a related party transaction?

4. Why has the Company not disclosed that Amer Tadayon is the Chief Product Officer at LAWCLERK, a purported customer of CleanSpark?

5. You previously said CleanSpark could produce $133M in 2020 revenues. What went so horribly wrong so as to cause the Company to miss this estimate by over 90%?

6. Please explain why ATL Data Centers' website was created just two days prior to its acquisition by CleanSpark. Were Fastblock's abandoned assets simply rebranded as ATL?

7. Does ATL have a subsidized power supply agreement which could expire within 3 years? If so, why has the Company not disclosed this potentially devastating risk?

8. Why is CEO Zach Bradford listed as the auditor of a cannabis penny stock? Was the $1,584,250 he earned from CleanSpark in 2020 not enough to pay the bills?

9:01 AM · Jan 15, 2021

💬 39          ⟲ 8          ♡ 20          🔖 1          ↥

💬 Read 39 replies

**New to X?**

Sign up now to get your own personalized timeline!

**G** Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**



**SF Tech Week 2025**
LIVE

Trending in United States
**#GenV**
5,408 posts

Trending in United States
**Gaetz**
16.1K posts

Trending in United States
**Jonathan Rinderknecht**
Trending with Palisades Fire
6,366 posts

Politics · Trending
**NOT GUILTY**
20.6K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads Info | More… | © 2025 X Corp.