# EXHIBIT M

# EXHIBIT 4

Case 3:22-cv-00675-CARB    Document 108-13    Filed 03/13/25    Page 2 of 28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re FRESHWORKS INC.<br>Securities Litigation | Case No. 3:22-cv-06750-CRB<br><br>CLASS ACTION |

EXPERT REBUTTAL REPORT OF ZAHN BOZANIC, PH.D.

March 13, 2025

## I.      Scope of Report and Opinions

1.       I have been asked by Plaintiff's attorneys to review and respond to the opinions provided by Dr. Steven R. Grenadier in his expert report ("Grenadier Report") dated January 15, 2025.

2.       Based on my review of the Grenadier Report, I have formed the following opinions. First, Dr. Grenadier has failed to demonstrate the absence of "drift", as discussed in **Sections IV** and **V** below, in the weeks following the November 2-4, 2021 period (i.e., he has failed to demonstrate the absence of drift over the 60 trading day trading period following the Freshworks' November 2, 2021 earnings announcement). Second, Dr. Grenadier has failed to identify any disclosure events other than the November 2, 2021 earnings announcement (and the related company and analyst commentary the next day) that *could* have caused Freshworks' shares to decline through the remainder of 2021. Therefore, his analyses are incomplete and his inferences are flawed, as Dr. Grenadier ultimately relies on speculation and assumption – rather than economic and statistical analyses – to support his opinion that Freshworks' post-November 4, 2021 declines "must" be unrelated to the revelation of the relevant truth.

3.       Indeed, Dr. Grenadier's report essentially *ignores* the robust academic literature that identifies the well-known phenomenon of "post earnings announcement drift" (a.k.a. "PEAD"), which could well explain the continuing post-November 4, 2021 declines in the price of Freshworks stock that occurred through the end of 2021.  In short, despite Dr. Grenadier's opinion that the market for Freshworks stock was efficient (beginning on November 5, 2021, if not before), it simply does not follow from that conclusion that the stock's post-November 4, 2021 declines were (unlike the share declines of November 3 and 4) somehow *not* also attributable, in whole or in part, to the November 2, 2021 disclosure of the previously concealed truths about Freshworks' decelerating growth.

1

4.     The remainder of my report is organized as follows: **Section II** describes my qualifications. **Section III** summarizes Dr. Grenadier's opinions. **Section IV** discusses academic research in support of my opinions. **Section V** discusses why Dr. Grenadier's analysis is incomplete and why his inferences are flawed. **Section VI** concludes.

## II.     Qualifications

5.     I hold a Ph.D. in Business Administration from the Pennsylvania State University and am a tenured, full Professor of Accounting at Florida State University. I also hold the William Hillison Professorship of Accounting. I teach Ph.D. and Master's-level courses, present my research at universities and conferences both domestic and abroad, deliver guest lectures, participate in academic seminars, attend academic conferences, peer review academic work, organize academic conferences, and conduct research on areas related to accounting, finance, statistics, economics, and law.

6.     My research focuses on topics related to corporate disclosure, debt contracting, financial intermediaries, financial reporting misconduct, regulation, and enforcement. More specifically, my research has examined periodic corporate disclosures (*e.g.*, 10-K's, earnings press releases, etc.), earnings guidance, earnings management, earnings manipulation, financial statement irregularities, debt contracts (*e.g.*, private bank loans and public bonds), debt covenants, securitized debt, credit analysts, equity analysts, SEC comment letters, SEC requests for comment, and SEC investigations.

7.     I have been engaged in university-level teaching and academic research for over 15 years and continue to publish in peer-reviewed academic journals in accounting, economics, and finance. At the undergraduate level, I have taught courses on financial accounting, investments, valuation, and financial statement analysis. In addition, I have taught data analytics, valuation, and financial statement analysis at the Master's level as well as academic research seminars on

2

empirical research methods in accounting at the doctoral level. I am an Editorial Board member of several peer-reviewed journals, and am an Editor at the *International Journal of Accounting*.

8.	Before my current roles, I was a tenured, Associate Professor of Accounting and the Director of the Ph.D. Program in Accounting at Florida State University. Prior to then, I was an Assistant Professor of Accounting at the Ohio State University as well as a Research Fellow at The National Center for the Middle Market.

9.	Prior to working for Ohio State, I received my Ph.D. in Business Administration from the Pennsylvania State University. Before my graduate work at Penn State, I was employed by Wells Fargo Bank as a Financial Consultant and Product Manager. I received an M.A. from the University of Michigan and a B.A. from the University of California at Berkeley.

10.	I have published research in leading peer-reviewed journals in the fields of finance, accounting, and economics, including: *Journal of Accounting Research, Journal of Accounting and Economics*, *The Accounting Review*, *Journal of Business Finance & Accounting*, *Review of Quantitative Finance and Accounting*, and *Journal of Financial Reporting*, *inter alia*. My curriculum vitae, attached as **Appendix A**, further details my publication record. I have presented my academic research at over 50 academic institutions, as listed in my curriculum vitae. I have also received several awards and honors from my peers both nationally and globally related to my research, peer reviewing activities, and doctoral research supervision.

11.	The materials I have considered in forming my opinions are listed in **Appendix B**. My time is billed at a rate of $900 per hour for my work on this matter. My compensation is in no way contingent on the outcome of this case. My curriculum vitae, attached as **Appendix A**, further details my academic credentials and expert witness experience.

3

12.     My work is ongoing, and I reserve the right to update my analyses and opinions based upon new information, discovery, expert reports, or other information that comes to my attention.

### III.    Summary of Dr. Grenadier's Opinions

13.     Dr. Grenadier has rendered three primary opinions in his report: i) "Freshworks Class A common stock traded in an efficient market from market open on November 5, 2021 through February 11, 2022", ii) "any decline in Freshworks Class A common stock price causally linked to the November 2 Earnings Announcement was fully reflected in the price of Freshworks Class A common stock by November 5, 2021 at the latest", and iii) "any declines in the price of Freshworks Class A common stock after November 4, 2021 were not causally linked to the November 2 Earnings Announcement."[1] Upon careful review of the Grenadier Report, I conclude that his analyses are incomplete and inferences flawed for the reasons I discuss below.

### IV.    Academic Research on Stock Price Reactions to Information

14.     As a prefatory matter, it is important to distinguish between the three different forms market efficiency that economists typically invoke.  These three categories were first laid out in the seminal work of the Nobel Prize-winning Professor Eugene Fama, who posited a "strong," "semi-strong" and "weak" form of the market efficiency hypothesis, as follows:

> "Weak" form efficiency suggests that historical stock prices do not predict future stock prices.
>
> "Semi-strong" form efficiency suggests that all public information is impounded into stock prices.
>
> "Strong" form efficiency suggests that all public and private information is impounded into stock prices.[2]

---

[1]     Grenadier Report, ¶18.

[2]     See, generally, Eugene Fama, *Efficient Capital Markets: A Review of Theory and Empirical Work*, 25 Journal of Finance 383 (1970).

4

Dr. Grenadier and I appear to at least agree that "…form of market efficiency applicable to this matter is called the semi-strong form."[3]  I also note that, while the Grenadier Report implies that the prevailing definition of "semi-strong" efficiency refers to a market where "…prices always 'fully reflect' available information…"[4], Dr. Grenadier's summary of Professor Fama's Nobel-prize winning work glosses over his later work, in which Professor Fama himself stated that the "economically more sensible" definition of "semi-strong" efficiency hypothesis is that "…prices reflect information to the point where the marginal benefits of acting on the information (the profits to be made) do not exceed the marginal cost."[5]

15.    In contrast to the "semi-strong" form theory, under the "strong" form  theory of the efficient market hypothesis, if stock prices fully reflect all available information, then there is no need to expend additional effort or cost to acquire, analyze, and synthesize information for stock trading purposes. This of course is contrary to what happens in the financial markets, where market participants are striving (however imperfectly) to better understand the implications of new information for a given company's stock price.[6] Hence, the "strong" form of market efficiency merely offers a theoretical construct rather than an accurate depiction of the inter-workings of the financial markets.

16.    Consistent with the "semi-strong" form of market efficiency – but inconsistent with its  theoretical "strong" version – Bloomfield's (2002) "Incomplete Revelation Hypothesis" (IRH)

---

[3]     Grenadier Report, ¶23.

[4]     *Id.,* citing Fama, "Efficient Capital Markets:  A Review of Theory and Empirical Work", 25 J. Fin. at p. 383 (1970).

[5]     Eugene Fama, "Efficient Capital Markets: II," 46 J. Fin. at p. 1575 (1991).

[6]     Sanford Grossman & Joseph Stiglitz, *On the Impossibility of Informationally Efficient Markets*, 70 Am. Econ. Rev. at 405 (1980) (noting that "…because information is costly, prices cannot perfectly reflect the information which is available, since if it did, those who spent resources to obtain it would receive no compensation."); *see also* Z. Goshen & G. Parchomovsky, *The Essential Role of Securities Litigation*, 55 Duke Law Journal at p. 730 (2006) (noting that "…it is precisely this inefficiency that creates an incentive to invest in information and constantly pushes the market to become more efficient.").

5

asserts that "…statistics that are more costly to extract from public data are less completely revealed in market prices."[7] Thus, motivated by "noisy" rational expectations models, the "noise" these traders bring to the market (e.g., trading for liquidity or rebalancing purpose) "...keeps prices in the market from revealing information completely." Because investors' limited attention (Hirshleifer and Teoh 2002)[8] restricts the ability to consider all possible information in trading decisions, Bloomfield asserts that "…fewer investors base their trading decisions on statistics that are more costly to extract from public data, and market prices reveal those statistics less completely." The IRH thus predicts "…systematic underreaction to information contained in footnotes…that are more complex or to statistics that require more complex analyses." Hence, the IRH further predicts "…greater drift for statistics that are more costly to extract."[9] For example, absent a long track record, information that contextualizes both the current financial position and future prospects for a nascent company could likely fall into the costly-to-extract category.

17.     Blankespoor, et al. (2020) extend Bloomfield's IRH and focus on acquisition costs to consider "disclosure processing costs" more broadly, which include awareness, acquisition, and integration costs.[10] Respectively, these costs refer to an awareness of a disclosure's existence, the acquisition of the disclosure (and extraction of what Bloomfield calls "statistics"), and finally an analysis of the information in regards to its impact on firm value.[11] Echoing Bloomfield (2002),

---

[7]     Robert Bloomfield, *The "Incomplete Revelation Hypothesis" and Financial Reporting*, 16 Accounting Horizons at p. 234 (2002). Note also that this article defines "statistics" as "…useful facts extracted from that data, such as earnings figures and financial ratios."

[8]     Or, alternatively, rational inattention. Christopher Sims, *Implications of Rational Inattention*, 50 Journal of Monetary Economics (2003).

[9]     Moreover, Bloomfield (2002) states that "Earnings drift may also be larger in industries in which non-earnings information is more relevant, increasing the opportunity cost of extracting earnings-based statistics."

[10]     Elizabeth Blankespoor, *et al., Disclosure Processing Costs, Investors' Information Choice, and Equity Market Outcomes: A Review*, 70 Journal of Accounting and Economics (2020).

[11]     Note that above I state "acquire, analyze, and synthesize information." In the parlance of Blankespoor et al. 2020, integration costs are those related to both analysis and synthesis of information.

6

Blankespoor, et al. (2020) state that "...prices ***cannot be fully informative*** with respect to disclosures because, if investors' costly information is immediately revealed in prices, then nobody would process the disclosure to begin with."[12] As a result, they characterize all disclosures as a form of private information[13] given the presence of disclosure processing costs since those costs must be born to make the disclosure potentially value relevant for price formation. Hence, they assert that rational models such as those found in Grossman and Stiglitz (1980) can predict seemingly anomalous phenomena, such as post-earnings announcement ***drift*** (Ball and Brown (1968)) or "PEAD" in the presence of disclosure processing costs.[14]

18.      Blankespoor, et al. (2020) define "drift" as a "...positive correlation between a disclosure signal and post-disclosure returns." Importantly, they state:

> "When the costly information is revealed in a subsequent period, the price continues adjusting, or 'drifts' to the final correct price. All else equal, the greater the cost the greater the drift. Importantly, this drift is rational: even though costly information in the interim period predicts returns in the final period, acquisition costs and risk aversion mean that it is not profitable for investors to arbitrage the disclosure underpricing."

As noted above, academic knowledge of the existence of PEAD is not new, as some of the earliest evidence was documented by Ball and Brown in 1968. Countless papers over the decades since have analyzed and explained the phenomena, using both behavioral and rational explanations, such as Hirshleifer & Teoh's (2002) limited attention explanation, as noted above, or Sims' (2003)

---

[12]      Elizabeth Blankespoor, *et al., Disclosure Processing Costs, Investors' Information Choice, and Equity Market Outcomes: A Review*, 70 Journal of Accounting and Economics at p. 2 (2020). (Emphasis added.)

[13]      Phrased differently, Blankespoor, et al. (2020) state: "If firms' disclosures are public and so costlessly reflected in price, then there is no incentive to monitor and acquire disclosures, and there are no profits to be made from fundamental analysis." To elaborate further, they assert that noise traders rely on neither disclosures nor price for decision making and uninformed traders only rely on price. In contrast, the need to incur costs to reveal information from disclosures renders those disclosure as a form of private information that becomes public to the informed trader once processing costs are incurred.

[14]      Grossman & Stiglitz, *supra*, n.6; Ball, R. and P. Brown, *An Empirical Evaluation of Accounting Income Numbers*, 6 Journal of Accounting Research (1968).

rational inattention explanation, respectively.[15] In either case, investor attention is constrained by the presence of disclosure processing costs. In terms of classical papers documenting and explaining PEAD, some of the more seminal papers in the area can be found in Bernard and Thomas (1989) and Abarbanell and Bernard (1992).

19.    Bernard and Thomas (1989) document that the majority of drift occurs in the first 60 trading days following an earnings announcement.[16] Further, the amount of drift impounded in those 60 trading days is related to firm size, such that drift is more pronounced for smaller firms. They conclude that their findings are consistent with a delayed price response rather than risk-based explanations ("We conclude that much of our evidence cannot plausibly be reconciled with arguments built on risk mismeasurement but is consistent with a delayed price response."[17]), and point to transaction costs-based explanations.

20.    Abarbanell and Bernard (1992) examine whether analysts' under- or over-reaction to earnings information could explain PEAD, and document that analysts' forecasts tend to under-react to recent earnings news.[18] Moreover, they state that analysts' under-reactions only explain, at most, half of the magnitude of the drift. However, leaving half of the drift unexplained, they offer alternative explanations, including transaction costs and possible underreaction to earnings news by traders.[19]

---

[15]    Hirshleifer, D. and S.H. Teoh, *Limited Attention, Information Disclosure, And Financial Reporting*, 36 Journal of Accounting and Economics (2003); Christopher Sims, *Implications of Rational Inattention*, 50 Journal of Monetary Economics (2003).

[16]    Bernard, V. and J. Thomas, *Post-Earnings-Announcement Drift: Delayed Price Response or Risk Premium?* 27 Journal of Accounting Research (1989).

[17]    *Id.*, at p. 34.

[18]    Abarbanell, J. and V. Bernard, *Tests of Analysts' Overreaction / Underreaction to Earnings Information as an Explanation for Anomalous Stock Price Behavior*, 47 Journal of Finance (1992).

[19]    *Id.*, at p. 1205 they state: "However, given that stock prices appear to respond to earnings news with even more delay than do analysts, there must be more to the explanation. One possibility involves the role of transactions costs; another possibility is that, just as analysts underreact to recent earnings signals, traders may underreact to recent analysts' reports."

21.     As noted, both studies discussed above point largely to transaction costs-based explanations for the existence of PEAD. The work of Ng, et al. (2008) confirms this view, stating that "Our results indicate that transaction costs can provide an explanation ***not only for the persistence but also for the existence of PEAD***."[20] Hence, drift, while seemingly anomalous, can be reconciled with "semi-strong" theory of market efficiency insofar as (i) "The response may not be immediate; sometimes there is underreaction for a short period."[21] and (ii) "…prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) ***do not exceed the marginal cost***."[22] Thus, while the "semi-strong" version of the efficient market hypothesis is widely accepted by financial economists, no theory can explain every observable phenomena in the financial markets.[23] In short, it is widely understood that a market can be efficient in the "semi-strong" form, yet still be subject to pricing anomalies that can take days or weeks to fully impound in the presence of disclosure processing costs.

22.     Stated differently, while I agree with Dr. Grenadier that market efficiency posits that trading by sophisticated investors will quickly eliminate opportunities for investors to *consistently* make profits because prices will quickly respond to *at least some extent* to new information, this is a ***very different proposition*** from his (erroneous) view that efficient markets will necessarily ***fully*** (let alone correctly) **"impound"** new information into stock prices at the time information is disclosed[24] – or even within a week or several weeks.

---

[20]     Ng, J., T. Rusticus, and R. Verdi, *Implications of Transaction Costs for the Post–Earnings Announcement Drift*, 46, Journal of Accounting Research at p. 661 (2008). (Emphasis added.)

[21]     Burton G. Malkiel, "A Random Walk Down Wall Street," at p. 269 (10th ed. 2011).

[22]     Fama, *Efficient Capital Markets II*, *supra*, n.2. (Emphasis added.)

[23]     *See*, for example, Ball, R., *The Global Financial Market Hypothesis and the Efficient Market Hypothesis: What Have We Learned*, 21 Journal Applied Corporate Finance. Ball states: a theory is "…an abstraction from reality. It is an abstraction that we hopefully find useful when organizing our thoughts and actions, but no theory is perfect." And furthermore he states: "No theory can explain all the data it is asked to explain: there are always anomalies."

[24]     Grenadier Report, ¶¶23, 26.

23.    An examination of PEAD usually involves an analysis of firms' quarterly earnings announcements.[25] However, none of the studies I referenced earlier which document the existence of PEAD were tied to individual disclosures by firms. By contrast, relying on advances in computational linguistics and other methods for measuring the amount of disclosure firms provide, more recent studies have tied the content of firms' disclosures to PEAD. For example, Lee (2011) shows that firms with greater informational complexity and opacity (as proxied for by the amount and readability, respectively, of information in the earnings release) exhibit more PEAD.[26]

24.    In addition, Li, et al. (2020) examine "…how the fraction of 10-Q financial statement items whose disclosure is delayed can affect how quickly the information is incorporated into stock prices."[27] They measure disclosure omissions in the earnings press release as "…the fraction of 10-Q financial statement items that are withheld at the earlier quarterly earnings announcement."[28] They document that the fewer 10-Q financial statement items disclosed in the earnings press release, the lower the price response at the earnings release and the greater the PEAD following the release. Whether it be opaque, complex, or partial disclosures, the studies by both Lee (2011) and Li, et al. (2020) are consistent with certain types of firm disclosures increasing disclosure processing costs and thus increasing drift, i.e. increasing a delay in price response.  That said, per the discussion above, the findings from these studies are not inconsistent with trading in

---

[25]    Consistent with academic literature, I use the phrases "earnings announcement" and "earnings release" synonymously throughout this report to reflect information disclosed by the firm surrounding the announcement of an earnings report, which typically includes the firm issuing a press release followed by an 8-K filing with the SEC.

[26]    Yen-Jung Lee, *The Effect of Quarterly Report Readability on Information Efficiency of Stock Prices*, 29 Contemporary Accounting Research (2011).

[27]    Li, Y., et al., *Opportunity Knocks but Once: Delayed Disclosure of Financial Items In Earnings Announcements and Neglect of Earnings News*, 25 Review of Accounting Studies at p. 164 (2019).

[28]    *Id.*, at p. 159.

an efficient market and moreover are consistent with the notion of disclosure processing costs as discussed in Bloomfield (2002) and Blankespoor, et al. (2020).

**V.      Dr. Grenadier's Analysis is Incomplete and Inferences Flawed**

**A.** *Dr. Grenadier has not demonstrated that Freshworks' November 2, 2021 Earnings Announcement was **fully** reflected in the price of Freshworks stock by November 5, 2021.*

25.      As discussed in the following paragraphs, Dr. Grenadier's states in his report that he "…would not expect any subsequent declines or 'drift' in Freshworks shares price following market close on November 4, 2021 because … the economic evidence supports that Freshworks' [shares] traded in an efficient market after November 4, 2021 during the Market Efficiency Analysis Period."[29] The economic basis for which Dr. Grenadier does "…not expect any subsequent declines or 'drift'…" is incomplete, and thus flawed and unpersuasive. While Dr. Grenadier has not defined what he means by "drift" in his report, academics commonly use the term "drift" to refer (as noted above) to the more technical phenomena of PEAD.

26.      As already noted above, the existence of PEAD is well documented in the academic literature,[30] and most studies on PEAD demonstrate that price may drift downwards for negative earnings surprises for 60 trading days (roughly 3 calendar months) following an earnings announcement. Significantly, Dr. Grenadier did not try to analyze the possible existence of drift following Freshworks' November 2, 2021 earnings announcement – instead, he merely states that he "would not expect" it.

---

[29]      Grenadier Report, ¶43.

[30]      Following Ball and Brown's (1968) seminal study, numerous academic articles have studied and documented the existence of PEAD.  Per the academic publishing company Elsevier, "Scopus is the largest abstract and citation database of peer-reviewed literature…" which provides a "… comprehensive overview of the world's research output." My Scopus search for "post-earnings announcement drift" identified over 3,000 academic research articles.

27.     Moreover, while his "Market Efficiency Analysis Period" covers the period *October 18, 2021* through February 11, 2022[31], he opines that the market for Freshworks stock was only efficient for the period *November 5, 2021* through February 11, 2022.[32]  This is because Dr. Grenadier cannot reconcile the statistically significant return on November 4, 2021 (the day of the IPO lockup expiration) with market efficiency, as the literature he cites suggests that investors do not always rationally anticipate lockup expirations.[33] Dr. Grenadier then goes on to state that "…statistically significant stock price declines, on average in a large sample of stocks, in response to previously known lockup expirations are *inconsistent with stock price reaction to information in an efficient market*."[34]  But Dr. Grenadier has not demonstrated that this matter even involves a "statistically significant price decline" that was *caused* by a "previously known lock-up expiration" (as opposed to continuing reaction to Freshworks' post-close-of-trading earnings announcement of November 2, 2021).[35]  Nor does his citation to a "lock-up" anomaly *in any way* rule out the strong  possibility that Freshworks' continued price declines from November 4 through December 2021 were due to PEAD effects that can be traced directly to the disclosure of the allegedly concealed truths. Indeed, there is *nothing* in the Grenadier Report that addresses, let alone forecloses, the very real possibility that the bulk of the Freshworks' continuing stock price declines through the end of 2021 were due to PEAD – nor is there anything in it that addresses, let alone refutes, my opinion above that the existence of PEAD (*viz.*, that price may drift downwards

---

[31]    Grenadier Report, ¶30.

[32]    Grenadier Report, ¶18.

[33]    See Field & Hanka (2001) and Brav & Gompers (2003); Grenadier Report, ¶29.

[34]    Grenadier Report, ¶33. (Emphasis added.)

[35]    In other words, Dr. Grenadier makes no attempt to quantify or "disaggregate" the portion – if any – of the stock price decline that occurred on November 4, 2021 that might have been due to the lock-up expiry, as opposed to the portion of the decline that was due to continuing negative reaction to Freshworks' November 2 disclosure regarding slowing growth.

for negative earnings surprises for 60 trading days) is consistent with, rather than antithetical to, efficient market theory.

28.    Despite his position that the market for Freshworks' stock was efficient beginning on November 5th, 2021, Dr. Grenadier does not appear to claim that the market was efficient for Freshworks' November 2, 2021 earnings announcement.  Instead, his argument seems to simply assume that, even if the market for Freshworks' stock had been inefficient between November 2 - 4, 2021[36], that no drift could have occurred after that period, because the market ostensibly became efficient *after* November 4.  But even accepting as true Dr. Grenadier's opinion that Freshworks traded efficiently only from November 5, 2021 onwards, his finding of market efficiency is ***not*** inconsistent with the real possibility of downward drift, *i.e.*, PEAD, following the Freshworks' November 2, 2021 earnings announcement and extending throughout the remainder of November and December 2021.

29.    In light of the preceding discussion, Dr. Grenadier's analyses are incomplete and thus his inferences are flawed by dismissing the possibility for drift after November 4, 2021 without conducting any analyses supporting its absence using specifications commonly found in the PEAD literature. Hence, Dr. Grenadier has not provided any convincing arguments nor reliable evidence that Freshworks' November 2, 2021 earnings announcement was ***fully*** reflected in the price of Freshworks stock by November 5, 2021, 2021 – or by any time prior to the end of December 2021.

---

[36]    This period includes both the statistically significant price declines regarding the November 2, 2021 earnings announcement and the IPO lockup expiration on November 4, 2021.

13

**B.**      *Dr. Grenadier has also failed to demonstrate that any declines in the price of Freshworks stock after November 4, 2021 were not causally linked to the November 2, 2021 Earnings Announcement*

30.      It is my understanding from Counsel that Defendants bear the burden of proving negative causation, i.e., that something other than the alleged omissions in Freshworks' offering documents caused Freshworks price to drop following the November 2, 2021 earnings announcement. Dr. Grenadier asserts in his report that "…under Section 11, damages, as measured by the statutory formula, are reduced if a defendant proves 'negative causation,' that is, that any or all portion of the alleged price decline was not caused by the alleged material omission in the registration statement as to which 'liability is asserted.'"[37]

31.      Despite this acknowledgement, Dr. Grenadier has failed to identify what those other events are that might explain either the November 2, 2021 price drop or the continued price decline in Freshworks stock in November and December 2021. Therefore, Dr. Grenadier's analyses are incomplete and thus his inferences are flawed and unpersuasive by failing to identify disclosure events other than the November 2, 2021 earnings announcement that caused Freshworks stock price to decline that day and throughout the remainder of November and December 2021.

32.      In sum, Dr. Grenadier has not provided any convincing arguments nor reliable evidence that any declines in the price of Freshworks stock after November 4, 2021 were not causally linked to the November 2, 2021 earnings announcement.[38]

---

[37]      Grenadier Report, ¶ 5.

[38]      Indeed, per Dr. Grenadier's March 4, 2025 deposition regarding his report dated January 15, 2025 ("Grenadier Deposition"), when asked what caused a given date in his event study's analysis period to be statistically significant, he states in regards to the December 1, 2021 price decline that "I don't have an opinion on what caused it to decline." and further "I haven't done causality analysis on that day. I'm just saying there was some news on that day and if I was asked to do a loss causation on that day, I would consider that more carefully." Grenadier Deposition at 69-70.

14

## VI. Conclusion

33.     In light of the discussion above, Dr. Grenadier's conclusory statement that he "would not expect" drift after November 4, 2021 in the price of Freshworks' stock simply does not make it so. Instead, Dr. Grenadier has failed to demonstrate the absence of drift following Freshworks' November 2, 2021 earnings announcement. He has also failed to identify any disclosure events *other than* the Company's after-market November 2, 2021 earnings announcement that caused the Company's shares to decline from November 4, 2021 through the remainder of 2021. Therefore, his analyses are incomplete and his opinions flawed, as Dr. Grenadier has simply failed to establish that the declines in Freshworks' stock after November 4, 2021 are unrelated to the November 2 disclosures of the relevant truths concerning the previously undisclosed adverse trends in the Company's growth metrics.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Zahn Bozanic, Ph.D.

15

# ZAHN BOZANIC

Florida State University
College of Business
821 Academic Way, RBA 522
Tallahassee, FL 32306

Telephone:  (850) 645-1521
E-mail:  zahn.bozanic@fsu.edu
URL:  business.fsu.edu/person/zahn-bozanic

## ACADEMIC INTERESTS

**Research**:  My primary research interests are in the areas of corporate disclosure, financial reporting misconduct, regulation, and enforcement.

**Teaching**:  I teach financial statement analysis (MAcc level) with an emphasis on data analytics and an accounting seminar (PhD level) which focuses on empirical research methods.

## EDUCATION

**Ph.D.**, The Pennsylvania State University

**M.A.**, The University of Michigan – Ann Arbor

**B.A.**, The University of California – Berkeley

## ACADEMIC EXPERIENCE

**Full Professor, Florida State University** (2023-present)
**William Hillison Professor of Accounting**
   Introduction to Accounting Research Seminar – PhD Level
   Financial Statement Analysis with Data Analytics – MAcc Level

**Director of the PhD Program in Accounting** (2019-2023)

**Associate Professor, Florida State University** (2019-2023)

**Assistant Professor, The Ohio State University** (2012-2019)
   Financial Statement Analysis with Data Analytics – MAcc, MBA, and SMF Levels
   Financial Statement Analysis – Undergraduate Level

**Research Fellow, The National Center for the Middle Market** (2012-2016)

**Instructor, The Pennsylvania State University** (2008-2009)
   Intermediate Financial Accounting
   Introduction to Financial and Managerial Accounting

## PUBLICATIONS

18. "**Selective Information Channels for Investment Research**" with Dan Amiram, Mark Bradshaw, and Oded Rozenbaum. *Review of Accounting Studies*, forthcoming.

17. "**Managing Expectations through Budgetary Slack: Evidence from Project Financing**" with Andrew Ferguson and Gabriel Pündrich. *European Accounting Review*, 2024, Vol33(4), 1603-1638.

16. "**Qualitative Disclosure and Credit Analysts' Soft Rating Adjustments**" with Pepa Kraft and Andrea Tillet. *European Accounting Review*, 2023, Vol. 32(4), 779-807. [Lead Article]

15. "**Have SFAS 166 and SFAS 167 Improved the Financial Reporting for Securitizations?**" with Minkwan Ahn, Sam Bonsall, Yiwei Dou, Gordon Richardson, and Dushyant Vyas. *Journal of Business Finance & Accounting*, 2020, Vol. 47(7-8), 821-857. [Lead Article]

14. "**Analyst Contrarianism**" with Jing Chen and Michael Jung. *Journal of Financial Reporting*, 2019, Vol. 4(2), 61-88.

13. "**Securities Law Expertise and Corporate Disclosure**" with Preeti Choudhary and Ken Merkley. *The Accounting Review*, 2019, Vol. 94(4), 141-172.

12. "**Financial Reporting Fraud and Other Forms of Misconduct: A Multidisciplinary Review of the Literature**" with Dan Amiram, James Cox, Quentin Dupont, Jon Karpoff, and Richard Sloan. *Review of Accounting Studies*, 2018, Vol. 23(2), 732-783.

   *Ranked Top 10 by RAST for both downloads and citations*

11. "**Corporate Loan Securitization and the Standardization of Financial Covenants**" with Maria Loumioti and Florin Vasvari. *Journal of Accounting Research*, 2018, Vol. 56(1), 45-83.

10. "**Soft Information in Loan Agreements**" with Lin Cheng and Tzachi Zach. *Journal of Accounting, Auditing and Finance*, 2018, Vol. 33(1), 40-71.

9. "**Management Earnings Forecasts and Other Forward-Looking Statements**" with Darren Roulstone and Andy Van Buskirk. *Journal of Accounting and Economics*, 2018, Vol. 65(1), 1-20. [Lead Article]

8. "**SEC Comment Letters and Firm Disclosure**" with J. Richard Dietrich and Bret Johnson. *Journal of Accounting and Public Policy*, 2017, Vol. 36(5), 337-357.

7. "**IRS Attention**" with Jeff Hoopes, Jake Thornock, and Brady Williams. *Journal of Accounting Research*, 2017, Vol. 55(1), 79-114. [Data]

6. "**The *Ex-Ante* Monitoring Role of Accounting Covenants in Public Debt**" *Journal of Business Finance & Accounting*, 2016, Vol. 43(7), 803-829. [Lead Article]

5. "**Financial Statement Errors: Evidence from the Distributional Properties of Financial Statement Numbers**" with Dan Amiram and Ethan Rouen. *Review of Accounting Studies*, 2015, Vol. 20(4), 1540-1593. [Data]

   *Winner of the Deloitte Foundation Wildman Medal Award and FARS Mid-Year Meeting Best Paper Award;*
   *Featured in Audit Analytics' Accounting Quality and Risk Matrix (AQRM) and Bloomberg Terminal's AQRM App*

4. "**Qualitative Disclosure and Changes in Sell-Side Financial Analysts' Information Environment**" with Maya Thevenot. *Contemporary Accounting Research*, 2015, Vol. 32(4), 1595-1616.

3. "**What Do Management Earnings Forecasts Convey About the Macroeconomy?**" with Sam Bonsall and Paul Fischer. *Journal of Accounting Research*, 2013, Vol. 51(2), 225-266. [Lead Article]

2. "**The Social Constitution of Regulation:  The Endogenization of Insider Trading Laws**" with Mark Dirsmith and Steve Huddart. *Accounting, Organizations, and Society*, 2012, Vol. 37(7), 461-481.

1. "**Managerial Motivation and Timing of Open Market Share Repurchases**" *Review of Quantitative Finance and Accounting*, 2010, Vol. 34(4), 517-531.


## WORKING PAPERS

7. "**(Unwanted) SEC Attention and Voluntary Disclosure**" with Andrea Down and Chris Williams

6. "**Processing Customer News: The Role of Media Coverage**" with Bruce Billings, Alyssa Moore, and Spencer Pierce (*TAR*, *Revise and Resubmit*)

5. "**Systemic Risk and Bank Disclosure**" with Christina Synn and Chris Williams

4. "**The Relative Persistence of Earnings Components**" with Paul Fischer and Gabriel Pündrich

3. "**Not All Critical Audit Matters (CAM) Are the Same: Anti-Herding Behavior in CAM Disclosures**" with Will Anding and Allen Blay (*JBFA*, *Revise and Resubmit*)

2. "**The Regulatory Observer Effect: Evidence from SEC Investigations**" with Terrence Blackburne, Bret Johnson, and Darren Roulstone (*RAST, Revise and Resubmit*)

1. "**On the Role of *Jour-Analysts* in Capital Market Information Intermediation**" with Minkwan Ahn, Francine McKenna, and Maya Thevenot.


## PROFESSIONAL EXPERIENCE

**Wells Fargo Bank**                                                                                    2004-2005

*Financial Consultant* - Internal consultant to retail banking segment which focused on distribution planning. Maintained financial models and databases; conducted ad-hoc research projects to measure the profitability of various strategies pre- and post-implementation.

*Product Manager* - Managed several retail products which generated annual fee revenues in excess of $80MM. Responsible for establishing strategic marketing programs for product enhancement and new products including identification of market segments, product positioning, pricing and profitability.

**Linsco / Private Ledger (LPL) Brokerage**                                      2003-2004

*Investment Advisor* - Solidified relationships with client base through full-service financial planning; managed back office financial operations, including cultivation of broker/dealer and wholesaler relationships.

**The William Davidson Institute**                                                 2001-2003

*Center Administrator* - Responsible for establishing, implementing, and streamlining the data center's operations. Collected, archived, and disseminated data on transition and emerging market economies.

A-3

**Tozzi Financial Research and Trading Center**                                            2002-2003

*Programmer Analyst* - Maintained the trading room's daily activities, assisted users with their financial data/modeling needs, and trained users on a variety of valuation and risk management software platforms.

## INVITED PRESENTATIONS

INSEAD (2024)

HEC Paris (2024)

University of Cyprus (2024)

Virginia Tech (2023)

University of Arizona (2023)

Tokyo Keizai University (2023)

Kobe University (2023)

University of Buffalo (2023)

University of Pittsburgh (2022)

University of Memphis (2022)

University of Florida (2022)

Iowa State University (2022)

Vanderbilt University (2021)

The Pennsylvania State University (2020)

The University of Rochester (2018)

London School of Economics (2018)

IESE Business School (2018)

Florida State University (2018)

West Virginia University (2018)

University of Louisville (2018)

William & Mary (2018)

Texas A&M University (2017)

Rice University (2017)

University of Missouri (2017)

University of Florida (2017)

University of Illinois (2017)

GWU Cherry Blossom Conference (2017)

University of Notre Dame (2016)

Columbia Business School (2016)

University of Toronto (2016)

Tilburg University (2016)

ESMT (2016)

FARS Mid-Year Meeting (2011-2015)

Georgetown University (2015)

Utah Winter Accounting Conference (2015)

The University of California - Berkeley (2014)

The Securities and Exchange Commission (2014)

Florida Atlantic University (2014)

Singapore Management University (2014)

Nanyang Technological University (2014)

Dartmouth College (2014)

Syracuse University (2014)

CFEA (2010-2011, 2013-2014)

HKUST Accounting Symposium (2013)

CUNY - Baruch (2013)

The University of Texas - Austin (2013)

The University of California - Irvine (2012)

The University of Miami (2012)

The University of Michigan (2012)

*Journal of Accounting Research* Conference (2012)

Carnegie Mellon University (2011)

Cornell University (2011)

The Ohio State University (2011)

Purdue University (2011)

The University of Utah (2011)

Washington University (2011)

Midwest Accounting Conference (2010)

## CONFERENCES

*Contemporary Accounting Research* Conference (2012-2013, 2015, 2020-2024)

*Review of Accounting Studies* Conference (2015, 2017-2018, 2020-2023)

Rotman Accounting Research Conference (2023)

FARS Mid-Year Meeting (2011-2018, 2023)

LBS Private Equity Symposium (2022)

USC Emerging Tech in Accounting Conference (2022)

Deloitte Foundation Faculty Consortium (2022)

FSU SunTrust Beach Conference (2022)

A-4

AAA Audit Mid-Year Meeting (2022)
Tilburg Accounting Winter Camp (2020-2021)
*European Accounting Review* Conference (2020-2021), discussant
Florida Accounting Symposium (2021)
CAFR Fundamental Analysis Symposium (2020)
KPMG Ph.D. Project ADSA Conference (2020), panelist
Accounting Horizons Data Analytics Conference (2019)
KPMG Faculty Symposium (2019)
LBS Accounting Symposium (2017, 2018)
Harvard Business School IMO Conference (2018)
Penn State Accounting Research Conference (2007-2011, 2014, 2018)
AAA Annual Meeting (2014, 2017)
*Accounting, Organizations, and Society* Conference (2017)
BYU Accounting Research Symposium (2017)
EAA Annual Congress (2017)
NYU Accounting Summer Camp (2014, 2016)
Minnesota Empirical Conference (2012, 2015-2016)
Utah Winter Accounting Conference (2013, 2014, 2016)
Colorado Summer Accounting Research Conference (2015)
CARE Conference (2010, 2012-2013)
FASB/IASB Financial Reporting Issues Conference (2012)
Conference on Financial Economics & Accounting (2012)
JAR – NY FED Conference (2012)
AAA New Faculty Consortium (2012)
AAA Annual Meeting (2010), moderator and discussant
FARS Mid-Year Meeting (2010), doctoral consortium
CFRM Conference on Financial Reporting (2009)
Conference on Empirical Legal Studies (2009)
AAA Annual Meeting (2009), discussant

## EXTERNAL SERVICE ACTIVITIES

Hawaii Accounting Research Conference, Editorial Committee and Track Chair (2023-2025)
Deloitte Foundation Wildman Medal Award Committee (2024)
Research Grants Council of Hong Kong, Advisory Committee Member (2020-2022)
EAA Annual Congress, Scientific Committee Member (2020-2021)
FARS Nominating Committee (2018-2019)
COSO/ACFE [Fraud Risk Management Guide](), Advisory Panel Member and Contributor (2016)
CARE Conference Co-Organizer (2016)
FARS Mid-Year Meeting, Editorial Committee and Track Chair (2015)

**Editorial Boards**
*The Accounting Review*
*European Accounting Review*
*Journal of Business Finance & Accounting*
*Journal of Accounting & Public Policy*
*The International Journal of Accounting* (Editor)

A-5

**Ad-hoc Journal Referee**

*Journal of Accounting Research*

*Journal of Accounting and Economics*

*The Accounting Review*

*Review of Accounting Studies*

*Contemporary Accounting Research*

*Management Science*

*Accounting, Organizations and Society*

*Journal of Management Accounting Research*

*Journal of Financial Reporting*

*European Accounting Review*

*Accounting Horizons*

*Journal of Accounting Literature*

*Journal of Business Finance & Accounting*

*Journal of Economic Behavior & Organization*

*Journal of Accounting, Auditing and Finance*

*Journal of Accounting and Public Policy*

*The International Journal of Accounting*

*Journal of Corporate Finance*

*Journal of Empirical Finance*

*Regulation and Governance*

*Quarterly Journal of Finance and Accounting*

*Journal of International Business Studies*

*Pacific-Basin Finance Journal*

*Abacus*

**Ad-hoc Conference Referee**

Hawaii Accounting Research Conference (2022)

FARS Mid-Year Meeting (2011-2014, 2016-2017, 2019, 2021-2023)

AAA Annual Meeting (2013)

AAA Ohio Regional Meeting (2012)

## INTERNAL SERVICE ACTIVITIES

**Florida State**

Florida Accounting Symposium Committee

Strategic Planning Committee

Faculty Evaluation Committee

Accounting Doctoral Program Committee

Research Funding Committee

Professional Development Seminar Co-Coordinator (2020-2022)

Recruiting Committee (2019-2023)

Accounting PhD Program Director (2019-2023)

Doctoral Program Policy Committee (2019-2023)

PhD Student Dissertation Committees

    Andrea Tillet, 2022 (Chair, Initial Placement: University of Wisconsin - Madison)

    Will Anding, 2024 (Member, Initial Placement: University of Texas - San Antonio)

**Ohio State**

Faculty Senate

Recruiting Committee

PhD Program Committee

MAcc Program Committee

KPMG MAcc Data Analytics Initiative

MIS Program Committee

Accounting MBA Program Committee

PhD Student Dissertation Committees

Danyang Jiang, 2019 (Member, Initial Placement: University of Intl. Business and Economics)

Aaron Nelson, 2018 (Member, Initial Placement: University of Georgia)

Bret Johnson, 2015 (Member, Initial Placement: George Mason University)

Burns Research Colloquium Coordinator

PhD Student Pre-Colloquium Coordinator

A-6

Summer Brown Bag Workshop Coordinator
Graduate Faculty Representative
Graduate Studies Committee

## OUTSIDE ACTIVITIES

### Economic Litigation Consulting

I provide economic litigation consulting and support on cases related to financial reporting misconduct, including, but not limited to, misleading corporate disclosures, accounting fraud, and insider trading.

### Expert Witness Experience

*In re Teleperformance SE Securities Litigation*, Case No. 23-24580-CIV-ALTONAGA/REID (S.D. FL). Report November 2024; Deposition December 2024.

*In re CleanSpark Inc. Securities Litigation*, Case No. 1:21-cv-511 (LAP). Report January 2025; Deposition February 2025.

## ACADEMIC AWARDS & HONORS

FARS Best Dissertation Supervision Award
EAR Excellence in Reviewing Recognition
William Hillison Professorship
Faculty Leadership Development Program
Deloitte Foundation Wildman Medal Award
FARS Mid-Year Meeting Best Paper Award
The National Center for the Middle Market Research Fellowship
Ossian R. MacKenzie Doctoral Teaching Award
Smeal Competitive Dissertation Award
G. Kenneth Nelson Scholarship
Smeal Doctoral Research Grant
Jane O. Burns Graduate Scholarship
Center for the Study of Finance Graduate Fellowship

## MEDIA MENTIONS

"ExxonMobil, Impairments, and the SEC" – Audit Analytics, January 2021

"Corporate Loan Securitization and the Standardization of Financial Covenants" – Columbia Law School Blue Sky Blog, June 2018

"Using Benford's Law to Assess Financial Reporting Quality" – Columbia Law School Blue Sky Blog, February 2016

"The SEC Never Reads 74% of Filings, Putting Investors at Risk" – Marketwatch.com, October 2015

"On the Role of Companies' External Securities Law Advisors – Facilitators or Gatekeepers?" – Columbia Law School Blue Sky Blog, October 2015

"Accountants Increasingly Use Data Analysis to Catch Fraud" – Wall Street Journal, December 2014

"IRS Pays Attention to Corporate Filings, Study Shows" – Compliance Week, November 2014

A-7

"IRS Scanning 10-Ks for Tax Data, Report Finds" – CFO.com, November 2014

"A New Tool to Detect Financial Reporting Irregularities"

– The Harvard Law School Forum on Corporate Governance and Financial Regulation, July 2014

"The Simple Mathematical Law That Financial Fraudsters Can't Beat" – Forbes, May 2014

"Financial Fraud Detection Now as Simple as 1, 2, 3" – PR Newswire, May 2014

"The Search for Suspect Accounting" – CFO.com, April 2014

"Earnings Bode Ill for Stocks" – Wall Street Journal, June 2012

## POLICY MENTIONS

U.S. Supreme Court Amicus Brief, *Goldman Sachs Group, Inc., et al., Petitioners v. Arksansas Teacher Retirement System, et al.*, March 2021

Comment to the SEC re Concept Release on Regulation S-K Disclosures by U.S. Senate Permanent Subcommittee on Investigations, July 2016

Capital Unbound: Remarks at the Cato Summit on Financial Regulation by SEC Commissioner Michael S. Piwowar, June 2015

## IMPACT METRICS

SSRN Downloads:  ~**12,500** (**~900** per downloadable paper)

Google Scholar (BYU) Citations:  **2,161** (**2,004**)

h-index (i10-index): **15** (**18**)

**Appendix B**

# Documents Considered

**Case Documents:**

- Order Denying Defendants' Motion for Judgement on the Pleadings, dated October 1, 2024, in No. 22-cv-06750-CRB (ECF Doc. 103).

- Expert Report of Steven R. Grenadier, dated January 15, 2025, in No. 3:22-cv-06750-CRB (ECF Doc. 116-5).

- Defendants' Notice of Motion and Motion for Summary Judgement, dated January 16, 2025, in No. 3:22-cv-06750-CRB (ECF Doc. 115).

- Deposition of Steven R. Grenadier, dated March 4, 2025.


**Academic Literature:**

- Abarbanell, J. & Bernard, V., *Tests of Analysts' Overreaction / Underreaction to Earnings Information as an Explanation for Anomalous Stock Price Behavior*, 47 Journal of Finance (1992).

- Ball, R., *The Global Financial Market Hypothesis and the Efficient Market Hypothesis: What Have We Learned*, 21 Journal Applied Corporate Finance (2009).

- Ball, R. & Brown, P., *An Empirical Evaluation of Accounting Income Numbers*, 6 Journal of Accounting Research (1968).

- Bernard, V. & J. Thomas, *Post-Earnings-Announcement Drift: Delayed Price Response or Risk Premium?*, 27 Journal of Accounting Research (1989).

- Elizabeth Blankespoor, et al., *Disclosure Processing Costs, Investors' Information Choice, and Equity Market Outcomes: A Review*, 70 Journal of Accounting and Economics (2020).

- Bloomfield, R. *The "Incomplete Revelation Hypothesis" and Financial Reporting*, 16 Accounting Horizons (2002).

- Brav, A. & Gompers, P. *The Role of Lockups in Initial Public Offerings*, 16 Review of Financial Studies (2003).

- Fama, Eugene, *Efficient Capital Markets: A Review of Theory and Empirical Work*, 25 Journal of Finance (1970).

- Fama, Eugene, *Efficient Capital Markets: II*, 46 Journal of Finance (1991).

- Field, L. & Hanka, G., *The Expiration of IPO Share Lockups*, 56 Journal of Finance (2001).

- Goshen, Z. & Parchomovsky, G., *The Essential Role of Securities Litigation*, 55 Duke Law Journal (2006).

- Grossman, S. & Stiglitz, J., *On the Impossibility of Informationally Efficient Markets*, 70 Am. Econ. Rev. (1980).

- Hirshleifer, D. & Teoh, S.H., *Limited Attention, Information Disclosure, And Financial Reporting*, 36 Journal of Accounting and Economics (2003).

- Lee, Yen-Jung, *The Effect of Quarterly Report Readability on Information Efficiency of Stock Prices*, 29 Contemporary Accounting Research 4 (2011).

- Li, Y., et al., *Opportunity Knocks but Once: Delayed Disclosure of Financial Items In Earnings Announcements and Neglect of Earnings News*, 25 Review of Accounting Studies (2019).

- Ng, J., Rusticus, T. & Verdi, R., *Implications of Transaction Costs for the Post–Earnings Announcement Drift*, 46 Journal of Accounting Research (2008).

- Sims, Christopher, *Implications of Rational Inattention*, 50 Journal of Monetary Economics (2003).

**Other:**

- Malkiel, Burton G., "A Random Walk Down Wall Street" (10th ed. 2011).