**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARSHAN HASTHANTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEANSPARK, INC., ZACHARY BRADFORD, and S. MATTHEW SCHULTZ,<br><br>Defendants. | Case No. 1:21-cv-00511-LAP<br><br><br>**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF DAVID M. PONTE'S REPORT** |

**PLEASE TAKE NOTICE,** that Defendants CleanSpark, Inc., Zachary Bradford, and S. Matthew Schultz (collectively, "Defendants"), pursuant to Federal Rule of Evidence 702, Local Rule 7.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and 15 U.S.C. 78u-4, upon: (i) the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Portions of David M. Ponte's Report, (ii) the Affirmation of David J. Partida, dated December 12, 2025, and the exhibits thereto, and (iii) the pleadings and papers on file in this action, Defendants will move this Court, before the Honorable Loretta A. Preska, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be designated by the Court, for an Order (a) pursuant to Federal Rule of Evidence 702, Local Rule 7.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and 15 U.S.C. 78u-4, excluding portions of David M. Ponte's report and (b) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, shall be served by Plaintiff Darshan Hasthantra no later than January 26, 2026, and any reply papers shall be served

by Defendants no later than March 3, 2026, pursuant to the Court's Order, dated November 6, 2025 (Dkt. No. 106).

Defendants respectfully request oral argument.

Dated: December 12, 2025
      New York, New York

Respectfully submitted,

**WILK AUSLANDER LLP**

/s/

Jay S. Auslander
David J. Partida
Wilk Auslander LLP
825 Eighth Avenue, Suite 2900
New York, NY 10019
Tel: 212-981-2300
jauslander@wilkauslander.com
dpartida@wilkauslander.com

*Attorneys for Defendants CleanSpark, Inc.,*
*Zachary Bradford, and S. Matthew Schultz*

## CERTIFICATE OF SERVICE

I hereby certify that I am not a party to this action, that I am above eighteen years of age, and that on December 12, 2025, I served true and correct copies of the foregoing Defendants' Motion to Exclude Portions of David M. Ponte's Report, together with the accompanying:

1. Notice of Motion of Jay S. Auslander

2. Defendants' Memorandum of Law in Support of Motion to Exclude Portions of David M. Ponte's Report.

3. Affirmation of David J. Partida, together with Exhibit A thereto.

   Upon all parties of record to this action, through each of their counsel of record, by filing the same electronically with the United States District Court for the Southern District of New York through that Court's electronic case filing ("ECF") system.


I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2025, New York, New York.


Respectfully submitted,

_____

David J. Partida