**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARSHAN HASTHANTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEANSPARK, INC., ZACHARY BRADFORD, and S. MATTHEW SCHULTZ,<br><br>Defendants. | Case No. 1:21-cv-00511-LAP<br><br><br>**AFFIRMATION OF DAVID J. PARTIDA IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF DAVID M. PONTE'S EXPERT REPORT** |

**DAVID J. PARTIDA,** an attorney duly licensed to practice law in the courts of the State of New York, does hereby affirm, under penalties of perjury, as follows:

1. I am a member of the bar of this Court and an associate with the law firm of Wilk Auslander LLP, counsel to Defendants CleanSpark, Inc. ("CleanSpark"), Zachary Bradford, and S. Matthew Schultz (collectively, "Defendants") in the above-captioned matter.

2. I submit this affirmation in support of Defendants' Motion to Exclude Portions Of David M. Ponte's Expert Report, filed concurrently herewith, dated December 12, 2025.

3. Attached hereto as **Exhibit A** is a true and correct copy, excepting the exhibits thereto, of the Expert Report of David M. Ponte, being filed concurrently herewith, dated July 18, 2025.

I hereby declare under penalty of perjury that the foregoing is true and correct.


Executed on December 12, 2025, New York, New York.

Respectfully submitted,

_____

David J. Partida