**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARSHAN HASTHANTRA, et al., | Case No. 1:21-cv-00511 (LAP) |
| v. | |
| CLEANSPARK, INC., et al. | |

**DECLARATION OF CHRISTOPHER FALLON IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Christopher Fallon, hereby declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel for Lead Plaintiff Darshan Hasthantra and Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiff's Opposition to Defendants' Motion to Exclude the Reports and Testimony of Plaintiff's Expert Dr. Zahn Bozanic.

2.      Attached hereto as **Exhibit 1** ("Ex. 1") is a true and correct copy of excerpts of the deposition of Mark Garmaise, Ph.D, taken September 30, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 26th day of January 2026, at Los Angeles, California.

                                    */s/ Christopher R. Fallon*
                                    Christopher R. Fallon

# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DARSHAN HASTHANTRA, et al.,          )
                                     )
            Plaintiff,               )
                                     )
      vs.                            ) NO. 1:21-cv-511(LAP)
                                     )
CLEANSPARK, INC., et al.,            )
                                     )
            Defendants.              )
_____)

DEPOSITION OF

MARK GARMAISE, Ph.D.

(Via Videoconference)

Tuesday, September 30, 2025

12:00 p.m. - 1:44 p.m.

       Videoconference deposition of MARK GARMAISE, Ph.D.,
noticed by the Plaintiff in the above-entitled action,
taken before Ruben Garcia, a shorthand reporter within and
for the State of California.



A P P E A R A N C E S


FOR THE PLAINTIFF:
(Remotely)
        GLANCY PRONGAY & MURRAY LLP
        BY:  GREGORY B. LINKH, ESQ.
        1925 Century Park East
        Suite 2100
        Los Angeles, California 90067
        310.201.9150
        Glinkh@glancylaw.com




FOR THE DEFENDANTS:
(Remotely)

        WILK AUSLANDER LLP
        BY:  DAVID PARTIDA, ESQ.
             LINDA BURNS, ESQ.
        825 8th Avenue
        RM 2900
        New York, New York 10019
        212.981.2313
        dpartida@wilkauslander.com



Also Present:  Zahn Bozanic
Videographer:  Brad Bissegger






Page 43

A    My comment here is that Dr. Bozanic's   01:15:33 claims are not supported by the literature that he cites.  "I'm not sure" is the answer to your question. But there's no evidence cited by Dr. Bozanic in support of that claim.                              01:15:52

Q    So is it your opinion that Dr. Bozanic's analysis regarding disclosure salience is inconsistent with this paper by Dr. Cheng?

A    Well, here I make the point that it's not supported by this paper.  So the Cheng, et al.   01:16:14 paper doesn't address repetition in subsequent publications, and it also doesn't address short-seller reports.  So in those two respects, it's simply not supported by the paper that he cites.

Q    Is it your opinion that Dr. Bozanic's   01:16:32 analysis is inconsistent with disclosure salience literature as a whole?

A    It's my opinion that his analysis is not supported by the academic literature that he cites.                                          01:16:49

Q    But is there any academic literature for which Dr. Bozanic's analysis is consistent with concerning disclosure salience?

A    I don't see that cited in his report.

Q    Have you found any peer-reviewed          01:17:11



Page 44

studies concluding that repetition across a                   01:17:13

short-seller's report is not a valid proxy for

investor value-relevance?

        A    Here I'm pointing out that

Dr. Bozanic's conclusion is not supported by the        01:17:27

literature that he cites.  I don't have a cite along

the lines that you just described.

        Q    Do you have an opinion about criteria

that you would use to decide whether disclosure

outside in an earnings announcement is sufficiently    01:17:45

salient to expect investor attention?

        A    I don't as I sit here today.  I haven't

developed a formal opinion on that.  I'd have to think

about that.  I do know that Dr. Bozanic's opinion in

these two respects that we've been discussing is not    01:18:06

supported by the literature that he cites.

        Q    Are you familiar with a gentleman named

Dr. David Hirshleifer, the last name is spelled

H-i-r-s-h-e-i -- l-e-i-f-e-r.

        A    Yes, Counselor.                            01:18:29

        Q    Are you familiar with his work on

limited attention?

        A    Yes, I have read some of his work on

it.  I don't claim to have all of his work on that

subject memorized.  But I have seen some work of his    01:18:39



Page 55

STATE OF CALIFORNIA           )

                              ) ss:

COUNTY OF LOS ANGELES         )


        I, RUBEN GARCIA, CSR, do hereby certify that I am a duly qualified Certified Shorthand Reporter, in and for the State of California, holder of Certificate Number 11305, which is in full force and effect.

        That the foregoing reporter videoconference proceedings were taken before me at the time herein set forth; that any witness in the foregoing proceedings, prior to testifying, were placed under oath; that every attempt was made to ensure a verbatim record of the remote proceedings which inherently have technical interference and audio interruptions and issues.  Such transcript was created by me using machine shorthand which was thereafter transcribed under my direction.

        I further certify that I am not a relative or employee or attorney or counsel of any of the parties nor am I financially interested in the outcome of this action.

        IN WITNESS WHEREOF, I have subscribed my name this 1st day of October, 2025.


        _____*Ruben Garcia*_____
        RUBEN GARCIA, CSR NO. 11305

