UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARSHAN HASTHANTRA,
Individually and on Behalf of
Others Similarly Situated,

                    Plaintiff,

-against-

CLEANSPARK, INC., et. al,

                    Defendants.

No. 21-CV-511 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The conference scheduled for April 20, 2026, is adjourned.  The parties shall appear for a conference on June 30, 2026, at 11:00 a.m., at 500 Pearl Street, New York, New York 10007, in Courtroom 12A.

**SO ORDERED.**

Dated:    April 17, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge